*Cee pd.*

*142*

# PRESENTMENT OF EVIDENCE UNDER NOTARY SEAL

**From**: 
Michael Petruzelli, Notary Public
3079 S Baldwin Rd
Lake Orion Michigan 48359

**To**: 
Kinikia Essix
Clerk of Court
**district court of the united states**
eastern district of Michigan
231 W Lafayette Blvd. Room 599
Detroit, Michigan 48226

Case: 2:21-cv-11888
Judge: Murphy, Stephen J.
MJ: Patti, Anthony P.
Filed: 08-05-2021 At 11:46 AM
IN RE MICHAEL PUTRUZELLI (SS)

**Re**.
houston, lasean dejong Moor beneficiary;
Registered mail #RF124495140US

**Service**:
USPS Registered Mail Article No. <u>#RF124495140US</u>; Notary's Certificate of Service

## Clerk of Court Essix,

I have been contacted by houston, lasean dejong Moor beneficiary, for the SEAN HOUSTON-EL FOUNDATION TRUST for the above-referenced parties, for the purpose of presenting a special cause for filing into the Chancery registry in the **district court of the united states, eastern district of Michigan** under notary seal, in regards to, the above-referenced matter.

I have been asked to mention that within this record is the original filing in addition to:

- Coverletter (2 copies)
- Bill in Equity (2 copies)
- Proof of Consideration
- DENIAL OF ASSUMPTIONS
- Declaration of Intentions
- Declaration of Mode Proceeding
- Table of Authorities
- Special Cause (handwritten)
- Demand for *Ex Parte* and *In Camera* Hearing
- Notice of Conflict and Variance
- Demand for Review Determination Demand
- Credible Witness Statements
- Propose Decree
- Proposed *Quia Timet*

The documents contained within are the original instruments executed in my capacity as a witness to the course of dealing between the parties and thereby constitute prima facie evidence, of the instruments authenticity and genuineness, and of the facts stated in the instruments by a third party. These records are PRIVATE and proprietary and are to be kept confidential so as to not prejudice the rights and interests of the parties. Upon the recording and indexing of these documents, the records shall be returned to me at the address given above; *c/o houston, lasean dejong*

**This observation in facilitation should not be deemed a power of attorney or the practice of law. I am merely a duty-bound messenger.**

Thank you for your assistance and for honoring this request.  All communication should be delivered through me at the above address by Registered or Certified Mail to ensure delivery and appropriate certification.

WITNESS my hand and official seal.


Executed:

houston, lasean dejong
Print

Moor beneficiary


M. Petruzelli
Print

NOTARY


M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

(seal)

## COVERLETTER TO SPECIAL CLERK AND MASTER

The Honorable Clerk and Master

district court of the united states, eastern district of michigan

detroit, michigan

united states of america


Greetings clerk and master,

The suit included herewith is a *speciali causa* (special cause) relating to evidence and documents of a private proprietary and confidential nature. I request the following special requirements by this honorable court be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit:

1. grant suitor leave of the court to enter into the exclusive original jurisdiction of equity

2. seal the cause on the register in chancery

3. comment suit and proceed under seal, *ex parte*

4. assign judge under authority of the *1786 treaty of Marrakech, article XXI.*, and the *constitution for the united states of america in congress assembled, article III §2, §§ 1.*

5. schedule evidentiary hearing with judge *in camera* to enter private, proprietary evidence of a fiduciary relation, in support of the suit

6. that the honorable court grant an immediate review determination

7. require that process be initiated in the form of this court's *subpoena*

The suit shall be specially deposited on the record to include herewith as follows: 1) motion for leave of the court to enter into the original exclusive jurisdiction of this court and petition to seal, *ex parte*, 2) notice of conflict and variance, 3) original bill, 4) affidavit in support of bill, 5) notice of the law of the suit and table of authorities, 6) denial of assumptions and presumptions, 7) declaration of intention 8) declaration of mode of proceedings 9) petition for review determination

Please contact me if I may be of any help to you or your staff. your prompt attention in this matter is greatly appreciated and I thank you in advance for your service in this cause.

By: *houston, lasean dejong*

houston, lasean dejong, Moor grantee suitor
c/o 3079 s baldwin road
lake orion, michigan rfd

Page 1 of 1

## PROOF OF CONSIDERATION

**(2) One dollar Silver Certificate(s) specie of the United States of America**

========================================

CERT #C19413635A, #P32794531A

========================================

**U.S. Postal Money Order (USD$402.00)**

================================

================================

------------------------------------------------------------------------------------------------

*(clerk sign and stamp copy for receipt to be returned to applicant)*

### Issuance of Receipt by Clerk of Court

FOR LAWFUL, VALUBLE, AND SUFFICIENT CONSIDERATION delivered, on special deposit,

via Registered Mail  RF 124494189 US, the receipt of which is acknowledged by the undersigned for an

application entitled *"Ex Parte Speciali Causa (Petition)for Decree for declaratory and other general and

special relief"* tendered and executed ____*31st July*____, 2021 as the manifest special intent and

purpose of houston, lasean dejong, applicant, payor "implied" equitable surety.

**Please return copy to:**

houston, lasean dejong *Moor beneficiary*

c/o 3079 S Baldwin Rd

Lake Orion, Michigan RFD near [48359]

*Al Maroc Shereefian Empire*

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

***I DECLARE,*** under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.  Executed: _____31st July_____,20 21.

By: _____houston, lasean dejong_____

**houston, lasean dejong**, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

_Lawson, Tryone Barson Jr._
**Print**

_L, Ty - Barson J._
**Witness**

*locus sigilli* (seal)

_Rockett, Terry Lee_
**Print**

_Rockett, Terry Lee_
**Witness**

*locus sigilli* (seal)

\* lodged and sealed with the district clerk and master \*\*
original and exclusive jurisdiction of the district
court of the united states for the federal circuit

- 1786 Treaty of Marrakesh Article XXI.
- 1824 Treaty of Tunis Article XII.
- article iii, section 2, subsection I., of the
  1789 written constitution for the
  united states of america in congress assembled

Special Cause

district court of the united states
eastern district of michigan

complainant: houston, lasean dejong.
                  Moor grantee, beneficiary

County: oakland

defendant(s):

LaSean DeJong Houston Estate etal.,
LASEAN DEJONG Houston etal.,
Kimberly Denise Ellsworth Estate etal.,
KIMBERLY DENISE ELLSWORTH etal.,
Kimberly Denise Houston Estate etal.,
KIMBERLY DENISE HOUSTON etal.,

blinken, antony, united states
               secretary of state etal.,

haaland, debra anne united states
               secretary of interior etal.,

garland, merrick   united states
               attorney general etal.,

saul, andrew   united states
   commissioner social security admin
                                          etal.,
yellen, janet  united states
       secretary of treasury etal.,

rettig, charles  united States
commissioner of internal revenue etal

martin, donna, united states army of the
Major general provost marshal etal.,

pritzker, jay robert  governor illinois
                                          etal.,
raoul, kwame  attorney general etal.,
nessel, dana  attorney general etal.,
               Michigan

page 1 of 5

defendant(s) cont.

Mayorkas, alejandro  united states
     secretary of homeland security et al.,

benson, jocelyn      Michigan
     secretary of state et al.,

yarbrough, karen    cook county
               clerk/recorder of deeds et al.,

brown, lisa     oakland county
          clerk/register of deeds et al.,

smith, marc     director et al.,
     department of children family services

redfield, larrisa  supervisor et al.,
Lutheran Social Services  Illinois

buchanan, jackeline
Genisis cv chief executive opacer et al.

brenner, douglas  chief executive office
          Brenner oil Co.         et al.,

kayla Renee Houston Estate et al.,
KAYLA RENEE HOUSTON et al.,
Skyler Isaac Houston Estate et al.,
SKYLER ISAAC HOUSTON et al.,
SKYLAR HOUSTON et al.,

Terajai Armond Houston Estate et al.,
TERAJAI ARMOND HOUSTON et al.,

Izoha Monea Houston Estate et al.,
IZOHA MONEA HOUSTON et al.,
Amari Amir Tucker Estate et al.,
AMARI AMIR TUCKER et al.,
Aidan Antrell Ware Estate et al.,
AIDAN ANTRELL WARE et al.,

     County : Cook
     County : oakland
                    page 2 of 5

## II.

treaty of marrakesh, article xxi, if a citizen of the united states should kill or wound a Moor, or on the contrary, if a Moor shall kill or wound a citizen of the united states, the law of the country shall take place and equal justice shall be rendered.

exclusive equity jurisdiction under article iii, section 2, subsection 1. of the written constitution for the united states of america in congress assembled.

## III.

complainant is a Moor, americas aboriginal illinoisan national, and subject of the Al Maroc Shereefian Empire, ingressing in Michigan, "but not citizen of the united states for the district of Columbia, nor a citizen of the united states of america in congress assembled. Complainant is private

## IV.

denovo to the chief judge of the district court of the united states, eastern district of michigan for a private evidentiary hearing "in camera."

## V.

nature of suit is extraordinary, special, exigent, private, restricted, confidential, proprietary, priviledged, but not for publication. an original bill in equity for declaratory, special, general and injunctive relief to enforce private express trust(s) and treaties.

## VI.

this speciali causa (special cause) is miscellaneous filing on the register in chancery, pursuant to the 1786 Treaty of Marrakesh, Article XXI and the direct judicial powers authorised by the 1789 Constitution for the united States of america in congress assembled, article III, section 2, subsection 1; and Judiciary Act of 1789, Section(s) 11, 9, 16, and 20  first congress session 1

## VII.

class action:  no
dollar demand:  no
jury demand:  no

## VIII.

this cause is related to no other action at law.

Executed : 29ᵗʰ May, 2021

Performed in proper person, in my own right, who has attained the Age of Majority with my manifest special intent and purpose, freewill act and Deed:

By: houston, lasean dejong

houston, lasean dejong : Moor grantee/beneficiary a private Moor aboriginal illinoisan national, and subject of the Al Maroc Shereefian Empire "but not citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled."

...s...
sigilli (seal)

Page 4 of 5

I am over the age of 18 and not party to the transaction regarding the papers mailed.

Lawson, Tyrone Batson Jr.
Print

_____
Witness

locus sigili (seal)



Rockett, Terry Lee
Print

Rockett, Terry Lee
Witness

locus sigillis (seal)

"Equity see that as done what ought to be done"

"Equity aids the vigilant, not those who slumber on their rights."

I houston, laseandejong, Moor Americas aboriginal Illinoisan national, and subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america of america in congress assembled," do hereby order you, hood, denise page, chief judge et al., in your chancellor capacity, to seal this special cause on the register in chancery. Ex Aequo Et Bono "what is just and fair or according to equity and good conscience." This special cause shall be ex parte under authority of Article III section II subsection I of the constitution for the united states of america in congress assembled. An evidintiary hearing shall be scheduled within (45) forty-five days of your reciept of this special cause.

Exigent circumstances exist and require an in camera hearing with you, as chancellor, to enter private proprietary evidence of a trust relation in support of the equitable relief I am entitled to.

Page 1 of 3

I have served process by actual notice to all defendant(s) in good faith, there is no further need to "meet them on the way to Court", by way of Court order Subpoena, however, in an abundance of Caution, with good conscience and good reason, should you as chancellor mode, to ensure equal justice is rendered, provide notice to said defendant(s) so They are ~~not~~ not be prejudiced by any decree of Pro Confesso, I shall not object. "A judge ought always to have Equity before her/his eyes."

Exclusive Equity provides me with equitable remedies that me to have my entire estate to be restored to me. There is no adequate remedy "at law" to provide me with complete justice.

"Equity imputes an intent to fulfill an obligation"

I declare, under penty of perjury by the laws of Michigan and the united states of america that the fore going is true and correct.

Executed : 31st July, 2021

By: hurston, lasealejue
Moor beneficiary

(seal)

page 2 of 3

Jurat

Michigan state)

Oakland county)

I hereby declare that on this day before me an officer duly sworn, appear horston, lasean dejaron Moor beneficiary, in his proper person, in his own right and proved to me upon satisfactory evidence, executed by the same as his manifest intent and purpose.

Declared before me in the County and State aforesaid this 31st day of July, 2021.

Witness my hand and official seal.

_M. Petruzzelli_
Print

_M. Petruzzelli_
Notary

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

(Seal)

Page 3 of 3

district court of the United States,<br>
eastern district of Michigan

| | |
|---|---|
| houston, lasean dejong, *Moor beneficiary*<br>SEAN HOUSTON-*EL* FOUNDATION TRUST<br>a *private Moor aboriginal illinoisan national,*<br>*and subject of the Al Maroc Shereefian Empire*<br>*Complainant*<br><br>   -v- | § the united states of america<br>§    Exclusive Equity<br>§ *Treaty of Marrakech 1786.*<br>§    *ARTICLE XXI.*<br>§   *Treaty of Tunis 1824*<br>§    *ARTICLE XII.*<br>§ *1789 constitution for the united states*<br>§   *of america in congress assembled,*<br>§    *Article III, §2§§1,*<br>§<br>§   the *Judiciary Act of 1789 1 stat 73*<br>§    *§9, §11, §16, and §20.,* |

| | |
|---|---|
| *Defendant(s)* | § |
| blinken, antony john d/b/a ANTONY BLINKEN<br>secretary of state et al.,<br>**United States Department of State**<br>HEIRS AND ASSIGNEES | §<br>§<br>§    **Bill in Equity**<br>§ *Speciali Causa* **(Petition)** |
| yellen, janet louise d/b/a JANET LOUISE YELLEN<br>secretary of the treasury et al.,<br>**United States Department of the Treasury**<br>HEIRS AND ASSIGNEES | §   **to Proceed** *Ex Parte*<br>§    *In Camera* **hearing**<br>§ To: Chief Judge Denise Page Hood<br>§ *In Camera* - Restricted |
| haaland, debra anne d/b/a DEBRA ANNE HAALAND<br>secretary of the interior et al.,<br>**Department of the Interior**<br>HEIRS AND ASSIGNEES | § c/o district court of the united states for<br>§  eastern district of Michigan<br>§ Theodore Levin U.S. Courthouse<br>§ 231 W Lafayette Blvd., Room 701<br>§ Detroit, Michigan near. [48226] |
| garland, merrick brian d/b/a<br>MERRICK GARLAND<br>attorney general et al.,<br>**United States Department of Justice**<br>HEIRS AND ASSIGNS | § Restricted Registered Mail<br>§<br>§<br>§ *Speciali Causa* **(Special Cause)**<br>§ **Private, Special, Privileged** |
| saul, andrew marshall d/b/a ANDREW SAUL<br>commissioner et al.,<br>**Social Security Administration**<br>HEIRS AND ASSIGNEES | § **Special Term, without General**<br>§ **without Statutes, without (FCRP)**<br>§ **Federal Rules of Civil Procedure**<br>§<br>§ |
| rettig, charles paul d/b/a CHARLES PAUL RETTIG<br>commissioner, et al.,<br>**internal revenue**<br>HEIRS AND ASSIGNEES | §<br>§<br>§<br>§<br>§ |

Page **1** of **27**

martin, donna d/b/a
MAJOR GENERAL DONNA MARTIN
provost marshal general et al.,
**United States Department of the Army**
HEIRS AND ASSIGNEES

mayorkas, alejandro nicholas d/b/a
ALEJANDRO MAYORKAS
secretary of homeland security et al.,
**Department of Homeland Security**
HEIRS AND ASSIGNEES

nessel, dana d/b/a DANA NESSEL
attorney general et al.,
**Michigan**
HEIRS AND ASSIGNEES

brown, lisa d/b/a LISA BROWN
clerk/register of deeds
**Oakland County**
HEIRS AND ASSIGNEES

benson, jocelyn d/b/a JOCELYN BENSON
secretary of state
**Michigan Department of State**
HEIRS AND ASSIGNEES

yarbrough, karen a d/b/a KAREN A. YARBROUGH
cook county clerk/recorder of deeds
**Cook County**
HEIRS AND ASSIGNEES

raoul, kwame d/b/a KWAME RAOUL
attorney general et al.,
**Illinois Attorney General**
HEIRS AND ASSIGNEES

pritzker, jay robert, **d/b/a** J.B. PRITZKER
governor el al.,
**Illinois**
HEIRS AND ASSIGNEES

smith, marc d d/b/a MARC D. SMITH
director et al., heirs and assigns
**Department of Children and Family Services**
**Illinois**
HEIRS AND ASSIGNEES

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

redfield, larrisa d/b/a LARRISA REDFIELD          §
supervisor et al.,                                §
**Lutheran Social Services of Illinois**          §
HEIRS AND ASSIGNEES                               §
                                                  §
buchanan, jackeline d/b/a JACKELINE BUCHANAN      §
chief executive officer et al.,                   §
**Genisys Credit Union**                          §
HEIRS AND ASSIGNEES                               §
                                                  §
brenner, douglas a d/b/a DOUGLAS BRENNER          §
chief executive officer et al.,                   §
**Brenner Oil Co**                                §
HEIRS AND ASSIGNEES                               §
                                                  §
LaSean DeJong Houston Estate et al.,              §
LASEAN DEJONG HOUSTON et al.,                     §
                                                  §
Kimberly Denise Ellsworth Estate et al.,          §
KIMBERLY DENISE ELLSWORTH et al.,                 §
                                                  §
Kimberly Denise Houston Estate et al.,            §
KIMBERLY DENISE HOUSTON et al.,                   §
                                                  §
Kayla Renee Houston Estate et al.,                §
KAYLA RENEE HOUSTON et al.,                       §
                                                  §
Skyler Isaac Houston Estate et al.,               §
SKYLER ISAAC HOUSTON et al.,                      §
                                                  §
Terajai Armond Houston Estate et al.,             §
TERAJAI ARMOND HOUSTON et al.,                    §
                                                  §
Izoha Monea Houston Estate et al.,                §
IZOHA MONEA HOUSTON et al.,                       §
                                                  §
Amari Amir Tucker Estate et al.,                  §
AMARI AMIR TUCKER et al.,                         §
                                                  §
Aidan Antrell Ware Estate et al.,                 §
AIDAN ANTRELL WARE et al.,                        §

===================================================================

## Complainant(s)

houston, lasean dejong, *Moor beneficiary*
SEAN HOUSTON-*EL* FOUNDATION TRUST
c/o 1098 Ann Arbor Rd
Plymouth, Michigan RFD near [48170]

## Defendant(s)

haaland, debra anne d/b/a
Debra Anne Haaland
secretary of the interior et al.,
**Department of the Interior**
1849 C Street NW
Washington, District of Columbia [20240]

garland, merrick brian d/b/a
MERRICK GARLAND
attorney general et al.,
**Department of Justice**
950 Pennsylvania Avenue, NW
Washington, District of Columbia [20530]

saul, andrew marshall d/b/a
ANDREW SAUL
commissioner et al.,
**Social Security Administration**
6401 Security Blvd.
Woodlawn, Maryland [21235]

yellen, janet louise d/b/a
JANET LOUISE YELLEN
secretary of the treasury et al.,
**Department of the Treasury**
1500 Pennsylvania Avenue NW
Washington, District of Columbia [20220]

rettig, charles paul d/b/a
CHARLES PAUL RETTIG
commissioner, et al.,
**internal revenue**
1111 Constitution Ave., NW.
Washington, District of Columbia [20224]

martin, donna d/b/a
MAJOR GENERAL DONNA MARTIN
provost marshal general et al.,
**Department of the Army**
Pentagon Building
Washington, District of Columbia [22202]

mayorkas, alejandro nicholas d/b/a
Alejandro Mayorkas
secretary of homeland security et al.,
**Department of Homeland Security**
2707 Martin Luther King Jr Ave SE
Washington, District of Columbia [20528]

nessel, dana d/b/a
DANA NESSEL
attorney general et al.,
**Department of Attorney General**
525 W. Ottawa St., 7th Floor
Lansing, Michigan [48933]

brown, lisa d/b/a
LISA BROWN
clerk/register of deeds et al.,
**Oakland County Clerk/Register of Deeds**
1200 N. Telegraph Rd Bldg.12E
Pontiac, Michigan [48341]

benson, jocelyn d/b/a
JOCELYN BENSON
secretary of state et al.,
**Michigan Department of State**
430 W. Allegan St. 4th Floor
Lansing Michigan [48918]

yarbrough, karen a d/b/a
KAREN A. YARBROUGH
cook county clerk/recorder of deeds et al.,
**Cook County Clerk/Recorder of Deeds**
69 West Washington Street Ste 500
Chicago, Illinois [60602]

pritzker, jay robert d/b/a
J.B. PRITZKER
governor et al.,
**Office of the Governor**
207 State House
Springfield, Illinois [62706]

raoul, kwame d/b/a
KWAME RAOUL
attorney general et al.,
**Illinois Attorney General**
500 South Second Street
Springfield, Illinois [62701]

smith, marc d d/b/a
MARC D. SMITH
director et al.,
**Department of Children and Family Services**
406 East Monroe St.
Springfield, Illinois [62701]

redfield, larrisa d/b/a
LARRISA REDFIELD
supervisor et al.,
**Lutheran Social Services of Illinois**
1921 S Indiana Ave 3rd Floor
Chicago Illinois [60616]

blinken, antony john d/b/a
ANTONY BLINKEN
secretary of state et al.,
**Department of State**
2201 C Street NW
Washington, District of Columbia [20520]

LaSean DeJong Houston Estate et al.,
LASEAN DEJONG HOUSTON et al.,
c/o 3079 S Baldwin Rd
Lake Orion, Michigan RFD near. [48359]

Kimberly Denise Ellsworth Estate et al.,
KIMBERLY DENISE ELLSWORTH et al.,
c/o 786 E Columbia Ave
Pontiac, Michigan RFD near. [48359]

Kimberly Denise Houston Estate et al.,
KIMBERLY DENISE HOUSTON et al.,
c/o 786 E Columbia Ave
Pontiac, Michigan RFD near. [48359]

Kayla Renee Houston Estate et al.,
KAYLA RENEE HOUSTON et al.,
c/o 3079 S Baldwin Rd
Lake Orion, Michigan RFD near. [48359]

Skyler Isaac Houston Estate et al.,
SKYLER ISAAC HOUSTON et al.,
% 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

Amari Amir Tucker Estate et al.,
AMARI AMIR TUCKER et al.,
% 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

Aidan Antrell Ware Estate et al.,
AIDAN ANTRELL WARE et al.,
% 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

Izoha Monea Houston Estate et al.,
IZOHA MONEA HOUSTON et al.,
% 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

Terajai Armond Houston Estate et al.,
TERAJAI ARMOND HOUSTON et al.,
c/o 149 N Avery Rd
Waterford, Michigan RFD near. [48328]

## Parties

The complainant and "your orator" houston, lasean dejong," is a private Moor americas aboriginal illinoisan national and subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled,"* is beneficial owner of the defendant LASEAN DEJONG HOUSTON a registered organization name Cook county, Illinois is a decedent's legal estate ("Estate") whose principle office is located at 69 West Washington Street Ste 500, Chicago Illinois, in care of yarbrough, karen a d/b/a KAREN A. YARBROUGH, cook county clerk/recorder of deeds et al.

## Premises

The complainant's core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without his being fully availed and acknowledged of his equitable defenses. The complainant has tendered all consideration; and been imputed a serious liability for the indemnity or satisfaction all of the debts of the said Illinois registered organization decedent's legal estate person. Your orator has been subjected to a Legal mode of Proceedings which are inconsistent with the private treaty protections of the *Treaty of Marrakech 1787 ARTICLE XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.*, and the *Treaty of Tunis 1824 ARTICLE XII.,* as well as, the *1789 constitution for the united states of america*, under the rules of Chancery due and owing to the complainant by way of his **special and particular political status,** as a subject of the *Al Maroc Shereefian Empire,* and his equitable rights to the same said Estate, that were all intended for your orator, by his ancestors, as the sole exclusive heir and beneficiary, by maxims "*only God can create an heir*," "*the heir and his ancestor are one and the same person*," and "*Equity regards the beneficiary as the true owner.*" Your orator appears *in personam*, without an administrator, a guardian, personal representative, an executor, or a trustee to defend is

equitable rights, titles, and interests in the same said estate and must guard his good name, against the destruction of his reputation, and his rights to equal Justice being rendered towards him, which are protected by his privity as an heir to the treaties and the written constitution, intended for him, by its' makers as an equitable mortgage/compact. Your Honor would expect no less privity as co-heir to said mortgage/compact. Your orator calls a Court of Equity into activity by good conscience, good reason and by his own reasonable diligence. Your orator is *sui juris,* now having knowledge of his rights, with opportunity to assert them, he does not delay unreasonably so to do. "*Equity aids the vigilant, not those who slumber on their rights,*" and "*Equity imputes an intent to fulfill an obligation.*"

Each named defendant is appointed and qualified as either implied administrators, or constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further shows, unto your Honor, that he has called upon each defendant to either Affirm or Deny their trust relation with him; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable assets; to provide your orator with a list of all  debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as Moor *heir/beneficiary*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. May it please your Honor, the said defendant(s) have failed to answer or make defense to the trust(s) after he had given reasonable time so to do. Your orator desires that the defendants shall

answer under oath, make the discovery called upon by the bill, and rendered over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires a decree taking his bill for confessed, the failure of the defendant(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet cum loqui debet consentire videtur*** (He who is silent seems to consent, when they ought to speak)

> *"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

May it please your Honor, that the said defendant(s), and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress your orator in the premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendant(s), are contrary to equity and good conscience, and tend to the manifest wrong, injury and oppression of your orator in the premises.

## Statement of Jurisdiction

This is a suit in equity arising within the *Treaty of 1787 Marrakech ARTICLE XXI.*; *1789 constitution* for the united states of ameirca in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII.,* the rights your orator are entitled to, as a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire,* are of those classes which said treaties, constitution, and act, either confers or has taken under their protection, without

such obligation, your orator's rights are in jeopardy of being destroyed, where no adequate remedy for their enforcement is provided by the forms and proceeding of a purely legal nature. The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by said treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has limited jurisdiction and the complainant does hereby grant all *in personam* and subject matter jurisdiction to this court, under the exclusive equity jurisdiction, conferred by *Treaty of 1787 Marrakech ARTICLE XXI.*; *1789 constitution for the united states of ameirca in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII.,* to the exclusion of all other modes and proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and fore as much as your orator is remediless in the premises at and by the direct and strict rules of the common law and cannot have adequate relief save only in a Court of Equity, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and relievable. ***Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:***

## Statement of the Cause

The primary subject matter at issue in your orator's *speciali causa* (special cause) as a private Moor, americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled,"* your orator's special and particular political status is uncontroverted. It "cannot" be altered by any of the several states, *the united states for the district of columbia,* or *the united states of america in congress assembled,* by contracts or statutes, be it

expressed or implied, public or private; and therefore, my special and particular political status as a private Moor subject "cannot" been reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or instrumentality. Your orator's substantive core private equitable rights to due process and equal Justice being rendered cannot be seen by a court proceeding under any mode other than the exclusive Equity jurisdiction, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled*, or *the united states for the district of columbia*, which are inconsistent with and repugnant to our reciprocal treaties and therefore he cannot be "comingled" with any public U.S. citizens or nationals of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as a Moor subject of the *Al Maroc Shereefian Empire*. Your orator requires that this Honorable court issue a private declaratory decree acknowledging that your orator is, "in fact," a private Moor, americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled*," and that he shall be treated as friendly, *amicus curiae*, respected and esteemed as that of the **most favored Nation**. "*Equity aids the vigilant, not those who slumber on their rights*." (see Exhibits Denial of Assumption and Presumption, and Declaration of Intention, *Treaty of Algiers 1795 ARTICLE XIII.*)

## Statement of the Cause

Your orator's *speciali causa* (special cause) is for the termination of any guardian/ward relation, making any presumed administration of my estate absolute void; have decedent's legal estate, LaSean DeJong Houston Estate et al., restored to your orator as the sole exclusive heir and beneficiary; and grant relief and exoneration from of all liabilities of the defendant LASEAN DEJONG HOUSTON a registered organization name Cook county, Illinois is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for my private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted, all that my ancestors had intended for me. Your orator's equitable claims are uncontroverted. Your orator is beneficial owner of the Estate, and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits; his person, and his wife and minor offspring; his right to work, to sell and acquire property; to engage in any lawful business; his and their reputation, health and capacity to labor; his and their right to enjoy the senses of sight, smell, hearing and taste; his and their right of speech and locomotion; his and their right to enjoy their sense of moral propriety when normal; and to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of your orator, he should pay or account therefor, unless he can prove it was a gift by your orator. Your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable settlement will benefit him. Your orator's substantive equitable rights to own property and to due process and equal Justice

being rendered towards him are not cognizable at law, much less at martial due process tribunals and he relies exclusively on the recognition and enforcement of purely equitable rights. Each named defendant is appointed and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further, show unto your Honor that he has called upon each defendant to either Affirm or Deny their trust relation with him; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable assets; to provide your orator with a list of all debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as Moor *heir/beneficiary*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. Your orator desires that the defendants shall answer under oath, make the discovery called upon by the bill, and rendered over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires a decree taking his bill for confessed, the failure of the defendant(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet cum loqui debet consentire videtur*** (He who is silent seems to consent, when they ought to speak).

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a Moor subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this Honorable court, your orator may be subjected

to further unjust and irreparable harm and destruction of his treaty protected rights and property. "*Equity abhors a forfeiture.*"

## Statement of the Cause

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against all liability of the Estate as the "implied equitable surety" or secondary liability imposed upon him in all legal proceedings of a general military character, and in a particular "State" legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN." Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. "*Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail.*" Your orator's core private rights are not cognizable at law, or the legal legislative proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private substantive rights are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equity jurisdiction is no longer furnished and is in direct conflict with the reformed procedure. The complainant's core private rights are in jeopardy of being destroyed; are of those classes, which the treaties either confer or are taken under its protection, and no

adequate remedy for their enforcement is provided by the, forms, proceedings, and modes purely legal.

The complainant is without speedy, nor adequate and complete remedy at law and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name LASEAN DEJONG HOUSTON, in relation to the complainant, as a Moor subject. It is only under legal compulsion that the complainant, is subjected to any jurisdiction other than the exclusive equity jurisdiction. The equity jurisdiction vested by the *Articles of Confederation ARTICLE XII*; *Treaty of 1787 Marrakech ARTICLE XXI*; *1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII.* and cannot be affected by the emergency enactments of legislation. due to the said conflict, the inherent law, equitable principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable defenses from said proceeding legal in nature, in the courts the several states.

## Statement of the Cause

The primary subject matter issue of your orator's *speciali causa* (special cause), as an "implied equitable surety," he makes his original claim against defendant(s) seeking equitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the *united states of america*, and the *united states for the district of columbia* (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by the said district of columbia military legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice complainant is entitled to by virtue of his private status as a Moor subject of the *Al Maroc Shereefian Empire*; as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable court, your orator may be subject to unjust and irreparable harm and destruction of his treaty protected rights and property.

## Statement of the Cause

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for reciprocity, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large estate that has all been administered and sustained, in open, stated, or settled accounts whereby reason of some mistake, omission, accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; whereby reason of some fiduciary relation of trust or confidence between the defendant(s) and the complainant, where the complainant was at a disadvantage, and as a consequence the account is inequitable. The complainant equitable cause is a complex accounting, and he is without full facts of the assets of the trust(s) and relies exclusively on the mode of compelling the defendant/trustee(s) to make disclosure and therefore a discovery by suit in equity is indispensable. The complainant has business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s) have handled the estate of the complainant; or done business for him. The complainant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the complainant has an interest, and to pay over whatever may be due or belong to him. *"A good and faithful servant shall make a*

Page **15** of 27

*full accounting, to the owner, of the talents he was granted."* The complainant has through his inherent power of appointment, appointed each defendant, having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title in the form of a Deed of Conveyance to each defendant, to be held in the private by said defendant(s), for the private enjoyment, use, possession, and benefit of the complainant. Each defendant was given actual and constructive notice of the complainant's manifest intent, purpose, to execute actual and constructive grant and conveyance, on special deposit, the trust res with a demand for specific performance, **by** due particularity, to produce a full accounting; list of all real, personal, and equitable assets or other property in which the complainant has an interest; to pay over whatever may be due or belong to him, or the balance due complainant on a full accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the complainant went, or should have gone, into the possession, or under the control, of the defendant(s), giving items, dates, values, and circumstances. The defendant(s) has neither Affirmed or Denied the fiduciary relation or rendered an account of such money and property and the profits thereof; or, if he did render any, that it was imperfect and incorrect, balance due complainant on a full accounting; that complainant refused to accept it in any respect, and so notified the defendant; Your orator prays for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the defendant has any sureties bound for his good conduct, they should be made defendant(s), and their suretyship alleged in the body of the bill be equitably attached. *"One who seeks equity must do equity."*

## Statement of the Cause

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. houston, skyler isaac's, *an infant*, core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without him being fully availed and acknowledged of his equitable defenses. houston, skyler isaac as an "implied" surety, has been imputed a serious liability for the indemnity or satisfaction of the debts of the said Illinois registered organization, SKYLAR HOUSTON, decedent's legal estate person. houston, skyler isaac *Moor grantee, cestui que heir* has been subjected to a Legal mode of Proceedings without the private treaty protections of the *Treaty of Marrakech 1787 ARTICLE XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.*, and the *Treaty of Tunis 1824 ARTICLE XII.,* as well as, the *1789 constitution for the united states of america,* under the rules of Chancery which he is are entitled to, by way of his **special and particular political status** and equitable rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "*only God can create an heir*," "*the heir and his ancestor are one and the same person*," and "*Equity regards the beneficiary as the true owner.*"   I walk in the shoes of my ancestors, and as heir and beneficiary. I am maternal grandfather, *parens patriae,* and next friend, for houston skyler isaac, beneficiary of the registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. I gave him his name. I redeem him and have a just right to claim him (*propria vigore)* on my own authority, he is mine. He is born through promise. He is a child of the **Most-High**. This bill is filed for his benefit and all my known/unknown *heir/beneficiaries* that have an interest under the decree. I am clothed with proprietary rights over houston, skyler isaac registered organization names

SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. *I DECLARE, I* am his *Moor grantee/grantor/guardian,* for good reason, the government of the place shall have nothing to do therewith, said estate. *(Gal 4) (Treaty of Tunis* 1797 *ARTICLE IXX.)* If anyone DENIES, I DEMAND they:

- **Show "good" cause** why I "do not" hold superior equitable or legal title to houston, skyler isaac, *beneficiary* of the registered organization names SKYLER ISAAC HOUSTON, and SKYLAR HOUSTON, and that it's "not" a sacred trust.

- **Show "good" cause** why any presumed administration of houston, skyler isaac, beneficiary of the registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate is "not" absolute void, and as *Moor grantee/grantor/beneficiary/guardian*, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable assets and debts due to his estate.

- **Show "good" cause** why I "cannot" have houston, skyler isaac, beneficiary of the registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to him.

## Statement of the Cause

The primary subject matter issue of the complainant *'s speciali causa* (special cause) is for the relief against the destruction of complainant's rights born of trespasses upon the stipulations of treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *Complainant's* free ingress and regress to and from;

2. Blocking, clogging, or prohibiting *complainant's* private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses;

3. Collecting any kind of rent, tribute, or tax from *complainant* or otherwise exercise functions of rule over him;

4. Interrupt or destroy *complainant's* reputation, right to goods and chattels, credits, liberties, and his labor, or "**under legal compulsion**," call upon *complainant* for indemnity or satisfaction, on behalf of another;

5. Subject *complainant "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, having been heavily prejudiced by the presumption that the *complainant* was a citizen of the united states for the district of columbia, or citizen of the united states of america in congress assemble," and subject to their laws;

6. Treating *complainant* as a belligerent and national of a designated enemy country;

7. Subjecting *complainant* to any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding *complainant* against possible or prospective injuries, and to preserve the means by which *complainant's* existing rights may be protected from future or contingent violations;

8. Endangering *complainant*, implied equitable surety from being injured by the creditor's delay in bringing suit, against the principal debtor;

Your orator prays for the issue a ***Writ of QUAI TIMET*** (injunction) in the foregoing bill to inhibit and restrain the said *Defendants* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to the treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is prayed for with good conscience and good reason; it is prayed that said injunction be made perpetual on the grounds that said acts are contrary

to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters. Your orator prays that said *Defendant(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator prays that if it be necessary to attach an equitable lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s),* their heirs, assigns, and agents, to secure the payment of the money due Complainant, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to Complainant, for any breach of faith, be levied.

> *Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)*

> *The acquisition of the property or taking other advantage of a person by the betrayal of his confidence, such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

This is the first application for an injunction in this cause.

**Maxim: A Judge ought always to have Equity before his eyes**

### Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable nature, and the complainant elects to apply for equitable relief and notices that it is established principle that when there is a conflict between the rules of law and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the complainant states that no adequate, sufficient, or speedy remedy at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity jurisprudence. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Table of Authorities. Further the complainant does notice that this cause is in accordance with the soul, intent and purpose of the rules of the supreme court of the united states "former rules" number 48, and that Defendants are believed to be governed exclusively in accordance with the intent of Rule 47 of same. *Stand by what has been decided, and do not disturb what is settled.*

### **Prayers for Special and General Relief**

Wherefore the foregoing, your orator therefor prays that this honorable court issue a decree for Complainant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."

a. That Complainant houston, lasean dejong *Moor beneficiary*, be declared the sole exclusive heir and beneficiary to the same subject matter the Names and Estates including, but not limited to, "LASEAN DEJONG HOUSTON," establishing my equitable rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses,

goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

b.  That the complainant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c.  That the Complainant, houston, lasean dejong, is "in fact" a private Moor, americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled*;" and that he shall be treated as friendly, *amicus curiae*, respected, esteemed and as that of the **most favored Nation;** and that due process and equal Justice shall be rendered towards him in all disputes;

d.  Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

e.  Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

f.  Decree a special evidentiary hearing with the special clerk and master to present private proprietary confidential evidence in support (proposed Order attached herewith);

g.  Decree any other General and Special Relief, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem** just. Your orator prays your Honor

issue a decree declaring Complainant houston, lasean dejong to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate, I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

h. Your orator prays your Honor issue a decree *a pro confesso* for all defendant(s) as an admission of all the facts and allegations stated in the bill, and the proof and proper evidence that the said defendant(s) have been regularly served by actual notice duly made, and all defendant(s) having failed to appear to make any defense being deemed prima facie evidence that he/she has no defense to make, on the contrary, he/she admits the material allegations of the bill to be true; that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the complainant and defendant(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party, restore to Complainant all credits emitted, monies borrowed, rents, assets, lands, proceeds, issues, derivatives, derivations, collaterals, and produce and file with the Master said account as to show the balance which either party may owe the Complainant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

i.  Decree that your orator be *Moor grantee/grantor/beneficiary/guardian* for and on behalf of houston, skyler isaac, beneficiary of the registered organization name SKYLER ISAAC HOUSTON estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to houston, skyler isaac, *beneficiary,* be restored to your orator.

j.  Decree that anyone acting as a Person worthy of Trust, shall render upon request by the Complainant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable assets and debts due to Complainant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Trust Account(s)" interest, in USD species, to Complainant houston, lasean dejong *Moor heir/beneficiary*; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Complainant has an interest, and to pay over whatever may be due or belong to him, or the balance due Complainant on a fair accounting to be held by you on Special Deposit;

k.  That the Complainant houston, lasean dejong, *Moor heir/beneficiary* shall have the right to claim, as *grantee ablsolute,* 1863 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for *Moor aborigine descendants*, shall be set aside and recorded in the name of the SEAN HOUSTON-*EL* FOUNDATION TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named

houston, lasean dejong, his *heirs and beneficiaries*. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, *SHALL NOT BE TAXED* by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable jurisdiction, WHATSOEVER;

l.  That any cloud be removed from any real, personal, equitable assets, or named estate(s) or the title be divested and vested, that Complainant makes equitable claim to; and a permanent equitable estopple be granted against any and all non-bona fide parties.

m.  That perpetual Injunctive relief shall issue against all classes of defendant(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the *united states of america* and of the several states who are subject to their treaties and constitutions, shall acknowledge the Complainant's special and particular political status"; and the Complainant shall "not" be treated as a national of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the treaties; and that Complainant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the treaties between the *Citizens of the United States of North America* and the *Subjects of the Al Maroc Shereefian Empire;*

n.  Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

o.  Injunctive relief be granted to perpetually inhibited defendant(s) from the assertion of any presumed right, and perpetually restrained defendant(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters;

p.  Injunctive relief to be granted on behalf of an "implied equitable surety," to enjoin any s suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

q.  Injunctive relief be granted to perpetually inhibited defendant(s), or anyone acting as a Person worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable grounds for attachment exist, state it.

r.  That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Complainant have such other relief as he-prays for, and may be entitled to, and that the proper final process shall issue;

That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to

support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

## BE YEE PERFECT

**Further Affiant Sayeth Naught**

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.  Executed: _____3/st July_____ ,20 2/ .

By: _houston, lasean Dejong_____

**houston, lasean dejong**, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

_Lawson, Tryone Batson Jr._
**Print**

_Z, Jy Batson J._
**Witness**

*locus sigilli* (seal)

_Rockett, Terry Lee_
**Print**

_Rockett, Terry Lee_
**Witness**

*locus sigilli* (seal)

## COVERLETTER TO SPECIAL CLERK AND MASTER

The Honorable Clerk and Master

district court of the united states, eastern district of michigan

detroit, michigan

united states of america

Greetings clerk and master,

The suit included herewith is a *speciali causa* (special cause) relating to evidence and documents of a private proprietary and confidential nature. I request the following special requirements by this honorable court be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit:

1. grant suitor leave of the court to enter into the exclusive original jurisdiction of equity
2. seal the cause on the register in chancery
3. comment suit and proceed under seal, *ex parte*
4. assign judge under authority of the *1786 treaty of Marrakech, article XXI.*, and the *constitution for the united states of america in congress assembled, article III §2, §§ 1.*
5. schedule evidentiary hearing with judge *in camera* to enter private, proprietary evidence of a fiduciary relation, in support of the suit
6. that the honorable court grant an immediate review determination
7. require that process be initiated in the form of this court's *subpoena*

The suit shall be specially deposited on the record to include herewith as follows: 1) motion·for leave of the court to enter into the original exclusive jurisdiction of this court and petition to seal, *ex parte*, 2) notice of conflict and variance, 3) original bill, 4) affidavit in support of bill, 5) notice of the law of the suit and table of authorities, 6) denial of assumptions and presumptions, 7) declaration of intention 8) declaration of mode of proceedings 9) petition for review determination

Please contact me if I may be of any help to you or your staff. your prompt attention in this matter is greatly appreciated and I thank you in advance for your service in this cause.

By: _~houston, lasean dejong_

houston, lasean dejong, Moor grantee suitor
c/o 3079 s baldwin road
lake orion, michigan rfd

### district court of the United States,
### eastern district of Michigan

| | |
|---|---|
| houston, lasean dejong, *Moor beneficiary*<br>SEAN HOUSTON-*EL* FOUNDATION TRUST<br>a *private Moor aboriginal illinoisan national,*<br>*and subject of the Al Maroc Shereefian Empire*<br>*Complainant*<br><br>-v-<br><br><br><br>*Defendant(s)*<br><br>blinken, antony john d/b/a ANTONY BLINKEN<br>secretary of state et al.,<br>**United States Department of State**<br>HEIRS AND ASSIGNEES<br><br>yellen, janet louise d/b/a JANET LOUISE YELLEN<br>secretary of the treasury et al.,<br>**United States Department of the Treasury**<br>HEIRS AND ASSIGNEES<br><br>haaland, debra anne d/b/a DEBRA ANNE HAALAND<br>secretary of the interior et al.,<br>**Department of the Interior**<br>HEIRS AND ASSIGNEES<br><br>garland, merrick brian d/b/a<br>MERRICK GARLAND<br>attorney general et al.,<br>**United States Department of Justice**<br>HEIRS AND ASSIGNS<br><br>saul, andrew marshall d/b/a ANDREW SAUL<br>commissioner et al.,<br>**Social Security Administration**<br>HEIRS AND ASSIGNEES<br><br>rettig, charles paul d/b/a CHARLES PAUL RETTIG<br>commissioner, et al.,<br>**internal revenue**<br>HEIRS AND ASSIGNEES | § the united states of america<br>§ Exclusive Equity<br>§ *Treaty of Marrakech 1786.*<br>§ *ARTICLE XXI.*<br>§ *Treaty of Tunis 1824*<br>§ *ARTICLE XII.*<br>§ *1789 constitution for the united states*<br>§ *of america in congress assembled,*<br>§ *Article III, §2§§1.*<br>§<br>§ the *Judiciary Act of 1789 1 stat 73*<br>§ *§9, §11, §16, and §20.,*<br>§<br>§<br>§ **Bill in Equity**<br>§ *Speciali Causa* **(Petition)**<br>§ **to Proceed** *Ex Parte*<br>§ *In Camera* **hearing**<br>§<br>§ To: Chief Judge Denise Page Hood<br>§ *In Camera* - Restricted<br>§ c/o district court of the united states for<br>§ eastern district of Michigan<br>§ Theodore Levin U.S. Courthouse<br>§ 231 W Lafayette Blvd., Room 701<br>§ Detroit, Michigan near. [48226]<br>§ Restricted Registered Mail<br>§<br>§<br>§ *Speciali Causa* (Special Cause)<br>§ **Private, Special, Privileged**<br>§ **Special Term, without General**<br>§ **without Statutes, without (FCRP)**<br>§ **Federal Rules of Civil Procedure**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Page 1 of 27

martin, donna d/b/a
MAJOR GENERAL DONNA MARTIN
provost marshal general et al.,
**United States Department of the Army**
HEIRS AND ASSIGNEES

mayorkas, alejandro nicholas d/b/a
ALEJANDRO MAYORKAS
secretary of homeland security et al.,
**Department of Homeland Security**
HEIRS AND ASSIGNEES

nessel, dana d/b/a DANA NESSEL
attorney general et al.,
**Michigan**
HEIRS AND ASSIGNEES

brown, lisa d/b/a LISA BROWN
clerk/register of deeds
**Oakland County**
HEIRS AND ASSIGNEES

benson, jocelyn d/b/a JOCELYN BENSON
secretary of state
**Michigan Department of State**
HEIRS AND ASSIGNEES

yarbrough, karen a d/b/a KAREN A. YARBROUGH
cook county clerk/recorder of deeds
**Cook County**
HEIRS AND ASSIGNEES

raoul, kwame d/b/a KWAME RAOUL
attorney general et al.,
**Illinois Attorney General**
HEIRS AND ASSIGNEES

pritzker, jay robert, d/b/a J.B. PRITZKER
governor el al.,
**Illinois**
HEIRS AND ASSIGNEES

smith, marc d d/b/a MARC D. SMITH
director et al., heirs and assigns
**Department of Children and Family Services**
**Illinois**
HEIRS AND ASSIGNEES

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Page **2** of 27

redfield, larrisa d/b/a LARRISA REDFIELD
supervisor et al.,
**Lutheran Social Services of Illinois**
HEIRS AND ASSIGNEES

buchanan, jackeline d/b/a JACKELINE BUCHANAN
chief executive officer et al.,
**Genisys Credit Union**
HEIRS AND ASSIGNEES

brenner, douglas a d/b/a DOUGLAS BRENNER
chief executive officer et al.,
**Brenner Oil Co**
HEIRS AND ASSIGNEES

LaSean DeJong Houston Estate et al.,
LASEAN DEJONG HOUSTON et al.,

Kimberly Denise Ellsworth Estate et al.,
KIMBERLY DENISE ELLSWORTH et al.,

Kimberly Denise Houston Estate et al.,
KIMBERLY DENISE HOUSTON et al.,

Kayla Renee Houston Estate et al.,
KAYLA RENEE HOUSTON et al.,

Skyler Isaac Houston Estate et al.,
SKYLER ISAAC HOUSTON et al.,

Terajai Armond Houston Estate et al.,
TERAJAI ARMOND HOUSTON et al.,

Izoha Monea Houston Estate et al.,
IZOHA MONEA HOUSTON et al.,

Amari Amir Tucker Estate et al.,
AMARI AMIR TUCKER et al.,

Aidan Antrell Ware Estate et al.,
AIDAN ANTRELL WARE et al.,

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

===================================================================

## Complainant(s)

houston, lasean dejong, *Moor beneficiary*
SEAN HOUSTON-*EL* FOUNDATION TRUST
c/o 1098 Ann Arbor Rd
Plymouth, Michigan RFD near [48170]

## Defendant(s)

haaland, debra anne d/b/a
Debra Anne Haaland
secretary of the interior et al.,
**Department of the Interior**
1849 C Street NW
Washington, District of Columbia [20240]

saul, andrew marshall d/b/a
ANDREW SAUL
commissioner et al.,
**Social Security Administration**
6401 Security Blvd.
Woodlawn, Maryland [21235]

rettig, charles paul d/b/a
CHARLES PAUL RETTIG
commissioner, et al.,
**internal revenue**
1111 Constitution Ave., NW.
Washington, District of Columbia [20224]

mayorkas, alejandro nicholas d/b/a
Alejandro Mayorkas
secretary of homeland security et al.,
**Department of Homeland Security**
2707 Martin Luther King Jr Ave SE
Washington, District of Columbia [20528]

brown, lisa d/b/a
LISA BROWN
clerk/register of deeds et al.,
**Oakland County Clerk/Register of Deeds**
1200 N. Telegraph Rd Bldg.12E
Pontiac, Michigan [48341]

garland, merrick brian d/b/a
MERRICK GARLAND
attorney general et al.,
**Department of Justice**
950 Pennsylvania Avenue, NW
Washington, District of Columbia [20530]

yellen, janet louise d/b/a
JANET LOUISE YELLEN
secretary of the treasury et al.,
**Department of the Treasury**
1500 Pennsylvania Avenue NW
Washington, District of Columbia [20220]

martin, donna d/b/a
MAJOR GENERAL DONNA MARTIN
provost marshal general et al.,
**Department of the Army**
Pentagon Building
Washington, District of Columbia [22202]

nessel, dana d/b/a
DANA NESSEL
attorney general et al.,
**Department of Attorney General**
525 W. Ottawa St., 7th Floor
Lansing, Michigan [48933]

benson, jocelyn d/b/a
JOCELYN BENSON
secretary of state et al.,
**Michigan Department of State**
430 W. Allegan St. 4th Floor
Lansing Michigan [48918]

yarbrough, karen a d/b/a
KAREN A. YARBROUGH
cook county clerk/recorder of deeds et al.,
**Cook County Clerk/Recorder of Deeds**
69 West Washington Street Ste 500
Chicago, Illinois [60602]

raoul, kwame d/b/a
KWAME RAOUL
attorney general et al.,
**Illinois Attorney General**
500 South Second Street
Springfield, Illinois [62701]

redfield, larrisa d/b/a
LARRISA REDFIELD
supervisor et al.,
**Lutheran Social Services of Illinois**
1921 S Indiana Ave 3rd Floor
Chicago Illinois [60616]

LaSean DeJong Houston Estate et al.,
LASEAN DEJONG HOUSTON et al.,
c/o 3079 S Baldwin Rd
Lake Orion, Michigan RFD near. [48359]

Kimberly Denise Houston Estate et al.,
KIMBERLY DENISE HOUSTON et al.,
c/o 786 E Columbia Ave
Pontiac, Michigan RFD near. [48359]

Skyler Isaac Houston Estate et al.,
SKYLER ISAAC HOUSTON et al.,
% 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

Aidan Antrell Ware Estate et al.,
AIDAN ANTRELL WARE et al.,
% 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

Terajai Armond Houston Estate et al.,
TERAJAI ARMOND HOUSTON et al.,
c/o 149 N Avery Rd
Waterford, Michigan RFD near. [48328]

pritzker, jay robert d/b/a
J.B. PRITZKER
governor et al.,
**Office of the Governor**
207 State House
Springfield, Illinois [62706]

smith, marc d d/b/a
MARC D. SMITH
director et al.,
**Department of Children and Family Services**
406 East Monroe St.
Springfield, Illinois [62701]

blinken, antony john d/b/a
ANTONY BLINKEN
secretary of state et al.,
**Department of State**
2201 C Street NW
Washington, District of Columbia [20520]

Kimberly Denise Ellsworth Estate et al.,
KIMBERLY DENISE ELLSWORTH et al.,
c/o 786 E Columbia Ave
Pontiac, Michigan RFD near. [48359]

Kayla Renee Houston Estate et al.,
KAYLA RENEE HOUSTON et al.,
c/o 3079 S Baldwin Rd
Lake Orion, Michigan RFD near. [48359]

Amari Amir Tucker Estate et al.,
AMARI AMIR TUCKER et al.,
% 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

Izoha Monea Houston Estate et al.,
IZOHA MONEA HOUSTON et al.,
% 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

## Parties

The complainant and "your orator" houston, lasean dejong," is a private Moor americas aboriginal illinoisan national and subject of the *Al Maroc Shereefian Empire*, "*but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled*," is beneficial owner of the defendant LASEAN DEJONG HOUSTON a registered organization name Cook county, Illinois is a decedent's legal estate ("Estate") whose principle office is located at 69 West Washington Street Ste 500, Chicago Illinois, in care of yarbrough, karen a d/b/a KAREN A. YARBROUGH, cook county clerk/recorder of deeds et al.

## Premises

The complainant's core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without his being fully availed and acknowledged of his equitable defenses. The complainant has tendered all consideration; and been imputed a serious liability for the indemnity or satisfaction all of the debts of the said Illinois registered organization decedent's legal estate person. Your orator has been subjected to a Legal mode of Proceedings which are inconsistent with the private treaty protections of the *Treaty of Marrakech 1787 ARTICLE XXI*, the *Treaty of Algiers 1795 ARTICLE XV.*, *Treaty of Tunis* 1797 *ARTICLE XVIII.*, and the *Treaty of Tunis 1824 ARTICLE XII.*, as well as, the *1789 constitution for the united states of america*, under the rules of Chancery due and owing to the complainant by way of his **special and particular political status,** as a subject of the *Al Maroc Shereefian Empire,* and his equitable rights to the same said Estate, that were all intended for your orator, by his ancestors, as the sole exclusive heir and beneficiary, by maxims "*only God can create an heir*," "*the heir and his ancestor are one and the same person*," and "*Equity regards the beneficiary as the true owner.*" Your orator appears *in personam,* without an administrator, a guardian, personal representative, an executor, or a trustee to defend is

equitable rights, titles, and interests in the same said estate and must guard his good name, against the destruction of his reputation, and his rights to equal Justice being rendered towards him, which are protected by his privity as an heir to the treaties and the written constitution, intended for him, by its' makers as an equitable mortgage/compact. Your Honor would expect no less privity as co-heir to said mortgage/compact. Your orator calls a Court of Equity into activity by good conscience, good reason and by his own reasonable diligence. Your orator is *sui juris,* now having knowledge of his rights, with opportunity to assert them, he does not delay unreasonably so to do. *"Equity aids the vigilant, not those who slumber on their rights,"* and *"Equity imputes an intent to fulfill an obligation."*

Each named defendant is appointed and qualified as either implied administrators, or constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further shows, unto your Honor, that he has called upon each defendant to either Affirm or Deny their trust relation with him; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable assets; to provide your orator with a list of all debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as Moor *heir/beneficiary*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. May it please your Honor, the said defendant(s) have failed to answer or make defense to the trust(s) after he had given reasonable time so to do. Your orator desires that the defendants shall

answer under oath, make the discovery called upon by the bill, and rendered over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires a decree taking his bill for confessed, the failure of the defendant(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet cum loqui debet consentire videtur*** (He who is silent seems to consent, when they ought to speak)

    *"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

    May it please your Honor, that the said defendant(s), and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress your orator in the premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendant(s), are contrary to equity and good conscience, and tend to the manifest wrong, injury and oppression of your orator in the premises.

## Statement of Jurisdiction

    This is a suit in equity arising within the *Treaty of 1787 Marrakech ARTICLE XXI.*; *1789 constitution* for the united states of ameirca in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII.*, the rights your orator are entitled to, as a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, are of those classes which said treaties, constitution, and act, either confers or has taken under their protection, without

such obligation, your orator's rights are in jeopardy of being destroyed, where no adequate remedy for their enforcement is provided by the forms and proceeding of a purely legal nature. The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by said treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has limited jurisdiction and the complainant does hereby grant all *in personam* and subject matter jurisdiction to this court, under the exclusive equity jurisdiction, conferred by *Treaty of 1787 Marrakech ARTICLE XXI.*; *1789 constitution for the united states of ameirca in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII.,* to the exclusion of all other modes and proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and fore as much as your orator is remediless in the premises at and by the direct and strict rules of the common law and cannot have adequate relief save only in a Court of Equity, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and relievable. ***Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:***

## Statement of the Cause

The primary subject matter at issue in your orator's *speciali causa* (special cause) as a private Moor, americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled,*" your orator's special and particular political status is uncontroverted. It "cannot" be altered by any of the several states, *the united states for the district of columbia,* or *the united states of america in congress assembled,* by contracts or statutes, be it

expressed or implied, public or private; and therefore, my special and particular political status as a private Moor subject "cannot" been reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or instrumentality. Your orator's substantive core private equitable rights to due process and equal Justice being rendered cannot be seen by a court proceeding under any mode other than the exclusive Equity jurisdiction, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled*, or *the united states for the district of columbia*, which are inconsistent with and repugnant to our reciprocal treaties and therefore he cannot be "comingled" with any public U.S. citizens or nationals of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as a Moor subject of the *Al Maroc Shereefian Empire*. Your orator requires that this Honorable court issue a private declaratory decree acknowledging that your orator is, "in fact," a private Moor, americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled*," and that he shall be treated as friendly, *amicus curiae*, respected and esteemed as that of the **most favored Nation**. "*Equity aids the vigilant, not those who slumber on their rights*." (see Exhibits Denial of Assumption and Presumption, and Declaration of Intention, *Treaty of Algiers 1795 ARTICLE XIII.*)

## Statement of the Cause

Your orator's *speciali causa* (special cause) is for the termination of any guardian/ward relation, making any presumed administration of my estate absolute void; have decedent's legal estate, LaSean DeJong Houston Estate et al., restored to your orator as the sole exclusive heir and beneficiary; and grant relief and exoneration from of all liabilities of the defendant LASEAN DEJONG HOUSTON a registered organization name Cook county, Illinois is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for my private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted, all that my ancestors had intended for me. Your orator's equitable claims are uncontroverted. Your orator is beneficial owner of the Estate, and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits; his person, and his wife and minor offspring; his right to work, to sell and acquire property; to engage in any lawful business; his and their reputation, health and capacity to labor; his and their right to enjoy the senses of sight, smell, hearing and taste; his and their right of speech and locomotion; his and their right to enjoy their sense of moral propriety when normal; and to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of your orator, he should pay or account therefor, unless he can prove it was a gift by your orator. Your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable settlement will benefit him. Your orator's substantive equitable rights to own property and to due process and equal Justice

being rendered towards him are not cognizable at law, much less at martial due process tribunals and he relies exclusively on the recognition and enforcement of purely equitable rights. Each named defendant is appointed and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further, show unto your Honor that he has called upon each defendant to either Affirm or Deny their trust relation with him; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable assets; to provide your orator with a list of all debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as Moor *heir/beneficiary*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. Your orator desires that the defendants shall answer under oath, make the discovery called upon by the bill, and rendered over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires a decree taking his bill for confessed, the failure of the defendant(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet cum loqui debet consentire videtur*** (He who is silent seems to consent, when they ought to speak).

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a Moor subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this Honorable court, your orator may be subjected

to further unjust and irreparable harm and destruction of his treaty protected rights and property. *"Equity abhors a forfeiture."*

## Statement of the Cause

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against all liability of the Estate as the "implied equitable surety" or secondary liability imposed upon him in all legal proceedings of a general military character, and in a particular "State" legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN." Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. *"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."* Your orator's core private rights are not cognizable at law, or the legal legislative proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private substantive rights are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equity jurisdiction is no longer furnished and is in direct conflict with the reformed procedure. The complainant's core private rights are in jeopardy of being destroyed; are of those classes, which the treaties either confer or are taken under its protection, and no

adequate remedy for their enforcement is provided by the, forms, proceedings, and modes purely legal.

The complainant is without speedy, nor adequate and complete remedy at law and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name LASEAN DEJONG HOUSTON, in relation to the complainant, as a Moor subject. It is only under legal compulsion that the complainant, is subjected to any jurisdiction other than the exclusive equity jurisdiction. The equity jurisdiction vested by the *Articles of Confederation ARTICLE XII*; *Treaty of 1787 Marrakech ARTICLE XXI*; *1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII.* and cannot be affected by the emergency enactments of legislation. due to the said conflict, the inherent law, equitable principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable defenses from said proceeding legal in nature, in the courts the several states.

## Statement of the Cause

The primary subject matter issue of your orator's *speciali causa* (special cause), as an "implied equitable surety," he makes his original claim against defendant(s) seeking equitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the *united states of america*, and the *united states for the district of columbia* (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by the said district of columbia military legal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice complainant is entitled to by virtue of his private status as a Moor subject of the *Al Maroc Shereefian Empire*; as the sole exclusive heir to the Estate, and that without complete justice being administered by this Honorable court, your orator may be subject to unjust and irreparable harm and destruction of his treaty protected rights and property.

## Statement of the Cause

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for reciprocity, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large estate that has all been administered and sustained, in open, stated, or settled accounts whereby reason of some mistake, omission, accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; whereby reason of some fiduciary relation of trust or confidence between the defendant(s) and the complainant, where the complainant was at a disadvantage, and as a consequence the account is inequitable. The complainant equitable cause is a complex accounting, and he is without full facts of the assets of the trust(s) and relies exclusively on the mode of compelling the defendant/trustee(s) to make disclosure and therefore a discovery by suit in equity is indispensable. The complainant has business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s) have handled the estate of the complainant; or done business for him. The complainant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the complainant has an interest, and to pay over whatever may be due or belong to him. *"A good and faithful servant shall make a*

*full accounting, to the owner, of the talents he was granted."* The complainant has through his inherent power of appointment, appointed each defendant, having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title in the form of a Deed of Conveyance to each defendant, to be held in the private by said defendant(s), for the private enjoyment, use, possession, and benefit of the complainant. Each defendant was given actual and constructive notice of the complainant's manifest intent, purpose, to execute actual and constructive grant and conveyance, on special deposit, the trust res with a demand for specific performance, **by** due particularity, to produce a full accounting; list of all real, personal, and equitable assets or other property in which the complainant has an interest; to pay over whatever may be due or belong to him, or the balance due complainant on a full accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the complainant went, or should have gone, into the possession, or under the control, of the defendant(s), giving items, dates, values, and circumstances. The defendant(s) has neither Affirmed or Denied the fiduciary relation or rendered an account of such money and property and the profits thereof; or, if he did render any, that it was imperfect and incorrect, balance due complainant on a full accounting; that complainant refused to accept it in any respect, and so notified the defendant; Your orator prays for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the defendant has any sureties bound for his good conduct, they should be made defendant(s), and their suretyship alleged in the body of the bill be equitably attached. *"One who seeks equity must do equity."*

## Statement of the Cause

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. houston, skyler isaac's, *an infant*, core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without him being fully availed and acknowledged of his equitable defenses. houston, skyler isaac as an "implied" surety, has been imputed a serious liability for the indemnity or satisfaction of the debts of the said Illinois registered organization, SKYLAR HOUSTON, decedent's legal estate person. houston, skyler isaac *Moor grantee, cestui que heir* has been subjected to a Legal mode of Proceedings without the private treaty protections of the *Treaty of Marrakech 1787 ARTICLE XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.,* and the *Treaty of Tunis 1824 ARTICLE XII.,* as well as, the *1789 constitution for the united states of america,* under the rules of Chancery which he is are entitled to, by way of his **special and particular political status** and equitable rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "*only God can create an heir,*" "*the heir and his ancestor are one and the same person,*" and "*Equity regards the beneficiary as the true owner.*" I walk in the shoes of my ancestors, and as heir and beneficiary. I am maternal grandfather, *parens patriae,* and next friend, for houston skyler isaac, beneficiary of the registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. I gave him his name. I redeem him and have a just right to claim him (*propria vigore*) on my own authority, he is mine. He is born through promise. He is a child of the **Most-High**. This bill is filed for his benefit and all my known/unknown *heir/beneficiaries* that have an interest under the decree. I am clothed with proprietary rights over houston, skyler isaac registered organization names

SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. *I DECLARE, I* am his *Moor grantee/grantor/guardian,* for good reason, the government of the place shall have nothing to do therewith, said estate. *(Gal 4) (Treaty of Tunis* 1797 *ARTICLE IXX.)* If anyone DENIES, I DEMAND they:

- **Show "good" cause** why I "do not" hold superior equitable or legal title to houston, skyler isaac, *beneficiary* of the registered organization names SKYLER ISAAC HOUSTON, and SKYLAR HOUSTON, and that it's "not" a sacred trust.

- **Show "good" cause** why any presumed administration of houston, skyler isaac, beneficiary of the registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate is "not" absolute void, and as *Moor grantee/grantor/beneficiary/guardian,* I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable assets and debts due to his estate.

- **Show "good" cause** why I "cannot" have houston, skyler isaac, beneficiary of the registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to him.

## Statement of the Cause

The primary subject matter issue of the complainant 's *speciali causa* (special cause) is for the relief against the destruction of complainant's rights born of trespasses upon the stipulations of treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *Complainant's* free ingress and regress to and from;

2. Blocking, clogging, or prohibiting *complainant's* private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses;

3. Collecting any kind of rent, tribute, or tax from *complainant* or otherwise exercise functions of rule over him;

4. Interrupt or destroy *complainant's* reputation, right to goods and chattels, credits, liberties, and his labor, or "**under legal compulsion**," call upon *complainant* for indemnity or satisfaction, on behalf of another;

5. Subject *complainant "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, having been heavily prejudiced by the presumption that the *complainant* was a citizen of the united states for the district of columbia, or citizen of the united states of america in congress assemble," and subject to their laws;

6. Treating *complainant* as a belligerent and national of a designated enemy country;

7. Subjecting *complainant* to any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding *complainant* against possible or prospective injuries, and to preserve the means by which *complainant's* existing rights may be protected from future or contingent violations;

8. Endangering *complainant*, implied equitable surety from being injured by the creditor's delay in bringing suit, against the principal debtor;

Your orator prays for the issue a ***Writ of QUAI TIMET*** (injunction) in the foregoing bill to inhibit and restrain the said *Defendants* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to the treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is prayed for with good conscience and good reason; it is prayed that said injunction be made perpetual on the grounds that said acts are contrary

to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters. Your orator prays that said *Defendant(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator prays that if it be necessary to attach an equitable lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s),* their heirs, assigns, and agents, to secure the payment of the money due Complainant, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to Complainant, for any breach of faith, be levied.

*Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)*

*The acquisition of the property or taking other advantage of a person by the betrayal of his confidence, such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

This is the first application for an injunction in this cause.

**Maxim: A Judge ought always to have Equity before his eyes**

## Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable nature, and the complainant elects to apply for equitable relief and notices that it is established principle that when there is a conflict between the rules of law and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the complainant states that no adequate, sufficient, or speedy remedy at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity jurisprudence. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Table of Authorities. Further the complainant does notice that this cause is in accordance with the soul, intent and purpose of the rules of the supreme court of the united states "former rules" number 48, and that Defendants are believed to be governed exclusively in accordance with the intent of Rule 47 of same. *Stand by what has been decided, and do not disturb what is settled.*

## <u>Prayers for Special and General Relief</u>

Wherefore the foregoing, your orator therefor prays that this honorable court issue a decree for Complainant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."

a.   That Complainant houston, lasean dejong *Moor beneficiary*, be declared the sole exclusive heir and beneficiary to the same subject matter the Names and Estates including, but not limited to, "LASEAN DEJONG HOUSTON," establishing my equitable rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses,

goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

b. That the complainant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c. That the Complainant, houston, lasean dejong, is "in fact" a private Moor, americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled;*" and that he shall be treated as friendly, *amicus curiae*, respected, esteemed and as that of the **most favored Nation;** and that due process and equal Justice shall be rendered towards him in all disputes;

d. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

e. Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

f. Decree a special evidentiary hearing with the special clerk and master to present private proprietary confidential evidence in support (proposed Order attached herewith);

g. Decree any other General and Special Relief, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem** just. Your orator prays your Honor

issue a decree declaring Complainant houston, lasean dejong to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate, I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

h.   Your orator prays your Honor issue a decree *a pro confesso* for all defendant(s) as an admission of all the facts and allegations stated in the bill, and the proof and proper evidence that the said defendant(s) have been regularly served by actual notice duly made, and all defendant(s) having failed to appear to make any defense being deemed prima facie evidence that he/she has no defense to make, on the contrary, he/she admits the material allegations of the bill to be true; that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the complainant and defendant(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party, restore to Complainant all credits emitted, monies borrowed, rents, assets, lands, proceeds, issues, derivatives, derivations, collaterals, and produce and file with the Master said account as to show the balance which either party may owe the Complainant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

Page **23** of 27

i.    Decree that your orator be *Moor grantee/grantor/beneficiary/guardian* for and on behalf of houston, skyler isaac, beneficiary of the registered organization name SKYLER ISAAC HOUSTON estate, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to houston, skyler isaac, *beneficiary,* be restored to your orator.

j.    Decree that anyone acting as a Person worthy of Trust, shall render upon request by the Complainant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable assets and debts due to Complainant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Trust Account(s)" interest, in USD species, to Complainant houston, lasean dejong *Moor heir/beneficiary*; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Complainant has an interest, and to pay over whatever may be due or belong to him, or the balance due Complainant on a fair accounting to be held by you on Special Deposit;

k.    That the Complainant houston, lasean dejong, *Moor heir/beneficiary* shall have the right to claim, as *grantee ablsolute,* 1863 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for *Moor aborigine descendants*, shall be set aside and recorded in the name of the SEAN HOUSTON-*EL* FOUNDATION TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named

houston, lasean dejong, his *heirs and beneficiaries*. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, *SHALL NOT BE TAXED* by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable jurisdiction, WHATSOEVER;

l.  That any cloud be removed from any real, personal, equitable assets, or named estate(s) or the title be divested and vested, that Complainant makes equitable claim to; and a permanent equitable estopple be granted against any and all non-bona fide parties.

m.  That perpetual Injunctive relief shall issue against all classes of defendant(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the *united states of america* and of the several states who are subject to their treaties and constitutions, shall acknowledge the Complainant's special and particular political status"; and the Complainant shall "not" be treated as a national of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the treaties; and that Complainant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the treaties between the *Citizens of the United States of North America* and the *Subjects of the Al Maroc Shereefian Empire;*

n.  Injunctive relief to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

o.   Injunctive relief be granted to perpetually inhibited defendant(s) from the assertion of any presumed right, and perpetually restrained defendant(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters;

p.   Injunctive relief to be granted on behalf of an "implied equitable surety," to enjoin any s suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

q.   Injunctive relief be granted to perpetually inhibited defendant(s), or anyone acting as a Person worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable grounds for attachment exist, state it.

r.   That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Complainant have such other relief as he-prays for, and may be entitled to, and that the proper final process shall issue;

That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to

support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

## BE YEE PERFECT

**Further Affiant Sayeth Naught**

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

***I DECLARE,*** under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed: _____ 31st July_____ ,20 21 .

By: ____houston_ lasean dejong_____

**houston, lasean dejong,** *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

_Lawson, Tryone Batson Jr._
**Print**

_____
**Witness**

*locus sigilli* (seal)

_Rockett, Terry Lee_
**Print**

_Rockett, Terry Lee_
**Witness**

*locus sigilli* (seal)

district court of the United States,
eastern district of Michigan

| | | |
|---|---|---|
| houston, lasean dejong, *Moor beneficiary*<br>SEAN HOUSTON-*EL* FOUNDATION TRUST<br>a *private Moor aboriginal illinoisan national,*<br>*and subject of the Al Maroc Shereefian Empire.*<br>*Complainant(s)*<br><br>-v-<br><br><br>*Defendant(s)* | § § § § § § § § § § § § § | the united states of america<br>Exclusive Equity<br>*Treaty of Marrakech 1786.*<br>*ARTICLE XXI.,*<br>*Treaty of Tunis 1824*<br>*ARTICLE XII.*<br>*1789 constitution for the united states*<br>*of america in congress assembled,*<br>*Article III, §2§§1,*<br>the *Judicature Act of 1789 1 stat 73*<br>*§9. §11, §16, and §20.* |

houston, lasean dejong, *Moor beneficiary*
SEAN HOUSTON-*EL* FOUNDATION TRUST
a *private Moor aboriginal illinoisan national,*
*and subject of the Al Maroc Shereefian Empire.*
*Complainant(s)*

-v-

*Defendant(s)*

blinken, antony john d/b/a ANTONY BLINKEN
secretary of state et al.,
**United States Department of State**
HEIRS AND ASSIGNEES

yellen, janet louise d/b/a JANET LOUISE YELLEN
secretary of the treasury et al.,
**United States Department of the Treasury**
HEIRS AND ASSIGNEES

haaland, debra anne d/b/a DEBRA ANNE HAALAND
secretary of the interior et al.,
**Department of the Interior**
HEIRS AND ASSIGNEES

garland, merrick brian d/b/a
MERRICK GARLAND
attorney general et al.,
**United States Department of Justice**
HEIRS AND ASSIGNS

saul, andrew marshall d/b/a ANDREW SAUL
commissioner et al.,
**Social Security Administration**
HEIRS AND ASSIGNEES

rettig, charles paul d/b/a CHARLES PAUL RETTIG
commissioner, et al.,
**internal revenue**
HEIRS AND ASSIGNEES

**Notice of Conflict and Variance**
*Speciali Causa* (Petition)
**to Proceed** *Ex Parte*
*In Camera* **hearing**

To: Chief Judge Denise Page Hood
*In Camera* - Restricted
c/o district court of the united states for
eastern district of Michigan
Theodore Levin U.S. Courthouse
231 W Lafayette Blvd., Room 701
Detroit, Michigan near. [48226]
Restricted Registered Mail

*Speciali Causa* (Special Cause)
**Private, Special, Privileged**
**Special Term, without General**
**without Statutes, without (FCRP)**
**Federal Rules of Civil Procedure**

martin, donna d/b/a
MAJOR GENERAL DONNA MARTIN
provost marshal general et al.,
**United States Department of the Army**
HEIRS AND ASSIGNEES

§
§
§
§
§
§

mayorkas, alejandro nicholas d/b/a
ALEJANDRO MAYORKAS
secretary of homeland security et al.,
**Department of Homeland Security**
HEIRS AND ASSIGNEES

§
§
§
§
§
§

nessel, dana d/b/a DANA NESSEL
attorney general et al.,
**Michigan**
HEIRS AND ASSIGNEES

§
§
§
§
§

brown, lisa d/b/a LISA BROWN
clerk/register of deeds
**Oakland County**
HEIRS AND ASSIGNEES

§
§
§
§
§

benson, jocelyn d/b/a JOCELYN BENSON
secretary of state
**Michigan Department of State**
HEIRS AND ASSIGNEES

§
§
§
§
§

yarbrough, karen a d/b/a KAREN A. YARBROUGH
cook county clerk/recorder of deeds
**Cook County**
HEIRS AND ASSIGNEES

§
§
§
§
§

raoul, kwame d/b/a KWAME RAOUL
attorney general et al.,
**Illinois Attorney General**
HEIRS AND ASSIGNEES

§
§
§
§
§

pritzker, jay robert, d/b/a J.B. PRITZKER
governor el al.,
**Illinois**
HEIRS AND ASSIGNEES

§
§
§
§
§

smith, marc d d/b/a MARC D. SMITH
director et al., heirs and assigns
**Department of Children and Family Services**
**Illinois**
HEIRS AND ASSIGNEES

§
§
§
§
§
§

*NOTICE OF CONFLICT AND VARIANCE*

| | |
|---|---|
| redfield, larrisa d/b/a LARRISA REDFIELD | § |
| supervisor et al., | § |
| **Lutheran Social Services of Illinois** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| buchanan, jackeline d/b/a JACKELINE BUCHANAN | § |
| chief executive officer et al., | § |
| **Genisys Credit Union** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| brenner, douglas a d/b/a DOUGLAS BRENNER | § |
| chief executive officer et al., | § |
| **Brenner Oil Co** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| LaSean DeJong Houston Estate et al., | § |
| LASEAN DEJONG HOUSTON et al., | § |
| | § |
| Kimberly Denise Ellsworth Estate et al., | § |
| KIMBERLY DENISE ELLSWORTH et al., | § |
| | § |
| Kimberly Denise Houston Estate et al., | § |
| KIMBERLY DENISE HOUSTON et al., | § |
| | § |
| Kayla Renee Houston Estate et al., | § |
| KAYLA RENEE HOUSTON et al., | § |
| | § |
| Skyler Isaac Houston Estate et al., | § |
| SKYLER ISAAC HOUSTON et al., | § |
| | § |
| Terajai Armond Houston Estate et al., | § |
| TERAJAI ARMOND HOUSTON et al., | § |
| | § |
| Izoha Monea Houston Estate et al., | § |
| IZOHA MONEA HOUSTON et al., | § |
| | § |
| Amari Amir Tucker Estate et al., | § |
| AMARI AMIR TUCKER et al., | § |
| | § |
| Aidan Antrell Ware Estate et al., | § |
| AIDAN ANTRELL WARE et al., | § |

### Notice of Conflicts and Variance Demand to exclude Public and Press, and Proceed *Ex Parte, In Camera* hearing. Demand to Show "Good" Cause

**To:** Judge/Chancellor Denise Page Hood, I move the court to proceed "*Ex Parte*" to hear my *privata specialis causa aequo dirimat* (special private equitable cause) as a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled*"; and in support I supply the following Affidavit:

<u>**Affidavit of Fact**</u>

houston, lasean dejong, Moor heir/beneficiary, *in Propria Persona Sui Juris* (in proper person, in his own right)*,* who have attained *majoris aetatis suae,* (Age of Majority), the Complainant of this *speciali causa* (special cause), comes now by special restricted appearance, a "friend of the court and affiant herein, declare that the statements in this affidavit of "Notice of Conflict and Variance of Law/Demand to Show Cause" are true, of my own first hand personal knowledge, except as to matters therein stated to be on information and belief, and these matters I believe to be true:

1. I am making a special restricted appearance, and am *sui juris*, *in personam*, and *majoris aetatis suae,* (of the age of majority and competent to pick up my own rights) and testify on my own behalf. *I deny* that I am absentee or have forfeited my own estate;

2. I am competent to state the matters set forth herein;

3. I seek protections of rights born of special private fiduciary trust relations between the parties, either expressed, resulting, constructive, or executory upon which I have relied for fair dealings, equitable treatment, good faith, without unclean hands, leaving no room for casuistry (Gibson *Suits in Chancery* §46);

4. I am the primary complainant seeking equitable relief under the jurisdiction of exclusive equity jurisprudence protected by the *Maxims of Equity*, the *Treaty of Marrakech 1787 ARTICLE XXI.*, and the *Treaty of Tunis 1824 ARTICLE XII.*, the *Article III, §2§§1, of the 1789 constitution for* the united states of america in congress assembled, and the *Judicature Act of 1789 1 stat 73 §9. §11, §16, and §20, and equity jurisprudence;*

5. I am, and it is my intention to be a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled.*" I am privately beneficially interested in this matter; **(see record of Denial of Assumption and Presumption, and Declaration of Intention)**

6. My equitable rights are "not" cognizable and are destroyed in the at law jurisdiction. I am without full and adequate relief at law given that at law does not recognize the primary rights and duties, estates and interests which it creates, and the remedial rights and duties enforced by the various remedies which it confers, and at law does not present the principles, doctrines, and rules concerning these primary rights, estates, and interests (Pomeroy §128);

7. As a Moor subject, I am clothed with unalienable rights and a **special and particular political status** protected by all of the treaties entered into by the *Al Maroc Shereefian Empire*. *"Equity imputes an intent to fulfill an obligation;"*

8. My cause of action is of a purely equitable nature is "not" cognizable at law. I rely exclusively on the recognition and enforcement of my purely equitable rights;

9. I rely on intent and purpose, good conscience, good reason, and *Maxims of Equity*;

10. *I deny*, I am a volunteer to the subject matter property of my complaint;

11. *I deny* I have been made fully availed of the facts of the equitable assets of the trust and I rely exclusively on the mode of compelling the defendant/trustee to make a full disclosure and accounting therefore a discovery by suit in equity is indispensable (Pomeroy §229);

12. *I deny*, I am subject to the laws, statutes, codes, ordinances, or restrictions of the united states for the district of columbia, nor the laws of the united states of america in congress assembled, or any public martial due process of law;

13. *I deny*, I am a national of a designated enemy country, or am subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act. **(see record Exhibit Barbary Treaties);**

14. I am "only" subject to and bound by *Shefeefian* law, the *Maxims of Equity*, **and** all of the treaties entered into by the *Al Maroc Shereefian Empire*. It is intended for me that my core private unalienable rights be cognizable and protected exclusively in the equity jurisdiction, where **equal Justice shall be rendered.** (*"Equity delights to do justice and not by halves.");*

15. I am a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled,*" notice of my uncontroverted Declaration of Intention is Duly recorded at Pima County, Arizona recorder

Seq#20201480845 and 846, attached herein by reference and made apart hereof **(see record of Denial of Assumption and Presumption, and Declaration of Intention)**

16. *I deny*, I am a volunteer surety or principal for, the *nom-de-guerre* LASEAN DEJONG HOUSTON or any of its commercial derivations, nor can I be called upon for indemnity or satisfaction of the debts of a stranger**. (see record *Treaty of Tunis* 1797 *ARTICLE XVIII.***

17. As a Moor subject, I am entitled to equal Justice being rendered in any disputes or Suits at Law between me and any of the Citizens of the United States of North America; to be protected from any adversarial or belligerent citizens; to pass and repass without any interruption or Molestation; be respected and esteemed and receive the most favored Nation treatment;

18. *I deny,* since reaching the *Age of Majority*, I absolutely and entirely renounced and abjure forever all my allegiance and fidelity to my ancient foremothers' and forefathers' state, the *Al Maroc (Moor) Shereefian Empire* of whom I am a subject;

19. I am entitled to be acknowledged and recognized as having a **special and particular political status,** who is friendly;

20. Under the doctrine of election I seek to trace the assets of the trust(s) and restore the trust(s), and do not seek to hold the trustee personally liable ("*Equity will not allow a trust to fail for want of a Trustee*");

21. My private equitable rights of a purely substantive nature are inherently in conflict with the general rules of law, State adopted "General Rules of Civil Procedure," Federal Rules of Civil Procedure *ab initio* 1938, and your general at law martial due process *de facto* martial;

22. *In all matters in which there is any conflict or variance between the rules of Equity and the rules of the common law, with reference to the same matter, the rules of Equity shall prevail. "* "And thus, in England the triumph of the righteous principles of Equity over the rules of the common law is complete, and, no doubt, final" *(Gibson Suits in Chancery §9; 21, §68; Pom. Eq. Juris. §12; 124, Biph. Pr. Eq. §1; 11;).*

23. My equitable rights and interests are enforced and preserved by an appropriate equitable remedy, the remedial jurisdiction of equity extends beyond these somewhat narrow limited and embraces many classes of legal rights and interests for the violation of which, under the existing circumstances, the law gives no adequate relief (Pom. §128);

24. There still exists a definite distinction in modes of procedure; ""It's easy to say that the distinctive modes of equity procedure are along abrogated by the legislature, while the principles, doctrines, and rules of the equity jurisprudence and jurisdiction are wholly unaffected. To sum up this result in one brief statement, all equitable estates, interests, and primary rights, and all the principles, doctrines, and rules of the equity jurisprudence by which they are defined, determined, and regulated, remain absolutely untouched, in their full force and extent, as much as though a separate court of chancery were still preserved." (Pom. Eq. Juris. §357);

25. My special and particular rights are only cognizable in a court of exclusive equity; the exclusive equitable jurisdiction, or the power of the courts to adjudicate upon the subject-matters coming within that jurisdiction, exists independently of the adequacy or inadequacy of the legal remedies obtainable under the circumstances of any particular case" (Pom. Eq. Juris. §218);

26. I require exclusive equity to where the exercise of the power to adjudicate upon, maintain, enforce, or protect purely equitable primary rights, interests, or estates does not at all depend upon any insufficiency or inadequacy of legal methods and remedies, but solely upon the fact that these primary rights, interests, or estates are wholly equitable, are not recognized by the law nor cognizable by the courts of law, and there is therefore no other mode of maintaining and enforcing them except by the courts of equity. Wherever the complaining party has purely equitable primary rights, interests, or estates according to the doctrines and principles of the equity jurisprudence, courts having equitable powers do and must exercise their exclusive jurisdiction over the case, entirely irrespective of the adequacy or inadequacy of legal remedies, for the plain and sufficient reason that the litigant party cannot possibly obtain any legal remedies under the circumstances; the courts of law do not recognize his rights, and cannot adjudicate upon nor protect his interests and estates" (Pom. Eq. Juris. §119) *"Equity will take jurisdiction to avoid a multiplicity of suits"*;

27. I state that "The exclusive equity jurisdiction is not ousted by statute or else by any express terms or clear and necessary implication. Equitable jurisdiction once aving attached to the a case, will be maintained for the final adjudication of all rights involved (Charles Phelps "Jurid. Eq." §268);

28. I rely strictly on the proper and complete good faith treatment of my fiduciaries in the absence of any guardian/ward relation Affiant is wholly without adequate remedy at-Law—and thus has an inherit conflict with the rules;

29. The modern merged legal system known as "concurrent jurisdiction" or "one civil action" is in conflict with my right to a distinct separate mode and jurisdiction of Equity under, the *Treaty of Marrakech 1787 ARTICLE XXI.*, and the *Treaty of Tunis 1824 ARTICLE XII., the Article III, §2§§1, of the 1789 constitution for the united states of america in congress assembled*, and the *Judicature Act of 1789 1 stat 73 §9. §11, §16, and §20;*

30. My equitable estates, interests, and primary rights, and all the principles, doctrines, and rules of the equity jurisprudence by which they are defined, determined, and regulated, remain absolutely untouched, in their full force and extent, as much as though a separate court of chancery were still preserved." (Pomeroy §357 Eq. Juris.);

31. I am a beneficially interested a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire* in relation to certain special property that was intended for me by my ancestors, including, but limited to, bills of credit emitted, monies borrowed**, lands, and assets, a)** ***Articles of Confederation Art. XII.*** **b)** the special estate trust LASEAN DEJONG HOUSTON, a special unincorporated  business trust created by the State of Illinois on January 28,1972 hereinafter "Trusts";

32. Due to the purely equitable nature of my rights, I require the public and press to be excluded during the entirety of the proceeding in order to protect the court officers and trustees from censorship;

33. I claim all beneficial right title, and interest in said Trusts, and rely heavily on the doctrines of equity jurisprudence to administer complete justice;

34. As *cestui que* of the Trusts, my rights are purely an equitable, of which law courts refuse to take cognizance (Pom. Eq. Jur. §219). "Equity regards done that which ought to have been done. (2 Pomeroy's Equity Jurisprudence [5th ed], § 364, pp 10-12);

35. I am without actual or constructive notice of equal equities in the same subject matter referenced herein (Gibson Suits in Chancery §73) "*Where equities are equal, the law will prevail*';

36. Therefore, my governing laws and the laws governing the special relations between the parties is the *Maxims of Equity*, good conscience good reason, *and the equity*

*jurisprudence* protected by the *Treaty of Marrakech 1787 ARTICLE XXI.*, and the *Treaty of Tunis 1824 ARTICLE XII.*, the *Article III, §2§§1, of the 1789 constitution for the united states of america in congress assembled*, and the *Judicature Act of 1789 1 stat 73 §9. §11, §16, and §20.* "The judicial power shall extend to all cases of law and equity arising under this Constitution, the laws of the United States, and treaties made or which shall be made under their authority."

## Maxims of Equity

1.  Equity sees that as done what ought to be done
2.  Equity will not suffer a wrong to be without a remedy
3.  Equity delights in equality
4.  One who seeks equity must do equity
5.  Equity aids the vigilant, not those who slumber on their rights
6.  Equity imputes an intent to fulfill an obligation
7.  Equity acts in personam
8.  Equity abhors a forfeiture
9.  Equity does not require an idle gesture
10. He who come into equity must come with clean hands
11. Equity delights to do justice and not by halves
12. Equity will take jurisdiction to avoid a multiplicity of suits
13. Equity follows the law
14. Equity will not aid a volunteer
15. Where equities are equal, the law will prevail
16. Between equal equities the first in order of time shall prevail
17. Equity will not complete an imperfect gift
18. Equity will not allow a statute to be used as cloak for fraud
19. Equity will not allow a trust to fail for want of a Trustee
20. Equity regards the beneficiary as the true owner
21. He who occasioned the loss must bear the burden.

37. I am without notice, cause, evidence or proof that there is a superior legal cause by nature that excludes Affiant from a court of equity under the rules of Chancery, while without the public, where equal Justice shall be rendered, I believe no such evidence exists;

38. I believe the Defendant(s) are public citizens persons, rebels and enemy belligerents under a marshal War Powers Government, and I do not see any evidence they are private *citizens of the united states of america*, or private citizens of the several states, which serves as *prima facie* evidence of their inability to access or be seen in a court sitting in pure, inherent, exclusive Equity and therefore I require the court proceedings to be "*Ex Parte*" without the other parties due to the conflict of jurisdictional matter involving your Trading with the Enemy Act, its Censorship clauses therein, and your Emergency Banking Relief Act where Respondents have presented zero evidence to suggest they have the same   special and particular status that I have or that they are equitable or friendly, and I believe that no evidence "in fact" exists that they are not enemy belligerents;

## Demand to Show "Good" Cause

Therefore, with the above declaration of facts given, I, houston, lasean dejong, Moor beneficary respectfully demand that this court, acting *in good faith, with due diligence, and without unclean hands,* **show "good" cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within (10) ten days from your receipt of this Notice. Failure to **show "good" cause** shall be construed as the courts' confession, acquiescence, agreement, and consent to the facts herein, and the status and standing of the Affiant/complainant to this equitable cause.

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation, to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

### *BE YEE PERFECT*

**Further Affiant Sayeth Naught**

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.  Executed: _____31ˢᵗ July_____ ,20 _21_.

By: _____houston, lasean dejong_____

**houston, lasean dejong**, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

_____Lawson, Tryone Barson Jr_____
**Print**

_____
**Witness**

_____Rockett, Terry Lee_____
**Print**

_____Rockett, Terry Lee_____
**Witness**

*locus sigilli* (seal)

*locus sigilli* (seal)

**district court of the United States,**
**eastern district of Michigan**

| | | |
|---|---|---|
| houston, lasean dejong, *Moor beneficiary* | § | The united states of america |
| SEAN HOUSTON-*EL* FOUNDATION TRUST | § | Exclusive Equity |
| a *private Moor aboriginal illinoisan national,* | § | *Treaty of Marrakech 1786.* |
| *and subject of the Al Maroc Shereefian Empire.* | § | *ARTICLE XXI.,* |
| *Complainant(s)* | § | *Treaty of Tunis 1824* |
| | § | *ARTICLE XII.* |
| | § | |
| -v- | § | *Article III, §2§§1, of the* |
| | § | *1789 constitution for* the united states |
| | § | of america in congress assembled, |
| | § | |
| *Defendant(s)* | § | the *Judicature Act of 1789 1 stat 73* |
| | § | *§9.§11,§16,and§20.,* |
| | § | |
| blinken, antony john d/b/a ANTONY BLINKEN | § | ***Speciali Causa* (Petition)** |
| secretary of state et al., | § | **under Exigent** |
| **United States Department of State** | § | **Circumstances for *Ex Parte*** |
| HEIRS AND ASSIGNEES | § | **evidentiary hearing *In Camera*** |
| | § | **and Review Determination** |
| | § | **(In Re: attached Bill in Equity)** |
| yellen, janet louise d/b/a JANET LOUISE YELLEN | § | |
| secretary of the treasury et al., | § | |
| **United States Department of the Treasury** | § | To: Chief Judge Denise Page Hood |
| HEIRS AND ASSIGNEES | § | *In Camera* - Restricted |
| | § | c/o district court of the united states for |
| haaland, debra anne d/b/a DEBRA ANNE HAALAND | § | eastern district of Michigan |
| secretary of the interior et al., | § | Theodore Levin U.S. Courthouse |
| **Department of the Interior** | § | 231 W Lafayette Blvd., Room 701 |
| HEIRS AND ASSIGNEES | § | Detroit, Michigan near. [48226] |
| | § | Restricted Registered Mail |
| garland, merrick brian d/b/a | § | |
| MERRICK GARLAND | § | |
| attorney general et al., | § | ***Speciali Causa* (Special Cause)** |
| **United States Department of Justice** | § | **Private, Special, Privileged** |
| HEIRS AND ASSIGNS | § | **Special Term, without General** |
| | § | **without Statutes, without (FCRP)** |
| saul, andrew marshall d/b/a ANDREW SAUL | § | **Federal Rules of Civil Procedure** |
| commissioner et al., | § | |
| **Social Security Administration** | § | |
| HEIRS AND ASSIGNEES | § | |
| | § | |
| | § | |

rettig, charles paul d/b/a CHARLES PAUL RETTIG                §
commissioner, et al.,                                        §
**internal revenue**                                         §
HEIRS AND ASSIGNEES                                          §
                                                             §
martin, donna d/b/a                                          §
MAJOR GENERAL DONNA MARTIN                                   §
provost marshal general et al.,                              §
**Army of the united states**                                §
HEIRS AND ASSIGNEES                                          §
                                                             §
mayorkas, alejandro nicholas d/b/a                           §
ALEJANDRO MAYORKAS                                           §
secretary of homeland security et al.,                       §
**Department of Homeland Security**                          §
HEIRS AND ASSIGNEES                                          §
                                                             §
nessel, dana d/b/a DANA NESSEL                               §
attorney general et al.,                                     §
**Michigan**                                                 §
HEIRS AND ASSIGNEES                                          §
                                                             §
brown, lisa d/b/a LISA BROWN                                 §
clerk/register of deeds                                      §
**Oakland County**                                           §
HEIRS AND ASSIGNEES                                          §
                                                             §
benson, jocelyn d/b/a JOCELYN BENSON                         §
secretary of state                                           §
**Michigan Department of State**                             §
HEIRS AND ASSIGNEES                                          §
                                                             §
yarbrough, karen a d/b/a KAREN A. YARBROUGH                  §
cook county clerk/recorder of deeds                          §
**Cook County**                                              §
HEIRS AND ASSIGNEES                                          §
                                                             §
raoul, kwame d/b/a KWAME RAOUL                               §
attorney general et al.,                                     §
**Illinois Attorney General**                                §
HEIRS AND ASSIGNEES                                          §
                                                             §
pritzker, jay robert, d/b/a J.B. PRITZKER                    §
governor el al.,                                             §
**Illinois**                                                 §
HEIRS AND ASSIGNEES                                          §
                                                             §

*REVIEW DETERMINATION*                                    Page **2** of 9

smith, marc d d/b/a MARC D. SMITH                    §
director et al., heirs and assigns                    §
**Department of Children and Family Services**        §
**Illinois**                                          §
HEIRS AND ASSIGNEES                                   §
                                                      §
redfield, larrisa d/b/a LARRISA REDFIELD              §
supervisor et al.,                                    §
**Lutheran Social Services of Illinois**              §
HEIRS AND ASSIGNEES                                   §
                                                      §
buchanan, jackeline d/b/a JACKELINE BUCHANAN          §
chief executive officer et al.,                       §
**Genisys Credit Union**                              §
HEIRS AND ASSIGNEES                                   §
                                                      §
brenner, douglas a d/b/a DOUGLAS BRENNER              §
chief executive officer et al.,                       §
**Brenner Oil Co**                                    §
HEIRS AND ASSIGNEES                                   §
                                                      §
LaSean DeJong Houston Estate et al.,                  §
LASEAN DEJONG HOUSTON et al.,                         §
                                                      §
Kimberly Denise Ellsworth Estate et al.,              §
KIMBERLY DENISE ELLSWORTH et al.,                     §
                                                      §
Kimberly Denise Houston Estate et al.,                §
KIMBERLY DENISE HOUSTON et al.,                       §
                                                      §
Kayla Renee Houston Estate et al.,                    §
KAYLA RENEE HOUSTON et al.,                           §
                                                      §
Skyler Isaac Houston Estate et al.,                   §
SKYLER ISAAC HOUSTON et al.,                          §
                                                      §
Terajai Armond Houston Estate et al.,                 §
TERAJAI ARMOND HOUSTON et al.,                        §
                                                      §
Izoha Monea Houston Estate et al.,                    §
IZOHA MONEA HOUSTON et al.,                           §
                                                      §
Amari Amir Tucker Estate et al.,                      §
AMARI AMIR TUCKER et al.,                             §
                                                      §

Aidan Antrell Ware Estate et al.,                    §
AIDAN ANTRELL WARE et al.,                           §
                                                     §

## Averment of Facts

1. I, houston, lasean dejong, is a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire,* "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled,*" ingressed in michigan, I am entitled to **equal Justice being rendered** towards me, concerning any controversies, disputes or Suits at Law that may arise between me and Citizens of the United States of North America, for redress of every injury, pursuant to treaty relations, and therefore, which under the exclusive judicial powers expressed granted in the *Treaty of Marrakech 1786. ARTICLE XXI., Treaty of Tunis 1824 ARTICLE XII., Article III, §2§§1, of the 1789 constitution for* the united states of america in congress assembled, and the *Judicature Act of 1789 1 stat 73 §9.§11,§16,and§20.,* and therefore I cannot be "comingled" with any public U.S. citizens/national of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933 of; "*Equity will take jurisdiction to avoid a multiplicity of suits*" **(see Exhibit of attached Bill in Equity; Denial of Assumption and Presumption, and Declaration of Intention, Table of Authorities)**

2. As a said private Moor illinoisan national, and subject of the *Al Maroc Shereefian Empire* my substantive core private equitable rights to due process and equal Justice being rendered cannot be seen by a court proceeding under any mode other than the exclusive Equity jurisdiction, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in Such Cases am I subject to the laws of the *united states of america in congress assembled,* or *the united states for the district of columbia,* pursuant to our reciprocal treaties. *"Equity aids the vigilant, not those who slumber on their rights*" **(see Exhibit of attached Bill in Equity; Denial of Assumption and Presumption, and Declaration of Intention, Table of Authorities)**

3. *I DENY,* I am a surety of, nor volunteer for the registered organization name "LASEAN DEJONG HOUSTON," nor can I be called upon for indemnity or satisfaction of another's debts, and therefore am not subject to a martial process as can only be administered by state and federal at law courts presiding "publicly." "*Equity will not aid a volunteer*" **(see Exhibit of attached Bill in Equity; Denial of Assumption and Presumption, and Declaration of Intention, Table of Authorities)**

4. Pursuant to my guaranteed rights to equal Justice being rendered towards me as a Moor, secured by the intent and purpose expressed in the *Treaty of Marrakech 1786. ARTICLE XXI., Treaty of Tunis 1824 ARTICLE XII.,* as well as, the judicial powers that were granted in *Article III, §2§§1, of the 1789 constitution for the united states of america in congress assembled,* and the *Judicature Act of 1789, 1 stat 73 §9., §11,§16,and§20.,* by your Chancellors oath, obligation and integrity as a federal district judge/chancellor, you shall be bound to uphold and defend said protected rights and are prohibited from destroying the same. "*Equity sees that as done what ought to be done.*"

5. *I DENY* that I am a national of a designated enemy, and have a fundamental conflict with mistakenly being comingled with or treated like a public U.S. citizen, "neutral," "enemy," "belligerent," and or "rebel," of the *united states of america in congress assembled,* or *the united states for the district of columbia,* or that I am living within an occupied territory, under military rule; "*Equity delights to do justice and not by halves*" **see Exhibit of attached Bill in Equity; Denial of Assumption and Presumption, and Declaration of Intention, Table of Authorities)**

6. *I DENY* that I am a *citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled,* therefore I am not subject to nor under the jurisdiction of your Trading with the Enemy Act of 1917, Emergency Banking Relief Act of 1933, Emergency War Powers Act of 1941 or 1942, any presidential proclamations including, but not limited to Proclamation #2040, or any other laws statutes, codes, ordinances, or restrictions pursuant to the *Treaty of Algiers 1795 ARTICLE XV.* "*Equity will not allow a statute to be used as cloak for fraud*" **(see Exhibit of attached Bill in Equity; Denial of Assumption and Presumption, and Declaration of Intention, Table of Authorities)**

7. As a said private Moor illinoisan national, and subject of the *Al Maroc Shereefian Empire,* I am subject only to *Shereefian law, the Maxims of Equity,* the treaties, and can only be adjudged in the exclusive jurisdiction of Equity, and my core private rights are protected by the intent and purpose expressed, by my ancestors, in all the treaties entered into by the *Al Maroc Shereefian Empire,* including, but not limited to, the *Treaty of Marrakech 1786. ARTICLE XXI.,* the *Treaty of Algiers 1795 ARTICLE XV.,* and the *Treaty of Tunis 1824 ARTICLE XII.,* acknowledged by *Article VI. §1* and *§2,* and *Article III, §2§§1,* of the *1789 constitution for the united states of america in congress assembled,* and the *Judicature Act of 1789, 1 stat 73 §9. §11, §16,* and *§20.,* and their equity jurisprudence. *"Equity imputes an intent to fulfill an obligation."*

8. ***I DENY,*** as a said private Moor subject of the *Al Maroc Shereefian Empire,* my special and particular status can be altered by state or federal contracts or statutes, be it expressed or implied, public or private; and therefore, my special and particular status as a private Moor subject has not been reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or instrumentality. My core private rights were "MISTAKENLY" sacrificed by my mother and father, without being fully availed, while I was an infant *"Equity abhors a forfeiture."*

9. My causes of action are purely equitable in nature and not cognizable at law much less at martial due process and rely exclusively on the recognition and enforcement of purely equitable rights; *"Equity will take jurisdiction to avoid a multiplicity of suits"*

10. My causes of action are purely equitable by nature because I seek protection of my rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which Affiant has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. *"One who seeks equity must do equity"*

11. My core private equitable rights, are inherently in conflict with the general rules of law, State adopted "General Rules of Civil Procedure, Federal Rules of Civil Procedure ab initio 1938, your general at law mode of martial due process, military rule under presidential Proclamation #2040 and the Emergency War Powers Act of 1933. *"Equity will not allow a statute to be used as cloak for fraud"*

12. I do not rely on legal nature Statutes and Codes but the essential soul, spirit, warp and woof of the *Maxims of Equity.*

13. My special and particular rights are not cognizable in courts of law, nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private substantive rights are in direct inherent conflict with the concurrent jurisdiction created by the Judicature act of 1873; Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equity jurisdiction is no longer furnished, and is in direct conflict with the reformed procedure. "*Equity will not suffer a wrong to be without a remedy*"

14. I am without full facts of the assets of the trust, and I rely exclusively on the mode of compelling the defendant/trustee(s) to make disclosure and therefore a discovery by suit in equity is indispensable.

15. Under the doctrine of election I seek to trace the assets of the trust(s) and restore the trust(s), and do not seek to hold the trustee personally liable.

16. My particular rights are only cognizable in a court of exclusive equity; the exclusive equitable jurisdiction, or the power of the courts to adjudicate upon the subject-matters coming within that jurisdiction, exists independently of the adequacy or inadequacy of the legal remedies obtainable under the circumstances of any particular case.

17. I require exclusive equity to where the exercise of the power to adjudicate upon, maintain, enforce, or protect purely equitable primary rights, interests, or estates does not at all depend upon any insufficiency or inadequacy of legal methods and remedies, but solely upon the fact that these primary rights, interests, or estates are wholly equitable, are not recognized by the law nor cognizable by the courts of law, and there is therefore no other mode of maintaining and enforcing them except by the courts of equity. Wherever the complaining party has purely equitable primary rights, interests, or estates according to the doctrines and principles of the equity jurisprudence, courts having equitable powers do and must exercise their exclusive jurisdiction over the case, entirely irrespective of the adequacy or inadequacy of legal remedies, for the plain and sufficient reason that the litigant party cannot possibly obtain any legal remedies under the circumstances;

the courts of law do not recognize his rights and cannot adjudicate upon nor protect his interests and estates" (Pom. Eq. Juris. §119);

18. Due to my strict reliance on the proper and complete good faith treatment of fiduciaries in the absence of a guardian/ward relation Affiant is wholly without adequate remedy at-Law even without the public martial process and thus has an inherit conflict with the rules at-Law pre-1933;

## Order sought

Whereas the foregoing serves as prima facie evidence of an inherent discrepancy, the only valid remedy may be sought in the jurisprudence of a pure, exclusive, and inherent Equity, being derived from the *Treaty of Marrakech 1786. ARTICLE XXI.*, the *Treaty of Algiers  1795 ARTICLE XV.*, and the *Treaty of Tunis 1824 ARTICLE XII.*, acknowledged by *Article VI. §1* and *§2*, and *Article III, §2§§1*, of the *1789 constitution for the united states of america in congress assembled*, and the *Judicature Act of 1789, 1 stat 73 §9. §11, §16*, and *§20.*, hence the maxim, "*generally in all matters in which there is any conflict or variance, between the rules of Equity and the law with reference to the same matter, the rules of Equity shall prevail*," therefore I respectfully require your chancellor answer this Petition by proceeding with this matter in special term, *in Camera, Ex Parte* and providing evidence to substantiate the same. (Maxims: *"Equity will not suffer a wrong to be without a remedy," "Equity requires diligence, clean hands and good faith," "He who come into equity must come without unclean hands," "Equity sees that as done what ought to be done."*)

## Demand to Show "Good" Cause

Therefore, with the above declaration of facts given, I, houston, lasean dejong, Moor beneficary respectfully demand that this court, acting *in good faith, with due diligence, and without unclean hands*, **show "good" cause** by express, written, and sworn documentation and affidavit that the above is untrue point for point, and why this matter "cannot" be handled special term, *in Camera, Ex Parte*. within (45) forty-five days from your receipt of this Notice. Failure to show "good" cause shall be construed as the courts' confession, acquiescence, agreement, and consent to the facts herein, the status and standing of the Affiant/complainant to this equitable cause, and that this shall be handled in special term, *in Camera, Ex Parte*.

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation, to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

*Equity sees that as done what ought to be done.*

*BE YEE PERFECT*

**Further Affiant Sayeth Naught,**

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed: _____ 3ʳᵈ July ,20 2/ .

By: _houston, lasean dejong_

**houston, lasean dejong,** *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

_Lawson, Tryone Batson Jr_
**Print**

_T., Tyr Batson, J._
**Witness**

*locus sigilli* (seal)

_Rockett, Tescy Lee_
**Print**

_Rockett, Tevey Lee_
**Witness**

*locus sigilli* (seal)

# Notice

## <u>Declaration of Mode of Proceeding</u>

𝕿𝖔 𝕬𝖑𝖑 𝖂𝖍𝖔𝖒 𝕭𝖞 𝕿𝖍𝖊𝖘𝖊 𝕻𝖗𝖊𝖘𝖊𝖓𝖙𝖘 𝕮𝖔𝖒𝖊, 𝕲𝖗𝖊𝖊𝖙𝖎𝖓𝖌𝖘:

This is actual and constructive notice that it is hereby declared ("Declaration ") by third party intervenor houston, lasean dejong, *Moor grantee/beneficiary,* a private Moor americas aboriginal illinoisan national, free inhabitants, and subject of the *Al Maroc Shereefian Empire, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled,* who's mailing location is c /o 3079 S. Baldwin Rd Lake Orion, Michigan RFD near. [48359] That this mode of proceeding in the nature of its due process, attachment, and acquisition of and subjection to, general public mode of jurisdiction, delegated authority from Congress, without express consent in this proceeding or any mesne proceeding involving houston, lasean dejong, *Moor grantee/beneficiary,* and his property shall be of a— purely judicially powered — an exclusively equitable nature, without the District of Columbia, with the intent and purpose being in accordance with of *Maxims of Equity* and treaty stipulations, where equal Justice shall be rendered, within the meaning of the *Barbary Treaties from 1787-1880 Madrid,* Article iii, *§2§§1, of the constitution for* the united states of America in congress assembled, and the *Judicature Act of 1789 1 stat 73 §9. §11, §16, and §20.,* and said proceeding shall be clothed with judicial power secured and protected by said treaties, constitution, and judicature act.

I, houston, lasean dejong, *Moor grantee/beneficiary,* a private Moor illinoisan national and subject of the *Al Maroc Shereefian Empire,* in keeping with good reason and good conscience, do declare any "legal" proceeding must be to the express exclusion of, any modes and usages

that are repugnant to said *Barbary Treaties from 1787-1880 Madrid,* Article iii, *§2§§1, of the constitution for* the united states of America, or 1789 judicature act, including, but not limited to any military, commercial, municipal, territorial, District of Columbia or foreign modes of proceeding in the execution of equal justice being rendered, judicial power or jurisdiction over houston, lasean dejong, *Moor grantee/beneficiary* and/or his property.

All modes of proceedings and modes of acquiring jurisdiction over or against or applied to houston, lasean dejong, *Moor grantee/beneficiary* or my property which are in nature or character repugnant to said *Barbary Treaties from 1787-1880 Madrid,* Article iii, *§2§§1, of the constitution for* the united states of America in congress assembled, or 1789 judicature act, without the judicial power vested in those documents are declared to be destructive to treaty relations, unconstitutional, and void.

For the purposes of balancing the equities between the parties in the pursuit and administration of complete justice, as well as, in order to adequately preserve the right to equal Justice being rendered toward each party, houston, lasean dejong, *Moor grantee/beneficiary,* does now declare an equitable lien attachment, actually and constructively, to the named defendant(s) their heirs and assign(s) ("Creditor"),as well as, to the _____ of this proceeding as "collateral" security in the form of unliquidated interest, trust res, flowing to houston, lasean dejong, *Moor grantee/beneficiary,* as equitable lien holder, mortgagee and *cestui que* trust all Creditor's property including, but not limited to, its charter, sureties, and property during the life of the proceedings until which time its extinguishment (said collateral is "res" assigned accounting title RF125594909US.702.

The nature of the above equitable lien attachment is subject to impoundment with the receiver of the court and is hereby expressed in the nature of an equitable mortgage, houston, lasean dejong,

*Moor grantee/beneficiary* as mortgagee, and Creditor as principal debtor, and treated as such to be foreclosed upon in the event of any loss of property or rights secured and protected to the persons against whom all parties whose modes of proceeding against houston, lasean dejong *Moor grantee/beneficiary* are void by operation of actual and constructive notice of this Declaration.

Whereas Exhibit A attached herewith identifies the principle debtor, (hereinafter, "DEBTOR,") and the signature of the houston, lasean dejong, *Moor grantee/beneficiary* making him the "implied" surety, secondarily liable, in Creditors' claim, in the event of any liability whatsoever in any quantum or specie that arises from Creditors' proceeding and is imputed to said houston, lasean dejong, *Moor grantee/beneficiary*, Creditor shall be required to sue the principal debtor for payment and collection the debtor charge against the principal debtor of record of the State of Illinois; if by thirty-days (30) from judgement no proceeding against said DEBTOR is initiated by Creditors' for the collection and payment of funds then houston, lasean dejong, *Moor grantee/beneficiary*, as a "implied" surety for DEBTOR, shall be completely exonerated, his record cleared — and extinguished.

If said DEBTOR is insolvent for any reason upon the enforcement of said judgement, then "implied" surety, as subrogee ("Subrogree"), prior to payment, shall require a guarantee of his right of subrogation in writing from the judgement-creditor ("Subrogor"), in writing, to be absolutely secure in his right to be subrogated to the judgement Creditor-Subrogor, the debt or charge or liability arising from said judgement or proceeding. All said Written Guarantees are then declared to be rights assignable to Subrogor for settlement and closure of all rulings, judgements against said Subrogree.

NOW, THEREFORE, I, houston, lasean dejong, *Moor grantee/beneficiary*, a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, by virtue of the inherent authority vested in me by "the Most High," and which my unalienable rights are secured and protected by the *Barbary Treaties from 1787-1880 Madrid,* Article iii, *§2§§1,* of the *1789 constitution for the united states of america in congress assembled*, do hereby declare I am to be secured and protected in the exclusive equity jurisdiction.

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

### *BE YEE PERFECT*

**Further Affiant Sayeth Naught**

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed: _31st July_ ,20 _21_ .

By: _houston, lasea dejong_

**houston, lasean dejong**, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

_Lawson, Tryone Batson Jr._
**Print**

_Rockett, Terry Lee_
**Print**

**Witness**

**Witness**
_Rockett, Terry Lee_

*locus sigilli* (seal)

*locus sigilli* (seal)

EXHIBIT
A

## Notice and Affidavit of Denial of Assumptions and Presumptions

**To:** essix, kinikia denise d/b/a Kinikia D. Essix, court administrator/clerk of court et al., heirs and assigns, **district court of the united states, eastern district of Michigan** and all other public Trustee(s).

*I houston, lasean dejong, in Propria Persona Sui Juris,* **DENY** *any and all ASSUMPTIONS AND PRESUMPTIONS that I am a servant, a slave, surety for another, a human, a negro, black, white, colored, person of color, indigenous, an Indian, a native American, African, African-American, Latino, Hispanic, Moorish, Moorish American, associated with any Moorish Science Temple of America (MSTA), a Black Identity Extremist, a Sovereign-Citizen, a national of a* designated enemy country, *a U.S. National, an American National, or any form of citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled.* These are all colorable terms and misnomers used to denationalize, and to naturalize me and my ancestors by means of **PAPER GENOCIDE**, which would forfeit my Moor nationality under the laws for the *Al Maroc (Moor) Shereefian Empire.* Any further ASSUMPTIONS and /or PRESUMPTIONS that I am any of the aforementioned statuses is a violation of my unalienable rights by *CORRUPTION OF THE BLOOD.*

### *Equity will not aid a volunteer*

**I DENY, I am DEAD or an ABSENTEE.**

**I DENY, I am capitis diminutio maxima, media, or minima.** I walk in my ancestors' shoes and I retain all my rights, titles, and interest to all that they intended for me.

**I DENY,** since reaching the *Age of Majority,* I have declared on oath or affirmation, before the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit or district courts of the *united states for the district of columbia,* or the *united states of america in congress assembled.*

**I DENY**, it my *bona fide* intention to become a citizen of the *united states for the district of columbia,* or the *united states of america in congress assembled.*

**I DENY,** since reaching the *Age of Majority,* I absolutely and entirely renounced and abjure forever all my allegiance and fidelity to my ancient foremothers' and forefathers' state, the *Al Maroc (Moor) Shereefian Empire* of whom I am a subject.

**I DENY,** since reaching the *Age of Majority,* I consented to forever renouncing my Moor nationality.

*I DENY* that "in fact," any statutes apply to me as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc (Moor) Shereefian Empire,"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*

*I DENY,* since reaching the *Age of Majority,* I have made any expressed renunciation of my hereditary title or order of nobility of the House of *"EL,"* in any court, or that any such proceedings of said renunciation have been recorded by any clerk of court.

*I DENY* I am a national of a designated enemy country. I would be heavily prejudiced and have none of my substantive rights to **equal Justice being rendered**, if it were presumed that I am a national of a designated enemy country.

*I DENY,* since reaching the *Age of Majority,* I have been convicted of a federal or state drug offense or been convicted of a "sex tourism" crimes statute.

*I DENY,* since reaching the *Age of Majority,* I am an anarchist, nor a disbeliever in or opposed to organized government, nor a member of or affiliated with any organization or body of persons teaching disbelief in or opposition to organized government.

*I DENY,* since reaching the *Age of Majority,* I am the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.

*I DENY,* since reaching the *Age of Majority,* I have a criminal record.

*I DENY,* since reaching the *Age of Majority,* I have been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the *united states for the district of columbia*, or the *united states of america in congress assembled*, or conspiring to overthrow, put down, or to destroy by force, the government of the *united states for the district of columbia*, or the *united states of america in congress assembled*.

*I DENY,* since reaching the *Age of Majority,* I have performed any of the acts listed under "Acts or Conditions" on page four of the United States of America passport application.

*I DENY,* since reaching the *Age of Majority,* I consent to any form of slavery whether it be voluntary, or involuntary servitude or by conviction, or to be bound by any laws, statutes or codes thereof, pursuant to the *Treaty of Marrakech 1786 ARTICLE XXI., XXII.*

### *He who occasioned the loss must bear the burden*

*I DENY,* since reaching the *Age of Majority,* I consent to any lawful or legal condition that shall work *CORRUPTION OF THE BLOOD*, forfeiture of my estate, or to exterminate mankind. If the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; *Treaty of Marrakech 1786 ARTICLE XXI., XXII.*

***I DENY,*** since reaching the *Age of Majority*, I consent to changing the law of my descent or my inheritability which was forced upon me and my ancestors by the 1924 Preserve Racial Integrity Act which was a violation of my Unalienable rights pursuant to the *Treaty of Marrakech 1786 ARTICLE XVI.*

***I DENY,*** since reaching the *Age of Majority*, I consented in writing to any assumptions or presumptions that I have been naturalized as a citizen of the *united states for the district of columbia*, or the *united states of america in congress assembled*. This assumption and presumption was made when I was a baby, when contracts like, the birth certificate of title was made and the social security number was issued in the above mention name, which would have put me under legal disability to contract, and not capable of such a contract.

***I DENY,*** I am a citizen of a corporation.

***I DENY****,* since reaching the *Age of Majority*, I am, nor will I ever be, a citizen of the *united states for the district of columbia*, a citizen of the *united states of america in congress assembled*, a *united states for the district of columbia* national, or the *united states of america in congress assembled* national, or an American national.

***I DENY,*** since reaching the *Age of Majority*, I consented in writing to any assumptions or presumptions that I have been naturalized as a citizen of the *united states for the district of columbia, a citizen of the united states of america in congress assembled.*

***I DENY,*** since reaching the *Age of Majority*, I consented in writing to any law impairing the validity of contracts; nor any laws making convictions that work corruption of blood or forfeiture of estate.

***I DENY,*** since reaching the *Age of Majority*, I consented to be a citizen of a Federal Corporation or Naturalized into a Federal Corporation which is an artificial person, or to be naturalized as a citizen of the *united states for the district of columbia, a citizen of the united states of america in congress assembled.*

### *Equity will not complete an imperfect gift*

***I DENY,*** since reaching the *Age of Majority*, I asked or consented to have a SOCIAL SECURITY NUMBER issued. ***I DECLARE***, this assumption and presumption was made when I was a baby, when contracts like, the birth certificate of title was made and the social security number was issued in the above mention name, which would have put me under legal disability to contract, and not capable of such a contract.

***I DENY,*** I am physically *domiciled* inside the geographic boundaries of the *united states for the district of columbia*, or the *united states of america in congress assembled*, puerto rico, the united states virgin islands and any territory or insular possession subject to the jurisdiction of the *united states for the district of columbia*, or the *united states of america in congress assembled.*

*Equity will not allow a trust to fail for want of a Trustee.*

If a vessel of war of the two nations shall make prize of an enemy vessel in which may be found effects, property, and subjects of the two contracting parties, the whole shall be restored; the Bey shall restore the property and subjects of the United States, and the latter shall make a reciprocal restoration; it being understood on both sides that the just right to what is claimed shall be proved. *(Treaty of Tunis 1787, ARTICLE 2.)*

*I DECLARE,* any presumed administration of my estate is absolute void, I am entitled to a full accounting of my estate.

*I DECLARE,* as grantee, beneficiary, and heir, I accept all the inheritance that my ancestors had intended for me.

*I DECLARE,* it my intention to be a Moor/americas aboriginal free inhabitant illinoisan national and subject of the *Al Maroc (Moor) Shereefian Empire, but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled.*

*I DECLARE,* I require that you acknowledge my **special and particular political status** *as a Moor americas aboriginal illinois national,* and subject of the *Al Maroc (Moor) Shereefian Empire, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE,* it is my intention that my estate be restored to me, and I shall recover all rents, credits emitted, monies borrowed, lands, assets, all acquisitions due to me granting my signature, an equitable asset, for consideration, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. *(Lev 6:2-5)*

*Equity sees that as done what ought to be done.*

*BE YEE PERFECT*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* I have only tendered all the redemption for and on behalf of "LASEAN DEJONG HOUSTON," since the beginning, to preserve my "good" name, as the implied equitable surety, **under legal compulsion.** I am entitled to the benefit of all collaterals or liens which the creditor held as security; and am entitled to be subrogated to the rights of the creditor against the person primarily liable.

*I DO HEREBY* notice **ALL** men and persons, whether private or public, worldwide, that it is my intent to be subrogated to all the rights of the creditor in this (all) transactions. You are HEREBY noticed of my sole exclusive act to subrogate you to my rights as the implied equitable surety for "LASEAN DEJONG HOUSTON. *(Prov 11:15)*

Public officers are the trustees and servants of the people, and, at all times, amenable to them. Each and every person who has been bound to service by contract or indenture in virtue of the law, and in conformity to the provisions of the same, without fraud or collusion, shall be held to a specific performance of their contracts or indentures;

### *Equity imputes an intent to fulfill an obligation*

I hereby claim all right, title, and interest of the above described property including, but not limited to, the body, the name, the sum of all their attachments, all rents, houses, estates, any abandoned funds, deposits, issues, interest, assets, derivatives, profits, proceeds and any inherited properties, and all acquisitions due to me granting my signature, an equitable asset, for consideration, of my estate during such time as I was deprived, therefrom, are fully accepted, claimed, titled, assigned. Said Account which shall be held for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong *Moor grantee/grantor/heir/beneficiary*. You are hereby noticed that all Treasury and Attorney General discretionary power to "direct, control, manage, supervise, vest or prohibit" my transaction is now merged and extinguished.          I am without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same. I believe no such adverse claim exists. This Deed bars any would-be bona fide purchasers for value without notice under the rules of Equity

If, as a Person worthy of Trust, you with intent of fraudulent concealment, convert or appropriate said property to your own use, dispose of, destroy, or clog the ability to return the collateral to the *Moor grantee/grantor/heir/beneficiary*, you are without clean hands. I accept your oath and attach an equitable lien to your company charter, bonds, sureties, and collaterals, for any breach of faith, and I require you return ALL my collateral, with all interests, rents, derivatives and derivations therefrom. *(Lev 6:2-5)*

As *Moor grantee/grantor/heir/beneficiary,* I have priority of right over the above named, assets and I exercise the equity of redemption. If you DENY, I DEMAND you:
- **Show "good" cause** why I shall be treated as a national of a designated enemy country.
- **Show "good" cause** why I am **"not,"** in fact, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc (Moor) Shereefian Empire*, *"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*
- **Show "good" cause** why I do not hold superior equitable or legal title to said property, and that it's not a trust.

- **Show "good" cause** why any presumed administration of my estate is not absolute void, and as heir/beneficiary, I am "not" entitled, **by due particularity, a full accounting, real, personal, and equitable, list of assets and debts due to my estate**.
- **Show "good" cause** why I cannot have my estate be restored to me, and why I cannot recover all rents, credits emitted, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me.
- **Show "good" cause** why I am "not" a Moor heir/beneficiary subject of the *Al Maroc Empire* and that I don't have a private right to ***equal Justice being rendered***, in the exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third-parties not party to the trust.
- **Show "good" cause why** as a *Moor grantee/grantor/heir/beneficiary* I cannot enjoy while in the *united states for the district of columbia, nor citizen of the united states of america in congress assembled* the ***"most-favored-nation treatment"*** *deo favente perennis* (God favors perennially) as regards to matters concerning me and my private property, pursuant to the ***1880 Treaty of Madrid.***
- **Show "good" cause** why as a *Moor grantee/grantor/heir/beneficiary,* the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, "**shall not**" be delivered to me without interruption.
- **Show "good" cause** why I do not have a right to exercise the equity of redemption.
- **Show "good" cause** why I am not entitled to a reconversion and reconveyance post haste.
- **Show "good" cause** why as a *Moor grantee/grantor/heir/beneficiary,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, essix, kinikia denise d/b/a Kinikia D. Essix, court administrator/clerk of court et al., heirs and assigns, **district court of the United States, eastern district of Michigan,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

***Qui tacet cum loqui debet consentire videtur***

(He who is silent seems to consent, when they ought to speak)

## NOTICE OF STATEMENT OF INDENTURE

### Order for *In Camera* Evidentiary Conference.

**WITHOUT WAIVING any right, remedy, or defense**, whereas I, houston, lasean dejong, grantee/grantor have a attained the Age of Majority. I am competent and with intent and purpose as of the express irrevocable private trust filed, now coming as the beneficiary to this action in good faith, and without unclean hands, state as follows: in reference to Court File Number_____ I order a private evidentiary conference in camera on or before _____day _____,2021, at _____time [day and time to be noticed by Judge's clerk] by the assigned Judge in his/her Chancellor capacity, pending Complainant's petition to exclude the public and press, in camera, due to urgent and exigent circumstances and confidential trade secret, private, proprietary, special and restricted information/evidence in support of my special cause, either of which if revealed to the public and press, will cause the irreparable destruction of my rights, property an interests.

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

**I DECLARE,** under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.  Executed: _____,20_____.

By: *harden, lasean dejong* _____
**houston, lasean dejong**, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

*Lawson, Tryone Batson Jr.*
**Print**

*T. Ty Bato J.*
**Witness**

*locus sigilli* (seal)

*Rockett, Terry Lee*
**Print**

*Rockett, Terry Lee*
**Witness**

*locus sigilli* (seal)

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

***I DECLARE,*** under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.  Executed: _____ 31st July ,20 21 .

By: _____ houston, laseadejong _____

**houston, lasean dejong,** *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli*

(seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

Lawson, Tryone Batson Jr.
**Print**

Rockett, Terry Lee
**Print**

T, Tyketa J.
**Witness**

Rockett, Terry Lee
**Witness**

*locus sigilli* (seal)

*locus sigilli* (seal)

*EXHIBIT B* (handwritten)

## AFFIDAVIT OF DECLARATION OF INTENTION

houston, lasean dejong *Moor grantee*
d/b/a LASEAN DEJONG HOUSTON
3079 S Baldwin Rd
Lake Orion, Michigan RFD
near. [48359]
houston48342@gmail.com

essix, kinikia denise d/b/a Kinikia D. Essix
court administrator/clerk of court et al., heirs and assigns
**district court of the united states**
**eastern district of Michigan**
Theodore Levin U.S. Courthouse
231 W Lafayette Blvd., Room 599
Detroit, Michigan near. [48226]
*united states of america*
  All others similarly situated as aforementioned

### *One who seeks equity must do equity*

*I DENY, I am DEAD or ABSENTEE.*

*I DENY, I am capitis diminutio maxima, media, or minima.* I walk in my ancestors' shoes and I retain all my rights, titles, and interest to all that they intended for me.

*I DENY*, I am a national of a designated enemy country.

*I DECLARE,* I am the beneficiary and true owner. Any presumed administration of my estate is absolute void, I am entitled to a full accounting of my estate.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*, it is my intention that my estate be restored to me, and I shall recover all rents, credits emitted, monies borrowed, lands, assets, all acquisitions due to me granting my signature, an equitable asset, for consideration, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. *(Lev 6:2-5)*

### *Equity regards the beneficiary as the true owner.*

*I DECLARE,* I owe my permanent allegiance to my ancient foremothers' and forefathers' state and I bear true faith and allegiance and fidelity to the same, the *Al Maroc (Moor) Shereefian Empire of* whom I am a subject.

3973bd4c4117d1fb

*I DECLARE,* it is my intention to *entirely submit to the laws of the **Al Maroc (Moor)(Shereefian) Empire**, pursuant to the 1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV, and the U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No. 326. pp. 459-460--Citizenship of the United States expatriation and protection Abroad.*

*I DECLARE* my Race is Moor. I am a people called Moor. ***Equity acts in personam.***

*I DECLARE*, I have ingress in the county for at least one year.

*I DECLARE*, I am ipso jure a Moor subject. ***Equity acts in personam.***

*I DECLARE*, I was borne with a hereditary title, and I AM of the orders of nobility of the House of "*EL*". ***Between equal equities the first in order of time shall prevail.***

*I DECLARE*, I take this obligation freely without any mental reservation or purpose of evasion.

***Equity does not require an idle gesture.***

*I DENY,* **as a Moor subject,** I have done any naturalization process by civilian due process of law

> *That any alien being a free white person, may be admitted to become a citizen of the United States, or any of them, on the following conditions, and not otherwise:--*
>
> > **First.** *Declare on oath or affirmation, before the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit or district court of the United States, that it was bona fide my intention to become a citizen of the United States.*
> >
> > **Second.** *I must absolutely and entirely renounce and abjure forever all my allegiance and fidelity to the state or sovereignty, whereof I am a subject. (1795 Naturalization Act)*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* that I as a Moor americas/aboriginal illinoisan national have a **special and particular political status** and shall enjoy, while in the *united states for the district of columbia, or the united states of america in congress assembled,* the ***"most-favored-nation treatment"*** *deo favente perennis* (God favors perennial) as regards to matters concerning me and my private property, as a Moor subject, pursuant to the *1796 Treaty of Tripoli ARTICLE 9.* which states:

> *The commerce between the United States and Tripoli, -the protection to be given to merchants, masters of vessels and seamen,- the reciprocal right of establishing consuls in each country, and the privileges, immunities and jurisdictions to be enjoyed by such consuls, are declared to be on the same footing with those of the **most favoured nations** respectively. (Capitulations Convention Art 7, 1939)*

***Equity delights in equality***

*AFFIDAVIT OF DECLARATION OF INTENTION*                                    Page **2** of 9

*I DECLARE, I am*, begotten by two *Moor americas aboriginal, free inhabitant mississippian nationals, ingress* in the land called illinois, *but not) citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled.*

*I DECLARE*, it is my intent to entirely submit to the laws of the *Al Maroc (Moor) Shereefian Empire. (1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV,* and the *U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No. 326. pp. 459-460-- Citizenship of the United States expatriation and protection Abroad)*

*I DECLARE,* I was begotten in *illiniwe Territory of the Al Maroc (Moor) Shereefian Empire,* the land called Illinois.

### *Equity regards the beneficiary as the true owner.*

*I DECLARE, as a Moor grantee/heir/beneficiary,* I acknowledge and accept all that my ancestors had intended for me, including but not limited to, the body, the name, the sum of all their attachments, any abandoned funds, rents, lands, assets, credits emitted, monies borrowed, interest, proceeds, profits, derivatives, and all the debts that are charged against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.

> *Articles of Confederation Art. XII. All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.*

Certain debts, declared valid, **Supremacy of Constitution, treaties, and laws of the United States,** Oath to support Constitution, by whom taken which states:

> *1. All debts contracted and engagements entered into, before the adoption of this constitution, shall be as valid against the United States under this constitution, as under the confederation.*

> *2. This constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States shall be the supreme law of the land; and **the judges in every state shall be bound thereby**, anything in the constitution or laws of any state to the contrary notwithstanding. (1789 United States Constitution - Article VI.)*

### *Equity imputes an intent to fulfill an obligation.*

*I DECLARE,* it is my intention to enjoy the upmost good faith towards me and my descendants, that my lands and PRIVATE property shall not be taxed or taken from me without my consent, and my unalienable rights and liberty shall never be invaded or disturbed, unless in a just and lawful war authorized by Congress. (*Northwest Ordinance of 1787 § 14 Art. 3. and Art. 4.)*

### *Equity does not require an idle gesture.*

*I DECLARE I am in the dominions of the Al Maroc (Moor) Shereefian Empire.* **Between equal equities the first in order of time shall prevail.**

*I DECLARE,* any attempt to interfere with my unalienable right to self-determination, including the right to continue my bloodline, or to force me to be anyone other than who *I AM, a Moor subject* is a *SHOCK TO MY CONSCIENCE.* **He who come into equity must come with clean hands.**

*I DECLARE,* my unalienable rights **have been violated in the past** by violating the *Treaty of Granada 1492, and all of the Barbary Treaties from 1786-1880 Madrid*, concerning the treatment of a Moor, *1774 Articles of Association § 2., the Northwest Ordinance.* **Equity imputes an intent to fulfill an obligation.**

*I DECLARE,* I am excepted from any provisions, prohibitions, and penalties; *Exceptions in favor of aborigines, Moors, and Hindoos. The provisions, prohibitions, and penalties of this act shall not extend to any American Indian, free Moor, or Lascar.* **Equity follows the law.** (*Georgia State Laws 1845 CHAP. XXXIII. ART. II §47.)*

*I DECLARE,* my unalienable rights **have been violated in the past** through *PAPER GENOCIDE, The designation of the individual as "white" or "black", "Hispanic" or the semantic equivalent thereof.*

### *Equity will not allow a statute to be used as cloak for fraud.*

*I DECLARE,* my unalienable rights **have been violated in the past,** *all penalties shall be proportioned to the nature of the offense, the true design of all punishments being to reform, not to exterminate mankind.* I have a private right to *equal Justice being rendered.*

### *Equity sees that as done what ought to be done.*

### *BE YEE PERFECT*

*I DECLARE,* my unalienable rights **have been violated in the past** by the reclassification of me and my ancestors to the *ALLEGED, DEAD,* surety, servant, slave, black, negro, colored, person of color,

African, African-American, Free inhabitant American, Latino, Hispanic, white or a citizen of the UNITED STATES which is a form of **DENATIONALIZATION, NATURALIZATION** without **my CONSENT**, a **CORRUPTION OF THE BLOOD,** and **PAPER GENOCIDE** against me and my race pursuant to the *Treaty of Marrakech 1786 ARTICLE XVI.*

### *Equity will not suffer a wrong to be without a remedy.*

*I hereby DECLARE,* I was under legal disability to contract, and not capable of such consent to be naturalized as a citizen of the United States.

*I DECLARE,* it is my intention to be a Moor americas aboriginal free inhabitant illinoisan national*,* and subject of the *Al Maroc Shereefian Empire,* **"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."**

*I DECLARE,* I require that you acknowledge my special and particular political status as a Moor americas aboriginal illinois national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united* states *for the district of columbia, nor citizen of the united states of america in congress assembled."*

*I DECLARE,* it is my intention that I, and all my descendants perpetually be designated a special and particular political status as Moor americas aboriginal illinois national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*

*I DECLARE,* it is my intention to entirely submit to the laws of the *Al Maroc (Moor)(Shereefian) Empire, pursuant to the 1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV, and the U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No.326. pp. 459-460--Citizenship of the United States expatriation and protection Abroad.*

### *Equity sees that as done what ought to be done.*

*I DECLARE,* my national religious/traditional headdress is a TARBOOSH or a FEZ and is traditionally and customarily warn in public as a representation of my ancient foremothers' and forefathers' religious practices and instructions. It is a violation of my u*nalienable* rights to prohibit me from wearing my headdress for any reason. *If there should be an objection to this declaration, it will be seen as a* **SHOCK TO MY CONSCIENCE***, and an attempt to interfere with my unalienable right to self-determination.*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* that the goods or the estates of houston, lasean dejong, as a private *a Moor/americas aboriginal illinoisan national and subject of the Al Maroc (Moor) Shereefian Empire*, be taken away from them, nor even any part of them; but rather they shall be revered, honored, and respected and his goods or the estates shall pass unencumbered or blocked, without interruption, to the SEAN HOUSTON-*EL* FOUNDATION TRUST, with equitable title transferring to it beneficiaries, for the benefit of its beneficiaries upon his death;

*I DECLARE*, this *DECLARATION OF INTENTION* **is an actual formal notice** in accord with my *Unalienable* rights and my religious instructions and beliefs pursuant to the *Barbary Treaties of 1787-1797.*

### Equity will not allow a statute to be used as cloak for fraud.

I reserve all my unalienable rights protected by the above said *1492 Treaty of Granada et al., 1774 Articles of Association*, the *1781 Articles of Confederation and Perpetual Union,* the *1787 Treaty of Marrakech*: Original Arabic version, and all other Treaties from 1786 – 1880 between the *Moslem/Moor Shereefian Empire* and the *united states of america in congress assembled, Barbary Treaties of 1787-1836,* the *Northwest Ordinance of 1787 sec 13,* and don't waive any part of my rights or consent to any **corruption of my blood.**

### Equity aids the vigilant, not those who slumber on their rights.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* I have only tendered all the redemption for and on behalf of "LASEAN DEJONG HOUSTON," since the beginning, to preserve my "good" name, as the implied equitable surety, **under legal compulsion.** I am entitled to the benefit of all collaterals or liens which the creditor held as security; and am entitled to be subrogated to the rights of the creditor against the person primarily liable. I HEREBY notice **ALL** men and persons, whether private or public, worldwide, that it is my intent to be subrogated to all the rights of the creditor in this (all) transactions. You are HEREBY noticed of my sole exclusive act to subrogate you to my rights as the implied equitable surety for "LASEAN DEJONG HOUSTON." (*Prov 11:15*)

### Equity imputes an intent to fulfill an obligation

I hereby claim all right, title, and interest of, all rents, houses, estates, the body, the name, the sum of all their attachments, obligations secured by specified collateral, any abandoned funds, deposits, issues, interest, assets, derivatives, profits, proceeds and any inherited properties, and all acquisitions due to me granting my signature, an equitable asset, for consideration, of my estate during such time as I was

deprived, therefrom, are fully accepted, claimed, transferred, assigned, and re-titled. Said Account which shall be held for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong *Moor grantee/grantor/heir/beneficiary*. You are hereby noticed that all Treasury and Attorney General discretionary power to "direct, control, manage, supervise, vest or prohibit" my transaction is now merged and extinguished. I am without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same. I believe no such adverse claim exists. This Deed bars any would-be *bona fide* purchasers for value without notice under the rules of Equity.

If, as a Person worthy of Trust, you with intent of fraudulent concealment, convert or appropriate said property to your own use, dispose of, destroy, or clog the ability to return the collateral to the houston, lasean dejong, you are without clean hands. If you share the contents of this indenture or anyone other than you contact the *Moor grantee/grantor/heir/beneficiary* about this trust, without the express consent of the *Moor grantee/grantor/heir/beneficiary*, you are in breach of faith. I accept your oath and attach an equitable lien to your company charter, bonds, sureties, and collaterals, for any breach of faith, and I require you return ALL my collateral, with all interests, rents, derivatives and derivations therefrom. *(Lev 6:2-5)*

### *BE YEE PERFECT*

As *Moor grantee/grantor/heir/beneficiary,* I have priority of right over the above named, assets and I exercise the equity of redemption. If you DENY, I DEMAND you:

- **Show "good" cause** why I shall be treated as a national of a designated enemy country.
- **Show "good" cause** why I am **"not,"** in fact, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc(Moor) Shereefian Empire, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*
- **Show "good" cause** why I do not hold superior equitable or legal title to said property, and that it's not a trust.
- **Show "good" cause why** any presumed administration of my estate is not absolute void, and as heir/beneficiary, I am entitled to a full accounting of my estate.

- **Show "good" cause** why I can't have my estate be restored to me, and why I can't recover all rents, credits emitted, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me.

- **Show "good" cause** why I am "not" a Moor heir/beneficiary subject of the *Al Maroc Empire* and that I don't have a private right to ***equal Justice being rendered***, in the exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third-parties not party to the trust.

- **Show "good" cause** why as a *Moor grantee/grantor/heir/beneficiary* I cannot enjoy while in the *united states for the district of columbia, nor citizen of the united states of america in congress assembled* the ***"most-favored-nation treatment"*** *deo favente perennis* (God favors perennially) as regards to matters concerning me and my private property, pursuant to the ***1880 Treaty of Madrid.***

- **Show "good" cause** why as a *Moor grantee/grantor/heir/beneficiary,* the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, "**shall not"** be delivered to me without interruption.

- **Show "good" cause** why I do not have a right to exercise the equity of redemption.

- **Show "good" cause** why I am not entitled to a reconversion and reconveyance post haste.

- **Show "good" cause** why as a *Moor grantee/grantor/heir/beneficiary,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, essix, kinikia denise d/b/a Kinikia D. Essix, court administrator/clerk of court et al., heirs and assigns, **district court of the United States, eastern district of Michigan,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

***Qui tacet cum loqui debet consentire videtur***

(He who is silent seems to consent, when they ought to speak)

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose*, freewill act and Deed:

***I DECLARE,*** under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.  Executed: _____ 31ˢᵗ July _____,20 21 .

By: _____ *houston, lasean dejong* _____

**houston, lasean dejong**, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

*Lawson, Tryone Batson Jr.*
**Print**

*Ty Batson J.*
**Witness**

*locus sigilli* (seal)

*Rockett, Terry Lee*
**Print**

*Rockett, Terry Lee*
**Witness**

*locus sigilli* (seal)

*EXHIBIT C*

**AFFIDAVIT OF CREDIBLE WITNESS**

I _nesbitt, david darnell_ _____ *In Propria Persona Sui Juris*, **DECLARE** that I have personally known ___houston, lasean dejong___ (PETITIONER) a *free inhabitant*, to have been *domiciled* in _Oakland County, Michigan, United States of America_ for over 25 years, and that the petitioner is and during all such period has been a person of good moral character, attached to the principles of the *1781 Articles of Confederation and Perpetual Union*, the *1835 Michigan Constitution*, and the *1789 Constitution for the United States of America and Bill of Rights*, and is well disposed to the good order and happiness of the United States of America.

**TAKE FURTHER JUDICIAL NOTICE:** *pursuant to the 1818 Illinois Constitution ART. VI. 3. Each and every person who has been bound to service by contract or indenture in virtue of the law, and in conformity to the provisions of the same, without fraud or collusion, shall be held to a specific performance of their contracts or indentures;*

**TAKE FURTHER JUDICIAL NOTICE**: *pursuant to the 1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS.SECTION I. Paragraph I. All government, of right, originates with the people, is founded upon their will only, and is instituted solely for the good of the whole. **Public officers are the trustees and servants of the people, and, at all times, amenable to them.***

**TAKE FURTHER JUDICIAL NOTICE:** *All Public Trustees who have taken an oath or affirmation to uphold and defend the Constitution of this state and the United States of America, I accept your oaths, **SO HELP YOU GOD.***



# State of Michigan



## DEPARTMENT OF STATE
## NOTARY PUBLIC CERTIFICATION

*I, Jocelyn Benson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, DANA CAROL JEFFERSON, whose notarization is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified Notary Public in and for the County of OAKLAND in this State and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.*

*IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Pontiac, this 9th day of December in the year of our Lord two thousand and nineteen.*

*Jocelyn Benson*

*Secretary of State*

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.



245817-2-632987-181

*I DECLARE,* under penalty and perjury under the laws of the Michigan Republic and the United States of America that the foregoing is true and correct.

Executed on this __8__ day of __December__ 20_17_, at __Oakland__, Michigan Republic, United States of America.

Printed: __nesbitt , david darnell__ By: __nesbitt david darnell__

All Rights Reserved, WITHOUT the UNITED STATES

Address: __1098 Ann Arbor W # 580__

__Plymouth mich [48170]__

### JURAT

State of ___MICHIGAN)__

County of __OAKLAND )__

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared *In Propria Persona Sui Juris,* __nesbitt, david darnell__, who has attained the *AGE OF MAJORITY,* proved to me upon satisfactory evidence, by his/her free act and deed, he/she has tendered, presented, executed and forthwith delivered the forgoing instrument(s) to be received and he/she has acknowledged before me that he has executed the same.

*DECLARED* before me in the County and State aforesaid this _8 th_ day of __December__, 2019.

*WITNESS* my hand and official seal.

__Dana Carol Jeff__ NOTARY        __Dana Carol Jefferson__ PRINTED

DANA CAROL JEFFERSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires November 10, 2020
Acting in the County of CREDIBLE WITNESS

(seal)

Page 2 of 2

*MOTION/ORDER TO BE HEARD – CREDIBLE WITNESS STATEMENT*        Page 3 of 11

EXHIBIT D



## AFFIDAVIT OF CREDIBLE WITNESS

I _Watkins Reginald_ *In Propria Persona Sui Juris,* **DECLARE** that I have personally known ___houston, lasean dejong___ (PETITIONER) a *free inhabitant,* to have been *domiciled* in _Oakland County, Michigan, United States of America_ for over 25 years, and that the petitioner is and during all such period has been a person of good moral character, attached to the principles of the *1781 Articles of Confederation and Perpetual Union,* the *1835 Michigan Constitution,* and the *1789 Constitution for the United States of America and Bill of Rights,* and is well disposed to the good order and happiness of the United States of America.

**TAKE FURTHER JUDICIAL NOTICE:** *pursuant to the 1818 Illinois Constitution ART. VI. 3. Each and every person who has been bound to service by contract or indenture in virtue of the law, and in conformity to the provisions of the same, without fraud or collusion, shall be held to a specific performance of their contracts or indentures;*

**TAKE FURTHER JUDICIAL NOTICE**: *pursuant to the 1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS.SECTION I. Paragraph I. All government, of right, originates with the people, is founded upon their will only, and is instituted solely for the good of the whole.* **Public officers are the trustees and servants of the people, and, at all times, amenable to them.**

**TAKE FURTHER JUDICIAL NOTICE:** *All Public Trustees who have taken an oath or affirmation to uphold and defend the Constitution of this state and the United States of America, I accept your oaths,* **SO HELP YOU GOD.**



# State of Michigan



## DEPARTMENT OF STATE
### NOTARY PUBLIC CERTIFICATION

*I, Jocelyn Benson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, DANA CAROL JEFFERSON, whose notarization is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified Notary Public in and for the County of OAKLAND in this State and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.*

*IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Pontiac, this 9th day of December in the year of our Lord two thousand and nineteen.*



*Jocelyn Benson*

*Secretary of State*

245817-2-632984-181

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

*I DECLARE,* under penalty and perjury under the laws of the Michigan Republic and the United
States of America that the foregoing is true and correct.

Executed on this __8__ day of _December_ 20 _19_, at _Oakland_ , Michigan Republic,
United States of America.

Printed: _Watkins Reginald_      By: _(signature)_

All Rights Reserved, WITHOUT the UNITED STATES

Address: _15100 Kercheval_

_Grosse Pointe Park_

_Mich [48230]_

### JURAT

State of ___MICHIGAN)

County of __OAKLAND )_

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared *In Propria Persona*
*Sui Juris,* _Watkins R///_ , who has attained the *AGE OF MAJORITY,* proved
to me upon satisfactory evidence, by his/her free act and deed, he/she has tendered, presented, executed
and forthwith delivered the forgoing instrument(s) to be received and he/she has acknowledged before
me that he has executed the same.

*DECLARED* before me in the County and State aforesaid this _8th_ day of _December_ ,
2019.

*WITNESS* my hand and official seal.

_(signature)_                    _Dana Carol Jefferson_
NOTARY                           PRINTED

```
DANA CAROL JEFFERSON
NOTARY PUBLIC - STATE OF MICHIGAN
        COUNTY OF OAKLAND
My Commission Expires November 10, 2020
Acting in the County of _____
```

(seal)

*AFFIDAVIT OF CREDIBLE WITNESS*                    Page 2 of 2

*MOTION/ORDER TO BE HEARD – CREDIBLE WITNESS STATEMENT*                    Page 6 of 11

EXHIBIT E



### AFFIDAVIT OF CREDIBLE WITNESS

I _johnson-el, andre kenwario_ , a *Moor Americas Aboriginal national*, **DECLARE** that I have personally known _hruston, lavean dejung_ (PETITIONER) a *Moor Americas Aboriginal national*, to have been *domiciled* in _Pontiac_ , _Michigan_, [commonly known as _Michigan_ , United States of America] *Al Maroc (Moor) (Shereefian) Empire* for over 2 years, and that the petitioner is and during all such period has been a person of good moral character, attached to the principles of the *Treaty Grenada 1492, the Barbary Treaties of 1786-1880 Madrid, the 1781 Articles of Confederation and Perpetual Union, the 1835 Michigan Constitution,* 1870 Tennessee Constitution and the *1789 Constitution for the United States of America and Bill of Rights,* and is well disposed to the good order and happiness of the United States of America.

**TAKE FURTHER JUDICIAL NOTICE:** *pursuant to the 1818 Illinois Constitution ART. VI. 3. Each and every person who has been bound to service by contract or indenture in virtue of the law, and in conformity to the provisions of the same, without fraud or collusion, shall be held to a specific performance of their contracts or indentures;*

**TAKE FURTHER JUDICIAL NOTICE:** *pursuant to the 1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS.SECTION I. Paragraph I. All government, of right, originates with the people. is founded upon their will only, and is instituted solely for the good of the whole. Public officers are the trustees and servants of the people, and, at all times, amenable to them.*

**TAKE FURTHER JUDICIAL NOTICE:** *All Public Trustees who have taken an oath or affirmation to uphold and defend the Constitution of this state and the United States of America, I accept your oaths, SO HELP YOU GOD.*

*AFFIDAVIT OF CREDIBLE WITNESS*

Page 1 of 3

---

***I DECLARE***, under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this ___30___ day of _____June_____ 2020, at ___TENESSEE___, United States of America, Al Maroc (Moor) (Shereefian) Empire.

Printed: _____  By: __Johnson-el, andre laumria__ *in Propria Persona Sui Juris*
All Rights Reserved, without the UNITED STATES

Address: ℅ 461 East College St

Murfreesboro Tenn. RFD

Al maroc SHereefian Empire

### JURAT

Tennessee_____ State)
Rutherford_____ County)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

Andre L Johnson_____, *in Propria Persona Sui Juris*, who has attained the *AGE OF MAJORITY*, proved to me upon satisfactory evidence, by his/her free act and deed, and he/she has acknowledged and executed the same.

***DECLARED*** before me in the County and State aforesaid this ___30___ day of __June__, 2020.
***WITNESS*** my hand and official seal.

*AFFIDAVIT OF CREDIBLE WITNESS*                                         Page 2 of 3

NOTARY

Emily Schroeder
PRINTED

Ex: 02/20/2023



EXHIBIT F



## AFFIDAVIT OF CREDIBLE WITNESS

I _Mario amirel_____, a *Moor Americas Aboriginal national*, **DECLARE**

that I have personally known _houston, lescan dejong_____ (PETITIONER) a *Moor Americas*

*Aboriginal national,* to have been *domiciled* in Oakland County, Ojibiwa, (commonly known as

Michigan, United States of America) *Al Maroc (Moor) (Shereefian) Empire* for over 2 years, and that

the petitioner is and during all such period has been a person of good moral character, attached to the

principles of the *1781 Articles of Confederation and Perpetual Union*, the *1835 Michigan Constitution*,

and the *1789 Constitution for the United States of America and Bill of Rights*, and is well disposed to

the good order and happiness of the United States of America.

**TAKE FURTHER JUDICIAL NOTICE**: *pursuant to the 1818 Illinois Constitution ART. VI. 3. Each*
*and every person who has been bound to service by contract or indenture in virtue of the law, and in*
*conformity to the provisions of the same, without fraud or collusion, shall be held to a specific*
*performance of their contracts or indentures;*

**TAKE FURTHER JUDICIAL NOTICE**: *pursuant to the 1877 Georgia Constitution (as ratified*
*without subsequent amendments) ARTICLE I. BILL OF RIGHTS.SECTION I. Paragraph I. All*
*government, of right, originates with the people, is founded upon their will only, and is instituted solely*
*for the good of the whole.* **Public officers are the trustees and servants of the people, and, at all times,**
**amenable to them.**

**TAKE FURTHER JUDICIAL NOTICE:** *All Public Trustees who have taken an oath or affirmation*
*to uphold and defend the Constitution of this state and the United States of America, I accept your*
*oaths,* ***SO HELP YOU GOD.***

*I DECLARE,* under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of ___July___ 2020, at Texas, United States of America, Al Maroc (Moor) (Shereefian) Empire.

Printed: ___Murio amir el___   By: ___Murio Amir El___   *in Propria Persona Sui Juris*
                                    All Rights Reserved, Without the UNITED STATES

Domicile: ___C-10 2633 Mckinney Ave # 130-528___

___Dallas, Tejas [Texas] RFD___

___Hawab. Vexdus Regealy___
___Al Maroc (Moor) Shereefian Empire___   **JURAT**

___Texas___ State)
___Dallas___ County)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared ___Murio amir el___, *in Propria Persona Sui Juris,* who has attained the *AGE OF MAJORITY,* proved to me upon satisfactory evidence, by his/her free act and deed, and he/she has acknowledged and executed the same.

*DECLARED* before me in the County and State aforesaid this 15th day of ___July___, 2020.

*WITNESS* my hand and official seal.

_____   NOTARY          ___Jennifer Sands___   PRINTED

JENNIFER D. SANDS
Notary Public, State of Texas
Comm. Expires 07-21-2021
Notary ID 131216808

*AFFIDAVIT OF CREDIBLE WITNESS*                                          Page 2 of 2

## Table of Authorities

**EXHIBIT G**

Complainant(s) cite and rely on the following authorities:

## Maxims of Equity

*Equity sees that as done what ought to be done*

*Equity will not suffer a wrong to be without a remedy*

*When Chancery has jurisdiction for one purpose, it will take jurisdiction for all purposes*

*Equity delights in equality*

*One who seeks equity must do equity*

*Equity aids the vigilant, not those who slumber on their rights*

*Equity imputes an intent to fulfill an obligation*

*Equity acts in personam,* **forcing him to do what conscience requires.**

*Equity abhors a forfeiture*

*Equity does not require an idle gesture*

*He who come into equity must come with clean hands*

*Equity delights to do justice and not by halves*

*Equity will take jurisdiction to avoid a multiplicity of suits*

*Equity follows the law*

*Equity will not aid a volunteer*

*Where equities are equal, the law will prevail.*

*Superior Equity shall always prevail; Otherwise Priority shall prevail*

*Between equal equities the first in order of time shall prevail.*

*Equity will undo what fraud has done.*

*Equity will not complete an imperfect gift.*

*Equity will not allow a statute to be used as cloak for fraud.*

*Equity will not allow a trust to fail for want of a Trustee.*

*Equity regards the beneficiary as the true owner.*

*He who occasioned the loss must bear the burden.*

*Equity Acts specifically, and not by way of compensation.*

*Equity looks to Intent and Substance, rather than to the Form of things.*

*Equity requires diligence, clean hands and good faith.*

*Equity comes to the aid of the legally disabled.*

*No right of action arises out of a fraud.*

*No one is presumed to give something for nothing, and no one can in reason and conscience expect to receive something for nothing.*

*As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value.*

*He who acquires the legal title to property for which another's money has paid, is bound in reason and conscience to hold it; subject to the orders of the person whose money went into it.*

*No greater wrong can be committed, under the form of trust or a contract, than the acquisition of the property, or taking other advantage, of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind.*

*It is the peculiar province of Courts of Equity to give all needed and appropriate relief in case of infants whose rights have been sacrificed.*

*Nullus commodum capere potest de injuria sua propria.* (No one can take advantage of his own wrong.

*Haeredem Deus facit, non homo.* God and not man, make the heir.)

*Haeres est eadem persona cum antecessore. sui iura succedent.* (The heir is the same person with the ancestor. That is one in right, the heir succeeding to the rights of his ancestor, just as the king never dies.)

*In restitutionem, non in paenam haeres succedit.* (The heir succeeds to the restitution not the penalty.)

*Pincipia probant, non probantur.* (Maxims are proof and need no proving.)

*Stand by what has been decided, and do not disturb what is settled.*

## Treaties

***Treaty of Granada 1492*** *- All Moors shall be judged under their own laws and courts by the Islamic law they are accustomed to observing, under the authority of their judges*

*- Nor shall the goods or the estates of any Moor be taken away from them, nor even any part of them; but rather they will be revered, honored, and respected by their subjects and vassals.*

*Treaty of Marrakech 1786 ARTICLE III.,* *The Subjects or Effects belonging to either of the Parties,* **shall be set at Liberty and the Effects returned to the Owners they shall pass free and unmolested without any attempt being made to take or detain them**.

*ARTICLE XIV*. *he Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.*

*ARTICLE XXI.* **If a Citizen of the United States should kill or wound a Moor**, *or on the contrary if a Moor shall kill or wound a Citizen of the United States,* **the Law of the Country shall take place and equal Justice shall be rendered**.

*Treaty of Algiers 1795 ARTICLE XV.* *Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.*

*Treaty of Tunis 1797 ARTICLE II.,* *If a vessel of war of the two nations shall make prize of an enemy vessel in which may be found effects, property, and subjects of the two contracting parties, the whole shall be restored; the Bey shall restore the property and subjects of the United States, and the latter shall make a reciprocal restoration; it being understood on both sides that the just right to what is claimed shall be proved.*

*ARTICLE IV.,* **On both sides sufficient passports shall be given** *to vessels,* **that they may be known and treated as friendly**; *and considering the distance between the two countries, a term of eighteen months is given, within which term respect shall be paid to the said passports, without requiring the conge or document (which at Tunis is called testa), but after the said term the conge shall be presented.*

*ARTICLE XVIII.,* *If the subjects or citizens of either of the contracting parties, being within the possessions of the other, contract debts or enter into obligations, neither the consul nor the nation, nor any subjects or citizens thereof, shall be in any manner responsible, except they or the consul shall have previously become bound in writing; and without this obligation in writing they cannot be called upon for indemnity or satisfaction.*

***ARTICLE IXX.** In case of a citizen or subject of either of the contracting parties dying within the possessions of the other, the consul or the vakil shall take possession of his effects (if he does not leave a will), of which he shall make an inventory; and the government of the place shall have nothing to do therewith. And if there shall be no consul, the effects shall be deposited in the hands of a confidential person of the place, taking an inventory of the whole, that they may eventually be delivered to those to whom they of right belong.*

***Treaty of Tunis 1824 ARTICLE XII.** The Subjects and Citizens of the two Nations respectively Tunisians and Americans, shall be protected in the places where they may be by the officers of the Government there existing; but on failure of such protection, and for redress of every injury, the party may resort to the chief authority in each country, by whom **adequate protection and complete justice shall be rendered.***

## Authorities

The Bible 1599 Geneva.

Commentaries on Equity Pleadings 10th Ed. 1892 By Joseph Story.

Suits in Chancery 2nd Edition 1907 By Henry R. Gibson.

Equity Jurisprudence Vol. 1-V 1905 By John Norton Pomeroy Jr.

Federal Equity Procedure, Suits in Equity 1901 By C.L. Bates.

The New Federal Equity Rules 3rd Ed. 1912 By James Love Hopkins.

General Rules of the Supreme Court of the United States 1884 By Samuel A. Blatchford.

Treatise on the Law of Trusts and Trustees 1872 By Jairus Ware Perry.

A Practical Treatise of the Law of Trusts Vol. 1-11 8th Edition Ed. 1888 By Frederick Albert Lewin.

**Further Affiant Sayeth Naught**

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose*, freewill act and Deed:

*I DECLARE*, under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed: _____31st July_____ ,20 21 .

By: _Houston, lasean dejong_____

**houston, lasean dejong**, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers mailed.

_Lawson, Tryone Batson Jr._
**Print**

_Witness_

*locus sigilli* (seal)

_Rockett, Terry Lee_
**Print**

_Rockett, Terry Lee_
**Witness**

*locus sigilli* (seal)

**district court of the United States,**
**eastern district of Michigan**

| | |
|---|---|
| houston, lasean dejong, *Moor beneficiary* § | |
| SEAN HOUSTON-*EL* FOUNDATION TRUST § | |
| a *private Moor aboriginal illinoisan national,* § | |
| *and subject of the Al Maroc Shereefian Empire* § | |
| *Complainant* § | **ORDERED, ADJUDGED,** |
| § | **and DECREED** |
| -v- § | |
| § | |
| § | |
| § | |
| *Defendant(s)* § | |
| § | |
| blinken, antony john d/b/a ANTONY BLINKEN § | |
| secretary of state et al., § | |
| **united states Department of State** § | |
| HEIRS AND ASSIGNEES § | |

## The Recitals.

Upon consideration Complainant(s) to the bill, upon the pleadings and proof in the cause, and the

*pro confesso* heretofore entered against the defendants(s).

## Declaratory Part.

The Complainant(s) houston, lasean dejong *Moor beneficiary* is "in fact" a private Moor,

americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire, "but not*

*a citizen of the united states for the district of columbia, nor a citizen of the united states of*

*america in congress assembled"*

It is therefore **ORDERED, ADJUDGED, and DECREED** by the Court that"

1. That Complainant houston, lasean dejong *Moor beneficiary*, be declared the sole
   exclusive *heir* and *beneficiary* to the same subject matter the Names and Estates
   including, but not limited to, "LASEAN DEJONG HOUSTON," establishing my
   equitable rights, powers and relation to said estate; to the private enjoyment, use,
   possession, and benefit of all property attachments including, but not limited to, all rents,

credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses, goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

2. That the Complainant, houston, lasean dejong, shall be treated as friendly, respected and esteemed and as that of the **most favored Nation;** and that due process and equal Justice shall be rendered towards him in all disputes;

3. That the Complainant recover all, including, but not limited to, the credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim;

4. That the Complainant shall have protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

5. That the Complainant shall be Exonerated from all liability as secondarily liable to the Estate, on for indemnity or satisfaction on behalf of another;

6. That the Complainant shall have and shall "not" be called up any other General and Special Relief, with particularity, "and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem just;

7. If said estate is insolvent, then the Complainant shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate the Complainant shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable mortgage in his favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require;

8. That the Complainant shall be issued a *pro confesso* for all defendant(s) as an admission of all the facts and allegations stated in the bill, and the proof and proper evidence that the said defendant(s) have been regularly served by actual notice duly made, and all defendant(s) having failed to appear to make any defense being deemed prima facie evidence that he/she has no defense to make, on the contrary, he/she admits the material

*ORDERED, ADJUDGED, and DECREED*

allegations of the bill to be true; that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the complainant and defendant(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party, restore to Complainant all credits emitted, monies borrowed, rents, assets, lands, proceeds, issues, derivatives, derivations, collaterals, and produce and file with the Master said account as to show the balance which either party may owe the Complainant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances;

9. That the Complainant shall be declared as *Moor grantee/grantor/beneficiary/guardian* for and on behalf of houston, skyler isaac, *beneficiary* of the registered organization names SKYLER ISAAC HOUSTON estate, and SKYLAR HOUSTON, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as he was deprived thereof, with lawful interest, due to houston, skyler isaac, *beneficiary*; and he shall be restored to the Complainant as his guardian;

10. That anyone acting as a Person worthy of Trust, shall render upon request by the Complainant, the specific performance, to produce an annual a full accounting and non-commingling, of all real, personal, and equitable assets and debts due to Complainant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close the matter; release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Trust Account(s)" interest, in USD species, to Complainant houston, lasean dejong *Moor heir/beneficiary*; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Complainant has an interest, and to pay over whatever may be due or belong to him, or the balance due Complainant on a fair accounting to be held by you on Special Deposit;

*ORDERED, ADJUDGED, and DECREED*                                                Page 3 of 5

11. That the Complainant houston, lasean dejong, *Moor heir/beneficiary* shall have the right to claim, as *grantee ablsolute,* 1863 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for *Moor aborigine descendants*, shall be set aside and recorded in the name of the SEAN HOUSTON-*EL* FOUNDATION TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named houston, lasean dejong, his *heirs and beneficiaries*. Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, *SHALL NOT BE TAXED* by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable jurisdiction, WHATSOEVER;

12. That any cloud be removed from any real, personal, equitable assets, or named estate(s) or the title be divested and vested, that Complainant makes equitable claim to; and a permanent equitable estopple be granted against any and all non-bona fide parties.

13. That perpetual Injunctive relief shall issue, in the form of the preposed, *Quia Timet*, against all classes of defendant(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, of the *united states of america, the united states for the district of Columbia*, or any of the several states, subject to their treaties and constitutions, shall acknowledge the Complainant's special and particular political status"; and the Complainant shall **"not"** be treated as a national of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the said treaties; and that Complainant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the treaties between the *Citizens of the United States of North America* and the *Subjects of the Al Maroc Shereefian Empire;*

14. That perpetual Injunctive relief shall issue to prevent a party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason against the Complainant. Wherein, any said plaintiff has an unfair advantage at law over the Complainant, whereby he may make the Court of law an

*ORDERED, ADJUDGED, and DECREED*

instrument of injustice;

15. That perpetual Injunctive relief shall issue to inhibit any class of defendant(s) from the assertion of any presumed right, and perpetually restrain defendant(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters;

16. That perpetual Injunctive relief shall issue on behalf of an "implied equitable surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

17. That perpetual Injunctive relief shall issue to perpetually inhibited defendant(s), or anyone acting as a Person worthy of Trust, from the assertion of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, forced use of protective apparel or any differentiating mark or sign to be placed upon the Complainant, or anyone of his heirs/beneficiaries, without their expressed written consent; the Complainant, and all of his heirs/beneficiaries, known and unknown, shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable lien attached to their bonds, sureties, and collaterals, for any breach of faith, if any equitable grounds for attachment exist;

18. That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Complainant have such other relief as he-prays for, and may be entitled to, and that the proper final process shall issue;

### *Equity sees that as done what ought to be done.*

### *BE YEE PERFECT*

That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

This decree was made on _____,2021, and is entered now for then.

So Decree his Excellency, _____

**Chancellor/Judge**

*ORDERED, ADJUDGED, and DECREED*                                    Page 5 of 5

**district court of the United States,
eastern district of Michigan**

| | | |
|---|---|---|
| houston, lasean dejong, *Moor beneficiary*<br>SEAN HOUSTON-*EL* FOUNDATION TRUST<br>a *private Moor aboriginal illinoisan national,*<br>*and subject of the Al Maroc Shereefian Empire.*<br>*Complainant* | §<br>§<br>§<br>§<br>§<br>§<br>§ | the united states of america<br>Exclusive Equity<br>*Treaty of Marrakech 1786.*<br>*ARTICLE XXI.,*<br><br>*Treaty of Tunis 1824*<br>*ARTICLE XII.* |
| -v- | §<br>§<br>§<br>§ | *Article III, §2§§1, of the*<br>*1789 constitution for the united states*<br>*of america in congress assembled,* |
| *fiduciary(s) Defendant(s)* | §<br>§ | the *Judicature Act of 1789 1 stat 73*<br>*§9.,§11,§16,and§20.,* |
| blinken, antony john d/b/a ANTONY BLINKEN<br>secretary of state et al.,<br>**United States Department of State**<br>HEIRS AND ASSIGNEES | §<br>§<br>§<br>§<br>§ | **PREPOSED<br>BILL IN *QUIA TIMET*** |
| haaland, debra anne d/b/a DEBRA ANNE HAALAND<br>secretary of the interior et al.,<br>**Department of the Interior**<br>HEIRS AND ASSIGNEES | §<br>§<br>§<br>§<br>§ | |
| garland, merrick brian d/b/a<br>MERRICK GARLAND<br>attorney general et al.,<br>**United States Department of Justice**<br>HEIRS AND ASSIGNS | §<br>§<br>§<br>§<br>§<br>§<br>§ | To: Chief Judge Denise Page Hood<br>Restricted<br> c/o district court of the united states for<br>eastern district of Michigan<br>Theodore Levin U.S. Courthouse<br>231 W Lafayette Blvd., Room 701<br>Detroit, Michigan near. [48226]<br>Restricted Registered Mail |
| saul, andrew marshall d/b/a ANDREW SAUL<br>commissioner et al.,<br>**Social Security Administration**<br>HEIRS AND ASSIGNEES | §<br>§<br>§<br>§ | |
| yellen, janet louise d/b/a JANET LOUISE YELLEN<br>secretary of the treasury et al.,<br>**United States Department of the Treasury**<br>HEIRS AND ASSIGNEES | §<br>§<br>§<br>§<br>§ | ***Speciali Causa*** (Special Cause)<br>**Private, Special, Privileged<br>Special Term, without General<br>without Statutes, without (FCRP)<br>Federal Rules of Civil Procedure** |
| rettig, charles paul d/b/a CHARLES PAUL RETTIG<br>commissioner, et al.,<br>**internal revenue**<br>HEIRS AND ASSIGNEES | §<br>§<br>§<br>§<br>§ | |

martin, donna d/b/a                                              §
MAJOR GENERAL DONNA MARTIN d/b/a                                 §
provost marshal general et al.,                                  §
**Army of the united states**                                    §
HEIRS AND ASSIGNEES                                              §
                                                                 §
mayorkas, alejandro nicholas d/b/a                               §
ALEJANDRO MAYORKAS                                               §
secretary of homeland security et al.,                           §
**Department of Homeland Security**                              §
HEIRS AND ASSIGNEES                                              §
                                                                 §
nessel, dana d/b/a DANA NESSEL                                   §
attorney general et al.,                                         §
**Michigan**                                                     §
HEIRS AND ASSIGNEES                                              §
                                                                 §
brown, lisa d/b/a LISA BROWN                                     §
clerk/register of deeds                                          §
**Oakland County**                                               §
HEIRS AND ASSIGNEES                                              §
                                                                 §
benson, jocelyn d/b/a JOCELYN BENSON                             §
secretary of state                                               §
**Michigan Department of State**                                 §
HEIRS AND ASSIGNEES                                              §
                                                                 §
yarbrough, karen a d/b/a KAREN A. YARBROUGH                      §
cook county clerk/recorder of deeds                              §
**Cook County**                                                  §
HEIRS AND ASSIGNEES                                              §
                                                                 §
pritzker, jay robert, d/b/a J.B. PRITZKER                        §
governor et al.,                                                 §
**Illinois**                                                     §
HEIRS AND ASSIGNEES                                              §
                                                                 §
raoul, kwame d/b/a KWAME RAOUL                                   §
attorney general et al.,                                         §
**Illinois Attorney General**                                    §
HEIRS AND ASSIGNEES                                              §
                                                                 §
smith, marc d d/b/a MARC D. SMITH                                §
director et al., heirs and assigns                               §
**Department of Children and Family Services**                   §
**Illinois**                                                     §
HEIRS AND ASSIGNEES                                              §

*PREPOSED BILL IN QUIA TIMET*                            **Page 2 of 9**

redfield, larrisa d/b/a LARRISA REDFIELD                §
supervisor et al.,                                                          §
**Lutheran Social Services of Illinois**               §
HEIRS AND ASSIGNEES                                        §
                                                                                §
buchanan, jackeline d/b/a JACKELINE BUCHANAN    §
chief executive officer et al.,                                   §
**Genisys Credit Union**                                      §
HEIRS AND ASSIGNEES                                        §
                                                                                §
brenner, douglas a d/b/a DOUGLAS BRENNER      §
chief executive officer et al.,                                   §
**Brenner Oil Co**                                               §
HEIRS AND ASSIGNEES                                        §
                                                                                §

## PREPOSED OF BILL IN *QUIA TIMET*

***Whereas*** houston, lasean dejong, *Moor beneficiary*, and the SEAN HOUSTON-*EL* FOUNDATION
TRUST, *(hereinafter known as Complainant),* has filed his bill of complaint in our Chancery Court,
at **district court of the United States, eastern district of Michigan**, against Fiduciary *Defendants*,
his heirs and assigns, charging among other things. The *Complainant,* a private Moor americas
aboriginal illinoisan national, and subject of *Al Maroc Shereefian Empire*, "*but not citizen of the
united states for the district of columbia, nor citizen of the united states of america in congress
assembled*," is clothed with proprietary rights, said rights. The Courts of law are unable to afford
speedy, nor adequate and complete remedy at law, redress, and no protection of *Complainant's* lands,
tenements, goods and chattels, rights and credits, or his property right to his life, person, limbs,
liberties, health, reputation, occupation and labor, and to the enjoyment of his senses which the
treaties either confer or are taken under its protection. Therefore, there arises a conflict between the
rule of law and equity over the same subject matter, the registered organization name LASEAN
DEJONG HOUSTON respectively, in relation to me, as a Moor subject, where my core private rights
shall be adjudicated, and equal Justice shall be rendered. Complete justice being rendered by the
forms and proceedings purely legal, and modes of acquiring jurisdiction martial in character,
repugnant to the powers granted to the Committee of States, by the *united states in congress
assembled*, asserting an assumed right, in the commission of acts which would be contrary to Equity
and good conscience and in clear violation of the stipulations of treaties.

The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy. *Lessee of Harry Gordon v. Kerr et al. 1 Wash. C.C.R. 322.*

### *Equity imputes an intent to fulfill an obligation*

To the judges of the district court of the United States, eastern district of Michigan, the houston, lasean dejong, *Moor beneficiary*, and the SEAN HOUSTON-*EL* FOUNDATION TRUST respectfully move this court for leave to file with the "right arm of the Court of Chancery" the attached *BILL OF COMPLAINT*. *Complainant's* causes of action are purely equitable in nature because he seeks protection of rights born of special private fiduciary trust (treaty) relations as between the parties, a restorative as well as preventive remedy, being used both in the enforcement of rights, and the prevention of wrongs. *Complainant* has relied for good faith, accurate, complete, and equitable treatment, leaving no room for casuistry. A party who takes advantage of the trust or confidence reposed in him by another, and thereby benefits him-self to the other's injury, is guilty of the grossest possible breach of good faith.

The material facts that are drawn into question the Courts of law are unable to afford adequate redress, any works, doctrines, ideas, principles of, or any authority exercised, at law, on the ground of their being repugnant to the *Maxims of Equity*, the treaties, and the constitutions of the United States, giving rise to the constitutional question specifically are the breach of treaty relations as follows:

1. *Complainant* rights shall be protected by the *Treaty of Granada 1492,* and shall have the private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses, and shall "not" be treated as an enemy belligerent or national of a designated enemy country. ***Equity regards the beneficiary as the true owner.***

2. *Complainant* rights shall be protected by the *Treaty of Granada 1492,* shall self-determine, shall "not" be blocked, molested or hindered by Persons worthy of Trust holding public offices by appointment, nor shall anyone control, or collect any kind of rent from them and otherwise exercise his functions of rule over a Moor (Mohammetan). ***Equity will not suffer a wrong to be without a remedy.***

3. *Complainant* rights shall be protected by *Treaty of Granada 1492,* having full liberty of faith, work and trade, and shall pass and repass among the Christians and Jews, and shall be perfectly secure in his person and property.

*Equity sees that as done what ought to be done.*

4. *Complainant* rights shall be protected by *Treaty of Marrakech 1787 ARTICLE XXI.*, and **equal Justice being rendered** towards him in any disputes. ***Equity delights to do justice and not by halves.***

5. *Complainant* rights shall be protected by *Treaty of Tunis 1797 ARTICLE XVIII.* To preserve *Complainant's* reputation, right to goods and chattels, credits, liberties, and his labor, his rights shall "not" be destroyed, by presumption, without full disclosure. *Complainant* shall "not" be made implied "equitable" surety or called upon for indemnity or satisfaction, on behalf of another, "**under legal compulsion.**" *He who come into equity must come with clean hands.*

6. *Complainant* rights shall be protected by the *Treaty of Algiers 1795 ARTICLE XV.*, and shall be is excepted  from any statutes, codes, ordinances, provisions, prohibitions, and penalties of the *united states for the district of columbia, or the united states of america in congress assemble,* and shall "not" be subject to any of their laws. ***Equity will not allow a statute to be used as cloak for fraud.***

7. *Complainant* rights shall be protected by the *Treaty of Algiers 1795 ARTICLE XV.*, and protected from any future inconvenience, probable or even possible to happen by neglect, inadvertence or culpability of another, by guarding *Complainant* against possible or prospective injuries, and to preserve the means by which *Complainant's* existing rights may be protected from future or contingent violations.

The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. *(Henry R. Gibson)*

*Complainant,* prays that a writ of ***QUAI TIMET*** (injunction) issue by order of the Chancellor to protect *Complainant,* his heirs and beneficiaries in his rights, or restrain *Defendant(s)* et al., their heirs and assigns and agents in his wrongs; that Chancellor will put *Complainant(s)* exactly in the position they ought to occupy; including, giving them in specie what they are entitled to enjoy; and putting a stop to injuries which are being inflicted upon *Complainant,* his heirs and beneficiaries; that *Defendant(s)* et al., their heirs and assigns and agents fulfill and do all and every matter and thing in said decree

specified and contained, in so far as the same relates to him according to the true intent and purpose of said decree are enjoined and commanded to refrain from anything already complained of.

This issue a writ of ***QUAI TIMET*** (injunction) is with good conscience and good reason, and that at the hearing said injunction be made perpetual:

Issue a writ of injunction as prayed in the foregoing bill to inhibit and restrain the said fiduciary *Defendants* their heirs, assigns, and agents from continuing said act or acts complained of above, on the ground of they are contrary to Equity and good conscience, and repugnant to the constitution, treaties or laws of the united states of america in congress assembled. Said fiduciary *Defendants* their heirs, assigns, and agents are so ordered to absolutely desist and refrain the commission of said trespasses therefrom until the further order of our said Court. Said *Complainant's special and particular political status is "in fact"* a private Moor americas aboriginal illinoisan national, and subject of *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled.*"

That if it be necessary to attach an equitable lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendants* to secure the payment of the money due complainant, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants* own use, dispose of, destroy, or clog the ability to return the collateral to the houston, lasean dejong for any breach of faith, be levied.

This is the first application for an injunction in this cause.

**"generally, in matters in which there is any conflict or variance between the rules of Equity and the law with reference to the same matter, the rules of Equity shall prevail."**

### *Equity aids the vigilant, not those who slumber on their rights*

*Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)*

I houston, lasean dejong, *Moor beneficiary,* of the SEAN HOUSTON-*EL* FOUNDATION TRUST, *Complainant* reserve and claim all my right, title and interest to Trust property, protected by:

The issued writ shall cover houston, lasean dejong, *Moor beneficiary,* and the SEAN HOUSTON-*EL* FOUNDATION TRUST, *Complainant* and any TRUST private property or heirs and beneficiaries including, but not limited to, the names "HOUSTON, LASEAN DEJONG" "LASEAN DEJONG HOUSTON", 'HOUSTON, KIMBERLY DENISE' " KIMBERLY DENISE HOUSTON, ' 'kayla renee houston-*el*,' 'HOUSTON, KAYLA RENEE ' 'KAYLA RENEE HOUSTON,' 'houston, izoha monea,' "HOUSTON, IZOHA MONEA," "IZOHA MONEA HOUSTON," "tucker, amari amir," "TUCKER, AMARI AMIR," "AMARI AMIR TUCKER," "ware, aidan antrell, " "WARE, AIDAN ANTRELL," "AIDAN ANTRELL WARE," "houston, symone monique," "HOUSTON, SYMONE MONIQUE," "SYMONE MONIQUE HOUSTON," "houston, skyler isaac," "HOUSTON, SKYLER ISSAC," "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," "houston, terajai armond," "HOUSTON, TERAJAI ARMOND," "TERAJAI ARMOND HOUSTON," "houston, mercedes rose," "HOUSTON, MERCEDES ROSE," "MERCEDES ROSE HOUSTON," "mathurin, jetoine jean mari" MATHURIN, JETOINE JEAN MARI," "JETOINE JEAN-MARI MATHURIN," "gordon, katina marie," "GORDON, KATINA MARIE," "KATINA GORDON-BROOKS," "gordon, antoine arturo," "GORDON, ANTOINE ARTURO," "ANTOINE ARTURO GORDON," "and "murray, darrin levelle," "MURRAY, DARRIN LEVELLE," "DARRIN LEVELLE MURRAY," and private property including, but not limited to:

**-DL #H235 488 139 065**

**-DL #H235 789 071 888**

**-DL #H235 599 744 967**

**-DL #H235-469-139-886**

**-DL #4840-16-0991**

**-DL #H235-5247-2024**

**Lat, 42.671048, Long. - 83.272267**

42°40'14" N 83°16'16" W, 42°40'13" N 83° 16'17" W

**PARCEL ID: Sidwell Number 64-14-16-426-015:**

**T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46**

**PARCEL Ticket: 180-30-08.000; Kemper County, Miss**

**NENW, PT NWNW E SIDE NWNE**

**T09N, R14E, SEC 30**

**PPIN: 008326**

*PREPOSED BILL IN QUIA TIMET*

786 E. Columbia Ave, Pontiac, Michigan RFD

1098 Ann Arbor Rd W 559, Plymouth RFD

3079 S Baldwin Rd, Lake Orion, Michigan RFD

8429 N 27th Avenue Suite 126, Phoenix, Arizona RFD

5104 E Van Buren Suite 1101, Phoenix Arizona RFD

9332 S Saginaw Ave, Chicago, Illinois RFD

7117 S Calumet Ave, Chicago, Illinois RFD

**Plated Automobiles:**

AV16322 -VIN#KM8J23A44JU701597

EJC 4361 -VIN#ZACCJBBB7HPF22196

543 D 60 -VIN#1GKET16S326103249

DUX 8139 - VIN#1FMSK8DH3LGB03485

AU45454 -VIN#3N1AB7AP1KL607035

EHE9954 - VIN#1G1AL58F487206970

DWG 9049

3ML B90

BSW 10009

DCE 7116

S65 KGY

L147408

**ANY FORM OF UNLAWFUL DETAINER, MOLESTATION, FORCED MEDICAL TREATMENT, VACCINATIONS, OR THE FORCED USE OF PROTECTIVE APPAREL, WITHOUT MY EXPRESS WRITTEN CONCENT, IS PROHIBITED. THE TRUSTEE(s) AND BENEFICIARIES OF THE SEAN HOUSTON-*EL* FOUNDATION TRUST SHALL BE EXEMPT FROM BEING VISITED, AND TO AVOID FORCED QUARANTINE OF ANY KIND, OR ANY OTHER VIOLATION OF THE PRIVATE UNALIENABLE RIGHTS OF TRUSTEE(s), OR BENEFICIARIES OF THE TRUST, BY ANYONE ACTING as a Person worthy of Trust. ANYONE, their heirs and assigns, VIOLATING THIS PROHIBITION, will have an equitable lien attached to their bonds, sureties, and collaterals, for your breach of faith.**

You are, therefore, hereby commanded to make known to the said Fiduciary *Defendant(s)* his heirs and assigns, that he and they are strictly enjoined and commanded to take no step and proceed no further in doing the act or acts complained of above, but that he and they absolutely desist and refrain there from trespassing against said *Complainant* property until the further order of our said Court.

*PREPOSED BILL IN QUIA TIMET*

That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require;

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation, to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

**Witness, Clerk and Master of our said Court, at office, district court of the united states, eastern district of Michigan Executed of the previous term of said Court.**

This decree was made on _____,2021, and is entered now for then.

                                      _____

                                       **Judge acting as Chancellor**

