Special

*SPECIAL, PRIVATE, PRIORITY, IN CONFIDENCE*

**PROOF OF CONSIDERATION**



*21-11888*

=================================================================
CERT# W 8 4 9 2 2 3 1 6 G - I 0 8 1 4 5 9 4 6 I - B 4 0 5 9 2 8 5 8 H - T 3 4 8 8 8 6 1 0 I - D 0 4 2 1 7 1 7 1 J
=================================================================

FOR AND IN LAWFUL SUFFICIENT CONSIDERATION OF FIVE PRIVATE LAWFUL SILVER

CERTIFICATE ONE DOLLAR CURRENCY OF THE UNITED STATES OF AMERICA ACCOUNT:

**Lat, 42.671048, Long. - 83.272267** *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658*

*PARCEL ID: Sidwell Number 14-16-426-015***,** (XXXXX2607), (CT#121-0139996), (CT#04926-258328),

(CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121),

**"LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE**

**HOUSTON,"** privately **"RF125594909US.468 Trust,"** tendered to sean houston-el, Co-Trustee(s) et al.,

SEAN HOUSTON-*EL* FOUNDATION TRUST, Grantee(s), by houston, lasean dejong *Moor grantee/*

*grantor/*beneficiary. As Trustee(s), **you owe me specific performance**. Executed *22ⁿᵈ January* 20*21* .

By: *houston, lasean dejong* ,
    **houston, lasean dejong,** *grantee/grantor/beneficiary*
    a private a Moor /americas aboriginal illinoisan national,
    *"but not citizen of the united states for the district of columbia,*
    *nor citizen of the united states of america in congress assembled,*
    **SPECIAL, PRIVATE, PRIORITY**

                              **JURAT**

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/beneficiary* in Propria Persona Sui Juris, who has attained
*majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as his manifest special intent
and purpose, executed by the same.

*DECLARED* before me in the County and State aforesaid this *22ⁿᵈ* day of *January* , 20*21* .

*WITNESS* my hand and official seal.

_____       _____
NOTARY                          PRINT

                                *(locus sigilli)*

*PLACE REGISTERED MAIL NUMBER HERE* _____       Page 1 of 1

*2:21-cv-11888-SJM-APP*

**Exhibit Q: Explanatory Statement**

**Exhibit R: Notice of Priority Interest**

**Exhibit S: Proof of Consideration**

By: _houston, lasean dejong_
   houston, lasean dejong, Moor grantee suitor
   c/o 3079 s baldwin road
   lake orion, michigan rfd
   shouston48342@yahoo.com

   *(seal)*

Special

# Exhibit A 1-4

*Special*

*SPECIAL DEPOSIT, PRIVATE, PRIORITY, IN CONFIDENCE*

## Notice and Affidavit of Denial of Assumptions and Presumptions

*Exhibit A-2*

**To:** blinken, antony john d/b/a ANTONY BLINKEN, secretary of state et al., heirs and assigns, **united states of america, Department of State,** fiduciary.

*I houston, izoha monea,* in *Propria Persona Sui Juris,* **DENY** *any and all ASSUMPTIONS AND PRESUMPTIONS that I am a servant, a slave, surety for another, a human, a negro, black, white, colored, person of color, indigenous, an Indian, a native American, African, African-American, Latino, Hispanic, Moorish, Moorish American, associated with any Moorish Science Temple of America (MSTA), a Black Identity Extremist, a Sovereign-Citizen,* a national of a designated enemy country, *a U.S. National, an American National, or any form of citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled. I DENY,* I forfeit my Moor nationality under the laws for the *Al Maroc (Moor) Shereefian Empire.* Any further ASSUMPTIONS and /or PRESUMPTIONS that I am any of the aforementioned statuses is a violation of my unalienable rights by *CORRUPTION OF THE BLOOD.*

### *Equity will not aid a volunteer*

***I DENY, I am DEAD or an ABSENTEE.***

***I DENY, I am capitis diminutio maxima, media, or minima.*** I walk in my ancestors' shoes and I retain all my rights, titles, and interest to all that they intended for me.

***I DENY,*** since reaching the *Age of Majority,* I have declared on oath or affirmation, before the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit or district courts of the *united states for the district of columbia,* or the *united states of america in congress assembled.*

***I DENY,*** it my *bona fide* intention to become a citizen of the *united states for the district of columbia,* or the *united states of america in congress assembled.*

***I DENY,*** since reaching the *Age of Majority,* I absolutely and entirely renounced and abjure forever all my allegiance and fidelity to my ancient foremothers' and forefathers' state, the *Al Maroc (Moor) Shereefian Empire* of whom I am a subject.

2:21-cv-11888-SJM-APP

*I DENY,* since reaching the *Age of Majority*, I consented to forever renouncing my Moor nationality.

*I DENY* that in fact, any statutes applies to me as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc (Moor) Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled.*"

*I DENY,* since reaching the *Age of Majority*, I have made any expressed renunciation of my hereditary title or order of nobility of the House of "*EL,*" in any court, or that any such proceedings of said renunciation have been recorded by any clerk of court.

*I DENY* I am a national of a designated enemy country. I would be heavily prejudiced and have none of my substantive rights to **equal Justice being rendered**, if it were presumed that I am a national of a designated enemy country.

*I DENY,* since reaching the *Age of Majority*, I have been convicted of a federal or state drug offense or been convicted of a "sex tourism" crimes statute.

*I DENY,* since reaching the *Age of Majority,* I am an anarchist, nor a disbeliever in or opposed to organized government, nor a member of or affiliated with any organization or body of persons teaching disbelief in or opposition to organized government.

*I DENY,* since reaching the *Age of Majority*, I am the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a  subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.

*I DENY,* since reaching the *Age of Majority*, I have a criminal record.

*I DENY,* since reaching the *Age of Majority*,  I have been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the *united states for the district of columbia*, or the *united states of america in congress assembled*, or conspiring to overthrow, put down, or to destroy by force, the government of the *united states for the district of columbia*, or the *united states of america in congress assembled.*

*I DENY,* since reaching the *Age of Majority*, I have performed any of the acts listed under "Acts or Conditions" on page four of the United States of America passport application.

*I DENY,* since reaching the *Age of Majority*, I consent to any form of slavery whether it be voluntary, or involuntary servitude or by conviction, or to be bound by any laws, statutes or codes thereof, pursuant to the *Treaty of Marrakech 1786 ARTICLE XXI., XXII.*

### He who occasioned the loss must bear the burden

*I DENY,* since reaching the *Age of Majority*, I consent to any lawful or legal condition that shall work *CORRUPTION OF THE BLOOD*, forfeiture of my estate, or to exterminate mankind. If the

Heir to the Person deceased be present, the Property shall be delivered to him without interruption; *Treaty of Marrakech 1786 ARTICLE XXI., and XXII.*

*I DENY*, since reaching the *Age of Majority*, I consent to changing the law of my descent or my inheritability which was forced upon me and my ancestors by the 1924 Preserve Racial Integrity Act which was a violation of my unalienable rights pursuant to the *Treaty of Marrakech 1786 ARTICLE XVI.*

*I DENY*, since reaching the *Age of Majority*, I consented in writing to any assumptions or presumptions that I have been naturalized as a citizen of the *united states for the district of columbia*, or the *united states of america in congress assembled*. This assumption and presumption was made by mistake when I was a baby, which would have put me under legal disability and capable of such a consent.

*I DENY,* I am a citizen of a corporation.

*I DENY,* since reaching the *Age of Majority*, I am, nor will I ever be, a citizen of the *united states for the district of columbia*, a citizen of the *united states of america in congress assembled*, a *united states for the district of columbia* national, or the *united states of america in congress assembled* national, or an American national.

*I DENY,* since reaching the *Age of Majority*, I consented in writing to any assumptions or presumptions that I have been naturalized as a citizen of the *united states for the district of columbia*, a citizen of the *united states of america in congress assembled*.

*I DENY,* since reaching the *Age of Majority*, I consented in writing to any law impairing my ability to form trusts; nor any laws making convictions that work corruption of blood or forfeiture of estate.

*I DENY,* since reaching the *Age of Majority*, I consented to be a citizen of a Federal Corporation or Naturalized into a Federal Corporation which is an artificial person, or to be naturalized as a citizen of the *united states for the district of columbia*, a citizen of the *united states of america in congress assembled*.

### *Equity will not complete an imperfect gift*

*I DENY,* since reaching the *Age of Majority*, I asked or consented to have a SOCIAL SECURITY NUMBER issued. *I DECLARE*, this assumption and presumption was made by mistake when I was a baby, which would have put me under legal disability and capable of such a consent.

*I DENY,* I am physically *domiciled* inside the geographic boundaries of the *united states for the district of columbia*, or the *united states of america in congress assembled*, puerto rico, the united states virgin islands and any territory or insular possession subject to the jurisdiction of the *united states for the district of columbia*, or the *united states of america in congress assembled*.

*Equity will not allow a trust to fail for want of a Trustee.*

***Treaty of Algiers 1795 ARTICLE XV.*** *Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.*

***I DECLARE,*** any presumed administration of my estate is absolute void, I am entitled to a full accounting of my estate.

***I DECLARE***, as grantee, beneficiary, and heir, I accept all the inheritance that my ancestors had intended for me.

***I DECLARE***, it my intention to be a Moor/americas aboriginal free inhabitant illinoisan national, and subject of the *Al Maroc Shereefian Empire*, **"**but not citizen of the *united states for the district of columbia, nor the united states of america in congress assembled***."**

***I DECLARE***, I require that you acknowledge my **special and particular political status** *as a Moor americas aboriginal illinois national,* and subject of the *Al Maroc Shereefian Empire*, *"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE***, it is my intention that my estate be restored to me, and I shall recover all rents, credits emitted, monies borrowed, lands, assets, all acquisitions due to me granting my signature, an equitable asset, for consideration, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. *(Lev 6:2-5)*

*Equity sees that as done what ought to be done.*

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** I have only tendered all the redemption for and on behalf of "IZOHA MONEA HOUSTON," since the beginning, to preserve my "good" name, as the implied equitable surety, **under legal compulsion.** I am entitled to the benefit of all collaterals or liens which the creditor held as security; and am entitled to be subrogated to the rights of the creditor against the person primarily liable.

***I DO HEREBY*** notice **ALL** men and persons, whether private or public, worldwide, that it is my intent to be subrogated to all the rights of the creditor in this (all) transactions. You are HEREBY noticed of my sole exclusive act to subrogate you to my rights as the implied equitable surety for "IZOHA MONEA HOUSTON." *(Prov 11:15)*

*Equity imputes an intent to fulfill an obligation*

I hereby claim all right, title, and interest of the above described property including, but not limited to, the body, the name, the sum of all their attachments, all rents, houses, estates, any abandoned funds, deposits, issues, interest, assets, derivatives, profits, proceeds and any inherited properties, and all acquisitions due to me granting my signature, an equitable asset, for consideration, of my estate during such time as I was deprived, therefrom, are fully accepted, claimed, titled, assigned. Said Account which shall be held for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, izoha monea, *Mooress grantee/grantor/heir/beneficiary*. You are hereby noticed that all Treasury and Attorney General discretionary power to "direct, control, manage, supervise, vest or prohibit" my transaction is now merged and extinguished. I am without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same.  I believe no such adverse claim exists. This Deed bars any would-be bona fide purchasers for value without notice under the rules of Equity

If, as a Person worthy of Trust, you with intent of fraudulent concealment, convert or appropriate said property to your own use, dispose of, destroy, or clog the ability to return the collateral to the houston, izoha monea, *Mooress grantee/grantor/heir/beneficiary*, you are without clean hands. I accept your oath and attach an equitable lien to your company charter, bonds, sureties, and collaterals, for your breach of faith, and I require you return ALL my collateral, with all interests, rents, derivatives and derivations therefrom. *(Lev 6:2-5)*

As *Mooress grantee/grantor/heir/beneficiary*, I have priority of right over the above named, assets  and I exercise the equity of redemption. If you DENY, I DEMAND you:

- **Show "good" cause** why I shall be treated as a national of a designated enemy country.
- **Show "good" cause** why in fact, I am not excepted from any statutes to me as a private Mooress americas aboriginal illinoisan national and subject of the *Al Maroc (Moor) Shereefian Empire, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*
- **Show "good" cause** why I do not hold superior equitable or legal title to said property, and that it's not a trust.
- **Show "good" cause** why any presumed administration of my estate is not absolute void, and as heir/beneficiary, I am "not" entitled, **by due particularity, a full accounting, real, personal, and equitable, list of assets and debts due to my estate**.
- **Show "good" cause** why I cannot have my estate be restored to me, and why I cannot recover all rents, credits emitted, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me.
- **Show "good" cause** why I am "not" a *Mooress heir/beneficiary* subject of the *Al Maroc Empire* and that I don't have a private right to ***equal Justice being rendered***, in the

exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third-parties not party to the trust.

- **Show "good" cause why** as a *Mooress grantee/grantor/heir/beneficiary* I cannot enjoy while in the *united states for the district of columbia, nor citizen of the united states of america in congress assembled* the ***"most-favored-nation treatment"*** *deo favente perennis* (God favors perennially) as regards to matters concerning me and my private property, pursuant to the ***1880 Treaty of Madrid.***
- **Show "good" cause** why as a *Mooress grantee/grantor/heir/beneficiary,* the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, "**shall not**" be delivered to me without interruption.
- **Show "good" cause** why I do not have a right to exercise the equity of redemption.
- **Show "good" cause** why I am not entitled to a reconversion and reconveyance post haste.
- **Show "good" cause** why as a *Mooress grantee/grantor/heir/beneficiary,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, blinken, antony john d/b/a ANTONY BLINKEN, secretary of state et al., heirs and assigns, **united states of america, Department of State,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

> *He who is silent seems to consent, when they ought to speak*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:
*I DECLARE,* under penalty of perjury under the laws of the illinois and the united states of america that the foregoing is true and correct. Executed: _____ 6ᵗʰ July _____ ,20 21 .

By: _____
houston, izha money, *grantee/grantor/heir/beneficiary*
*a private Moor americas aboriginal illinoisan national,*
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

# JURAT

<u>Illinois state</u>)

<u>Cook county</u>)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

<u>*houston, izoha monea, Mooress grantee/grantor/heir/beneficiary,*</u> *in Propria Persona Sui Juris*

(in persona, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority) and proved to me upon satisfactory evidence, executed by the same as his manifest

special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this ___06___ day of ___July___, 20_21_.

*WITNESS* my hand and official seal.

_____*Maritza Munoz*_____          _____
PRINT                                                  NOTARY

> MARITZA MUNOZ
> OFFICIAL SEAL
> Notary Public - State Of Illinois
> My Commission Expires
> November 13, 2023

---

**PROOF OF SERVICE**

The undersigned certifies that the forgoing instrument was served
upon all parties to the above cause to each of the attorneys of record
herein on _____,2021_

The parties were served via:

___ U.S. Mail          ___ Facsimile ___ E-File

___ Hand Delivery   ___ UPS          ___ Email

___ Federal Express  ___ Other

By:_____ Moor beneficiary

---

Special

# Notice of Bill of Exceptions

A-3

**To:** blinken, antony john d/b/a ANTONY BLINKEN, secretary of state et al., heirs and assigns, **Department of State for the united states for america,** fiduciary.

*I houston, kayla renee, in Propria Persona Sui Juris,* **OBJECT TO and DENY** *any and all ASSUMPTIONS AND PRESUMPTIONS that I am a servant, a slave, surety for another, a human, a negro, black, white, colored, person of color, indigenous, an Indian, a native American, African, African-American, Latino, Hispanic, Moorish, Moorish American, associated with any Moorish Science Temple of America (MSTA), a Black Identity Extremist, a Sovereign-Citizen,* a national of a designated enemy country, *a U.S. National, an American National, or any form of citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled. I DENY,* I forfeit my Moor nationality under the laws for the *Al Maroc (Moor) Shereefian Empire.* Any further ASSUMPTIONS and /or PRESUMPTIONS that I am any of the aforementioned statuses is a violation of my unalienable rights by *CORRUPTION OF THE BLOOD.*

### *Equity will not aid a volunteer*

**I DENY, I am DEAD or an ABSENTEE.**

**I DENY, I am capitis diminutio maxima, media, or minima.** I walk in my ancestors' shoes and I retain all my rights, titles, and interest to all that they intended for me.

**I DENY,** since reaching the *Age of Majority,* I have declared on oath or affirmation, before the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit or district courts of the *united states for the district of columbia,* or the *united states of america in congress assembled.*

**I DENY,** it is my *bona fide* intention to become a citizen of the *united states for the district of columbia,* or the *united states of america in congress assembled.*

**I DENY,** since reaching the *Age of Majority,* I absolutely and entirely renounced and abjure forever all my allegiance and fidelity to my ancient foremothers' and forefathers' state, the *Al Maroc Shereefian Empire* of whom I am a subject.

**I DENY,** since reaching the *Age of Majority,* I consented to forever renouncing my Moor nationality.

*BILL OF EXCEPTIONS*                                                          Page 1 of 6

*I DENY* that I, as a private Moor americas aboriginal michiganian national and subject of the *Al Maroc (Moor) Shereefian Empire, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled,"* am **"in fact,"** subject to any statutes, codes, ordinances, provisions, prohibitions, and penalties.

*I DENY,* since reaching the *Age of Majority,* I have made any expressed renunciation of my hereditary title or order of nobility of the House of *"EL,"* in any court, or that any such proceedings of said renunciation have been recorded by any clerk of court.

*I DENY* I am a national of a designated enemy country. I would be heavily prejudiced and have none of my substantive rights to **equal Justice being rendered**, if it were presumed that I am a national of a designated enemy country.

*I DENY,* since reaching the *Age of Majority,* I have been convicted of a federal or state drug offense or been convicted of a "sex tourism" crimes statute.

*I DENY,* since reaching the *Age of Majority,* I am an anarchist, nor a disbeliever in or opposed to organized government, nor a member of or affiliated with any organization or body of persons teaching disbelief in or opposition to organized government.

*I DENY,* since reaching the *Age of Majority,* I am the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.

*I DENY,* since reaching the *Age of Majority,* I have a criminal record.

*I DENY,* since reaching the *Age of Majority,* I have been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the *united states for the district of columbia*, or the *united states of america in congress assembled*, or conspiring to overthrow, put down, or to destroy by force, the government of the *united states for the district of columbia*, or the *united states of america in congress assembled*.

*I DENY,* since reaching the *Age of Majority,* I consent to any form of slavery whether it be voluntary, or involuntary servitude or by conviction, or to be bound by any laws, statutes or codes thereof, pursuant to the *Treaty of Marrakech 1786 ARTICLE XXI., XXII.*

*Equity will not allow a statute to be used as cloak for fraud.*

*BILL OF EXCEPTIONS*                                                                 Page 2 of 6

*I DENY,* since reaching the *Age of Majority*, I consent to any *CORRUPTION OF THE BLOOD*, or forfeiture of my estate, under legal compulsion, or to exterminate mankind.

*I DENY,* since reaching the *Age of Majority*, I consent to changing the law of my descent or my inheritability which was forced upon me and my ancestors under legal compulsion, by the 1924 Preserve Racial Integrity Act which was a destruction of my unalienable rights pursuant to the *Treaty of Marrakech 1786 ARTICLE XVI.*

*I DENY,* since reaching the *Age of Majority*, I consented in writing to any assumptions or presumptions that I have been naturalized as a citizen of the *united states for the district of columbia*, or the *united states of america in congress assembled.* This assumption and presumption was made by mistake, when I was a baby, which would have put me under legal disability and capable of such a consent.

*I DENY*, since reaching the *Age of Majority*, I am, nor will I ever be, a citizen of the *united states for the district of columbia*, a citizen of the *united states of america in congress assembled*, a *united states for the district of columbia* national, or the *united states of america in congress assembled* national, or an American national.

*I DENY,* since reaching the *Age of Majority*, I consented in writing to any law impairing my ability to form trusts; nor any laws making convictions that work corruption of blood or forfeiture of my estate.

*I DENY,* since reaching the *Age of Majority*, I consented to be a citizen of a Federal Corporation or Naturalized into a Federal Corporation which is an artificial person, or to be naturalized as a citizen of the *united states for the district of columbia*, a citizen of the *united states of america in congress assembled.*

### *Equity will not complete an imperfect gift*

*I DENY,* I am physically *domiciled* inside the geographic boundaries of the *united states for the district of columbia*, or the *united states of america in congress assembled*, puerto rico, the united states virgin islands and any territory or insular possession subject to the jurisdiction of the *united states for the district of columbia*, or the *united states of america in congress assembled.*

### *Equity will not allow a trust to fail for want of a Trustee.*

> *Treaty of Algiers 1795 ARTICLE XV.* *Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency.*

*I DECLARE,* any presumed administration of my estate is absolute void, I am entitled to a full accounting of my estate.

*I DECLARE*, as grantee, beneficiary, and heir, I accept all the inheritance that my ancestors had intended for me.

*I DECLARE,* it my intention to be a Moor americas aboriginal michiganian national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled.*"

*I DECLARE*, I require that you acknowledge my **special and particular political status** as a Moor americas aboriginal michiganian national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE,* it is my intention that my estate be restored to me, and I shall recover all rents, credits emitted, monies borrowed, lands, assets, all acquisitions due to me granting my signature, an equitable asset, for consideration, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. *(Lev 6:2-5)*

### *Equity sees that as done what ought to be done.*

I hereby claim all right, title, and interest of the above described property including, but not limited to, the body, the name, the sum of all their attachments, all rents, houses, estates, any abandoned funds, deposits, issues, interest, assets, derivatives, profits, proceeds and any inherited properties, and all acquisitions due to me granting my signature, an equitable asset, for consideration, of my estate during such time as I was deprived, therefrom, are fully accepted, claimed, titled, assigned. Said Account which shall be held for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, kayla renee, *Mooress grantee/grantor/heir/beneficiary.* You are hereby noticed that all Treasury and Attorney General discretionary power to "direct, control, manage, supervise, vest or prohibit" my transaction is now merged and extinguished. I am

without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same.  I believe no such adverse claim exists. This Deed bars any would-be bona fide purchasers for value without notice under the rules of Equity

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation, to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

### *Equity sees that as done what ought to be done.*

As *Mooress grantee/grantor/heir/beneficiary,* I have priority of right over the above named, assets and I exercise the equity of redemption. If you DENY, I DEMAND you:

- **Show "good" cause** why I shall be treated as a national of a designated enemy country.
- **Show "good" cause** why in fact, I am not excepted from any statutes to me as a private Mooress americas aboriginal illinoisan national and subject of the *Al Maroc (Moor) Shereefian Empire, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*
- **Show "good" cause** why as a *Mooress grantee/grantor/heir/beneficiary,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, blinken, antony john d/b/a ANTONY BLINKEN, secretary of state et al., heirs and assigns, **Department of State for the united states of america,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, your silence is acquiesence and admittance of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

### *He who is silent seems to consent, when they ought to speak*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:
*I DECLARE,* under penalty of perjury under the laws of michigan and the united states of america that the foregoing is true and correct. Executed:  28ᵗʰ August ,20 21 .

By: ___houston, lasean dejong___       By: _____
**houston, lasean dejong**                    houston, kayla renee, *grantee/grantor/heir/beneficiary*
Witness                                       *a private Mooress americas aboriginal michiganian national,*
                                              *"but not citizen of the united states for the district of columbia,*
                                              *nor citizen of the united states of america in congress assembled."*
                                              **SPECIAL DEPOSIT, PRIVATE, PRIORITY**



*locus sigilli (seal)*



*locus sigilli (seal)*

# JURAT

 Michigan state)

Oakland county)


*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
*houston, kayla renee, Mooress grantee/grantor/heir/beneficiary,* and houston, lasean dejong,
have proved to me upon satisfactory evidence, executed by the same as her/his manifest special
intent and purpose.

*DECLARED* before me in the County and State aforesaid this 28ᵗʰ day of _August_ 20 _21_ .

*WITNESS* my hand and official seal.


_____M. Petruzzelli_____       ____M. Petruzzelli____
PRINT                                          NOTARY

*locus sigilli* (seal)

```
M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _Oakland_
```

*SPecial*

**SPECIAL, PRIVATE, PRIORITY, IN CONFIDENCE**    *Exhibit A-4*

## Notice and Affidavit of Denial of Assumptions and Presumptions

**To: pompeo, michael d/b/a MIKE POMPEO United States secretary of state, and all heirs and assigns and other public Trustee(s) et.al,**

*I houston, terajai armond, in Propria Persona Sui Juris, DENY any and all ASSUMPTIONS AND PRESUMPTIONS that I am a servant, a slave, surety for another, a human, a negro, black, white, colored, person of color, indigenous, an Indian, a native American, African, African-American, Latino, Hispanic, Moorish, Moorish American, associated with any Moorish Science Temple of America (MSTA), a U.S. National, an American National, a Black Identity Extremist, a Sovereign-Citizen, or any form of citizen of the UNITED STATES,* which are all colorable terms and misnomers used to denationalize, and to naturalize me and my ancestors by means of **PAPER GENOCIDE**, which would forfeit my Moor nationality under the laws for the *Al Maroc (Moor) Shereefian Empire*. Any further ASSUMPTIONS and /or PRESUMPTIONS that I am any of the aforementioned statuses is a violation of my unalienable rights by *CORRUPTION OF THE BLOOD.*

### *Equity will not aid a volunteer*

*I DENY, I am DEAD.*

*I DENY, I am capitis diminutio maxima, media, or minima.* I walk in my ancestors' shoes and I retain all my rights, titles, and interest to all that they intended for me.

*I DENY,* since reaching the AGE of MAJORITY, I have declared on oath or affirmation, before the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit or district courts of the United States for the District of Columbia, or the United States of America.

*I DENY*, it my bona fide intention to become a citizen of the United States for the District of Columbia, or the United States of America in Congress assembled.

*I DENY,* since reaching the AGE OF MAJORITY, I absolutely and entirely renounced and abjure forever all my allegiance and fidelity to my ancient foremothers' and forefathers' state, the *Al Maroc (Moor) Shereefian Empire* of whom I am a subject.

*I DENY,* since reaching the AGE OF MAJORITY, I consented to forever renouncing my Moor nationality.

*I DENY,* since reaching the AGE OF MAJORITY, I have made any expressed renunciation of my hereditary title or order of nobility of the House of "EL", in any court, or that any such proceedings of said renunciation have been recorded by any clerk of court.

2:21 - cv - 11888 - SJM-APP

*I DENY,* since reaching the AGE of MAJORITY, I consent to be under parens patriae or Trusteeship.

*I DENY,* since reaching the AGE of MAJORITY, I have been convicted of a federal or state drug offense or been convicted of a "sex tourism" crimes statute.

*I DENY,* since reaching the AGE OF MAJORTIY, I am an anarchist, nor a disbeliever in or opposed to organized government, nor a member of or affiliated with any organization or body of persons teaching disbelief in or opposition to organized government.

*I DENY,* since reaching the AGE of MAJORITY, I am the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.

*I DENY,* since reaching the AGE of MAJORITY, I have a criminal record.

*I DENY,* since reaching the AGE of MAJORITY, I have been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States for the District of Columbia, or the United States of America., or conspiring to overthrow, put down, or to destroy by force, the government of the United States for the District of Columbia, or the United States of America..

*I DENY,* since reaching the AGE of MAJORITY, I have performed any of the acts listed under "Acts or Conditions" on page four of the United States of America passport application.

*I DENY,* since reaching the AGE of MAJORITY, I consent to any form of slavery whether it be voluntary, or involuntary servitude or by conviction, or to be bound by any laws, statutes or codes thereof, pursuant to the

### *He who occasioned the loss must bear the burden*

*I DENY,* since reaching the AGE of MAJORITY, I consent to any lawful or legal condition that shall work *CORRUPTION OF THE BLOOD* or forfeiture of my estate, or to exterminate mankind. If the Heir to the Person deceased be present, the Property shall be delivered to him without interruption; *Treaty of Marrakech 1786 ARTICLE XXI., XXII.*

*I DENY,* since reaching the AGE of MAJORITY, I consent to changing the law of my descent or my inheritability which was forced upon me and my ancestors by the 1924 Preserve Racial Integrity Act which was a violation of my Unalienable rights pursuant to the *Treaty of Marrakech 1786 ARTICLE XVI.*

*I DENY,* since reaching the AGE of MAJORITY, I consented in writing to any assumptions or presumptions that I have been naturalized as a citizen of the United States for the District of

Columbia, or the United States of America in Congress assembled. This assumption and presumption was made when I was a baby, when contracts like, the birth certificate of title was made and the social security number was issued in the above mention name, which would have put me under legal disability to contract, and not capable of such a contract.

*I DENY,* I am a citizen of a corporation.

*I DENY,* since reaching the AGE of MAJORITY, I am, nor will I ever be, a citizen of the United States for the District of Columbia, a citizen of the United States of America in Congress assembled, a United States for the District of Columbia national, or the United States of America national, or an American national.

*I DENY,* since reaching the AGE OF MAJORITY, I consented in writing to any assumptions or presumptions that I have been naturalized as a citizen of the United States for the District of Columbia, a citizen of the United States of America in Congress assembled.

*I DENY,* since reaching the AGE OF MAJORITY, I consented in writing to any law impairing the validity of contracts; nor any laws making convictions that work corruption of blood or forfeiture of estate.

*I DENY,* since reaching the AGE OF MAJORITY, I consented to be a citizen of a Federal Corporation or Naturalized into a Federal Corporation which is an artificial person, or to be naturalized as a citizen of the United States for the District of Columbia, a citizen of the United States of America in Congress assembled.

### *Equity will not complete an imperfect gift*

*I DENY,* since reaching the AGE OF MAJORTIY, I asked or consented to have a SOCIAL SECURITY NUMBER issued. *I DECLARE*, this assumption and presumption was made when I was a baby, when contracts like, the birth certificate of title was made and the social security number was issued in the above mention name, which would have put me under legal disability to contract, and not capable of such a contract.

*I DENY,* my name change is sought for any fraudulent intent.

*I DENY,* since reaching the AGE of MAJORITY, I have knowingly and willfully made false statements or included false documents in support of this application. The photograph attached to this application is a genuine, current photograph of me.

*I DENY,* I am physically *domiciled* inside the geographic boundaries of the United States for the District of Columbia, or the United States of America.in Congress assembled, Puerto Rico, the United States Virgin Islands and any territory or insular possession subject to the jurisdiction of

the United States for the District of Columbia, or the United States of America in Congress assembled.

### *Equity will not allow a trust to fail for want of a Trustee.*

If a vessel of war of the two nations shall make prize of an enemy vessel in which may be found effects, property, and subjects of the two contracting parties, the whole shall be restored; the Bey shall restore the property and subjects of the United States, and the latter shall make a reciprocal restoration; it being understood on both sides that the just right to what is claimed shall be proved. *(Treaty of Tunis 1787, ARTICLE 2.)*

*I DECLARE,* any presumed administration of my estate is absolute void, ***Expressum facit cessare tacitum.***

*I DECLARE,* as Grantee and Heir, I accept all the inheritance that my ancestors had intended for me.

*I DECLARE,* it is my intention that my estate be restored to me, and *I* DEMAND to recover all rents and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. As Moor grantee I have priority of right, if you *DENY,* show cause why I do not hold superior equitable or legal title to said property, and that it's not a trust. Equity regards the beneficiary as the true owner.

*I DECLARE,* it my intention to be **a Moor / Americas Aboriginal free inhabitant Illinoisan national,** but not citizen of the United States for the District of Columbia, or the United States of America**, *domiciled* in Michigan.** You have (7) days to bring forth your *PROOF OF CLAIM* that I have been naturalized as a citizen of the United States for the District of Columbia, a citizen of the United States of America in Congress assembled, a United States for the District of Columbia national, a United States of America national, or an American national.

### *One who seeks equity must do equity.*

***Full faith and credit*** *shall be given in each of these States to the records, acts and judicial proceedings of the courts and magistrates of every other State. (1781 Articles of Confederation § IV.)*

***Articles of Confederation Art. XII****. All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.*

*Equity will not suffer a wrong to be without a remedy*

Every person ought to find a certain remedy in the laws for all injuries and wrongs which he may receive in his person, property or reputation; he ought to obtain, by law, right and justice freely and without being obliged to purchase it, completely and without denial, promptly and without delay.

*Equity imputes an intent to fulfill an obligation*

Public officers are the trustees and servants of the people, and, at all times, amenable to them. Each and every person who has been bound to service by contract or indenture in virtue of the law, and in conformity to the provisions of the same, without fraud or collusion, shall be held to a specific performance of their contracts or indentures;

**In closing,** the Emperor of the *Al Maroc (Moor) Shereefian Empire (Mohammedan nations) Sidi Mohammed and his subjects* recognized the United States of America in Congress assembled as a nation, which brought forth your nationality.

As *Moor grantee* I have priority of right, if you *DENY*, show cause why I do not hold superior equitable or legal title to said property, and that it's not a trust. You have seven days (7) from the receipt of this correspondence to either *AFFRIM or DENY* your agreement with these terms or **BE IT RESOLVED!**

*Equity sees that as done what ought to be done.*

**I DECLARE,** under penalty and perjury under the laws of the Michigan Republic and the United States of America that the foregoing is true and correct.

Executed on this 28th day of December 2020, at Oakland , Michigan Republic, United States of America.

Printed: ~~houston, lasean dejong Moor grantee~~ By: houston, teragar armond
houston, teragar armond Moor grantee **Special, Private, Priority**

houston, lasendejong Moor grantee
Witness

M. PETRUZZI
Notary Public - State of Michigan
County of Macomb
My Commission Expires
Acting in the County of Oakland

SEAN HOUSTON-EL FOUNDATION TRUST
d/b/a sean houston-el Trustee(s), Registered Owner
of HOUSTON, LASEAN DEJONG corp sole
d/b/a LASEAN DEJONG HOUSTON
c/o [1098] Ann Arbor Rd W 559
Plymouth, Michigan RFD
*Al Maroc (Moor) (Shereefian) Empire*

*Affidavit of Denial of Assumptions and Presumptions* 5 of 6

# JURAT

Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

houston, te; ajai; armand

~~houston, lascan dejong~~ *Grantee,* in Propria Persona Sui Juris, who has attained the *majoris aetatis*

*suae est in dextera,* has proved to me upon satisfactory evidence, as his special intent and purpose has

executed by same.

DECLARED before me in the County and State aforesaid this 28 day of December 20 20.

WITNESS my hand and official seal.

_____
NOTARY

_____
PRINTED

*(locus sigilli)*

M. PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2023
Acting in the County of Oakland

# Exhibit B 1-4

Special

*SPECIAL DEPOSIT, PRIVATE, PRIORITY, IN CONFIDENCE*

## AFFIDAVIT OF DECLARATION OF INTENTION

EXHIBIT B-2

houston, izoha monea *Mooress grantee*
d/b/a IZOHA MONEA HOUSTON
% 9332 S Saginaw Ave
Chicago, Illinois RFD
near. [60617]
houston48342@gmail.com

yarbrough, karen a d/b/a KAREN A. YARBROUGH
cook county clerk/recorder of deeds et al.,
**Cook County Clerk/Recorder of Deeds**
69 West Washington Street Ste 500
Chicago, Illinois near. [60602]
*united states of america*
All others similarly situated as aforementioned

### *One who seeks equity must do equity*

*I DENY, I am DEAD or ABSENTEE.*

*I DENY, I am capitis diminutio maxima, media, or minima.* I walk in my ancestors' shoes and I retain all my rights, titles, and interest to all that they intended for me.

*I DENY*, I am a national of a designated enemy country.

*I DECLARE,* I am the beneficiary and true owner. Any presumed administration of my estate is absolute void, I am entitled to a full accounting of my estate.

### *Expressum facit cessare tacitum* (Expressly does not cease)

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*, it is my intention that my estate be restored to me, and I shall recover all rents, credits emitted, monies borrowed, lands, assets, all acquisitions due to me granting my signature, an equitable asset, for consideration, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. *(Lev 6:2-5)*

### *Equity regards the beneficiary as the true owner.*

*I DECLARE,* I owe my permanent allegiance to my ancient foremothers' and forefathers' state and I bear true faith and allegiance and fidelity to the same, the *Al Maroc (Moor) Shereefian Empire of* whom I am a subject.

2:21-cv-11888-SJM-APP

*I DECLARE,* it is my intention to *entirely submit to the laws of the* **Al Maroc (Moor)(Shereefian) Empire***, pursuant to the 1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV, and the U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No. 326. pp. 459-460--Citizenship of the United States expatriation and protection Abroad.*

*I DECLARE* my Race is Moor. I am a people called Moor. ***Equity acts in personam.***

*I DECLARE*, I have ingress in the county for at least one year.

*I DECLARE*, I am ipso jure a Moor subject. ***Equity acts in personam.***

*I DECLARE*, I was borne with a hereditary title, and I AM of the orders of nobility of the House of "*EL*". ***Between equal equities the first in order of time shall prevail.***

*I DECLARE*, I take this obligation freely without any mental reservation or purpose of evasion.

***Equity does not require an idle gesture.***

*I DENY,* **as a Moor subject,** I have done any naturalization process by civilian due process of law

> *That any alien being a free white person, may be admitted to become a citizen of the United States, or any of them, on the following conditions, and not otherwise:--*

>> **First.** *Declare on oath or affirmation, before the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit or district court of the United States, that it was bona fide my intention to become a citizen of the United States.*

>> **Second.** *I must absolutely and entirely renounce and abjure forever all my allegiance and fidelity to the state or sovereignty, whereof I am a subject. (1795 Naturalization Act)*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* that I as a Mooress americas/aboriginal illinoisan national have a **special and particular political status** and shall enjoy, while in the *united states for the district of columbia, or the united states of america in congress assembled,* the ***"most-favored-nation treatment"*** *deo favente perennis* (God favors perennial) as regards to matters concerning me and my private property, as a Moor subject, pursuant to the *1796 Treaty of Tripoli ARTICLE 9.* **which states:**

> *The commerce between the United States and Tripoli, -the protection to be given to merchants, masters of vessels and seamen,- the reciprocal right of establishing consuls in each country, and the privileges, immunities and jurisdictions to be enjoyed by such consuls, are declared to be on the same footing with those of the **most favoured nations** respectively. (Capitulations Convention Art 7, 1939)*

***Equity delights in equality***

*I DECLARE, I am*, begotten by two *Moor americas aboriginal, free inhabitant illinoisan nationals, engress* in the land called illinois, *"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*

*I DECLARE*, it is my intent to entirely submit to the laws of the *Al Maroc (Moor) Shereefian Empire. (1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV,* and the *U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No. 326. pp. 459-460-- Citizenship of the United States expatriation and protection Abroad)*

*I DECLARE,* I was begotten in *illiniwe Territory of the Al Maroc (Moor) Shereefian Empire,* the land called Illinois.

### *Equity regards the beneficiary as the true owner.*

*I DECLARE, as a Mooress grantee/heir/beneficiary,* I acknowledge and accept all that my ancestors had intended for me, including but not limited to, the body, the name, the sum of all their attachments, any abandoned funds, rents, lands, assets, credits emitted, monies borrowed, interest, proceeds, profits, derivatives, and all the debts that are charged against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.

> *Articles of Confederation Art. XII. All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.*

Certain debts, declared valid, **Supremacy of Constitution, treaties, and laws of the United States,** Oath to support Constitution, by whom taken which states:

> *1. All debts contracted and engagements entered into, before the adoption of this constitution, shall be as valid against the United States under this constitution, as under the confederation.*

> *2. This constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States shall be the supreme law of the land; and **the judges in every state shall be bound thereby**, anything in the constitution or laws of any state to the contrary notwithstanding. (1789 United States Constitution - Article VI.)*

### *Equity imputes an intent to fulfill an obligation.*

*I DECLARE,* it is my intention to enjoy the upmost good faith towards me and my descendants, that my lands and PRIVATE property shall not be taxed or taken from me without my consent, and my unalienable rights and liberty shall never be invaded or disturbed, unless in a just and lawful war authorized by Congress. (*Northwest Ordinance of 1787 § 14 Art. 3. and Art. 4.)*

*Equity does not require an idle gesture.*

*I DECLARE I am in the dominions of the Al Maroc (Moor) Shereefian Empire.* **Between equal equities the first in order of time shall prevail.**

*I DECLARE,* any attempt to interfere with my unalienable right to self-determination, including the right to continue my bloodline, or to force me to be anyone other than who *I AM, a Moor subject* is a *SHOCK TO MY CONSCIENCE.* **He who come into equity must come with clean hands.**

*I DECLARE,* my unalienable rights **have been violated in the past** by violating the *Treaty of Granada 1492, and all of the Barbary Treaties from 1786-1880 Madrid*, concerning the treatment of a Moor, *1774 Articles of Association § 2., the Northwest Ordinance.* **Equity imputes an intent to fulfill an obligation.**

*I DECLARE,* I am excepted from any provisions, prohibitions, and penalties; Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency. **Equity follows the law.** *(Treaty of Algiers 1795 ARTICLE XV.)*

*I DECLARE,* my unalienable rights **have been violated in the past** through *PAPER GENOCIDE, The designation of the individual as "white" or "black", "Hispanic" or the semantic equivalent thereof.*

*Equity will not allow a statute to be used as cloak for fraud.*

*I DECLARE,* my unalienable rights **have been violated in the past,** *all penalties shall be proportioned to the nature of the offense, the true design of all punishments being to reform, not to exterminate mankind.* I have a private right to *equal Justice being rendered*.

*Equity sees that as done what ought to be done.*

*I DECLARE,* my unalienable rights **have been violated in the past** by the reclassification of me and my ancestors to the *ALLEGED, DEAD,* surety, servant, slave, black, negro, colored, person of color,

African, African-American, Free inhabitant American, Latino, Hispanic, white or a citizen of the UNITED STATES which is a form of **DENATIONALIZATION, NATURALIZATION** without **my CONSENT**, a **CORRUPTION OF THE BLOOD,** and **PAPER GENOCIDE** against me and my race pursuant to the *Treaty of Marrakech 1786 ARTICLE XVI.*

### *Equity will not suffer a wrong to be without a remedy.*

*I hereby DECLARE,* I was under legal disability to contract, and not capable of such consent to be naturalized as a citizen of the United State.

*I DECLARE,* it is my intention to be a **Mooress americas aboriginal free inhabitant illinoisan national,** *and subject of the Al Maroc Shereefian Empire, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled," engress in illinois.*

*I DECLARE,* I require that you acknowledge my special and particular political status as a Mooress americas aboriginal illinois national, free inhabitants, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."

*I DECLARE,* it is my intention that I, and all my descendants perpetually be designated a special and particular political status as Mooress americas aboriginal illinois national, free inhabitants, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."

*I DECLARE, it is my intention to entirely submit to the laws of the **Al Maroc (Moor)(Shereefian) Empire**, pursuant to the 1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV, and the U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No.326. pp. 459-460--Citizenship of the United States expatriation and protection Abroad.*

### *Equity sees that as done what ought to be done.*

*I DECLARE,* my national religious/traditional headdress is a TARBOOSH and is traditionally and customarily warn in public as a representation of my ancient foremothers' and forefathers' religious practices and instructions. It is a violation of my u*nalienable* rights to prohibit me from wearing my headdress for any reason. *If there should be an objection to this declaration, it will be seen as a* **SHOCK TO MY CONSCIENCE***, and an attempt to interfere with my unalienable right to self-determination.*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* that the goods or the estates of houston, lasean dejong, as a private *Mooress americas aboriginal illinoisan national of the Al Maroc (Moor) Shereefian Empire*, be taken away from them, nor even any part of them; but rather they shall be revered, honored, and respected and his goods or the estates shall pass unencumbered or blocked, without interruption, to the SEAN HOUSTON-*EL* FOUNDATION TRUST, with equitable title transferring to it beneficiaries, for the benefit of its beneficiaries upon his death;

*I DECLARE*, this *DECLARATION OF INTENTION* **is an actual formal notice** in accord with my *Unalienable* rights and my religious instructions and beliefs pursuant to the *Barbary Treaties of 1787-1797.*

### *Equity will not allow a statute to be used as cloak for fraud.*

I reserve all my unalienable rights protected by the above said *1492 Treaty of Granada et al., 1774 Articles of Association,* the *1781 Articles of Confederation and Perpetual Union,* the *1787 Treaty of Marrakech*: Original Arabic version, and all other Treaties from 1786 – 1880 between the *Moslem/Moor Shereefian Empire* and the *united states of america in congress assembled, Barbary Treaties of 1787-1836,* the *Northwest Ordinance of 1787 sec 13,* and don't waive any part of my rights or consent to any *corruption of my blood.*

### *Equity aids the vigilant, not those who slumber on their rights.*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* I have only tendered all the redemption for and on behalf of "IZOHA MONEA HOUSTON," since the beginning, to preserve my "good" name, as the implied equitable surety, **under legal compulsion.** I am entitled to the benefit of all collaterals or liens which the creditor held as security; and am entitled to be subrogated to the rights of the creditor against the person primarily liable. I HEREBY notice **ALL** men and persons, whether private or public, worldwide, that it is my intent to be subrogated to all the rights of the creditor in this (all) transactions. You are HEREBY noticed of my sole exclusive act to subrogate you to my rights as the implied equitable surety for "IZOHA MONEA HOUSTON." (*Prov 11:15*)

### *Equity imputes an intent to fulfill an obligation*

I hereby claim all right, title, and interest of, all rents, houses, estates, the body, the name, the sum of all their attachments, obligations secured by specified collateral ,any abandoned funds, deposits, issues, interest, assets, derivatives, profits, proceeds and any inherited properties, and all acquisitions due to

me granting my signature, an equitable asset, for consideration, of my estate during such time as I was deprived, therefrom, are fully accepted, claimed, transferred, assigned, and re-titled. Said Account which shall be held for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, izoha monea *Mooress grantee/grantor/heir/beneficiary*. You are hereby noticed that all Treasury and Attorney General discretionary power to "direct, control, manage, supervise, vest or prohibit" my transaction is now merged and extinguished. I am without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same. I believe no such adverse claim exists. This Deed bars any would-be *bona fide* purchasers for value without notice under the rules of Equity.

If, as a Person worthy of Trust, you with intent of fraudulent concealment, convert or appropriate said property to your own use, dispose of, destroy, or clog the ability to return the collateral to the houston, izoha monea, you are without clean hands. If you share the contents of this indenture or anyone other than you contact the *Mooress grantee/grantor/heir/beneficiary* about this trust, without the express consent of the *Mooress grantee/grantor/heir/beneficiary*, you are in breach of faith. I accept your oath and attach an equitable lien to your company charter, bonds, sureties, and collaterals, for your breach of faith, and I require you return ALL my collateral, with all interests, rents, derivatives and derivations therefrom. *(Lev 6:2-5)*

As *Moor grantee/grantor/heir/beneficiary,* I have priority of right over the above named, assets and I exercise the equity of redemption. If you DENY, I DEMAND you:

- **Show "good" cause** why I shall be treated as a national of a designated enemy country.
- **Show "good" cause** why I am **"not,"** in fact, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Mooress americas aboriginal illinoisan national and subject of the *Al Maroc(Moor) Shereefian Empire, ingress* in illinois,*"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*
- **Show "good" cause** why I do not hold superior equitable or legal title to said property, and that it's not a trust.
- **Show "good" cause why** any presumed administration of my estate is not absolute void, and as heir/beneficiary, I am entitled to a full accounting of my estate.

- **Show "good" cause** why I can't have my estate be restored to me, and why I can't recover all rents, credits emitted, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me.
- **Show "good" cause** why I am "not" a Moor heir/beneficiary subject of the *Al Maroc Empire* and that I don't have a private right to ***equal Justice being rendered***, in the exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third-parties not party to the trust.
- **Show "good" cause** why as a *Moor grantee/grantor/heir/beneficiary* I cannot enjoy while in the *united states for the district of columbia, nor citizen of the united states of america in congress assembled* the ***"most-favored-nation treatment"*** *deo favente perennis* (God favors perennially) as regards to matters concerning me and my private property, pursuant to the ***1880 Treaty of Madrid.***
- **Show "good" cause** why as a *Moor grantee/grantor/heir/beneficiary*, the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, "**shall not**" be delivered to me without interruption.
- **Show "good" cause** why I do not have a right to exercise the equity of redemption.
- **Show "good" cause** why I am not entitled to a reconversion and reconveyance post haste.
- **Show "good" cause** why as a *Mooress grantee/grantor/heir/beneficiary,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, yarbrough, karen a d/b/a KAREN A. YARBROUGH, cook county clerk/recorder of deeds et al., **Cook County Clerk/Recorder of Deeds,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

*He who is silent seems to consent, when they ought to speak*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

***I DECLARE,*** under penalty of perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed:_____ 21ˢᵗ June _____,20 21 .

By: _____,        By: _____,
   **houston, lasean dejong**                   **houston, izoha gonea,** *grantee/grantor/heir/beneficiary*
   Witness                                         a private Mooress americas aboriginal illinoisan national,
                                                    *"but not citizen of the united states for the district of columbia,*
                                                    *nor citizen of the united states of america in congress assembled."*
                                                    houston48342@gmail.com
                                                    **Special Deposit, Private, Priority**

## JURAT

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

houston, izoha monea, Mooress grantee/grantor/heir/beneficiary, and houston, lasean dejong

*in Propria Persona Sui Juris* (in persona, in his own right) who has attained Age of Majority and

proved to me upon satisfactory evidence, executed by the same as his manifest special intent and

purpose.

*DECLARED* before me in the County and State aforesaid this 2ₗˢᵗ day of ___June___ , 20 2 1 .

*WITNESS* my hand and official seal.

___M. Petruzzelli___          ___M. Petruzzelli___

PRINT                         NOTARY

                                       *locus sigilli* (seal)

```
M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland
```

*AFFIDAVIT OF DECLARATION OF INTENTION*                    Page 9 of 9

*Special*

## AFFIDAVIT OF DECLARATION OF INTENTION

*Exhibit*
*B-3*

houston, kayla renee *Mooress grantee*
d/b/a KAYLA RENEE HOUSTON
℅ 3079 S Baldwin Rd
Lake Orion, Michigan RFD
near. [48359]
houston48342@gmail.com

blinken, antony john d/b/a ANTONY BLINKEN
secretary of state et al.,
**Department of State for United States**
2201 C Street NW
Washington, District of Columbia [20520]
*united states of america*
  All others similarly situated as aforementioned

### *One who seeks equity must do equity*

*I DENY, I am DEAD or ABSENTEE.*

*I DENY, I am capitis diminutio maxima, media, or minima.* I walk in my ancestors' shoes and
I retain all my rights, titles, and interest to all that they intended for me.

*I DENY*, I am a national of a designated enemy country.

*I DENY, as a Moor subject,* I have done any naturalization process by civilian due process of law.

*I DECLARE,* I am the beneficiary and true owner. Any presumed administration of my estate is
absolute void, I am entitled to a full accounting of my estate.

### *Haeres est eadem persona cum antecessore. sui iura succedent.*

(The heir is the same person with the ancestor. That is one in right, the heir succeeding
to the rights of his ancestor, just as the king never dies.)

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*, it is my intention that my estate be
restored to me, and I shall recover all rents, credits emitted, monies borrowed, lands, assets, all
acquisitions due to me granting my signature, an equitable asset, for consideration, proceeds, and profits
of the estate during such time as I was deprived thereof, with lawful interest, due to me. *(Lev 6:2-5)*

### *Equity regards the beneficiary as the true owner.*

*I DECLARE,* I owe my permanent allegiance to my ancient foremothers' and forefathers' state and I bear true faith and allegiance and fidelity to the same, the ***Al Maroc Shereefian Empire*** *of* whom I am a subject.

*I DECLARE,* it is my intention to *entirely submit to the laws of the* ***Al Maroc (Moor)(Shereefian) Empire****, pursuant to the 1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV, and the U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No. 326. pp. 459-460--Citizenship of the United States expatriation and protection Abroad.*

*I DECLARE* my Race is Moor. I am a people called Moor. *Equity acts in personam.*

*I DECLARE,* I have ingress in the county for at least one year.

*I DECLARE,* I am ipso jure a Moor subject. *Equity acts in personam.*

*I DECLARE,* I was borne with a hereditary title, and I AM of the orders of nobility of the House of "EL". *Between equal equities the first in order of time shall prevail.*

*I DECLARE,* I take this obligation freely without any mental reservation or purpose of evasion.

***Equity does not require an idle gesture.***

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* that I as a private Moor americas aboriginal michiganian national and subject of the *Al Maroc (Moor) Shereefian Empire*, I have a **special and particular political status** and shall enjoy, while in the *united states for the district of columbia, or the united states of america in congress assembled,* the ***"most-favored-nation treatment"*** *deo favente perennis* (God favors perennial) as regards to matters concerning me and my private property, as a Moor subject, pursuant to the ***1796 Treaty of Tripoli ARTICLE 9.*** **which states:**

> *The commerce between the United States and Tripoli, -the protection to be given to merchants, masters of vessels and seamen,- the reciprocal right of establishing consuls in each country, and the privileges, immunities and jurisdictions to be enjoyed by such consuls, are declared to be on the same footing with those of the **most favoured nations** respectively. (Capitulations Convention Art 7, 1939)*

***Equity delights in equality***

*I DECLARE, I am,* begotten by two Moor americas aboriginal nationals, and subject of the *Al Maroc (Moor) Shereefian Empire, "but not citizens of the united states for the district of columbia, nor citizens of the united states of america in congress assembled."*

*I DECLARE,* it is my intent to entirely submit to the laws of the *Al Maroc (Moor) Shereefian Empire.*

*(1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV,* and the *U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No. 326. pp. 459-460-- Citizenship of the United States expatriation and protection Abroad)*

**I DECLARE,** I was begotten in ojibiwa *Territory of the Al Maroc Shereefian Empire,* the land called Michigan.

*Equity regards the beneficiary as the true owner.*

**I DECLARE**, as a *Mooress grantee/heir/beneficiary,* I acknowledge and accept all that my ancestors had intended for me, including but not limited to, the body, the name, the sum of all their attachments, any abandoned funds, rents, lands, assets, credits emitted, monies borrowed, interest, proceeds, profits, derivatives, and all the debts that are charged against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.

*Articles of Confederation Art. XII. All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.*

Certain debts, declared valid, **Supremacy of Constitution, treaties, and laws of the United States,** Oath to support Constitution, by whom taken which states:

*1. All debts contracted and engagements entered into, before the adoption of this constitution, shall be as valid against the United States under this constitution, as under the confederation.*

*2. This constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States shall be the supreme law of the land; and **the judges in every state shall be bound thereby**, anything in the constitution or laws of any state to the contrary notwithstanding. (1789 United States Constitution - Article VI.)*

*Equity imputes an intent to fulfill an obligation.*

**I DECLARE,** it is my intention to enjoy the upmost good faith towards me and my descendants, that my lands and PRIVATE property shall not be taxed or taken from me without my consent, and my unalienable rights and liberty shall never be invaded or disturbed, unless in a just and lawful war authorized by Congress.

*Equity does not require an idle gesture.*

*I DECLARE* I am in the dominions of the *Al Maroc (Moor) Shereefian Empire.*

*Between equal equities the first in order of time shall prevail.*

*I DECLARE,* any attempt to interfere with my unalienable right to self-determination, including the right to continue my bloodline, or to force me to be anyone other than who *I AM, a Moor subject* is a done "**under legal compulsion***" and a SHOCK TO MY CONSCIENCE. He who come into equity must come with clean hands.*

*I DECLARE,* my unalienable rights **have been destroyed in the past** by acts repugnant to the *Treaty of Granada 1492, and all of the Barbary Treaties from 1786-1880 Madrid*, concerning the treatment of a Moor.

*Equity imputes an intent to fulfill an obligation.*

*I DECLARE,* I am excepted from any provisions, prohibitions, and penalties; Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency. *(Treaty of Algiers 1795 ARTICLE XV.)*

*I DECLARE,* my unalienable rights **have been destroyed in the past** through *PAPER GENOCIDE, The designation of the individual as "white" or "black", "Hispanic" or the semantic equivalent thereof.*

*Equity will not allow a statute to be used as cloak for fraud.*

*I DECLARE,* my unalienable rights **have been destroyed in the past,** I have a private right to *equal Justice being rendered* towards in all disputes.

*Equity sees that as done what ought to be done.*

*I DECLARE,* my unalienable rights **have been destroyed in the past** by the reclassification of me and my ancestors to the *ALLEGED, DEAD,* surety, servant, slave, black, negro, colored, person of color, African, African-American, Free inhabitant American, Latino, Hispanic, white or a citizen of the UNITED STATES which is a form of **DENATIONALIZATION, NATURALIZATION** without **my CONSENT**, a **CORRUPTION OF THE BLOOD,** and **PAPER GENOCIDE** against me and my race pursuant to the *Treaty of Marrakech 1786 ARTICLE XVI.*

*Equity will not suffer a wrong to be without a remedy.*

*I DECLARE,* it is my intention to be a Mooress americas aboriginal michiganian national, and subject of the *Al Maroc Shereefian Empire,"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*

*I DECLARE,* I require that you acknowledge my special and particular political status as a Mooress americas aboriginal michiganian national, and subject of the *Al Maroc Shereefian Empire*, *"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled."*

*I DECLARE,* it is my intention that I, and all my descendants perpetually be designated a special and particular political status as Moor americas aboriginal nationals, and subject of the *Al Maroc Shereefian Empire*, *"but not citizens of the united states for the district of columbia, nor citizens of the united states of america in congress assembled."*

*I DECLARE,* it is my intention to entirely submit to the laws of the ***Al Maroc (Moor)(Shereefian) Empire***, *pursuant to the 1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV,* and the *U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No.326. pp. 459-460--Citizenship of the United States expatriation and protection Abroad.*

### Equity sees that as done what ought to be done.

*I DECLARE,* my national headdress is a TARBOOSH and is traditionally and customarily warn in public as a representation of my ancient foremothers' and forefathers' religious practices and instructions. It is a violation of my *unalienable* rights to prohibit me from wearing my headdress for any reason. *If there should be an objection to this declaration, it will be seen as a **SHOCK TO MY CONSCIENCE**, and an attempt to interfere with my unalienable right to self-determination.*

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* that the goods or the estates of houston, kayla renee d/b/a KAYLA RENEE HOUSTON, a private *Mooress americas aboriginal michiganian national of the Al Maroc (Moor) Shereefian Empire*, be taken away from them, nor even any part of them; but rather they shall be revered, honored, and respected and his goods or the estates shall pass unencumbered or blocked, without interruption, to the SEAN HOUSTON-*EL* FOUNDATION TRUST, with equitable title transferring to it beneficiaries, for the benefit of its beneficiaries upon her death;

*I DECLARE*, this *DECLARATION OF INTENTION* **is an actual formal notice** in accord with my *unalienable* rights pursuant to the *Barbary Treaties of 1787-1797.*

### *Equity will not allow a statute to be used as cloak for fraud.*

I reserve all my unalienable rights protected by the above said *1492 Treaty of Granada et al., 1774 Articles of Association*, the *1781 Articles of Confederation and Perpetual Union*, the *1787 Treaty of Marrakech*: Original Arabic version, and all other Treaties from 1786 – 1880 between the *Moslem/Moor Shereefian Empire* and the *united states of america in congress assembled, Barbary Treaties of 1787-1836* and don't waive any part of my rights or consent to any *corruption of my blood.*

### *Equity aids the vigilant, not those who slumber on their rights.*

I hereby claim all right, title, and interest of, all rents, houses, estates, the body, the name, the sum of all their attachments, obligations secured by specified collateral ,any abandoned funds, deposits, issues, interest, assets, derivatives, profits, proceeds and any inherited properties, and all acquisitions due to

me granting my signature, an equitable asset, for consideration, of my estate during such time as I was deprived, therefrom, are fully accepted, claimed, transferred, assigned, and re-titled. Said Account which shall be held for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the houston, kayla renee d/b/a KAYLA RENEE HOUSTON *Mooress grantee/grantor/heir/beneficiary*. You are hereby noticed that all Treasury and Attorney General discretionary power to "direct, control, manage, supervise, vest or prohibit" my transaction is now merged and extinguished. I am without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same. I believe no such adverse claim exists. This Deed bars any would-be *bona fide* purchasers for value without notice under the rules of Equity.

If, as a Person worthy of Trust, you with intent of fraudulent concealment, convert or appropriate said property to your own use, dispose of, destroy, or clog the ability to return the collateral to the houston, izoha monea, you are without clean hands. I accept your oath and attach an equitable lien to your company charter, bonds, sureties, and collaterals, for any breach of faith, and I require you return ALL my collateral, with all interests, rents, derivatives and derivations therefrom. *(Lev 6:2-5)*

As *Moor grantee/grantor/heir/beneficiary,* I have priority of right over the above named, assets and I exercise the equity of redemption. If you DENY, I DEMAND you:

- **Show "good" cause** why I shall be treated as a national of a designated enemy country.
- **Show "good" cause** why I am **"not,"** in fact, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Mooress americas aboriginal michiganian national and subject of the *Al Maroc(Moor) Shereefian Empire*, *"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*
- **Show "good" cause why** any presumed administration of my estate is not absolute void, and as heir/beneficiary, I am entitled to a full accounting of my estate.
- **Show "good" cause** why I am "not" a Moor heir/beneficiary subject of the *Al Maroc Empire* and that I don't have a private right to **equal Justice being rendered**, in the exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third-parties not party to the trust.
- **Show "good" cause** why as a *Moor grantee/grantor/heir/beneficiary,* the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, **"shall not"** be delivered to me without interruption.
- **Show "good" cause** why I do not have a right to exercise the equity of redemption.
- **Show "good" cause** why as a *Mooress grantee/grantor/heir/beneficiary,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, blinken, antony john d/b/a ANTONY BLINKEN, secretary of state et al., **Department of State for United States,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

**He who is silent seems to consent, when they ought to speak**

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the laws of michigan and the united states of america that the foregoing is true and correct. Executed: ___28ᵗʰ August___ ,20 2/ .

By: ___houston, lasean dejong___ , By: _____ ,
**houston, lasean dejong**                          houston, kayla renee, *grantee/grantor/heir/beneficiary*
Witness                                                          a private Mooress americas aboriginal michiganian national,
                                                                       *"but not citizen of the united states for the district of columbia,*
                                                                       *nor citizen of the united states of america in congress assembled."*

*locus sigilli* (seal)                                    *locus sigilli* (seal)

*AFFIDAVIT OF DECLARATION OF INTENT*                              Page 7 of 8

## JURAT

Michigan state)

Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

*houston, kayla renee, Mooress grantee/grantor/heir/beneficiary*, and *houston, lasean dejong*

proved to me upon satisfactory evidence, executed by the same as her/his manifest special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this __28th__ day of _____August_____, 20 _21_.

*WITNESS* my hand and official seal.

___M. Petrozzelli___                    ___M. Petrozzelli___
PRINT                                   NOTARY

*locus sigilli* (seal)

```
M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland
```

*AFFIDAVIT OF DECLARATION OF INTENTION*                    Page **8** of 8

*Special*

**SPECIAL, PRIVATE, PRIORITY, IN CONFIDENCE**

houston, terajai armond, Moor grantee/grantor/beneficiary
d/b/a TERAJAI ARMOND HOUSTON
c/o 149 N Avery Rd
Waterford, Michigan near. [48328-2998]
houston48342@gmail.com

*Exhibit B-4*

pompeo, michael d/b/a MIKE POMPEO
secretary of state et al.,
United States Department of State
2201 C Street, NW
Washington, District of Columbia
near. [20520]

## <u>AFFIDAVIT OF DECLARATION OF INTENTION</u>

*I DECLARE, I houston, terajai armond, in Propria Persona Sui Juris,* d/b/a TERAJAI ARMOND
HOUSTON, it is my intention to be a Moor /americas aboriginal illinoisan national of the *Al Maroc
(Moor) Shereefian Empire, domiciled in Michigan, "but not citizen of the united states for the district
of columbia, nor the united states of america in congress assembled." Equity does not require an idle
gesture.*

### *One who seeks equity must do equity*

*I DECLARE, as a Moor grantee,* I acknowledge and accept all that my ancestors had intended for me,
including but not limited to all the debts that are charged against the United States, for payment and
satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.

> *1781 Articles of Confederation and Perpetual Union Article XII. All bills of credit emitted,
> monies borrowed, and debts contracted by, or under the authority of Congress, before the
> assembling of the United States, in pursuance of the present confederation, shall be deemed
> and considered as a charge against the United States, for payment and satisfaction whereof the
> said United States, and the public faith are hereby solemnly pleged.*

*I DECLARE,* I make a formal request for a passport pursuant to our treaties, that will delineate,
specify, and certify that I am a Moor /americas aboriginal illinoisan national of the *Al Maroc (Moor)
Shereefian Empire,* domiciled in Michigan, ***"but not citizen of the united states for the district of
columbia, nor the united states of america in congress assembled,"*** d/b/a LASEAN DEJONG
HOUSTON; Pursuant to the *1786 Treaty of Marrakech ARTICLE 21.* which states:

2:21-CV-11888-SJM-APP

*If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and **equal Justice shall be rendered,***

**1786 Treaty of Marrakech ARTICLE 14.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the **most favored Nation** for the time being and **their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.***

**and Treaty of Algiers 1795 ARTICLE IV.** *the commander of said Vessel who shall compare the Passport and immediately permit said Vessel to proceed on her Voyage unmolested All Ships of War belonging to the United States of North America on meeting, Shall have seen her pass port and Certificate from the Consul of the United States of North America resident in this Regency shall be permittd to proceed on her cruise unmolested no Pass-port to be Issued to any Ships but such as are Absolutely the Property of Citizens of the United States and Eighteen Months Shall be the term allowed for furnishing the Ships of the United States with Pass-ports.*

**1797 Treaty of Tunis ARTICLE 4.** *On both sides sufficient passports shall be given to vessels, that they may be known and treated as friendly; and considering the distance between the two countries, a term of eighteen months is given, within which term respect shall be paid to the said passports, without requiring the conge or document (which at Tunis is called testa), but after the said term the conge shall be presented..*

**The original treaty was brought to the United States by Capt. Richard O'Brien; one of the four passports mentioned by Cathcart as having been delivered with the treaty on September 7, 1795 (The Captives, 191), and very likely the one used by O'Brien, is in the archives of the Department of State; it has the seal and also the tughra or name sign of Hassan Pasha, Dey of Algiers;**

### Regency Know their friends by their Passports.

***I DESIRE*** a passport for myself and for all trust beneficiaries, being Moors, as well as for any vessel I may pass and repass in, for the period of 4 years after the date of this document, in order that, when navigating and passing by the land, air or sea, if we meet with any adversarial or belligerent citizens, these shall not lay hand on me, or any beneficiaries of the TRUST, who are passing with me, or our load and cargo, or molest any one of us. According to this demand this passport shall be drawn up and written and given into my hands. Therefore, any adversarial or belligerent citizens, when meeting, me, or any beneficiaries of the TRUST, who are passing with me, do me, or any beneficiaries of the TRUST, any harm or molestation, those people shall be punished by the intermediary of their officers.

In order to state this this passport shall be given as a proof into my hands, so that it may be produced and used in time of need.

***In the event that a passport can not be produced between the Parties, a Trust identification card shall be sufficient to fulfill these treaty stipulations.***

***Equity imputes an intent to fulfill an obligation.***

*I DECLARE,* I owe my permanent allegiance to my ancient foremothers' and forefathers' state and I bear true faith and allegiance and fidelity to the same, the *Al Maroc (Moor) Shereefian Empire of* whom I am a subject.

*I DENY, I am DEAD*

*I DECLARE,* any presumed administration of my estate is absolute void, ***Expressum facit cessare tacitum. Equity will not allow a trust to fail for want of a Trustee.***

*I DECLARE*, it is my intention that my estate be restored to me, and I DEMAND to recover all rents and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. As *Moor grantee* I have priority of right, if you DENY, show cause why I do not hold superior equitable or legal title to said property, and that it's not a trust. ***Equity regards the beneficiary as the true owner.***

*I DECLARE* my Race is Moor. I am a people called Moor. ***Equity acts in personam.***

*I DECLARE*, I have been a domiciled in the county for at least one year.

*I DECLARE*, I am ipso jure a Moor subject. ***Equity acts in personam.***

*I DECLARE*, I was borne with a hereditary title, and I AM of the orders of nobility of the House of "*EL*". **Equity regards the beneficiary as the true owner.**

*I DECLARE*, I take this obligation freely without any mental reservation or purpose of evasion.

***Equity does not require an idle gesture.***

*I DECLARE*, the name change is not sought for any fraudulent intent. ***Equity will not allow a statute to be used as cloak for fraud.***

*I DENY,* **as a Moor subject,** I have done any naturalization process by civilian due process of law

> *That any alien being a free white person, may be admitted to become a citizen of the United States, or any of them, on the following conditions, and not otherwise:--*
>
>> *First. Declare on oath or affirmation, before the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit or district court of the United States, that it was bona fide my intention to become a citizen of the United States.*

> **Second.** *I must absolutely and entirely renounce and abjure forever all my allegiance and fidelity to the state or sovereignty, whereof I am a subject. (1795 Naturalization Act)*

**I DECLARE and DEMAND** to enjoy while in the United States of America the **"most-favored-nation treatment"** as regards to matters concerning me and my private property, pursuant to the **1796 Treaty of Tripoli ARTICLE 9.** which states:

> *The commerce between the United States and Tripoli,-the protection to be given to merchants, masters of vessels and seamen,- the reciprocal right of establishing consuls in each country, and the privileges, immunities and jurisdictions to be enjoyed by such consuls, are declared to be on the same footing with those of the **most favoured nations** respectively. (Capitulations Convention Art 7, 1939)*

***Equity delights in equality***

**I DECLARE, I am,** begotten by two *Moor americas aboriginal, free inhabitant mississippian nationals,* domiciled in the land called illinois, *but not citizen of the united states for the district of columbia or the united states of america in congress assembled.*

**I DECLARE**, it is my intent to entirely submit to the laws of the *Al Maroc (Moor) Shereefian Empire. (1880 Treaty of Madrid Art. XV., Foreign Relations 1939 Volume IV,* and the *U.S. Congressional Serial Set, 59th Congress, 2nd Session, House of Representative Document No. 326. pp. 459-460-- Citizenship of the United States expatriation and protection Abroad)*

**I DECLARE,** I was begotten in *illiniwe Territory of the Al Maroc (Moor) Shereefian Empire,* the land called Illinois.

***Equity regards the beneficiary as the true owner.***

**I DECLARE,** it is my intention to enjoy the upmost good faith towards me and my descendants, that my lands and PRIVATE property shall not be taxed or taken from me without my consent, and my unalienable rights and liberty shall never be invaded or disturbed, unless in a just and lawful war authorized by Congress. (*Northwest Ordinance of 1787 § 14 Art. 3. and Art. 4.*)

***Equity does not require an idle gesture.***

**I DECLARE** I am in the dominions of the *Al Maroc (Moor) Shereefian Empire.* **Between equal equities the first in order of time shall prevail.**

*I DECLARE,* any attempt to interfere with my unalienable right to self-determination, including the right to continue my bloodline, is *A SHOCK TO MY CONSCIENCE* to force me to be anyone other than who *I AM, a Moor subject.* **He who come into equity must come with clean hands.**

*I DECLARE,* my unalienable rights **have been violated in the past** by violating the *Treaty of Grenada 1492, and all of the Barbary Treaties from 1786-1880 Madrid,* concerning the treatment of a Moor, *1774 Articles of Association § 2., the Northwest Ordinance.* **Equity imputes an intent to fulfill an obligation.**

*I DECLARE,* I am excepted from any provisions, prohibitions, and penalties; *Exceptions in favor of aborigines, Moors, and Hindoos. The provisions, prohibitions, and penalties of this act shall not extend to any American Indian, free Moor, or Lascar.* **Equity follows the law.** *(Georgia State Laws 1845 CHAP. XXXIII. ART. II §47.)*

*I DECLARE,* my unalienable rights **have been violated in the past** through *PAPER GENOCIDE, The designation of the individual as "white" or "black", "Hispanic" or the semantic equivalent thereof.*

*Equity will not allow a statute to be used as cloak for fraud.*

*I DECLARE,* my unalienable rights **have been violated in the past,** *All penalties shall be proportioned to the nature of the offense, the true design of all punishments being to reform, not to exterminate mankind.*

*Equity sees that as done what ought to be done.*

*I DECLARE,* my unalienable rights **have been violated in the past** by the reclassification of me and my ancestors to the *ALLEGED, DEAD,* servant, slave, black, negro, colored, person of color, African, African-American, Free inhabitant American, Latino, Hispanic, white or a citizen of the UNITED STATES which is a form of **DENATIONALIZATION, and NATURALIZATION** without **my CONSENT, a CORRUPTION OF THE BLOOD,** and **PAPER GENOCIDE** against me and my race pursuant to the *Treaty of Marrakech 1786 ARTICLE XVI.*

*Equity will not suffer a wrong to be without a remedy.*

*I hereby DECLARE, I was under legal disability to contract, and not capable of such consent to be naturalized as a citizen of the United States.*

*I DECLARE,* it is my intention to be *a* **Moor americas aboriginal free inhabitant illinoisan national,** *"but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled,"* **domiciled in michigan.**

*Equity will not allow a statute to be used as cloak for fraud.*

I reserve all my unalienable rights protected by the above said *1774 Articles of Association*, the *1781 Articles of Confederation and Perpetual Union*, 1492 Treaty of Grenada, *1774 Articles of Association*, the *1781 Articles of Confederation and Perpetual Union*, the *1787 Treaty of Marrakech*: Original Arabic version, and all other Treaties from 1786 – 1880 between the *Moslem/Moor Shereefian Empire* and the *united states of america in congress assembled* Barbary Treaties of 1787-1836, the *Northwest Ordinance of 1787 sec 13*, and don't waive any part of my rights.. *Equity aids the vigilant, not those who slumber on their rights.*

**Full faith and credit** shall be given in each of these States to the records, acts and judicial proceedings of the courts and magistrates of every other State. *(1781 Articles of Confederation § IV.)*

### One who seeks equity must do equity.

*Every person ought to find a certain remedy in the laws for all injuries and wrongs which he may receive in his person, property or reputation; he ought to obtain, by law, right and justice freely and without being obliged to purchase it, completely and without denial, promptly and without delay. Equity will not suffer a wrong to be without a remedy.*

*Each and every person who has been bound to service by contract or indenture in virtue of the law, and in conformity to the provisions of the same, without fraud or collusion, shall be held to a specific performance of their contracts or indentures;*

*All government, of right, originates with the people, is founded upon their will only, and is instituted solely for the good of the whole. Public officers are the trustees and servants of the people, and, at all times, amenable to them.*

*When any duty is or shall be enjoined by law upon any public officer, or upon any person holding any public trust or employment, every willful neglect to perform such duty, where no special provision shall have been made for the punishment of such delinquency.*

### Equity imputes an intent to fulfill an obligation.

As *Moor grantee* I have priority of right, if you *DENY*, show cause why I do not hold superior equitable or legal title to said property, and that it's not a trust. You have (7) seven days to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

*AFFIDAVIT OF DECLARATION OF INTENTION*                                    Page 7 of 8

*Equity will not aid a volunteer.*

**I DECLARE,** under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

In acknowledgment whereof I have hereunto affixed my signature. Executed on this $\underline{28^{\text{th}}}$ day of ___December___ 20 __20__, at ___oakland___, michigan, united states of america.

By: ___houston, terajai armond___
   houston, terajai armond, grantee, grantor, beneficiary
   a private *Moor americas aboriginal illinoisan national,*
   *"but not citizen of the united states for the district of columbia.*
   *nor the united states of america in congress assembled."*
   **Special, Private, Priority**

___houston, lauondijong___
___Witness___ ___Moor grantee___

## JURAT

<u>Michigan state</u>)

<u>Oakland county</u>)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

<u>houston, terajai armond</u>, *Moor Grantee, in Propria Persona Sui Juris, who has attained the majoris*

*aetatis suae est in dextera,* has proved to me upon satisfactory evidence, as his special intent and

purpose, has executed by same.

**DECLARED** before me in the County and State aforesaid this $\underline{28^{\text{th}}}$ day of ___December___,

2020.

**WITNESS** *my hand and official seal.*

___M. Petruzzelli___      ___M. Petruzzelli___
NOTARY                *PRINTED*

*(locus sigilli)*

Notary Public - State of Michigan
County of Macomb
My Commission Expires ...
Acting in the County of Oakland

*AFFIDAVIT OF DECLARATION OF INTENTION*          Page 8 of 8

# Exhibit H

*Special Causa*

*Exhibit H*

# Certificate of Trust Existence and Authority

DECLARANT:  <u>sean houston-el -TRUSTEE</u>

    1. I sean houston-el TRUSTEE *in Propria Persona Sui Juris*, declare and certify to the existence of the following described Trust and state that *I AM* the current Trustee(s) for said Trust:

        Name of Trust:  Sean Houston-El Foundation Trust *a PRIVATE EXPRESS TRUST*

    Trustee(s) Address:  sean houston-el, Trustee(s)

          % 8429 N 27th Avenue Suite 126
          Phoenix, Ali sonak, Maghrib-Al nasasi Regency [Arizona]
          *Al Maroc (Moor) Shereefian Empire*

        Date of Trust:  January 24, 2018
          Grantor:  houston, lasean dejong

    Successor Trustee(s):  reginald watkins-bey

Trust Identification Number:  Pima County Recording #20201480845-46

    2. I sean houston-el TRUSTEE *in Propria Persona Sui Juris*, declare and certify that the Trust is in full force and effect and has not been revoked, terminated, or otherwise amended in any manner that would cause the representations in this Certification to be incorrect. This Trust is IRREVOCABLE except by resolution and amendment by Trustee(s), pursuant to the terms of Trust instrument. This Trust shall be administered in the manner of an express trust and does not waive any of the TRUST's unalienable rights and immunities. This TRUST and its' TRUSTEE(s) shall be subject to no other trusts.

***SEAN HOUSTON-EL FOUNDATION TRUST*** is a Moor/Americas Aborigine Express Trust, a foundation founded on January 24, 2018 in the Moor/Aborigine Shaykakhu/Sagamoor Aboriginal regency in Ojibawa [Michigan Country], *Al Maroc (Moor) Shereefian Empire*. The primary objective of ***SEAN HOUSTON-EL FOUNDATION TRUST*** is to function as a multi-purpose Moor/Americas Aborigine *PRIVATE* Express Trust that produces for Moor/Americas Aborigine people within all national and international jurisdictions.

    3. The Declarant, as Trustee, has indicated, without restriction(s), that the following powers shall be exercised by Trustee:

        ♠ Power to conduct all relation banking functions and transaction concerning Trust, Beneficiaries or any Trust owned companies pursuant to Trust instrument.

        ♠ Power to affect all real estate functions and transaction concerning Trust, Beneficiaries or any Trust owned companies pursuant to Trust instrument.

*CERTIFICATION OF TRUST SEAN HOUSTON-EL FOUNDATION TRUST*          Page 1 of 3

♠ Power to affect all securities functions and transactions concerning Trust, Beneficiaries or any Trust owned companies pursuant to Trust instrument.

♠ Power to do all functions and transaction as available to the GRANTOR.

4. The Declarant, as Trustee, states that he has the power and authorization to act as the Trustee under this Certification of Trust. I declare under penalty of perjury that there are no claims, current or pending, challenges, or causes of action alleged or questioning the validity of the Trust or the Trustees

authority to act as Trustee under the Trust.

5. A person that acts in reliance on a certificate of trust without knowledge that the representations included in the certificate of trust are incorrect is not liable to any person for so acting and may assume without inquiry the existence of the Trust and other facts included in the Certificate of Trust.

6. A person that in good faith enters into a transaction in reliance on a certificate of trust may enforce the transaction against the trust property as if the representations included in the certificate of trust were correct.

7. A person that makes a demand for the trust instrument in addition to a certificate of trust or excerpts of the trust instrument is liable for damages, costs, expenses, and legal fees if the court determines that the person that made the demand did not act pursuant to a legal requirement to demand the trust instrument.

8. The GRANTOR and TRUSTEE DEMAND any quasi-licenses and Bar Card Numbers of any and all Attorney's (NEXT OF FRIEND'S) granted access to this agreement shall provide to the GRANTOR or TRUSTEE, a Foreign Registration Statement prior to any third-party intervener being granted access to the contents of this agreement. The filing of this Foreign Registration Statement is required for the purposes of public disclosure. FULL DISCLOSURE of the information requested is MANDATORY, and failure to provide the information is subject to the penalty and enforcement provisions established under the Act. All parties of interest are to send all future correspondences c/o the clearly designated geographical location listed above herein, via United States Post Office. All correspondences sent otherwise will not satisfy 'Proper Service' and will be deemed contrary to proper communications.

9. No Attorney-at-Law/Councel shall, at any time, make any substantial decisions for the SEAN HOUSTON-EL FOUNDATION TRUST without the expressed written consent of the GRANTOR or the TRUSTEE(s).

10. **Examination of Trust Instrument other than Trust Certificate of Existence, by any entities outside of beneficiaries shall be charged $1,000,000.00 / occurrence.**

All Public Trustee(s) who act outside their lawful delegated authority will be sued in their PRIVATE capacities for violating their oaths. Strict adherence to their constitutional oaths shall be administered. Any immunity is forfeited with failure to uphold their oaths.

The Declarant, as Trustee, certifies that he may sign as having all powers and authority to act for all phases of the Trust. The transaction at issue requires no consent or action by any person other than the certifying Trustee.

Executed _____ 8th August _____ , 2020

By: _____ sean houston-el _____ ,in Propria Persona Sui Juris,
    sean houston-el, TRUSTEE
    ALL RIGHTS RESERVED, without the United States

SEAN HOUSTON-EL FOUNDATION TRUST
d/b/a sean houston-el Trustee(s), Beneficial Owner
of HOUSTON LASEAN DEJONG corp sole
d/b/a LASEAN DEJONG HOUSTON
c/o [8429] N 27th Avenue Suite 126
Phoenix, Ali sonak, [Arizona] RFD
Al Maroc (Moor) Shereefian Empire

## JURAT

Michigan State )

Oakland County)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
sean houston-el *TRUSTEE, in Propria Persona Sui Juris,* who has attained the **AGE OF MAJORITY,**
proved to me upon satisfactory evidence,  by his/her free act and deed, he/she has executed the same.

*DECLARED* before me in the County and State aforesaid this 8th day of August _____ ,
2020.

*WITNESS my hand and official seal.*

_____ Dana Carol Jefferson _____
NOTARY                       PRINTED

                                                (seal)

DANA CAROL JEFFERSON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires November 10, 2020
Acting in the County of _____

*CERTIFICATION OF TRUST SEAN HOUSTON-EL FOUNDATION TRUST*          **Page 3 of 3**

# Exhibit I
# 1-35

*Special*

*Exhibit -I-1*

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.765 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of houston, lasean dejong *Moor grantee/ grantor/guardian,* third-party intervener and only real party in interest against all the world, a private Moor, americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, for the benefit of houston, kayla renee d/b/a KAYLA RENEE HOUSTON. This declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me/her, including, but not limited to, her body, her name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to Account: (XXXXX9246), "KAYLA RENEE HOUSTON," CERT #K06790575A, as consideration for the fiduciary appointment, hereinafter "Account." I hereby notice all the world, that said same legal title and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.765 Trust**," for the private enjoyment, use, possession, and benefit, at that time and forever for the named houston, kayla renee d/b/a KAYLA RENEE HOUSTON hereinafter "*Mooress heir/beneficiary* of the registered organization name KAYLA RENEE HOUSTON.

I HEREBY notice **ALL** men and persons, whether private or public, worldwide, that as a private Mooress aboriginal michiganian national, and subject of the *Al Maroc Shereefian Empire,* "but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled," houston, kayla renee beneficiary of registered organization names KAYLA RENEE HOUSTON has the

same **special and particular political status** and equitable rights, and is protected by the same *Barbary Treaties* and the *Maxim of Equity* as I am. *The heir and the ancestor are one in the same.*

Further, houston, lasean dejong, *Moor grantee/grantor/guardian*, Claimant third-party intervener, is in fact the real party in interest and sole exclusive *Moor grantee/grantor/guardian*, against all the world, walking in the shoes of my ancestors. It is my intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX9246), "KAYLA RENEE HOUSTON," CERT #K06790575A," shall be granted as trust res, on special deposit, to be maintained by pescovitz, ora hirsch d/b/a Ora Hirsch Pescovitz M.D., president et al., heirs and assigns, **Oakland University,** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency,  encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of Oakland county, State of Michigan, or *united states for the district of columbia*, any State, territory, possession, or insular possessions of the *united states for the district of columbia*, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), you owe me specific performance, by due particularity, to ensure that houston, kayla renee d/b/a KAYLA RENEE HOUSTON is not subjected to any act that are contrary to Equity and good conscience and repugnant to the stipulations of treaties, constitutions, or laws of the United States or the several states of the erpetual union, including, but not limited to, any nonconsensual medical treatments, mandated vaccinations, or any other healthcare training program requirements for training, done "under legal compulsion," to be used to determine her suitability for training. You shall ensure that she is not molested, interrupted, or hindered, or her rights be destroyed in any manner while attending your institution for healthcare training programs, or continued education in any other field(s); as a private *a Mooress americas aboriginal michiganian national and subject of the Al Maroc Shereefian Empire*, houston, kayla renee d/b/a KAYLA RENEE HOUSTON shall be revered, honored, and respected and shall pass, and repass unencumbered, without interruption while on campus or at any university functions.

Through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

*ANY FORM OF UNLAWFUL DETAINER, MOLESTATION, FORCED MEDICAL TREATMENT, VACCINATIONS, OR THE FORCED USE OF PROTECTIVE APPAREL, WITHOUT MY EXPRESS WRITTEN CONCENT, IS PROHIBITED. THE TRUSTEE(s) AND BENEFICIARIES OF THE SEAN HOUSTON-EL FOUNDATION TRUST SHALL BE EXEMPT FROM BEING VISITED, AND TO AVOID FORCED QUARANTINE OF ANY KIND, OR ANY OTHER VIOLATION OF THE PRIVATE UNALIENABLE RIGHTS OF TRUSTEE(s), OR BENEFICIARIES OF THE TRUST, BY ANYONE ACTING as a Person worthy of Trust. ANYONE, their heirs and assigns, VIOLATING THIS STIPULATION, will have an equitable lien attached to their bonds, sureties, collaterals, and charters, for your breach of faith.*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (XXXXX9246), "KAYLA RENEE HOUSTON," CERT #K06790575A, as consideration for the fiduciary appointment, hereinafter "Account" to be held privately as **"RF125594909US.765 Trust**." All resulting custodians of fiduciary character owing a good faith duty to remit her body, her name, all their attachments, all real, personal, and equitable assets, abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

If you DENY, I DEMAND you:

- **Show "good" cause** why I am **"not" in fact**, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc(Moor) Shereefian Empire, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*

- **Show "good" cause why I "do not"** have an inherited, unlimited power of appointment, and upon a transfer an equitable asset, for consideration, I "cannot," nominate, make, constitute, appoint, grant, bestow and authorize you pescovitz, ora hirsch d/b/a Ora Hirsch Pescovitz M.D., president et al., heirs and assigns **Oakland University,** to be Trustee(s), and that a trust "does not" arise.

You, pescovitz, ora hirsch d/b/a Ora Hirsch Pescovitz M.D., president et al., heirs and assigns **Oakland University,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

*He who is silent seems to consent, when they ought to speak*

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of michigan and the united states of america that the foregoing is true and correct. Executed:_____28ᵗʰ August_____, 20 21 .

By: _houston, lasean dejong_

houston, lasean dejong, *grantee/grantor/guardian/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
houston48342@gmail.com
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

# JURAT

 Michigan state)

 Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/guardina/beneficiary, in Propria Persona Sui Juris*

(in proper person, in his own right) who has attained *majoris aetatis suae* (Age of Majority) and

proved to me upon satisfactory evidence, executed by the same as his manifest special intent and

purpose.

***DECLARED*** *before me in the County and State aforesaid this* 28ᵗʰ *day of* August *, 20 21 .*

*WITNESS my hand and official seal.*

___M. Petruzzelli___         ___M. Petruzzelli___
PRINT                                    NOTARY

*locus sigilli* (seal)

```
M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland
```

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

Exhibit I-2

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.342 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#XXXXXX2607), (XXXXX7208), (XXXXX9246), passports (XXXXX1947), (XXXXX5516), (XXXXX9390), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE  HOUSTON," and "KAYLA RENEE HOUSTON," **CERT#F05739004A**, a lawful Silver Certificate One dollar currency as consideration, for the appointment and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.342 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON,"  shall be granted as trust res with (1) **CERT#F05739004A**, fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the

2:21-CV-11888-SJM-APP

real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and C**ERT#F05739004A**, shall be granted as trust res, on special deposit, to be maintained by nessel, dana d/b/a DANA NESSEL, attorney general et al., **Michigan Attorney General,** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "ACCOUNT," cook county clerk File No. said (#XXXXX2607), (XXXXX7208), (XXXXX9246), passports (XXXXX1947), (XXXXX5516), (XXXXX9390), "LASEAN DEJONG HOUSTON," and "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," C**ERT#F05739004A**, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

It is Claimant's establishment and acceptance of the trust under the formation involving but not limited to your confession, delivery, transfer of legal title, non-disclaimer, endorsement, acceptance, or parole by phone, whether expressed or implied, you admit the trust.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, nessel, dana d/b/a DANA NESSEL, attorney general et al., **Michigan Attorney General,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (21) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 1st June _____, 20 24 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____ houston, lasean dejong _____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

## JURAT

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*
(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of
Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his
manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 11$^{a}$ day of _____ June _____, 20 21 .
*WITNESS* my hand and official seal.

_____ M. Petruzzelli _____          _____ M. Petruzzelli _____
PRINT                                            NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

*Exhibit I-3*

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private of pima county, arizona recorder Seq #20201480845 and 20201480846, "ACCOUNT," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, "but not citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled," only true party of interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to cook county clerk File No. (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7 (XX8015) , "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including #XXXXX2607, and #XXXXX5580, and all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private SEAN HOUSTON-EL FOUNDATION TRUST, for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice that said same legal title of said cook county clerk File No. (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7 (XX8015), shall be granted as trust res with (5) five Silver coins as consideration for the appointment of trustee(s), fully accepted,

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 1 of 4**

claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, third-party intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to pima county, arizona recorder Seq #20201480845 and 20201480846, including but not limited to, the State of Illinois Registered Organization names "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON," "SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including "ACCOUNT" #XXXXX2607, and XXXXX5580, on special deposit with Pima County Recorder file in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments including, but not limited to cook county clerk File No. (#112-XXXXXXX7 (XXXX7650), and (#112-XXXXXXXXXX7 (XX8015) , "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including #XXXXX2607, and #XXXXX5580, "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded by Twenty-One (21) days of this notice publication that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "ACCOUNT," cook county clerk File No. (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), including the State of Illinois Registered Organization names including, but not limited to, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including (#XXX-XX-2607),( #XXXXX5580),  "ACCOUNT. " All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/ beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

You, who have prior, superior, or equal equitable interest in said ACCOUNT, have (21) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong,** Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

**JURAT**

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _Oakland_

_Michigan state)_

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

_houston, lasean dejong, Moor grantee/grantor/heir/beneficiary_, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 3rd day of _June_, 20 21.

*WITNESS* my hand and official seal.

_M. Petruzzelli_
PRINT

_M. Petruzzelli_
NOTARY

*locus sigilli* (seal)

SPECIAL

[public record – newspaper or county, public filing registry, or all three, three pages]

## Public Notice of Special Declaration of Trust          Exhibit I-4

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust existence and authority by this third-party intervener's purely equitable and beneficial interest in the private of Pima County, Arizona recorder Seq#20201480845, 846 SEAN HOUSTON-*EL* FOUNDATION TRUST hereinafter, "TRUST."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/grantor/heir/beneficiary* as a private *a Moor americas aboriginal illinoisan national and subject of the Al Maroc (Moor)Shereefian Empire*, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled. This declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted TRUST in good faith via USPS Registered Mail No. RF 125 594 909 US. Further, third-party intervener is in fact and in Equity the real party in interest and heir/beneficiary, sole exclusive grantee against all the world, walking in the shoes of his ancestors, sitting in the private jurisdiction of inherent Equity. It is his manifest intent and purpose that the goods of his estates, rights, titles, and interests shall pass, unencumbered, or blocked, and without interruption, to the SEAN HOUSTON-*EL* FOUNDATION TRUST. All legal title to trust res shall be vested with the trustee(s), while equitable title shall remain with his heirs/beneficiaries, for the benefit of said beneficiaries upon his death including, but not limited to, cook county Illinois clerk File No (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), "TRUST," the State of Illinois Registered Organization names including, but not limited to, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including "TRUST" account holder numbers (#XXXXX2607), and (XXXXX5580), delivered on special deposit, into Pima County Recorder file in good faith capacity under the *Maxims of Equity.*

2:21-CV-11888-SJM-APP

I hereby claim all right, title, and interest of, all rents, houses, estates, the body, the name, the sum of all their attachments, obligations secured by specified collateral, any abandoned funds, deposits, issues, interest, assets, land, chattels, ESCROWS, derivatives, profits, proceeds and any inherited properties, and all acquisitions due to me granting my signature, an equitable asset, for consideration, of my estate during such time as I was deprived, therefrom, are fully accepted, claimed, titled, and assigned. Said Account which shall be held for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong *Moor grantee/grantor/heir/ beneficiary* including, but not limited to the names "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," "LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including (#XXXXX2607), and (#XXXXX5580), "TRUST,"  all alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

As *Moor grantee/grantor/heir/beneficiary* through my inherited, unlimited power of appointment you are herein warranted to change the postal location for said estates to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded by Twenty-One (21) days of this notice publication that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "TRUST," cook county clerk File No. (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), including the State of Illinois Registered Organization names including, but not limited to, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," "LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including (#XXX-XX-2607),( #XXXXX5580),  "TRUST", either/or prior,  superior or equal in right by nature or characteristic shall SHOW "GOOD" CAUSE on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary under all control of all resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, if any. Without said testimony of which, this matter shall be settled and closed and extinguished. You, who have prior, superior, or equal equitable interest in said TRUST, have (21) twenty-one days from the date of this publication, to either AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, and Deed:

***I DECLARE,*** under penalty and perjury under the laws of michigan and the united states of america that the foregoing is true and correct. Executed: _____ *16th June*, 20 *21* .

By: _*houston, lasean dejong*_____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

(seal)



## JURAT

<u> Michigan state</u>)

<u>Oakland county</u>)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared _houston, lasean dejong, Moor grantee_ in Propria Persona Sui Juris, who has attained *Age of Majority* and proved to me upon satisfactory evidence, as his special intent and purpose, executed by the same.

***DECLARED*** before me in the County and State aforesaid this ___*16th*___ day of ____*June*____ , 20 *21* .

*WITNESS* my hand and official seal.

____*M. Petruzzelli*_____        ___*M. Petruzzelli*_____
NOTARY                                        PRINT

(seal)

M. PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of *Oakland*

Special

[public record – newspaper or county, public filing registry, or all three, three pages]

## Public Notice of Special Declaration of Trust

Exhibit I-5

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private of cook county clerk File No (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), "ACCOUNT," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, a private a Moor /americas aboriginal illinoisan national, "but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled, only true party of interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US.  Further, third-party intervener is in fact and in Equity the real party in interest and sole exclusive trustee and beneficiary, by grantor's intent ordered to merge the titles, now the sole exclusive grantee against all the world, walking in the shoes of his ancestors, sitting in the private jurisdiction of inherent Equity in relationship to cook county clerk File No (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), "ACCOUNT," has delivered a special deposit tracer title (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), including but not limited to, the State of Illinois Registered Organization names including, but not limited to, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including "ACCOUNT" #XXXXX2607, and XXXXX5580, into Pima County Recorder file in good faith capacity under the *Maxims of Equity* containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named/attached including, but not limited to "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including #XXXXX2607, and #XXXXX5580, "ACCOUNT", alleged or real debts, charges, liabilities, tax deficiency, encumbrances,

2:21 - CV - 11888 - SJM - APP

presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

Trustees are required to send Grantee/Beneficiary copies of the presumed Fiduciary Tax Estimate, including any W-8 Ben, 1099-INT, 1099-OID, 1099-A, 1099-C, 1096, 1041s and all Fiduciary Tax Returns give Grantee/Beneficiary a full accounting of other claims of an equitable characteristic against said Account: case (#112-72603767(50717650), and (#112-19726003767(958015), in the name of LASEAN DEJONG HOUSTON et al, and as PROOF that said account has been terminated and extinguished.

## DEMAND TO SHOW CAUSE

It is ordered and demanded by Twenty-One (21) days of this notice publication that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "ACCOUNT," cook county clerk File No. (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), including the State of Illinois Registered Organization names including, but not limited to, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including (#XXX-XX-2607),( #XXXXX5580), "ACCOUNT", either/or prior, superior or equal in right by nature or characteristic shall SHOW CAUSE on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary under all control of all resulting custodians of fiduciary character owing a good faith duty remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener. You, who have prior, superior, or equal

equitable interest in said ACCOUNT, have (21) twenty-one days to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong,** Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
**SPECIAL, PRIVATE, PRIORITY**

## JURAT

Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared *houston, lasean dejong, Moor grantee in Propria Persona Sui Juris,* who has attained *majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as his special intent and purpose, executed by the same.

*DECLARED before me in the County and State aforesaid this* 15ᵗᵃ *day of* _January_ , 20 2/ .

*WITNESS* my hand and official seal.

_M. Petruzzelli_
NOTARY

_M. Petruzzelli_
PRINT

*(locus sigilli)*

M. PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust    *ExhiBiT I-6*

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125595334US.16 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, received, acknowledged and accepted in good faith via USPS Registered Mail No. RF125595334US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#H235488139065), (#XXXXX2607), (2020-182126-NI), (19BT05882), LASEAN DEJONG HOUSTON," and CERT #D00633807A, X82568926A, X90158801A," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125595334US.16 Trust**," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (#H235488139065), (#XXXXX2607), (2020-182126-NI), (19BT05882), LASEAN DEJONG HOUSTON," and CERT #D00633807A, X82568926A, X90158801A," a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the

*2:21-cv-11888-SJM-APP*

jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (#H235488139065), (#XXXXX2607), (2020-182126-NI), (19BT05882), LASEAN DEJONG HOUSTON," and CERT #D00633807A, X82568926A, X90158801A," shall be granted as trust res, on special deposit, to be maintained by trainor, christopher j d/b/a CHRISTOPHER J. TRAINOR (P42449), owner/president et al., doss, krystina r d/b/a KRYSTINA R. DOSS (P77365), *attorney,* and cabot, shawn c d/b/a SHAWN C. CABOT, *attorney,* **CHRISTOPHER TRAINOR & ASSOCIATES** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (#H235488139065), (#XXXXX2607), (2020-182126-NI), (19BT05882), LASEAN DEJONG HOUSTON," and CERT #D00633807A, X82568926A, X90158801A, "ACCOUNT. " All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, trainor, christopher j d/b/a CHRISTOPHER J. TRAINOR (P42449), owner/president et al., doss, krystina r d/b/a KRYSTINA R. DOSS (P77365), *attorney,* and cabot, shawn c d/b/a SHAWN C. CABOT, *attorney,* **CHRISTOPHER TRAINOR & ASSOCIATES,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 16ᵗʰ June _____, 20 21.

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

***I DECLARE,*** under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____ houston, laseandejong _____

houston, lasean dejong, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

### JURAT

  Michigan state)

Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*
(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this 16ᵗʰ day of _____ June, 20 21.

*WITNESS* my hand and official seal.

_____ M. Petruzelli _____        _____ M. Petruzelli _____
PRINT                            NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust          *Exhibit I-7*

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125595334US.07 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#XXXXX2607), (2020-182126-NI), (19BT05882 OI), "LASEAN DEJONG HOUSTON," and CERT#D28894009A," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.153 Trust**," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (#XXXXX2607), (2020-182126-NI), (19BT05882 OI), "LASEAN DEJONG HOUSTON," and CERT#D28894009A," a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*          **Page 1 of 4**

2:21-cv-11888-SJM-APP

the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (#XXXXX2607), (2020-182126-NI), (19BT05882 OI), "LASEAN DEJONG HOUSTON," and CERT#D28894009A," shall be granted as trust res, on special deposit, to be maintained by mcmillen, phyllis c d/b/a PHYLLIS MC MILLEN, circuit court judge et al., heirs and assigns, **6th judicial circuit court, oakland county** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (#XXXXX2607), (2020-182126-NI), (19BT05882 OI), "LASEAN DEJONG HOUSTON," and CERT#D28894009A, "ACCOUNT. " All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, mcmillen, phyllis c d/b/a PHYLLIS MC MILLEN, circuit court judge et al., heirs and assigns, **6th judicial circuit court, oakland county,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ *16th June*, 20*21*.

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, laseadejong_

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,
SPECIAL DEPOSIT, PRIVATE, PRIORITY*

**JURAT**

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

_houston, lasean dejong, Moor grantee/grantor/heir/beneficiary,_ in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this *16* day of _June_, 20 *21*.

*WITNESS* my hand and official seal.

_M. Petruzzelli_                        _M. Petruzzelli_
PRINT                              NOTARY

                                        *locus sigilli* (seal)

M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _Oakland_

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 4 of 4**

Special

[public record – general post, county, or public filing registry, or all three, four pages]

Exhibit
I - 8

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.729 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong *Moor grantee/grantor/guardian,* a private Moor, americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to Account: (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#D69660651I**, as consideration for the fiduciary appointment, hereinafter "Account,"  and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.729 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, *Moor grantee/grantor/guardian*, Claimant on behalf of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. I hereby notice all the world, that said same legal title of said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#D69660651I**," a lawful Silver Certificate one dollar currency (USD), as consideration, for the fiduciary appointment, is fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom.

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 1 of 5**

2:21-cv-11888-SJM-APP

I HEREBY notice **ALL** men and persons, whether private or public, worldwide, that as a private *Moor aboriginal illinoisan national,and subject of the Al Maroc Shereefian Empire, "but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled,"* houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON, has the same **special and particular political status** and equitable rights, and is protected by the same the same *Barbary Treaties* and the *Maxim of Equity* as I. *The heir and the ancestor are one in the same.*

Further, houston, lasean dejong, *Moor grantee/grantor/guardian*, Claimant third-party intervener, is in fact the real party in interest and sole exclusive *Moor grantee/grantor/guardian*, against all the world, walking in the shoes of his ancestors. It is my intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#D696606511**," shall be granted as trust res, on special deposit, to be maintained by smith, marc d d/b/a MARC D. SMITH, director et al., heirs and assigns, **Department of Children and Family Services of Illinois,** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), you owe me specific performance, by due particularity, produce a full accounting, list all real, personal, and equitable assets and debts due to houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong. Moor grantee/grantor/guardian,* for the benefit of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC

HOUSTON and SKYLAR HOUSTON, through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

Skyler Isaac Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Illinewe [Illinois]
General Post-Office.
℅ 9332 S Saginaw Ave
Chicago, Illinois RFD
near. [60617]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

*ANY FORM OF UNLAWFUL DETAINER, MOLESTATION, FORCED MEDICAL TREATMENT, VACCINATIONS, OR THE FORCED USE OF PROTECTIVE APPAREL, WITHOUT MY EXPRESS WRITTEN CONCENT, IS PROHIBITED. THE TRUSTEE(s) AND BENEFICIARIES OF THE SEAN HOUSTON-EL FOUNDATION TRUST SHALL BE EXEMPT FROM BEING VISITED, AND TO AVOID FORCED QUARANTINE OF ANY KIND, OR ANY OTHER VIOLATION OF THE PRIVATE UNALIENABLE RIGHTS OF TRUSTEE(s), OR BENEFICIARIES OF THE TRUST, BY ANYONE ACTING as a Person worthy of Trust. ANYONE, their heirs and assigns, VIOLATING THIS STIPULATIONS, will have an equitable lien attached to their bonds, sureties, collaterals, and charters, for your breach of faith.*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT # **D69660651I**, as consideration for the appointment, hereinafter "Account" to be held privately as "**RF125594909US.729 Trust**." All resulting custodians of fiduciary character owing a good faith duty to remit the body, the name, all their attachments, all real, personal, and equitable assets, abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- S**how "good" cause** why I shall be treated as a national of a designated enemy country.

- S**how "good" cause** why I am **"not" in fact**, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc(Moor) Shereefian Empire*, *ingress* in michigan,*"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*

- S**how "good" cause** why I "do not" hold superior equitable or legal title to said property, and that it's not a trust.

- S**how "good" cause** why any further presumed administration of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate is "not" absolute void, and as *grantee/grantor/guardian/beneficiary*, I am "not" entitled, **by due particularity, to a full accounting, a list of real, personal, and equitable assets, and debts due to his estate**.

- S**how "good" cause** why I "cannot" have houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate be restored to me, and why I "cannot" recover all including but not limited to, the body, the name, all their attachments, rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me.

- S**how "good" cause** why I as *Moor grantee/grantor/guardian* do not have a right to exercise the equity of redemption.

- S**how "good" cause** why I am "not" a Moor heir/beneficiary subject of the *Al Maroc Empire* and that I don't have a private right to ***equal Justice being rendered***, in the exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third parties not party to the trust.

- S**how "good" cause why** as *Moor grantee/grantor/guardian,* the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, "**shall not"** be delivered to me without interruption.

- S**how "good" cause** why as a *Moor grantee/grantor/guardian,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, smith, marc d d/b/a MARC D. SMITH, director et al., heirs and assigns, **Department of Children and Family Services of Illinois,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

> *He who is silent seems to consent, when they ought to speak*

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed: _____ 2ⁿᵈ July _____, 20__.

By: _____ houston, lasean dejong _____
houston, lasean dejong, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
houston48342@gmail.com
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli (seal)*

**JURAT**

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

  Michigan state)

  Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary,* in Propria Persona Sui Juris
(in proper person, in his own right) who has attained *majoris aetatis suae* (Age of Majority) and
proved to me upon satisfactory evidence, executed by the same as his manifest special intent and
purpose.

*DECLARED* before me in the County and State aforesaid this 2ⁿᵈ day of July, 20__.

*WITNESS my hand and official seal.*

____ M. Petruzzelli ____          ____ M. Petruzzelli ____
PRINT                              NOTARY

*locus sigilli* (seal)

Special

[public record – general post, county, or public filing registry, or all three, four pages]

ExhiBit I-9

# Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.729 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong *Moor grantee/grantor/guardian,* a private Moor, americas aboriginal illinoisan national, and subject of the Al Maroc Shereefian Empire, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to Account: (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#X32416204A**, as consideration for the fiduciary appointment, hereinafter "Account," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.729 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, *Moor grantee/grantor/guardian*, Claimant on behalf of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. I hereby notice all the world, that said same legal title of said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#X32416204A,**" a lawful Silver Certificate one dollar currency (USD), as consideration, for the fiduciary appointment, is fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom.

2:21-cv-11888-SJM-APP

I HEREBY notice **ALL** men and persons, whether private or public, worldwide, that as a private *Moor aboriginal illinoisan national,and subject of the Al Maroc Shereefian Empire, "but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled,"* houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON, has the same **special and particular political status** and equitable rights, and is protected by the same the same *Barbary Treaties* and the *Maxim of Equity* as I. *The heir and the ancestor are one in the same.*

Further, houston, lasean dejong, *Moor grantee/grantor/guardian*, Claimant third-party intervener, is in fact the real party in interest and sole exclusive *Moor grantee/grantor/guardian*, against all the world, walking in the shoes of his ancestors. It is my intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#X32416204A**," shall be granted as trust res, on special deposit, to be maintained by redfield, larrisa d/b/a LARRISA REDFIELD, supervisor et al., heirs and assigns, **Lutheran Social Services of Illinois** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency,  encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, list of real, personal, and equitable assets and debts due to houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD  species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong. Moor grantee/grantor/guardian,* for the benefit of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC

HOUSTON and SKYLAR HOUSTON, through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

Skyler Isaac Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Illinewe [Illinois]
General Post-Office.
℅ 9332 S Saginaw Ave
Chicago, Illinois RFD
near. [60617]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#X32416204A**, as consideration for the appointment, hereinafter "Account" to be held privately as "**RF125594909US.729 Trust**." All resulting custodians of fiduciary character owing a good faith duty to remit all real, personal, and equitable assets, abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I shall be treated as a national of a designated enemy country.

- **Show "good" cause** why I am **"not" in fact**, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc(Moor) Shereefian Empire*, *ingress* in michigan,*"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, and that it's not a trust.

- **Show "good" cause** why any further presumed administration of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate is "not" absolute void, and as *grantee/grantor/guardian/beneficiary*,

I am "not" entitled, **by due particularity, to a full accounting, list of assets real, personal, and equitable, and debts due to his estate**.

- **Show "good" cause** why I "cannot" have houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate be restored to me, and why I "cannot" recover all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me.

- **Show "good" cause** why I as *Moor grantee/grantor/guardian* do not have a right to exercise the equity of redemption.

- **Show "good" cause** why I am "not" a Moor heir/beneficiary subject of the *Al Maroc Empire* and that I don't have a private right to ***equal Justice being rendered***, in the exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third parties not party to the trust.

- **Show "good" cause why** as *Moor grantee/grantor/guardian,* the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, "**shall not**" be delivered to me without interruption.

- **Show "good" cause** why as a *Moor grantee/grantor/guardian,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, redfield, larrisa d/b/a LARRISA REDFIELD, supervisor et al., heirs and assigns, **Lutheran Social Services of Illinois,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

***He who is silent seems to consent, when they ought to speak***

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed: _____21st June_____, 20_2⅟_ .

By: _____     By: _____
**houston, izoha monea**                    **houston, lasean dejong,** *grantee/grantor/heir/beneficiary*
Witness                                      a private Moor americas aboriginal illinoisan national,
                                             *"but not citizen of the united states for the district of columbia,*
                                             *nor citizen of the united states of america in congress assembled."*
                                             houston48342@gmail.com
                                             **SPECIAL DEPOSIT, PRIVATE, PRIORITY**

                                                                     *locus sigilli (seal)*

## JURAT

 Michigan state)

 Oakland county)


*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary and houston, izoha monea, in Propria*
*Persona Sui Juris* (in proper person, in his own right) who has attained *majoris aetatis suae, in sui*
*juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the
same as his manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 21st day of _____June_____, 20_2⅟_ .

*WITNESS my hand and official seal.*

_____M. Petruzelli_____          _____M. Petruzelli_____
PRINT                                                   NOTARY


                                             *locus sigilli (seal)*

M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    Page 5 of 5

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

ExhiBiT I-10

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.729 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong *Moor grantee/grantor/guardian,* a private Moor, americas aboriginal illinoisan national, and subject of the Al Maroc Shereefian Empire, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to Account: (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT #**W86662578A**, as consideration for the fiduciary appointment, hereinafter "Account," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.729 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, *Moor grantee/grantor/guardian*, Claimant on behalf of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. I hereby notice all the world, that said same legal title of said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT #**W86662578A**," a lawful Silver Certificate one dollar currency (USD), as consideration, for the fiduciary appointment, is fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom.

2:21-CV-11888-SJM-APP

I HEREBY notice **ALL** men and persons, whether private or public, worldwide, that as a private *Moor aboriginal illinoisan national, and subject of the Al Maroc Shereefian Empire, "but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled,"* houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON, has the same **special and particular political status** and equitable rights, and is protected by the same the same *Barbary Treaties* and the *Maxim of Equity* as I. *The heir and the ancestor are one in the same.*

Further, houston, lasean dejong, *Moor grantee/grantor/guardian*, Claimant third-party intervener, is in fact the real party in interest and sole exclusive *Moor grantee/grantor/guardian*, against all the world, walking in the shoes of his ancestors. It is my intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#W86662578A**," shall be granted as trust res, on special deposit, to be maintained by pritzker, jay robert, d/b/a J.B. PRITZKER, governor et al., heirs and assigns, **Office of the Governor,** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), you owe me specific performance, by due particularity, produce a full accounting, list all real, personal, and equitable assets and debts due to houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong. Moor grantee/grantor/guardian,* for the benefit of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC

HOUSTON and SKYLAR HOUSTON, through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

Skyler Isaac Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Illinewe [Illinois]
General Post-Office.
℅ 9332 S Saginaw Ave
Chicago, Illinois RFD
near. [60617]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

*ANY FORM OF UNLAWFUL DETAINER, MOLESTATION, FORCED MEDICAL TREATMENT, VACCINATIONS, OR THE FORCED USE OF PROTECTIVE APPAREL, WITHOUT MY EXPRESS WRITTEN CONCENT, IS PROHIBITED. THE TRUSTEE(s) AND BENEFICIARIES OF THE SEAN HOUSTON-EL FOUNDATION TRUST SHALL BE EXEMPT FROM BEING VISITED, AND TO AVOID FORCED QUARANTINE OF ANY KIND, OR ANY OTHER VIOLATION OF THE PRIVATE UNALIENABLE RIGHTS OF TRUSTEE(s), OR BENEFICIARIES OF THE TRUST, BY ANYONE ACTING as a Person worthy of Trust. ANYONE, their heirs and assigns, VIOLATING THIS STIPULATIONS, will have an equitable lien attached to their bonds, sureties, collaterals, and charters, for your breach of faith.*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#W86662578A**, as consideration for the fiduciary appointment, hereinafter "Account" to be held privately as "**RF125594909US.729 Trust**." All resulting custodians of fiduciary character owing a good faith duty to remit the body, the name, all their attachments, all real, personal, and equitable assets, abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I shall be treated as a national of a designated enemy country.

- **Show "good" cause** why I am **"not" in fact**, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc(Moor) Shereefian Empire, ingress* in michigan,*"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, and that it's not a trust.

- **Show "good" cause** why any further presumed administration of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate is "not" absolute void, and as *grantee/grantor/guardian/beneficiary*, I am "not" entitled, **by due particularity, to a full accounting, a list of real, personal, and equitable assets, and debts due to his estate**.

- **Show "good" cause** why I "cannot" have houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate be restored to me, and why I "cannot" recover all including but not limited to, the body, the name, all their attachments, rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me.

- **Show "good" cause** why I as *Moor grantee/grantor/guardian* do not have a right to exercise the equity of redemption.

- **Show "good" cause** why I am "not" a Moor heir/beneficiary subject of the *Al Maroc Empire* and that I don't have a private right to ***equal Justice being rendered***, in the exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third parties not party to the trust.

- **Show "good" cause why** as *Moor grantee/grantor/guardian,* the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, **"shall not"** be delivered to me without interruption.

- **Show "good" cause** why as a *Moor grantee/grantor/guardian,* I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts.**

You, pritzker, jay robert, d/b/a J.B. PRITZKER, governor et al., heirs and assigns, **Office of the Governor,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

*He who is silent seems to consent, when they ought to speak*

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed:_____2ᵘᵈ July_____, 20 21 .

By: _____ houston , lasean dejong _____
**houston, lasean dejong,** *grantee/grantor heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
houston48342@gmail.com
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

## JURAT

  Michigan state)

  Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
<u>houston, lasean dejong, Moor grantee/grantor/heir/beneficiary,</u> in *Propria Persona Sui Juris*
(in proper person, in his own right) who has attained *majoris aetatis suae* (Age of Majority) and
proved to me upon satisfactory evidence, executed by the same as his manifest special intent and
purpose.

*DECLARED* before me in the County and State aforesaid this 2ⁿᵈ day of ____July____, 20 21 .

*WITNESS my hand and official seal.*

___M. Petruzzelli___          ___M. Petruzzelli___
PRINT                          NOTARY

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*locus sigilli* (seal)

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

*Exhibit I - 11*

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.090 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (xxx-xx-2607), (#9100 094 6248 2), "LASEAN HOUSTON," CERT#B07776901A, and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.090 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (xxx-xx-2607), (#9100 094 6248 2), "LASEAN HOUSTON," CERT#B07776901A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said

2:21-cv-11888-SJM-APP

(xxx-xx-2607), (#9100 094 6248 2), "LASEAN HOUSTON," CERT#B07776901A," shall be granted as trust res, on special deposit, to be maintained by norcia, gerardo d/b/a GERARDO NORCIA, chief executive officer et al., **DTE Energy Co.**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial

interest by nature (xxx-xx-2607), (#9100 094 6248 2), "LASEAN HOUSTON,"
CERT#B07776901A, "ACCOUNT." All resulting custodians of fiduciary character owing a good
faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets,
rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts,
encumbrances, and secured third party interests, if any, that without said testimony of which, this
matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with
the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said
  property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of
  perjury, in support of their superior, equal, or prior, either legal or equitable interest why
  their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's
  total and complete merger and resulting extinguishment, entitling all remainder and
  reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute
  void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full
  accounting, of real, personal, and equitable, list of assets and debts due to my
  estate**.

You, norcia, gerardo d/b/a GERARDO NORCIA, chief executive officer et al., **DTE Energy Co.,** as
trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one
days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and
admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8ᵗ June , 20 2̲1̲ .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

*locus sigilli (seal)*

**JURAT**

  Michigan state)

 Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

_houston, lasean dejong, Moor grantee/grantor/heir/beneficiary_, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 8ᵗ day of  June , 20 2̲1̲ .

*WITNESS* my hand and official seal.

_M. Petruzzelli_          _M. Petruzzelli_
PRINT                    NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _____

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 4 of 4**

Special

[public record – general post, county, or public filing registry, or all three, four pages]

*Exhibit*
*I-12*

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.063 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#58625385), (xxx-xx-2607), "LESEAN HOUSTON," CERT #D66537515D, and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "RF125594909US.063 Trust," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (#58625385), (xxx-xx-2607), "LESEAN HOUSTON," CERT #D66537515D, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said

2:21 - cv - 11888 · SJM - APP