*Qui tacet cum loqui debet consentire videtur*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed: ___21ᵗ Janurary___ ,20 2/ .

By: _____ ,
**houston, lasean dejong,** *grantee/grantor/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
houston48342@gmail.com
**SPECIAL, PRIVATE, PRIORITY**

## JURAT

___Michigan state)___

___Oakland county)___

*DECLARED* before me on this ___27___ day of ___Janurary___ , 20 2/ by *houston, lasean dejong, Moor grantee/grantor/beneficiary*, in *Propria Persona Sui Juris*, who has attained the *majoris aetatis suae est in dextera*, has proved to me upon satisfactory evidence, as his special intent and purpose, and executed by the same.

___M. Petruzzelli___          ___M. Petruzzelli___
NOTARY                     PRINT

(*locus sigilli*)

*Notice Duly recorded at Pima County, Arizona recorder Seq#20201480845 and 846 herein incorporated by reference and made apart hereof*

*NOTICE OF INTEREST*                                     Page 4 of 4

# Exhibit P

Special

*SPECIAL PRIVATE PRIORITY*

He Ye Hear Ye Hear Ye, Notice of Disclaimer of Trusteeship    *Exhibit-P*

that i, **houston, lasean dejong**, WHEREAS, according to trust expert and published modern master of trust law John C. Hallbach, Jr. (and Albert Lewin 1888 "Law of Trusts" in TOA) states that a trust arrangement cannot be forced upon anyone designated trustee, and WHEREAS on who has not previously accepted a trust or contracted in advance to do so can disclaim and refuse appointment as trustee for any reason (or for no reason) whatsoever (TOA: Hallbach §149, also see TOA: Lewin, Part II, The Trustee, Chapter XI, pages 270-278), and WHEREAS a sole trustee and sole beneficiary are on and the same person, the result is a merger of legal and equitable titles, defeating the trust and creating a fee simple in person (TOA: Hallbach §159; Lewin §196), and WHEREAS no particular words are required to form a trust, nor is it essential that any of the parties involved know or understand that the intended relationship is a "trust," if an effective transfer has been made, a valid trust exists even if the trustee is not aware of it (TOA: Hallbach §66, §274) and WHEREAS an implied trust arrangement requires an implied trustee must also therefore, logically, also require an implied grantor/trustor or implied administrator and that said implied trustors can be any government agency, corporation, legal fiction, or judicial officer in the public and WHEREAS any implied trust relation can be established as *inter vivos.*

### He who come into equity must come with clean hands

i, **houston, lasean dejong**, HEREBY do notice **ALL** men and persons, whether private or public, worldwide of my express intent and purpose to disclaim any and all implied and voluntary quasi-trusteeships and registered agency in nature and in character to artificial persons without my express acceptance and valid transfer or receipt of *res* or sufficient consideration under the rules of exclusive equity for the State of Illinois Registered Organization names including, but not limited to, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including, but not limited to, (#325662607) "LASEAN DEJONG HOUSTON," privately "**RF125594909US.342 Trust** hereinafter, "ACCOUNT";

### I DO NOT ACCEPT, I DO NOT ACCEPT, I DO NOT ACCEPT!

2:21-CV-11888-SJM-APP

said disclaimer relates back to the first instance 24th January 1972 in law or implied acceptance, by acquiescence and/or conduct without express written consent, whichever is sooner, due to, including, but not limited to:

a) any voluntary implied/express trusteeship or registered agency to an artificial person is now merged and extinguished by private equitable nature of the relationship of confidence by me, the grantee/beneficiary of same subject matter Registered Organizations; *Expressum facit cessare tacitum.*

b) based what is written on my heart;

c) it is my wish, special intent and purpose;

d) good conscience;

e) good reason;

f) the failure of complete and clear disclosures to me, the grantee;

g) the failure of a valid transfer/receipt of res or sufficient consideration to me, the grantee;

h) mistake, error or accident due to the disability of my legal capacity either as infant, and/ or incompetence by which neither my parents nor I could avail me of my rights as a Moor subject of the *Al Maroc Shereefian Empire* and the options that equity requires it good faith dealings;

i) subjecting me to an inferior legal capacity within the current presumed temporary provisional emergency martial due process of the current public legal system and fraudulent concealment;

j) biblical principles admonish me from being a surety for a stranger;

k) protected by the *Treaty of 1492 Granada* and *Treaty of Tunis 1797 ARTICLE XVIII,* without obligation in writing i cannot be made responsible for indemnity or satisfaction of the debts of another;

***He who occasioned the loss must bear the burden.***

said Registered Organization names including, but not limited to, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including, but not limited to, (#325662607) "LASEAN    DEJONG HOUSTON," privately "**RF125594909US.342 Trust,** "ACCOUNT" were established within the  dominion of the *Al Maroc (Moor) Shereefian Empire*, in the territory called illinois state, are  SPECIAL, PRIVATE, PRIORITY, and protected by the *Treaty of Granada 1492 et al*., and are excluded from any acts, of the congress assembled or the committee of the states, that are contrary to any of the treaties with the *Al Maroc (Moor) Shereefian Empire*.

### *Equity regards the beneficiary as the true owner*

as *Moor grantee/grantor/beneficiary*, of ACCOUNT, (#325662607) "LASEAN DEJONG HOUSTON," privately "**RF125594909US.342 Trust**," "ACCOUNT." i have priority of right, if you DENY, I DEMAND you **show "good" cause** why i do not hold superior equitable or legal title to said property, and that it's not a trust. show me the consideration you gave to me, for all the things i gave to you, including me granting you my signature, an equitable asset, for consideration, and that it was equitable. you, nessel, dana d/b/a DANA NESSEL, attorney general et al., **Michigan Attorney General,** as trustee(s), have (7) seven days to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. govern yourself accordingly or **BE IT RESOLVED!**

### *Equity will not allow a trust to fail for want of a Trustee*

performed by my hand and seal with *manifest special intent and purpose,* freewill act and deed:

*i DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

Executed:_____*16th January*_____,20*21* .

By:_____*houston, lasendejong*_____,
**houston, lasean dejong**, *grantee/grantor-beneficiary*
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,"*
houston48342@gmail.
**Special, Private, Priority**

## JURAT

<u>Michigan state</u>)

<u>Oakland county</u>)

*i hereby declare,* that on this day before me an officer duly sworn, appeared

<u>houston, lasean dejong, Moor grantee/grantor/beneficiary,</u> in *Propria Persona Sui Juris,* who has attained *majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as his special intent and purpose, executed by the same.

*declared,* before me in the County and State aforesaid this ___16ᵀᴴ___ day of ___January___, 20 _2↓_.

*WITNESS* my hand and official seal.

___M. Petrizzulli___
NOTARY

___M. Petrizzulli___
PRINT

*(locus sigilli)*

*Notice Duly recorded at Pima County, Arizona recorder Seq#20201480845 and 846 herein incorporated by reference and made apart hereof*

*Notice of Disclaimer of Trusteeship*                                                                                        **Page 4 of 4**

# Exhibit Q

12/26/2020            *Special*

EXHIBIT Q

houston, terajai armond, Moor grantee/grantor/beneficiary
d/b/a TERAJAI ARMOND HOUSTON
c/o 149 N Avery Rd
Waterford, Michigan near. [48328-2998]

laycoe, chris d/b/a CHRIS LAYCOE
general manager et al.,
**Airboss Flexible Products**
2600 Auburn Ct
Auburn Hills, Michigan near. [48326-2998]

RE:   **Special deposit (#XXXXX3612), "TERAJAI ARMOND HOUSTON," privately
      RF125594909 US.114,** houston, terajai armond, Moor grantee/grantor/beneficiary.

These Explanatory Statements will BE ATTACHED and remain a part of the WORK
RECORDS and APPLICATION of TERAJAI ARMOND HOUSTON.

### *Equity acts in personam*

*I DECLARE,* I am houston, terajai armond, Moor grantee/grantor/beneficiary d/b/a TERAJAI
ARMOND HOUSTON

*I DECLARE,* I stand in the shoes of my ancestors, and I am a private Moor/americas aboriginal
illinoisan national, *"but not citizen of the united states for the district of columbia, nor the united
states of america in congress assembled."*

*I DECLARE,* **and I am not responsible for US taxes.**

This shall serve as ACTUAL and CONSTRUCTIVE NOTICE that I, houston, terajai armond,
Moor grantee/grantor/beneficiary d/b/a TERAJAI ARMOND HOUSTON [#XXXXX3612]
request to TERMINATE the current W-4 AGREEMENT you have on file as of January 1, 2021.

> *Pursuant to **26 CFR Ch. I § 31.3402(p)–1 Voluntary withholding agreements**. s(q)–1   if
> the employee wishes to specify that the agreement terminate on a specific date, the
> employee shall furnish the employer with a request for withholding which shall be signed
> by the employee, and shall contain— (a) The name, address, and social security number
> of the employee making the request, (b) The name and address of the employer, (c) A
> statement that the employee desires withholding of Federal income tax, and applicable,
> of qualified State individual income tax (see paragraph (d)(3)(i) of §301.6361–1 of this
> chapter (Regulations on Procedures and Administration)), and (d) If the employee
> desires that the agreement terminate on a specific date, the date of termination of the
> agreement. If accepted by the employer as provided in subdivision (iii) of this*

2:21-CV-11888-SJM-APP

*subparagraph, the request shall be attached to, and constitute part of, the employee's Form W–4. An employee who furnishes his employer a request for withholding under this subdivision shall also furnish such employer with Form W–4 if such employee does not already have a Form W–4 in effect with such employer. (iii) No request for withholding under section 3402(p) shall be effective as an agreement between an employer and an employee until the employer accepts the request by commencing to withhold from the amounts with respect to which the request was made. (2) An agreement under section 3402 (p) shall be effective for such period as the employer and employee mutually agree upon. However, either the employer or the employee may terminate the agreement prior to the end of such period by furnishing a signed written notice to the other. Unless the employer and employee agree to an earlier termination date, If the employee executes a new Form W–4, the request upon which an agreement under section 3402 (p) is based shall be attached to, and constitute a part of, such new Form W–4.*

### *Equity follows the law*

### *Equity aids the vigilant, not those who slumber on their rights*

***Treaty of Grenada 1492 - All Moors** shall not be taxed.*

- *No Christian or Jew holding public offices by the appointment shall be allowed to exercise his functions or rule over a Moor (Mohammetan), nor shall they be allowed to collect any kind of rent from them*
- ***All Moors** should have full liberty of faith, work and trade.*
- ***All Moors** shall be allowed to stay in their houses, estates, and inherited properties at that time and forever, and they will not allow any harm or damage to be done to a Moor without intervening.*
- *Nor shall the goods or the estates of any Moor be taken away from them, nor even any part of them; but rather they will be revered, honored, and respected by their subjects and vassals.*

### *Equity sees that as done what ought to be done*

This is correspondence is to serve notice to laycoe, chris d/b/a CHRIS LAYCOE, general manager et al., **Airboss Flexible Products,** hereafter "ACCOUNT".

It is my manifest intent and purpose to rescind the current Form W-4 voluntary withholding agreement on file, and to remove the [#XXXXX3612] from my work file beginning January 1, 2021, going forward. In the future, any further tax matters shall refer to the W8BEN form enclosed. I have also enclosed notices to explain my rights to do so. Please fulfill my request, as well as, send me any incorrect forms you may have, so that I can correct my Race/Nationality and status on any work files concerning myself, as soon as possible.

### *He who occasioned the loss must bear the burden*

*As Moor grantee/grantor/beneficiary* I am the true owner. Under the rules of equity, hereby claim all right title and interest of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not limited, to any abandoned funds, interest, assets, rents, leases, derivatives, profits, proceeds, reserves,

stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account. I am without notice of any other *bona fide* adverse claimant, either by nature or characteristic, legal or equitable rights of same. I believe no such adverse claim exists.

*Moor grantee/grantor/beneficiary* notices you of his priority interest in said Account and is in receipt of the enclosed Notice by which it is my duty to inquire and to protect nature rights in relation to said Account.

*Moor grantee/grantor/beneficiary* notices that a private equitable title **RF125594909US.114** is assigned to said Account, and all its information, any abandoned funds, attachments, deposits, issues, interest, assets, rents, derivatives, profits, proceeds, derived from the above described property, including, but not limited to all interest, assets, rents, derivatives, profits, proceeds, reserves, stores, attachments, and all acquisitions due to me granting my signature for consideration, and all else that was intended for me by my ancestors, as noticed in cook county, illinois, register of deeds Abstract system a copy of which is provided attached herewith.

I expect the highest attention to the matter specially enumerated herein, and must alert you to the possibility that a breach of trust is a very serious matter for all real parties in interest, primarily that the *Moor grantee/grantor/beneficiary* does not at any time consent to any release of any record of Account without equal Justice being rendered, and a violation of this Notice constitutes a breach of the private express trust established herein.

As *Moor grantee/grantor/beneficiary* I have priority of right, if you DENY, I DEMAND you show cause why I do not hold superior equitable or legal title to said property, and that it's not a trust. Show me the consideration you gave to me, for all the things I gave to you, including me granting you my signature, an equitable asset, for consideration, and that it was equitable. You, laycoe, chris d/b/a CHRIS LAYCOE, general manager et al., **Airboss Flexible Products,** trustee(s), have (7) seven days to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

Thank you in advanced for your cooperation in this matter.

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

**I DECLARE,** under penalty and perjury under the laws of the Michigan and the United States of America that the foregoing is true and correct.

_____ *Moor grantee*
WITNESS

By: houston, terajai armond
houston, terajai armond, *grantee/ grantor/beneficiary*
a private *Moor americas aboriginal illinoisan national,*
*"but not citizen of the united states for the district of columbia,*
*nor the united states of america in congress assembled."*
houston48342@gmail.com
**SPECIAL, PRIVATE, PRIORITY**

**JURAT**

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

houston, terajai armond, Moor grantee/grantor/beneficiary in *Propria Persona Sui Juris,* who

has attained *majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as

his special intent and purpose, executed by the same.

*DECLARED* before me in the County and State aforesaid this 2̲8̲ day of ̲D̲e̲c̲e̲m̲b̲e̲r̲ ,

20 2̲0̲ .

*WITNESS* my hand and official seal.

̲M̲.̲ ̲P̲l̲i̲p̲p̲e̲l̲l̲ ̲̲̲̲̲̲̲̲̲     ̲M̲.̲ ̲P̲e̲t̲r̲o̲z̲z̲e̲l̲l̲i̲ ̲̲̲̲̲̲̲̲̲
NOTARY                              PRINT

(*locus sigilli*))

M. PETROZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of **Oakland**

# Exhibit R

*Special*

# NOTICE OF PRIORITY INTEREST.
## PRIVATE TRUST EXPRESSION.

Claimant:

houston, lasean dejong *Moor grantee*
a private *Moor americas aboriginal illinoisan national,*
c/o 3079 S. Baldwin Rd
lake orion, ojibiwa [Michigan] RFD
near. [48359]
houston48342@gmail.com

*EXHIBIT R*

Intended Respondent:

hood, denise page d/b/a Denise Page Hood
chief judge et al., heirs and assigns
**district court of the united states**
**eastern district of Michigan**
Theodore Levin U.S. Courthouse
231 W Lafayette Blvd., Room 701
Detroit, Michigan near. [48226]
     All others similarly situated as aforementioned

RE:     (485731947), (576469390), (XXXXX2607), (XXXXX9246), (XXXXX5580),
        (XXXXX8300), Cases 99-48732-tjt, **2:09-cv-12263-GCS-MKM, 2:21-cv-11888-SJM-**
        **APP** "LASEAN DEJONG HOUSTON," "LASEAN HOUSTON," "KAYLA RENEE
        HOUSTON," CERT **#C19413635A**, a lawful Silver Certificate one dollar (USD)
        currency as consideration, held privately "**RF125594909US.702 Trust,**" hereinafter
        "Account,"

Greetings: hood, denise page d/b/a Denise Page Hood, chief judge et al., heirs and assigns,
           **district court of the united states, eastern district of Michigan**, trustee(s);

Now coming as the third-party intervener, and only real party in interest, houston, lasean dejong,
hereinafter *Moor grantee/grantor/heir/beneficiary*, "Claimant." I walk in the shoes of my ancestors;
I DECLARE I am the *Moor grantee/grantor/heir/beneficiary*, and by virtue of my special particular
treaty protected status as a private Moor americas aboriginal illinoisan national, and subject of the
*Al Maroc Shereefian Empire, "but not citizen of the united states for the district of columbia, nor
citizen of the united states of america in congress assembled." I DENY* that I am subject to the

jurisdiction of the *united states for the district of columbia*, nor the *united states of america in congress assembled.*

I DECLARE, it is my intention that equal Justice being rendered towards me in all disputes; that she is not molested, interrupted, or hindered, or her rights be destroyed in any manner while attending your institution for healthcare training programs, or continued education in any other field(s); and as a private *a Moor americas aboriginal illinoisan national and subject of the Al Maroc Shereefian Empire*, I shall be revered, honored, and respected and shall pass, and repass unencumbered, without interruption.

I accept your oath. I appoint you appoint you hood, denise page d/b/a Denise Page Hood, chief judge et al., heirs and assigns, **district court of the united states, eastern district of Michigan,** as Trustee(s) for: (485731947), (576469390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), Cases **99-48732-tjt, 2:09-cv-12263-GCS-MKM, 2:21-cv-11888-SJM-APP** "LASEAN DEJONG HOUSTON," "LASEAN HOUSTON," "KAYLA RENEE HOUSTON," CERT **#C19413635A." As Trustee(s) you owe me specific performance.** You shall ensure equal Justice being rendered towards me at all times.

I houston, lasean dejong, am the true owner. I exercise the equity of redemption, under the rules of equity, and claim all that was intended for me by my ancestors including, but not limited to, all right title and interest that is assigned, along with, their unique special deposit titles, the body, the name, the sum of all their attachments, obligations secured by specified collateral, issues, interest, credits emitted, monies borrowed, any abandoned funds, deposits, lands, assets, any inherited properties, rents, leases, derivatives, profits, proceeds, reserves, stores, Cases **99-48732-tjt, 2:09-cv-12263-GCS-MKM, 2:21-cv-11888-SJM-APP**, and all acquisitions due to me granting my signature for consideration, therefrom are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom, to be held in private equitable title **RF125594909US.702**. Taken without prior notice of superior, equal or prior adverse interest --- legal or equitable--- and without consent or equal Justice being rendered.

Claimant notices you I have priority interest in said Account. I DECLARE it is a trust, and unless you disclaim, within (7) days, from your receipt of this notice, the trust vests.                I DECLARE I am the *Moor grantee/grantor/heir/beneficiary.* I DECLARE, it is my intention that my estate be restored to me, and I am entitled **to a full accounting, real, personal, and equitable, list**

**of assets and debts due to my estate during such time as I was deprived, thereof. You owe me specific performance to produce, by due particularity, a full accounting, real, personal, and equitable, list of assets and debts due to my estate, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account,"** in USD species, to houston, lasean dejong *Moor grantee/grantor/heir/beneficiary,* and extinguish any local tax, obligation, reprisal, remuneration, indemnification, or debts, exhibit and account for the funds or other property in which the Claimant has an interest, and to pay over whatever may be due or belong to him, or the balance due Claimant on a fair accounting and release any and all collateral and return all remaining trust *res*, concerning said "**Account,**" to the *Moor grantee/grantor/heir/beneficiary,* to be held by you on Special Deposit.

### *Equity regards the beneficiary as the true owner*

Said Account which shall be held for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean d/b/a LASEAN DEJONG HOUSTON *Moor grantee/grantor/heir/beneficiary* concerning Account (485731947), (576469390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), Cases **99-48732-tjt, 2:09-cv-12263-GCS-MKM, 2:21-cv-11888-SJM-APP** "LASEAN DEJONG HOUSTON," "LASEAN HOUSTON," "KAYLA RENEE HOUSTON," CERT **#C19413635A, RF125594909US.702 Trust**. You are hereby noticed that all Custodian discretionary power to "direct, control, manage, supervise, vest or prohibit" my transaction is now merged and extinguished. I am without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same. I believe no such adverse claim exists. This Deed bars any would-be *bona fide* purchasers for value without notice under the rules of Equity.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* I have only tendered all the redemption for and on behalf of "LASEAN DEJONG HOUSTON," since the beginning, to protect my rights, titles, and interests, and to preserve my "good" name, as the implied equitable surety, **under legal compulsion.** I am entitled to the benefit of all collaterals or liens which the creditor held as security; and am entitled to be subrogated to the rights of the creditor against the person primarily liable. I HEREBY notice **ALL** men and persons, whether private or public, worldwide, that it is my intent to be subrogated to all the rights of the creditor in this (all) transactions. You are HEREBY noticed of my sole exclusive act to subrogate you to my rights as the implied equitable surety for "LASEAN DEJONG HOUSTON." (*Prov 11:15*)

You are hereby noticed that all Treasury and Attorney General Custodian discretionary power to "direct, control, manage, supervise, vest or prohibit" my transaction is now merged and extinguished. I am without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same. I believe no such adverse claim exists. This Deed bars any would-be *bona fide* purchasers for value without notice under the rules of Equity. Claimant notices you I have priority interest in said Account. and attach an equitable lien to your company charter, your bonds, sureties, and collaterals, for any breach of faith, and I require you return ALL my collateral, with all interests, rents, profits, proceeds, derivatives, derivations, and abandoned funds therefrom. *(Lev 6:2-5)*

As *Moor grantee/grantor/heir/beneficiary,* I have priority of right over the above named, assets and I exercise the equity of redemption. If you DENY, I DEMAND you:

> - **Show "good" cause** why I do not hold superior equitable or legal title to said property, and that it's not a trust.

You, hood, denise page d/b/a Denise Page Hood, chief judge et al., heirs and assigns, **district court of the united states, eastern district of Michigan,** trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

> *He who is silent seems to consent, when they ought to speak*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

***I DECLARE,*** under penalty and perjury under the laws of michigan and the united states of america that the foregoing is true and correct. Executed:_____ 28ᵗʰ August ,20 21 .

By: _____

**houston, lasean dejong,** *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**



*locus sigilli (seal)*

## JURAT

<u>Michigan state</u>)

<u>Oakland county</u>)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

<u>houston, lasean dejong, Moor grantee/grantor/heir/beneficiary,</u> in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae* (Age of Majority) and

proved to me upon satisfactory evidence, executed by the same as his manifest special intent and

purpose.

*DECLARED* before me in the County and State aforesaid this 28ᵗʰ day of _August_, 20 2/ .

*WITNESS* my hand and official seal.

_M. Petruzelli_
PRINT

_M. Petruzelli_
NOTARY

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _Oakland_

*locus sigilli* (seal)

*NOTICE OF PRIORITY INTEREST*                                              **Page 5 of 5**

# Exhibit S

*Special*

*SPECIAL, PRIVATE, PRIORITY, IN CONFIDENCE*

## PROOF OF CONSIDERATION

===================================

## CERT# D 7 7 2 9 6 1 8 2 A

===================================

FOR AND IN CONSIDERATION OF ONE PRIVATE LAWFUL SILVER CERTIFICATE ONE DOLLAR CURRENCY OF THE UNITED STATES OF AMERICA ACCOUNT: **Lat, 42.671048, Long. - 83.272267;** *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015***,** (XXXXX2607), (CT#121-0139996), (CT#04926-258328), (CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), **"LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON,"** privately **"RF125594909US.468Trust,"** hereafter, **"ACCOUNT"**; tendered by houston, lasean dejong, *Moor grantee/grantor/beneficiary* to brown, lisa d/b/a LISA BROWN, clerk/register of deeds et al., **Oakland County Clerk/Register of Deeds,** trustee(s), by houston, lasen dejong, *Moor grantee/ grantor/beneficiary.* As Trustee(s), you owe me specific performance, and **shall extinguish any tax, obligation, reprisal, remuneration, indemnification or debts** (in the public), and **setoff** (in the private), settlement and closure, release of collateral, and return all remaining trust *res* shall be used to extinguish any future debt, if any, for houston, lasean dejong, *Moor grantee/ grantor/beneficiary.*

Executed ____22ⁿᵈ January____ 20 2*I* .

By: ____houston, lasean dejong____ ,
houston, lasean dejong, *grantee/grantor/beneficiary*
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
**SPECIAL, PRIVATE, PRIORITY**

*PLACE REGISTERED MAIL NUMBER HERE* ___RF 124494246 US___    Page **1** of **2**

2:21-cv-11888-SJM-App

# JURAT

Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

houston, lasean dejong, Moor grantee/grantor/beneficiary in *Propria Persona Sui Juris,* who has attained

*majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as his manifest special intent

and purpose, executed by the same.

*DECLARED* before me in the County and State aforesaid this ___22ᴺᴰ___ day of ___January___, 202_1_.

*WITNESS* my hand and official seal.

___M. Petruzzelli___
NOTARY

___M. Petruzzelli___
PRINT

*(locus sigilli)*

*Notice Duly recorded at Pima County, Arizona recorder Seq#20201480845 and 846 herein incorporated by reference and made apart hereof*

*PLACE REGISTERED MAIL NUMBER HERE*   RF 124 494 246 US                     Page 2 of 2

2:21-Cv-11888-SJM-APP

*SPECIAL DEPOSIT, PRIVATE, PRIORITY, IN CONFIDENCE*

## PROOF OF CONSIDERATION

*Special*

TAPE 1 BILL HERE

**Al Maroc Shereefian Empire**

*(deo favente perennis)*

(God favors perennially)

=====================================
## CERT #C19413635A
=====================================

FOR AND IN CONSIDERATION OF a lawful Silver Certificate (1) one dollar currency (USD) of the *united states of america*, CERT #C19413635A "Account": (485731947), (576469390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON,", held privately,**,** now **"RF125594909US.702 Trust,"** tendered, by houston, lasean dejong, *Moor grantee/grantor/heir/beneficiary* to hood, denise page d/b/a Denise Page Hood, chief judge et al., heirs and assigns, **district court of the united states, eastern district of Michigan,** for the fiduciary appointment. As Trustee(s), **you owe me specific performance to produce, by due particularity, a full accounting, real, personal, and equitable, list of assets and debts due to my estate. You shall release any and all collateral, and return all remaining trust** *res*, **by** *reconversion* **of said "Account,"** in USD species, to houston, lasean dejong *Moor grantee/grantor/heir/beneficiary,* and extinguish any local tax, obligation, reprisal, remuneration, indemnification, or debts. **You shall ensure equal Justice being rendered towards houston, lasean dejong.** Executed *12th April* 20 *21* .

By: _____,
**houston, lasean dejong**, *grantee/grantor/beneficiary*
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled?"*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**



2:21-cv-11888-SJM-APP

**JURAT**

<u>Michigan state</u>)

<u>Oakland county</u>)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

<u>*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary* ,</u>in *Propria Persona Sui Juris*

(in persona, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his

own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special

intent and purpose.

***DECLARED*** before me in the County and State aforesaid this ___12th___day of _____*april*_____, 20_21_.

*WITNESS* my hand and official seal.

_____M. Petzgelli_____          _____M. Petrozzelli_____

NOTARY                                        PRINT

                                                        (seal)



*Notice Duly recorded at Pima County, Arizona recorder Seq#20201480845 and 846 herein incorporated by reference and made apart hereof*

*PLACE REGISTERED MAIL NUMBER HERE* ___RO 704 746 004 US___                    Page **2** of **2**

2:21-CV-11888-SJM-APP

*SPECIAL DEPOSIT, PRIVATE, PRIORITY, IN CONFIDENCE*

## PROOF OF CONSIDERATION

*Special*

TAPE 1 BILL HERE

***Al Maroc Shereefian Empire***

*(deo favente perennis)*

(God favors perennially)

```
=================================
```
### CERT #P32794531A
```
=================================
```

FOR AND IN CONSIDERATION OF a lawful Silver Certificate (1) one dollar currency (USD) of the *united states of america*, CERT # P32794531A "Account": (485731947), (576469390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON,", held privately," now "**RF125594909US.702 Trust,**" tendered, by houston, lasean dejong, *Moor grantee/grantor/heir/beneficiary* to essix, kinikia denise d/b/a Kinikia D. Essix, court administrator/clerk of court et al., heirs and assigns, **district court of the united states, eastern district of Michigan,** for the fiduciary appointment. As Trustee(s), **you owe me specific performance to produce, by due particularity, a full accounting, real, personal, and equitable, list of assets and debts due to my estate. You shall release any and all collateral, and return all remaining trust** *res,* **by** *reconversion* **of said "Account,"** in USD species, to houston, lasean dejong *Moor grantee/grantor/heir/beneficiary,* and extinguish any local tax, obligation, reprisal, remuneration, indemnification, or debts. **You shall ensure equal Justice being rendered towards houston, lasean dejong.** Executed ___29ᵗʰ April__ 20_21_.

By: ___houston, lasean dejong,___
**houston, lasean dejong,** *grantee/grantor/beneficiary,*
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of colum...*
*nor citizen of the united states of america in congress asse...*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*PLACE REGISTERED MAIL NUMBER HERE*  RE 704 746 018 US

2:21-CV-11888-SJM-APP

# JURAT

<u>Michigan state</u>)

<u>Oakland county</u>)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

<u>*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary*</u> , *in Propria Persona Sui Juris*

(in persona, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his

own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special

intent and purpose.

***DECLARED*** before me in the County and State aforesaid this <u>29th</u> day of <u>April</u> , 20 <u>21</u> .

*WITNESS* my hand and official seal.

_____        _____
NOTARY        PRINT

(seal)

```
M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland
```

*Notice Duly recorded at Pima County, Arizona recorder Seq#20201480845 and 846 herein incorporated by reference and made apart hereof*

*PLACE REGISTERED MAIL NUMBER HERE* <u>RE 704 746 018 US</u>

2:21-CV-11888-SJM-APP

*SPECIAL, PRIVATE, PRIORITY, IN CONFIDENCE*

**PROOF OF CONSIDERATION**

*special*



TAPE BILL HERE

==============================

F 0 5 7 3 9 0 0 4 A

==============================

FOR AND IN CONSIDERATION OF ONE PRIVATE LAWFUL SILVER CERTIFICATE ONE DOLLAR CURRENCY OF THE UNITED STATES OF AMERICA ACCOUNT (#325662607) "LASEAN DEJONG HOUSTON," privately "**RF125594909US.342 Trust**," tendered by houston, lasean dejong, *Moor grantee/ grantor/beneficiary* to nessel, dana d/b/a DANA NESSEL, attorney general et al., **Michigan Attorney General,** trustee(s), by houston, lasen dejong, *Moor grantee/beneficiary/grantor.* As Trustee(s), you owe me specific performance, and **shall extinguish any debts** (in the public), and **setoff** (in the private), settlement and closure, release of collateral, and return all remaining trust *res* shall be used to extinguish any future debt, if any, for houston, lasean dejong, *Moor grantee/beneficiary/grantor.*

By: _houston, lasandejong,_

**houston, lasean dejong,** *grantee/grantor/beneficiary*
a private a Moor /americas aboriginal illinoisan national,
"but not citizen of the united states for the district of columbia,"
nor citizen of the united states of america in congress assembled
**SPECIAL, PRIVATE, PRIORITY**

**JURAT**

Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
houston, lasean dejong, *Moor grantee/grantor/beneficiary in Propria Persona Sui Juris,* who has attained
*majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as his manifest special intent
and purpose, executed by the same.

*DECLARED* before me in the County and State aforesaid this _16_ day of _January_, 20 _21_.

*WITNESS* my hand and official seal.

_M. Petruzzelli_          _M. Petruzzelli_
NOTARY                    PRINT

*(locus sigilli)*

*PLACE REGISTERED MAIL NUMBER HERE* _RF124494100 US_                    Page 1 of 1

2:21-cv-11888-SJM-App

*SPECIAL DEPOSIT, PRIVATE, PRIORITY, IN CONFIDENCE*

### PROOF OF CONSIDERATION

*Special*

TAPE 1 BILL HERE

*Al Maroc Shereefian Empire*

*(deo favente perennis)*

(God favors perennially)

====================================
### CERT #X32416204A
====================================

FOR AND IN CONSIDERATION OF a lawful Silver Certificate (1) one dollar currency (USD) of the *united states of america*, CERT **#X32416204A** "Account": (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," held privately**,"** now "**RF125594909US.729 Trust,**" tendered, by houston, lasean dejong, *Moor grantee/grantor/guardian* to redfield, larrisa d/b/a LARRISA REDFIELD, supervisor et al., heirs and assigns, **Lutheran Social Services of Illinois,** for the fiduciary appointment. As Trustee(s), **you owe me specific performance to produce, by due particularity, a full accounting, real, personal, and equitable, list of assets and debts due to my estate. You shall release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account,"** in USD species, to houston, lasean dejong *Moor grantee/grantor/heir/beneficiary,* and extinguish any local tax, obligation, reprisal, remuneration, indemnification, or debts. **You shall ensure equal Justice being rendered towards houston, lasean dejong.** Executed 21ˢᵗ June 20 21.

By: _____,
**houston, izoha monea**
Witness

By: _____,
**houston, lasean dejong**, *grantee/grantor/beneficiary*
a private a Moor, americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled,"*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

2:21-cv-11888-SJM-APP

# JURAT

<u>Michigan state</u>)

<u>Oakland county</u>)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary ,*in Propria Persona Sui Juris
(in persona, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his
own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special
intent and purpose.

***DECLARED*** before me in the County and State aforesaid this 21st day of ___June___, 2024 .

*WITNESS* my hand and official seal.

___M. Petruzelli___
PRINT

___M. Petruzzelli___
NOTARY

(seal)

M. PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*PLACE REGISTERED MAIL NUMBER HERE* _____

Page **2** of **3**

**PROOF OF CONSIDERATION**

*Special*

TAPE 1 BILL HERE

```
==============================
  I 5 5 3 6 2 2 8 7 A
==============================
```

FOR AND IN CONSIDERATION OF ONE PRIVATE LAWFUL ONE SILVER CERTIFICATE DOLLAR CURRENCY OF THE UNITED STATES OF AMERICA ACCOUNT (#325662607), (#58625385), "LASEAN DEJONG HOUSTON," privately **RF125594909US.063** Trust," tendered by houston, lasean dejong, *Moor grantee/ grantor/beneficiary* to harris, marion a d/b/a MARION HARRIS chief executive officer et al., **Ford Motor Credit,** trustee(s), by houston, lasen dejong, *Moor grantee/ grantor/beneficiary.* As Trustee(s), **you owe me specific performance**, and **shall extinguish any debts** (in the public), and **setoff** (in the private), settlement and closure, release of collateral, and return all remaining trust *res* shall be used to extinguish any future debt, if any, for houston, lasean dejong, *Moor grantee/grantor/beneficiary.*

By: _houston, laseandejong_
**houston, lasean dejong**, *grantee/grantor/beneficiary*
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor the united states of america in congress assembled."*
**SPECIAL, PRIVATE, PRIORITY**

**JURAT**

Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
houston, lasean dejong, Moor grantee/grantor/beneficiary in Propria Persona Sui Juris, who has attained *majoris aetatis suae est in dextra,* and proved to me upon satisfactory evidence, as his manifest special intent and purpose, executed by the same.

*DECLARED* before me in the County and State aforesaid this _16th_ day of _January_, 20 _21_.

*WITNESS* my hand and official seal.

_M. Petruzzelli_
NOTARY

_M. Petruzzelli_
PRINT

*(locus sigilli)*

2:21-cv-11888-SJM-APP

## PROOF OF CONSIDERATION

*special*

TAPE $1 BILL HERE

D 6 6 5 3 7 5 1 5 D

FOR AND IN CONSIDERATION OF ONE PRIVATE LAWFUL DOLLAR CURRENCY OF THE UNITED STATES OF AMERICA (ACCOUNT#**58625385),** TENDERED BY houston, lasean dejong, *Moor grantee.* As Trustee(s), you owe me specific performance, and shall extinguish any debts (in the public), and setoff (in the private), settlement and closure, release of collateral, and return all remaining trust *res* shall be used to extinguish any future debt, if any, for houston, lasean dejong, *Moor grantee.*

Executed By: _____, *in Propria Persona*
**houston, lasean dejong** grantee
private Moor/americas aboriginal, free inhabitant, illinoisan national,
*"but not citizen of the of the united states for the district of columbia,*
*or the united states of america in congress assembled,"*
Agent without recourse to LASEAN DEJONG HOUSTON of Illinois
SPECIAL, PRIVATE, PRIORITY

### JURAT

 *Michigan state)*

*Oakland county)*

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared
houston, lasean dejong, *Moor grantee in Propria Persona Sui Juris,* who has attained *majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as his special intent and purpose, executed by the same.

***DECLARED*** before me in the County and State aforesaid this 22ⁿᵈ day of _____, 2020.

*WITNESS* my hand and official seal.

_____                _____
NOTARY                                  PRINT

*(locus sigilli)*

*PLACE REGISTERED MAIL NUMBER HERE* RF 125 595 328 US
RF 124 494 039 US                                       Page 1 of 1

2:21-cv-11888-SJM-APP

*SPECIAL, PRIVATE, PRIORITY, IN CONFIDENCE*

## PROOF OF CONSIDERATION

*Special*

TAPE J BILL HERE

=======================================
## D 9 7 3 1 3 2 8 0 A
=======================================

FOR AND IN CONSIDERATION OF ONE PRIVATE LAWFUL SILVER CERTIFICATE ONE DOLLAR

CURRENCY OF THE UNITED STATES OF AMERICA ACCOUNT (#325662607) (#100025822188),

"LASEAN DEJONG HOUSTON," privately "**RF125594909US.081 Trust**," tendered by houston, lasean dejong,

*Moor grantee/ grantor/beneficiary* to rochow, Garrick d/b/a GARRICK ROCHOW, chief executive officer et al.,

**Consumers Energy,** trustee(s), by houston, lasen dejong, *Moor grantee/beneficiary/grantor.* As Trustee(s), you

owe me specific performance, and **shall extinguish any debts** (in the public), and **setoff** (in the private),

settlement and closure, release of collateral, and return all remaining trust *res* shall be used to extinguish any

future debt, if any, for houston, lasean dejong, *Moor grantee/beneficiary/grantor.*

By: _houston, lasean dejong_ ,
**houston, lasean dejong**, *grantee/grantor/beneficiary*
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,"*
**SPECIAL, PRIVATE, PRIORITY**

**JURAT**

Michigan state)

Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared
_houston, lasean dejong, Moor grantee/grantor/beneficiary_ in Propria Persona Sui Juris, who has attained
*majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as his manifest special intent
and purpose, executed by the same.

***DECLARED*** before me in the County and State aforesaid this __19__ day of __January__ , 20 _21_.

*WITNESS* my hand and official seal.

_M. Petuzzelli_
NOTARY

_M. Petruzzelli_
PRINT

(*locus sigilli*)

*PLACE REGISTERED MAIL NUMBER HERE* __RF 124 494095 US__

RECEIVED
JAN 29 2021
CECo Legal
Page 1 of 1

2:21-CV-11888-SJM-APP

**PROOF OF CONSIDERATION**

*Special*

TAPE 1 BILL HERE

==============================
H 9 8 3 4 9 1 3 3 A
==============================

FOR AND IN CONSIDERATION OF ONE PRIVATE LAWFUL ONE SILVER CERTIFICATE DOLLAR CURRENCY OF THE UNITED STATES OF AMERICA ACCOUNT (#325663612), "TERAJAI ARMOND HOUSTON," privately **RF125594909US.333** Trust," tendered by houston, terajai armond, *Moor grantee/ grantor/beneficiary* to laycoe, chris d/b/a CHRIS LAYCOE, general manager et al., **Airboss Flexible Products,** trustee(s), by houston, terajai armond, *Moor grantee/ grantor/beneficiary.* As Trustee(s), **you owe me specific performance,** and **shall extinguish any debts** (in the public), and **setoff** (in the private), settlement and closure, release of collateral, and return all remaining trust *res* shall be used to extinguish any future debt, if any, for houston, terajai armond, *Moor grantee/grantor/beneficiary.*

By: **houston, terajai armond**
**houston, terajai armond,** *grantee/grantor/beneficiary*
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor the united states of america in congress assembled,"*
**SPECIAL, PRIVATE, PRIORITY**

**JURAT**

M. PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

Michigan state)

Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared
houston, terajai armond, Moor grantee/grantor/beneficiary *in Propria Persona Sui Juris,* who has attained *majoris aetatis suae est in dextera,* and proved to me upon satisfactory evidence, as his manifest special intent and purpose, executed by the same.

***DECLARED*** before me in the County and State aforesaid this 7Th day of January, 20 21.

*WITNESS* my hand and official seal.

M. Petruzzelli
NOTARY

M. Petruzzelli
PRINT

*(locus sigilli)*

*PLACE REGISTERED MAIL NUMBER HERE* RF 124 493 988 US                Page 1 of 1

2:21-CV-11888-SJM-APP

TYVEK IS RECYCLABLE.
©2003, DUPONT AND TYVEK® ARE TRADEMARKS OF DUPONT.

*PRESS FIRMLY TO SEAL*

*PRESS FIRMLY TO SEAL*

**UNITED STATES POSTAL SERVICE ®**

**MAILING ENVELOPE**
FOR DOMESTIC AND INTERNATIONAL USE

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.**

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

USPS TRACKING #

9505 5117 7338 1245 5272 99

PRIORITY
★ MAIL ★

EXPECTED DELIVERY DAY: 09/03/21

**PRIORITY MAIL**



**PRIORITY MAIL**

U.S. POSTAGE PAID
PM
$9.05

SPECIAL

9/2/21

21-cv-11888-SJM-APP

9/2/202

FROM: Rauim, Jason deion Maur Bradom
40.3079 S. Baldwin Rd.
Lake Orion, Michigan

TO: Clerk of Court
district court of the U.S.
eastern district of Michigan
231 W. Lafayette Blvd Rm
Detroit Michigan 48226






**VISIT US AT USPS.COM ®**
ORDER FREE SUPPLIES ONLINE

**DuPont™ Tyvek®**
Protect What's Inside.™

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; March 2020; All rights reserved.

Please
Recycle