(#58625385), (xxx-xx-2607), "LESEAN HOUSTON," CERT #D66537515D, shall be granted as trust res, on special deposit, to be maintained by harris, marion d/b/a MARION HARRIS chief executive officer et al., heirs and assigns, **Ford Motor Credit**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong*. As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (#58625385), (xxx-xx-2607), "LESEAN HOUSTON,"

CERT #D66537515D, "ACCOUNT." All resulting custodians of fiduciary character owing a good

faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets,

rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts,

encumbrances, and secured third party interests, if any, that without said testimony of which, this

matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with

the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said
  property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of
  perjury, in support of their superior, equal, or prior, either legal or equitable interest why
  their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's
  total and complete merger and resulting extinguishment, entitling all remainder and
  reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute
  void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full
  accounting, of real, personal, and equitable, list of assets and debts due to my
  estate**.

You, harris, marion d/b/a MARION HARRIS chief executive officer et al., heirs and assigns, **Ford
Motor Credit,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT,
have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is
acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8th June _____, 20 21.

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

*locus sigilli* (seal)

## JURAT

  Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 8th day of   June, 20 21.

*WITNESS* my hand and official seal.

_____        _____
PRINT    M. Petruzzelli                   NOTARY   M. Petruzzelli

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

Exhibit
I-13

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.063 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (xxx-xx-2607), "LASEAN DEJONG HOUSTON," CERT #X37864646A, and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "RF125594909US.063 Trust," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (xxx-xx-2607), "LASEAN DEJONG HOUSTON," CERT #X37864646A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said

2:21-cv-11888-SJM-APP

(xxx-xx-2607), "LASEAN DEJONG HOUSTON," CERT #X37864646A, shall be granted as trust res, on special deposit, to be maintained by farley, james d jr d/b/a JIM FARLEY chief executive officer et al., of **Ford Motor Company**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (xxx-xx-2607), "LASEAN DEJONG HOUSTON," CERT #X37864646A, "ACCOUNT." All resulting custodians of fiduciary character owing a good

faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, farley, james d jr d/b/a JIM FARLEY chief executive officer et al., heirs and assigns, **Ford Motor Company,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8ᵗʰ June , 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

***I DECLARE,*** under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: ~houston, lasean dejong~

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

*locus sigilli* (seal)

## JURAT

  Michigan state)

 Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*
(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of
Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his
manifest special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this 8ᵗʰ day of ___June___, 20 21 .
*WITNESS* my hand and official seal.

_____M. Petruzzelli_____     _____M. Petruzzelli_____
PRINT                          NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

Exhibit I-14

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.072 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (2147793539/160601-S:8, L:48), (xxx-xx-2607), "LASEAN HOUSTON, CERT#I20445821A, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "RF125594909US.072 Trust," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (2147793539/160601-S:8, L:48), (xxx-xx-2607), "LASEAN HOUSTON, CERT#I20445821A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and

2:21-CV-11888-SJM-APP

the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (2147793539/160601-S:8, L:48), (xxx-xx-2607), "LASEAN HOUSTON, CERT#I20445821A, shall be granted as trust res, on special deposit, to be maintained by buchanan, jackeline d/b/a JACKELINE BUCHANAN, chief executive officer et al., heirs and assigns, **Genisys Credit Union**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (2147793539/160601-S:8, L:48), (xxx-xx-2607), "LASEAN HOUSTON,

CERT#I20445821A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, buchanan, jackeline d/b/a JACKELINE BUCHANAN, chief executive officer et al., heirs and assigns, **Genisys Credit Union,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or
**BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8th June , 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

**JURAT**

  Michigan state)

  Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

_houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris_

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 8th day of  June , 20 21 .

*WITNESS* my hand and official seal.

___M. Petruzzelli_____        ___M. Petruzzelli_____
PRINT                          NOTARY

                              *locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*          **Page 4 of 4**

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

Exhibit I-15

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.387 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (CT#112-72603767(50717650), (CT#112-19726003767 (958015), (XXXXX2607), Lat, 42.671048, Long. -83.272267, (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT #W92787004A, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "RF125594909US.072 Trust," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (CT#112-72603767(50717650), (CT#112-19726003767 (958015), (XXXXX2607), Lat, 42.671048, Long. -83.272267, (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT #W92787004A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong,

2:21 -cv - 11888 - SJM - APP

*Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (CT#112-72603767(50717650), (CT#112-19726003767 (958015), (XXXXX2607), Lat, 42.671048, Long. -83.272267, (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON,"  "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT #W92787004A, shall be granted as trust res, on special deposit, to be maintained by rettig, charles paul d/b/a CHARLES PAUL RETTIG, commissioner, et al., heirs and assigns, **internal revenue**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong*. As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (CT#112-72603767(50717650), (CT#112-19726003767 (958015), (XXXXX2607), Lat, 42.671048, Long. -83.272267, (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT #W92787004A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, rettig, charles paul d/b/a CHARLES PAUL RETTIG, commissioner, et al., heirs and assigns, **internal revenue,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8ᵗʰ June , 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

***I DECLARE***, under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

*locus sigilli* seal

**JURAT**

  Michigan state)

  Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary,* in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this _8ᵗʰ_ day of _June_, 20_21_.

*WITNESS* my hand and official seal.

____M. Petruzzelli____          ____M. Petruzzelli____
PRINT                          NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

*Exhibit I-16*

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.396 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to "Houston, LaSean DeJong" or "LaSean DeJong Houston," "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," "LASEAN D. HOUSTON," "LASEAN HOUSTON," or "SEAN HOUSTON," "LaSean DeJong Houston Living Estate Trust," and any other legal derivations including, but not limited to, (XXXXX2607), (XXXXX5580), (#XXXXX9246), (XXXXX8300), "LASEAN HOUSTON," "KAYLA RENEE HOUSTON," CERT#L14549212A, and CERT#D09205835A, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "RF125594909US.072 Trust," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of "Houston, LaSean DeJong" or "LaSean DeJong Houston," "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," "LASEAN D. HOUSTON," "LASEAN HOUSTON," or "SEAN HOUSTON," "LaSean DeJong Houston Living Estate Trust," and any other legal derivations including, but not limited to,

2:21 – cv – 11888 – SJM-APP

(XXXXX2607), (XXXXX5580), (#XXXXX9246), (XXXXX8300), "LASEAN HOUSTON," "KAYLA RENEE HOUSTON," CERT#L14549212A, and CERT#D09205835A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said "Houston, LaSean DeJong" or "LaSean DeJong Houston," "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," "LASEAN D. HOUSTON," "LASEAN HOUSTON," or "SEAN HOUSTON," "LaSean DeJong Houston Living Estate Trust," and any other legal derivations including, but not limited to, (XXXXX2607), (XXXXX5580), (#XXXXX9246), (XXXXX8300), "LASEAN HOUSTON," "KAYLA RENEE HOUSTON," CERT#L14549212A, and CERT#D09205835A, shall be granted as trust res, on special deposit, to be maintained by dejoy, louis d/b/a LOUIS DEJOY, united states postmaster general, et al., heirs and assigns, **United States Postmaster General**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited,

and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : "Houston, LaSean DeJong" or "LaSean DeJong Houston," "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," "LASEAN D. HOUSTON," "LASEAN HOUSTON," or "SEAN HOUSTON," "LaSean DeJong Houston Living Estate Trust," and any other legal derivations including, but not limited to, (XXXXX2607), (XXXXX5580), (#XXXXX9246), (XXXXX8300), "LASEAN HOUSTON," "KAYLA RENEE HOUSTON," CERT#L14549212A, and CERT#D09205835A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate.**

You, dejoy, louis d/b/a LOUIS DEJOY, united states postmaster general, et al., heirs and assigns, **United States Postmaster General,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

Executed: _____ 8th June , 20 21.

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia*
*nor citizen of the united states of america in congress assembl*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

**JURAT**

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _Oakland_

  Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
_houston, lasean dejong, Moor grantee/grantor/heir/beneficiary,_ in Propria Persona Sui Juris
(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 8th day of June , 20 21.

*WITNESS* my hand and official seal.

_____ M. Petruzzelli _____     _____ M. Petruzzelli _____
PRINT                            NOTARY

*locus sigilli* (seal)

[end of public record – newspaper or county, public filing registry, or all three]

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

EXHIBIT -I-17

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.684 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #Q86835167A, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "RF125594909US.684 Trust," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #Q86835167A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the

2: 21 - CV - 11888 - SJM-APP

world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #Q86835167A, shall be granted as trust res, on special deposit, to be maintained by mayorkas, alejandro nicholas d/b/a Alejandro Mayorkas, secretary of homeland security et al., heirs and assigns, **Department of Homeland Security**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #Q86835167A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, mayorkas, alejandro nicholas d/b/a Alejandro Mayorkas, secretary of homeland security et al., heirs and assigns, **Department of Homeland Security,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8ᵗʰ June , 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

***I DECLARE,*** under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

## JURAT

  Michigan state)

Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*
(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of
Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his
manifest special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this   8ᵗʰ day of    June , 20 21 .

*WITNESS* my hand and official seal.

_____M. Petruzzelli_____          _____M. Petruzzelli_____
PRINT                            NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of  Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

Exhibit I18

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.549 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (CT#112-72603767(50717650), (CT#112-19726003767(958015), (#121-258328, and #121-0139996-20655688), (CT#2001-05688/8557809), (CF#2019-08366-261121), (XXXXX2607), (XXXXX7208), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT #H19777276A, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private **"RF125594909US.549 Trust,"** for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of (CT#112-72603767(50717650), (CT#112-19726003767(958015), (#121-258328, and #121-0139996-20655688), (CT#2001-05688/8557809), (CF#2019-08366-261121), (XXXXX2607), (XXXXX7208), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT #H19777276A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn

2:21-cv-11888-SJM-APP

from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid*, in relationship to said (CT#112-72603767(50717650), (CT#112-19726003767(958015), (#121-258328, and #121-0139996-20655688), (CT#2001-05688/8557809), (CF#2019-08366-261121), (XXXXX2607), (XXXXX7208), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT #H19777276A, shall be granted as trust res, on special deposit, to be maintained by yellen, janet louise d/b/a JANET LOUISE YELLEN, secretary of the treasury et al., heirs and assigns, **United States Department of the Treasury**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong*. As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (CT#112-72603767(50717650), (CT#112-19726003767(958015), (#121-258328, and #121-0139996-20655688), (CT#2001-05688/8557809), (CF#2019-08366-261121), (XXXXX2607), (XXXXX7208), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT #H19777276A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, yellen, janet louise d/b/a JANET LOUISE YELLEN, secretary of the treasury et al., heirs and assigns, **United States Department of the Treasury,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8ᵗᴴ June _____, 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____

**houston, lasean dejong,** Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

**JURAT**



_Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this _8ᵗᴴ_day of _June_, 20 21 .

*WITNESS* my hand and official seal.

_____        _____
PRINT                                           NOTARY

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*locus sigilli* (seal)

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

*Exhibit*
*I-19*

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private **"RF125594909US.369 Trust,"** and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#XXXXX2607), (H235488139065), "LASEAN DEJONG HOUSTON," CERT #X69425727, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private **"RF125594909US.369 Trust,"** for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of (#XXXXX2607), (H235488139065), (H235599744967), (H235789071888), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," "TERAJAI ARMOND HOUSTON," "MERCEDES ROSE HOUSTON," **EJC 4361 -VIN#ZACCJBBB7HPF22196, EHE 9954 - VIN#1G1AL58F487206970, 543 D 60 -VIN#1GKET16S326103249, DUX 8139 - VIN#1FMSK8DH3LGB03485,** CERT #X69425727, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*          **Page 1 of 4**

2:21 -cv- 11888-SJM-APP

intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (#XXXXX2607), (H235488139065), (H235599744967), (H235789071888), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," "TERAJAI ARMOND HOUSTON," "MERCEDES ROSE HOUSTON," EJC 4361 - VIN#ZACCJBBB7HPF22196, EHE 9954 - VIN#1G1AL58F487206970, 543 D 60 - VIN#1GKET16S326103249, DUX 8139 - VIN#1FMSK8DH3LGB03485, CERT #X69425727, shall be granted as trust res, on special deposit, to be maintained by benson, jocelyn d/b/a JOCELYN BENSON, secretary of state, et al., heirs and assigns, **Michigan Department of State**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said **:** of (#XXXXX2607), (H235488139065), (H235599744967), (H235789071888), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," "TERAJAI ARMOND HOUSTON," "MERCEDES ROSE HOUSTON," **EJC 4361 -VIN#ZACCJBBB7HPF22196, EHE 9954 - VIN#1G1AL58F487206970, 543 D 60 -VIN#1GKET16S326103249, DUX 8139 - VIN#1FMSK8DH3LGB03485,** CERT #X69425727, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, benson, jocelyn d/b/a JOCELYN BENSON, secretary of state, et al., heirs and assigns, **Michigan Department of State,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8th June , 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____ houston, lascandejong _____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
*SPECIAL DEPOSIT, PRIVATE, PRIORITY*

**JURAT**

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary*, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 8th day of ___ June , 20 21 .

*WITNESS* my hand and official seal.

___ M. Petruzelli _____          ___ M. Petruzelli _____
PRINT                          NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

*Exhibit I-20*

# Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private **"RF125594909US.477 Trust,"** and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #X69425727A, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private **"RF125594909US.477 Trust,"** for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #X69425727A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 1 of 4**

world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #X69425727A, shall be granted as trust res, on special deposit, to be maintained by blinken, antony john d/b/a ANTONY BLINKEN, secretary of state et al., heirs and assigns **united states of america, Department of State**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #X69425727A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, blinken, antony john d/b/a ANTONY BLINKEN, secretary of state et al., heirs and assigns **united states of america**, **Department of State**, as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8ᵗʰ June , 20 21.

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

***I DECLARE,*** under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean djong_____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

### JURAT

 Michigan state)

Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

_houston, lasean dejong, Moor grantee/grantor/heir/beneficiary_, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this _8ᵗʰ_ day of _June_, 20 21.

*WITNESS* my hand and official seal.

___M. Petruzelli_____          ___M. Petruzelli_____
PRINT                                    NOTARY

*locus sigilli* (seal)

M. PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _Oakland_

Special

[public record – general post, county, or public filing registry, or all three, four pages]

Exhibit
I -21

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private **"RF125594909US.432 Trust,"** and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (XXXXX2607), (XXXXX7208), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT#D36169590A, and CERT#A74502369A, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private **"RF125594909US.432 Trust,"** for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of (XXXXX2607), (XXXXX7208), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT#D36169590A, and CERT#A74502369A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn

from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/beneficiary* a private Moor, americas aboriginal illinoisan national, third-party

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*  Page 1 of 4

2:21-CV-11888-SJM-APP

intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX2607), (XXXXX7208), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT#D36169590A, and CERT#A74502369A, shall be granted as trust res, on special deposit, to be maintained by saul, andrew marshall d/b/a ANDREW SAUL, commissioner et al., heirs and assigns, **Social Security Administration**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (XXXXX2607), (XXXXX7208), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," "KAYLA RENEE HOUSTON," CERT#D36169590A, and CERT#A74502369A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, saul, andrew marshall d/b/a ANDREW SAUL, commissioner et al., heirs and assigns, **Social Security Administration,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or
**BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8th  June, 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

**I DECLARE,** under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

## JURAT

  Michigan state)

 Oakland county)

**I HEREBY DECLARE** that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary*, in Propria Persona Sui Juris
(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of
Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his
manifest special intent and purpose.

**DECLARED** before me in the County and State aforesaid this __8th__ day of __June__, 20 21 .

*WITNESS* my hand and official seal.

___M. Petruzelli___          ___M. Petruzelli___
PRINT                    NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _Oakland_

Special

[public record – general post, county, or public filing registry, or all three, four pages]

Exhibit
I-22

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.333 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#XXXXX3612), "TERAJAI ARMOND HOUSTON," CERT#H98349133A, as consideration and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.333 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of (#XXXXX3612), "TERAJAI ARMOND HOUSTON," CERT #H98349133A, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of*

2:21 -CV - 11888 -SJM- APP

*1787-1880 Madrid,* in relationship to said (#XXXXX3612), "TERAJAI ARMOND HOUSTON," CERT#H98349133A, shall be granted as trust res, on special deposit, to be maintained by laycoe, chris d/b/a CHRIS LAYCOE, general manager et al., heirs and assigns, **Airboss Flexible Products**, trustee(s) in good faith capacity, containing the  special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
near. [48359]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

### DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said : (#XXXXX3612), "TERAJAI ARMOND HOUSTON," CERT#H98349133A "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all

abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, laycoe, chris d/b/a CHRIS LAYCOE, general manager et al., heirs and assigns, **Airboss Flexible Products,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) seven days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8th June _____, 20 21.

Performed by my hand, my *special intent and purpose*, under my seal, freewill act and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
*SPECIAL DEPOSIT, PRIVATE, PRIORITY*

## JURAT

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 8th day of ___ June, 20 21.

*WITNESS* my hand and official seal.

___M. Petruzzelli___          ___M. Petruzzelli___
PRINT                         NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

Exhibit I-23

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.126 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#1031780199), (XXXXX2607), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #U79776640A," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "RF125594909US.126 Trust," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (#1031780199), (XXXXX2607), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #U79776640A," a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers

2:21-CV-11888-SJM-APP

of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (#1031780199), (XXXXX2607), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #U79776640A," shall be granted as trust res, on special deposit, to be maintained by cardona, miguel angel d/b/a MIGUEL CARDONA, secretary of education et al., heirs and assigns, **United States Department of Education**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial

interest by nature said : (#1031780199), (XXXXX2607), (XXXXX9246), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #U79776640A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, cardona, miguel angel d/b/a MIGUEL CARDONA, secretary of education et al., heirs and assigns, **United States Department of Education,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 8ᵗ June, 20 2/ .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong,** Moor grantee/grantor/beneficiary
a private Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

**JURAT**

  Michigan state)

  Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 8ᵗ day of  June , 20 2/ .

*WITNESS* my hand and official seal.

_____M. Petruzzelli_____          _____M. Petruzzelli.____
PRINT                              NOTARY

                                        *locus sigilli* (seal)

M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

*Exhibit I-24*

# Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.441 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (CT#112-72603767(50717650), (CT#112-19726003767(958015), (XXXXX2607), (Lat, 42.671048, Long.-83.272267)**,** (CT#2001-05688/8557809), (CF#2019-08366-261121), "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," CERT#F80979216A," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.441 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (CT#112-72603767(50717650), (CT#112-19726003767(958015), (XXXXX2607), (Lat, 42.671048, Long.-83.272267)**,** (CT#2001-05688/8557809), (CF#2019-08366-261121), "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," **CERT#F80979216A**, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national,

2:21-CV-11888-SJM-APP

third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (CT#112-72603767 (50717650), (CT#112-19726003767(958015), (XXXXX2607), (Lat, 42.671048, Long.-83.272267), (CT#2001-05688/8557809), (CF#2019-08366-261121), "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," **CERT#F80979216A** shall be granted as trust res, on special deposit, to be maintained by raoul, kwame d/b/a KWAME RAOUL, attorney general for illinois et al., heirs and assigns, **Illinois Attorney General** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "ACCOUNT," cook county clerk File No. said (CT#112-72603767 (50717650), (CT#112-19726003767(958015), (XXXXX2607), (Lat, 42.671048, Long.-83.272267)**,** (CT#2001-05688/8557809), (CF#2019-08366-261121), "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," **CERT#F80979216A**, "ACCOUNT. " All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, raoul, kwame d/b/a KWAME RAOUL, attorney general for illinois et al., heirs and assigns, **Illinois Attorney General,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 11ᵗʰ June ____, 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____ houston, lasean dejong _____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

## JURAT

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary*, in Propria Persona Sui Juris
(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of
Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his
manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 11ᵗᵃ day of ___ June ___, 20 21 .
*WITNESS* my hand and official seal.

_____ M. Petruzelli _____          _____ M. Petruzelli _____
PRINT                               NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

Exhibit I-25

# Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.360 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#XXXXXX2607), (XXXXX7208), (XXXXX9246), passports (XXXXX1947), (XXXXX5516), (XXXXX9390), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE  HOUSTON," and "KAYLA RENEE HOUSTON," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.360 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON,"  shall be granted as trust res with (1) **CERT#R70570760A,** a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*          **Page 1 of 4**

real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON,"  and C**ERT#R70570760A** shall be granted as trust res, on special deposit, to be maintained by wilkinson, robert montague d/b/a MONTY WILKINSON, attorney general et al., **United States of America Department of Justice,** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "ACCOUNT," cook county clerk File No. said (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE  HOUSTON," and "KAYLA RENEE HOUSTON,"  and C**ERT#R70570760A**,  "ACCOUNT. " All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, wilkinson, robert montague d/b/a MONTY WILKINSON, attorney general et al., **United States of America Department of Justice,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 6ᵗʰ June ____, 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

## JURAT

Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary,* in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this *6ᵗʰ* day of ___ June , 20 21 .

*WITNESS* my hand and official seal.

_M. Petruzelli_____      _M. Petuzella_____
PRINT                      NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*          **Page 4 of 4**

Special

[public record – general post, county, or public filing registry, or all three, four pages]

Exhibit I-26

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.558 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary*, a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to cook county clerk File No. (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," CERT #C94160886J, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.558 Trust**," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (485731947), (576469390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,"

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 1 of 4**

2:21 - cv - 11888 - SJM - APP

"LASEAN D. HOUSTON," "LASEAN HOUSTON," "SEAN HOUSTON," or "SEAN D. HOUSTON,"
shall be granted as trust res with (1) CERT #C94160886J, a lawful Silver Certificate one dollar currency
(USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and
withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong,
*Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, third-party
intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the
world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the
jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and
the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX1947), (XXXXX9390),
(XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON,"
"KAYLA RENEE HOUSTON," "Houston, LaSean DeJong" or "LaSean DeJong Houston" or
"HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," "LASEAN D. HOUSTON,"
"LASEAN HOUSTON," "SEAN HOUSTON," or "SEAN D. HOUSTON," shall be granted as trust res
with (1) CERT #C94160886J, on special deposit with and to be maintained by haaland, debra anne d/b/a
Debra Anne Haaland, secretary of the interior et al., heirs and assigns, **Department of the Interior,**
trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment
thru merging of titles of any and all named attachments and any other legal derivations of said
"ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive
easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed
by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united
states for the district of columbia, any State, territory, possession, or insular possessions of the united
states for the district of columbia, the commonwealth of puerto rico, or its' departments, political
subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), owe me specific
performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and
debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to
release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account" in
USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and
forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited,
and unlimited power of appointment you are herein warranted to change the postal location for said estate
to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded by Twenty-One (21) days of this notice publication that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "ACCOUNT," cook county clerk File No. (XXXXX1947), (XXXXX9390), (XXXXX2607), (XXXXX9246), (XXXXX5580), (XXXXX8300), "LASEAN DEJONG HOUSTON," "KAYLA RENEE HOUSTON," "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON," "LASEAN D. HOUSTON," "LASEAN HOUSTON," "SEAN HOUSTON," or "SEAN D. HOUSTON," shall be granted as trust res with (1) CERT #C94160886J, "ACCOUNT. " All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*          **Page 3 of 4**

You, haaland, debra anne d/b/a Debra Anne Haaland, secretary of the interior et al., heirs and assigns, **Department of the Interior,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose,* under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____houston, leseandejong_____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembl*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

## JURAT

  Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary,* in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 6ᵗʰ day of June , 20 2/ .

*WITNESS* my hand and official seal.

_____M. Petruzelli_____        _____M. Petruzelli_____
PRINT                          NOTARY

> M.PETRUZZELLI
> Notary Public – State of Michigan
> County of Macomb
> My Commission Expires Jan 11, 2024
> Acting in the County of _Oakland_

*locus sigilli* (seal)

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

*Exhibit I-27*

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.234 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to Lat, 42.671048, Long. - 83.272267, (XXXXX2607), (CT#121-0139996), (CT#04926-258328), (CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015*)**,** T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46; CERT#B97255605H, Commonly known as: 786 E. Columbia Ave, Pontiac, Michigan RFD; privately "LASEAN DEJONG HOUSTON and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "RF125594909US.234 Trust," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said Lat, 42.671048, Long. - 83.272267**,** (XXXXX2607), (CT#121-0139996), (CT#04926-258328),

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*          **Page 1 of 5**

(CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015*)**,** T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46; Commonly known as: 786 E. Columbia Ave, Pontiac, Michigan RFD; privately "LASEAN DEJONG HOUSTON," CERT#B97255605H, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said Lat, 42.671048, Long. - 83.272267, (XXXXX2607), (CT#121-0139996), (CT#04926-258328), (CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015*)**,** T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46; Commonly known as: 786 E. Columbia Ave, Pontiac, Michigan RFD; privately "LASEAN DEJONG HOUSTON," CERT#B97255605H, shall be granted as trust res, on special deposit, to be maintained by meisner, andrew d/b/a ANDY MEISNER; wittenberg, robert s d/b/a ROBERT S. WITTENBERG, oakland county treasurer, et al., heirs and assigns, **Oakland County Treasurer**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong. As Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said Lat, 42.671048, Long. - 83.272267, (XXXXX2607), (CT#121-0139996), (CT#04926-258328), (CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015*), T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46; Commonly known as: 786 E. Columbia Ave, Pontiac, Michigan RFD; privately "LASEAN DEJONG HOUSTON," CERT#B97255605H, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*
- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, meisner, andrew d/b/a ANDY MEISNER; wittenberg, robert s d/b/a ROBERT S. WITTENBERG, oakland county treasurer, et al., heirs and assigns, **Oakland County Treasurer,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ *11ᵗ June* , 20 *21* .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

***I DECLARE,*** under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____
**houston, lasean dejong,** Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

*locus sigilli (seal)*

## JURAT

 Michigan state)

 Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his

manifest special intent and purpose.·

*DECLARED* before me in the County and State aforesaid this ___11ᵗᵗ___ day of ___Jave___, 20 _2/_ .

*WITNESS* my hand and official seal.

___M. Petrunelli___
PRINT

___M. Petryyelli___
NOTARY

*locus sigilli* (seal)

```
M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland
```

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust Exhibit I-28

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.468 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to Lat, 42.671048, Long. - 83.272267, (XXXXX2607), (CT#121-0139996), (CT#04926-258328), (CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015*)**,** T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46; CERT# D77296182," Commonly known as: 786 E. Columbia Ave, Pontiac, Michigan RFD; privately "LASEAN DEJONG HOUSTON and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.468 Trust**," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said Lat, 42.671048, Long. - 83.272267**,** (XXXXX2607), (CT#121-0139996), (CT#04926-258328),

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 1 of 5**

2:21-cv-11888-SJM-APP

(CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015)*, T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46; Commonly known as: 786 E. Columbia Ave, Pontiac, Michigan RFD; privately "LASEAN DEJONG HOUSTON," CERT# D77296182, a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said Lat, 42.671048, Long. - 83.272267, (XXXXX2607), (CT#121-0139996), (CT#04926-258328), (CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015)*, T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46; Commonly known as: 786 E. Columbia Ave, Pontiac, Michigan RFD; privately "LASEAN DEJONG HOUSTON," CERT# D77296182, shall be granted as trust res, on special deposit, to be maintained by brown, lisa d/b/a LISA BROWN, clerk/register of deeds et al., heirs and assigns, **Oakland County Clerk/Register of Deeds**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong*. As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said Lat, 42.671048, Long. - 83.272267, (XXXXX2607), (CT#121-0139996), (CT#04926-258328), (CT#121-0019342), (CT#000644-865576), (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," and *Lot 46, JOSLYN GARDENS SUBDIVISION, LIBER 27143 Page 658 PARCEL ID: Sidwell Number 14-16-426-015*), T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46; Commonly known as: 786 E. Columbia Ave, Pontiac, Michigan RFD; privately "LASEAN DEJONG HOUSTON," CERT# D77296182, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*
- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, brown, lisa d/b/a  LISA BROWN, clerk/register of deeds et al., **Oakland County Clerk/Register of Deeds,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 11ᵗʰ  June , 20 4 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____ houston, lasean dejong _____

houston, lasean dejong, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
*SPECIAL DEPOSIT, PRIVATE, PRIORITY*

*locus sigilli*

## JURAT

  Michigan state)

 Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary*, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this ___11th___ day of ____June____, 20_2/_.

*WITNESS* my hand and official seal.

___M. Petruzelli_____          ___M. Petruzzelli_____
PRINT                              NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

*Special*

[public record – general post, county, or public filing registry, or all three, four pages]

*Exhibit I-29*

## Public Notice of Special Declaration of Trust

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.081 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#XXXXX2607), (#100025822188), "SEAN HOUSTON," CERT#D97313280A," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.081 Trust**," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (#XXXXX2607), (#100025822188), "SEAN HOUSTON," CERT#D97313280A," a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said

2: 21-cv-11888-SJM-App

(#XXXXX2607), (#100025822188), "SEAN HOUSTON," CERT#D97313280A," shall be granted as trust res, on special deposit, to be maintained by rochow, garrick d/b/a GARRICK ROCHOW, chief executive officer et al., johnson, shaun m d/b/a SHAUN M. JOHNSON, senior vice president, general counsel et al., and milstone, jason m d/b/a JASON M. MILSTONE, assistant general counsel et al., **Consumers Energy**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

### DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial

interest by nature said (#XXXXX2607), (#100025822188), "SEAN HOUSTON," CERT#D97313280A, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, rochow, garrick d/b/a GARRICK ROCHOW, chief executive officer et al., johnson, shaun m d/b/a SHAUN M. JOHNSON, senior vice president, general counsel et al., and milstone, jason m d/b/a JASON M. MILSTONE, assistant general counsel et al., **Consumers Energy,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 11th June _____, 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE*, under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____ houston, lasean dejong _____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

## JURAT

 Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary*, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 11th day of June, 20 21 .

*WITNESS* my hand and official seal.

___ M. Petruzelli ___        ___ M. Petruzelli ___
PRINT                        NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

*Exhibit I-30*

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.450 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (CT#112-72603767(50717650), (CT#112-19726003767(958015), (XXXXX2607), Lat, 42.671048, Long. -83.272267, (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," CERT #Q240935481," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.450 Trust**," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (CT#112-72603767(50717650), (CT#112-19726003767(958015), (XXXXX2607), Lat, 42.671048, Long. -83.272267, (CT#2001-05688/8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," CERT #Q240935481," a lawful Silver Certificate one dollar currency (USD), as consideration, for the

2:21-cv-11888-SJM-APP

appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (CT#112-72603767(50717650), (CT#112-19726003767(958015), (XXXXX2607), Lat, 42.671048, Long. -83.272267, (CT#2001-05688/ 8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," CERT #Q24093548I," shall be granted as trust res, on special deposit, to be maintained by yarbrough, karen a d/b/a KAREN A.YARBROUGH, cook county clerk/recorder of deeds et al., heirs and assigns, **Cook County Clerk/Recorder of Deeds**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (CT#112-72603767(50717650), (CT#112-19726003767(958015), (XXXXX2607), Lat, 42.671048, Long. -83.272267, (CT#2001-05688/ 8557809), (CF#2019-08366-261121), "LASEAN DEJONG HOUSTON," "KIMBERLY DENISE HOUSTON," and "KAYLA RENEE HOUSTON," CERT #Q240935481, "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, yarbrough, karen a d/b/a KAREN A.YARBROUGH, cook county clerk/recorder of deeds et al., heirs and assigns, **Cook County Clerk/Recorder of Deeds,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 11th June _____, 20 21.

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _houston, lasean dejong_

**houston, lasean dejong,** Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

**JURAT**

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 12, 2024
Acting in the County of Oakland

__Michigan state)__

__Oakland county)__

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*
(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as   his manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 11th day of ___June___, 20 21.
*WITNESS* my hand and official seal.

___M. Petruzzelli___          ___M. Petruzzelli___
PRINT                                    NOTARY

*locus sigilli* (seal)

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust    EXHIBIT I-31

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.153 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (XXXXX2607), "LASEAN DEJONG HOUSTON," CERT#S25623888A," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.153 Trust**," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (XXXXX2607), "LASEAN DEJONG HOUSTON," CERT#S25623888A," a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said

2:21-CV-11888-SJM-APP

(XXXXX2607), "LASEAN DEJONG HOUSTON," CERT#S25623888A," shall be granted as trust res, on special deposit, to be maintained by brenner, douglas a d/b/a DOUGLAS A. BRENNER, chief executive officer et al., **Brenner Oil Company** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (XXXXX2607), "LASEAN DEJONG HOUSTON," CERT#S25623888A, "ACCOUNT. " All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies

borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, brenner, douglas a d/b/a DOUGLAS A. BRENNER, chief executive officer et al., **Brenner Oil Company,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 11ᵗʰ June_____ , 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

***I DECLARE,*** under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____ houston, lasean dejong_____

**houston, lasean dejong**, Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled,
SPECIAL DEPOSIT, PRIVATE, PRIORITY*

## JURAT

 Michigan state)

 Oakland county)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared

houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

***DECLARED*** before me in the County and State aforesaid this ___11th___ day of ___June___, 20 _21_.

*WITNESS* my hand and official seal.

___M. Petruzelli___          ___M. Petruzzelli___
PRINT                         NOTARY

*locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

# Public Notice of Special Declaration of Trust

Exhibit I·32

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.729 Trust,**" and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong *Moor grantee/grantor/guardian,* a private Moor, americas aboriginal illinoisan national, and subject of the Al Maroc Shereefian Empire, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to Account: (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#X32416204A,** as consideration for the fiduciary appointment, hereinafter "Account,"  and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.729 Trust,**" for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, *Moor grantee/grantor/guardian,* Claimant on behalf of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. I hereby notice all the world, that said same legal title of said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#X32416204A,**" a lawful Silver Certificate one dollar currency (USD), as consideration, for the fiduciary appointment, is fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom.

2:21 -cv - 11888 -SJM-APP

I HEREBY notice **ALL** men and persons, whether private or public, worldwide, that as a private *Moor aboriginal illinoisan national,and subject of the Al Maroc Shereefian Empire, "but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled,"* houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON, has the same **special and particular political status** and equitable rights, and is protected by the same the same *Barbary Treaties* and the *Maxim of Equity* as I. *The heir and the ancestor are one in the same.*

Further, houston, lasean dejong, *Moor grantee/grantor/guardian,* Claimant third-party intervener, is in fact the real party in interest and sole exclusive *Moor grantee/grantor/guardian,* against all the world, walking in the shoes of his ancestors. It is my intent and purpose that this trust be vested in the jurisdiction and judicial powers of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT **#X32416204A,"** shall be granted as trust res, on special deposit, to be maintained by redfield, larrisa d/b/a LARRISA REDFIELD, supervisor et al., heirs and assigns, **Lutheran Social Services of Illinois** trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency,  encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

*I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE* Trustee(s), owe me specific performance, by due particularity, a full accounting, list of real, personal, and equitable assets and debts due to houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res,* by *reconversion* of said "Account" in USD  species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong. Moor grantee/grantor/guardian,* for the benefit of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC

HOUSTON and SKYLAR HOUSTON, through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

Skyler Isaac Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Illinewe [Illinois]
General Post-Office.
℅ 9332 S Saginaw Ave
Chicago, Illinois RFD
near. [60617]
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*

## DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature said (XXXXX2291), (1449936), (X2082003), "SKYLER ISAAC HOUSTON," "SKYLAR HOUSTON," and CERT #X32416204A, as consideration for the appointment, hereinafter "Account" to be held privately as "**RF125594909US.729 Trust.**" All resulting custodians of fiduciary character owing a good faith duty to remit all real, personal, and equitable assets, abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I shall be treated as a national of a designated enemy country.

- **Show "good" cause** why I am **"not" in fact**, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Moor/americas aboriginal illinoisan national and subject of the *Al Maroc(Moor) Shereefian Empire*, *ingress* in michigan, *"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assemble."*

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, and that it's not a trust.

- **Show "good" cause** why any further presumed administration of houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate is "not" absolute void, and as *grantee/grantor/guardian/beneficiary,*

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 3 of 5**

I am "not" entitled, **by due particularity, to a full accounting, list of assets real, personal, and equitable, and debts due to his estate**.

- **Show "good" cause** why I "cannot" have houston, skyler isaac beneficiary of registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate be restored to me, and why I "cannot" recover all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me.
- **Show "good" cause** why I as *Moor grantee/grantor/guardian* do not have a right to exercise the equity of redemption.
- **Show "good" cause** why I am "not" a Moor heir/beneficiary subject of the *Al Maroc Empire* and that I don't have a private right to **equal Justice being rendered**, in the exclusive equity jurisdiction, to protect trust *res* from being used by the public, and third parties not party to the trust.
- **Show "good" cause** why as *Moor grantee/grantor/guardian*, the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, **"shall not"** be delivered to me without interruption.
- **Show "good" cause** why as a *Moor grantee/grantor/guardian*, I owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts**.

You, redfield, larrisa d/b/a LARRISA REDFIELD, supervisor et al., heirs and assigns, **Lutheran Social Services of Illinois**, trustee(s), have (7) seven days, from your receipt of this notice, to AFFIRM OR DENY, the trust, *silentium est acquiescentia vestra confessio* (your silence is acquiescence and admittance) of the trust. Govern yourself accordingly, or **BE IT RESOLVED!**

*He who is silent seems to consent, when they ought to speak*

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed: _____21st June_____, 20 _21_.

By: _____     By: _____
houston, izoha monea                        houston, lasean dejong, *grantee/grantor/heir/beneficiary*
Witness                                      a private Moor americas aboriginal illinoisan national,
                                             *"but not citizen of the united states for the district of columbia,*
                                             *nor citizen of the united states of america in congress assembled."*
                                             houston48342@gmail.com
                                             **SPECIAL DEPOSIT, PRIVATE, PRIORITY**

                                                                    *cus sigilli* (seal)

**JURAT**


 Michigan state)

 Oakland county)


*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared houston, lasean dejong, Moor grantee/grantor/heir/beneficiary and houston, izoha monea, *in Propria Persona Sui Juris* (in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this _21st_ day of ___June___, 20 _21_.

*WITNESS my hand and official seal.*

___M. Petruzzelli_____           ___M. Petruzzelli_____
PRINT                                                      NOTARY

                                                            *locus sigilli* (seal)

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _Oakland_

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    **Page 5 of 5**

special

[public record – newspaper or county, public filing registry, or all three, two pages]

# Public Notice of Special Declaration of Trust  Exhibit I-33

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private of cook county clerk File No (#121-XX8328, 121XXX9996-XXXX5689), and #XXXXXXXX5576) "ACCOUNT," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, a private a Moor /americas aboriginal illinoisan national, "but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled, only true party of interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. Further, third-party intervener is in fact and in Equity the real party in interest and sole exclusive trustee and beneficiary, by grantor's intent ordered to merge the titles, now the sole exclusive grantee against all the world, sitting in the private jurisdiction of inherent Equity in relationship to cook county clerk File No (#121-XX8328, 121XXX9996-XXXX5689), and #XXXXXXXX5576), "ACCOUNT," has delivered a special deposit tracer title (#121-XX8328, 121XXX9996-XXXX5689), and #XXXXXXXX5576) into Pima County Recorder file in good faith capacity under the Maxims of Equity containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named/attached DEFENDANTS OF ACCOUNTS alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

2:21-CV-11888-SJM-APP

## DEMAND TO SHOW CAUSE

It is ordered and demanded by Twenty-One (21) days of this notice publication that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "ACCOUNT," cook county clerk File No. (#121-XX8328, 121XXX9996-XXXX5689), and #XXXXXXXX5576), either/or first in time or superior/equal in right by nature or characteristic must SHOW CAUSE on the face of the record under oath or affirmation in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee's total and complete merger and resulting extinguishment, entitling all remainder and reversionary under all control of all resulting custodians of fiduciary character owing a good faith duty to remit all monies, funds, assets, accounting thereof and extinguish all debts, encumbrances, and secured third party interests, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third party intervener.

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By:＿＿＿＿＿＿＿＿ N/A ＿＿＿＿＿＿＿＿          *houston, lasean dejong*
　　　Private Witness                    **houston, lasean dejong**, Moor grantee
                                        a private a Moor /americas aboriginal illinoisan
                                        national, *"but not citizen of the united states for
                                        the district of columbia, nor the united states of
                                        america in congress assembled,*

                                        *SPECIAL, PRIVATE, PRIORITY*

## JURAT

<u>michigan state</u>)

<u>oakland county</u>)

**I HEREBY DECLARE** that on this day before me an officer duly sworn, appeared
<u>houston, lasean dejong, Moor grantee</u> in *Propria Persona Sui Juris,* who has attained
*majoris aetatis suae,* and proved to me upon satisfactory evidence, as his special intent and
purpose, executed by the same.

**DECLARED** *before me in the County and State aforesaid this* ___18ᵗʰ___*day of*
_____, *2020.*

*WITNESS* my hand and official seal.

_____          _____
NOTARY                                            PRINT

*(locus sigilli)*

*PUBLIC NOTICE OF DECLARTION OF TRUST FOR INDENTURE*                    Page 3 of 3

*Special*

[public record – newspaper or county, public filing registry, or all three, two pages]

# Public Notice of Special Declaration of Trust   *Exhibit I-34*

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private of cook county clerk File No (#112-XXXXXXX7(XXXX7650), and ((#112-XXXXXXXXXXX7(XX8015), "ACCOUNT," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, a private a Moor /americas aboriginal illinoisan national, "but not citizen of the united states for the district of columbia, nor the united states of america in congress assembled, only true party of interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US.  Further, third-party intervener is in fact and in Equity the real party in interest and sole exclusive trustee and beneficiary, by grantor's intent ordered to merge the titles, now the sole exclusive grantee against all the world, sitting in the private jurisdiction of inherent Equity in relationship to cook county clerk File No (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXXX7(XX8015), "ACCOUNT," has delivered a special deposit tracer title (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXXX7(XX8015),  into Pima County Recorder file in good faith capacity under the Maxims of Equity containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named/attached DEFENDANTS OF ACCOUNTS alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

2:21-cv-11888-SJM-APP

## DEMAND TO SHOW CAUSE

It is ordered and demanded by Twenty-One (21) days of this notice publication that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial interest by nature in "ACCOUNT," cook county clerk File No. (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), either/or first in time or superior/equal in right by nature or characteristic must SHOW CAUSE on the face of the record under oath or affirmation in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee's total and complete merger and resulting extinguishment, entitling all remainder and reversionary under all control of all resulting custodians of fiduciary character owing a good faith duty to remit all monies, funds, assets, accounting thereof and extinguish all debts, encumbrances, and secured third party interests, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third party intervener.

[end of public record – newspaper or county, public filing registry, or all three]

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct. Executed 18ᵗʰ December, 2020

By: _____          houston, lasean dejong

Private Witness                               **houston, lasean dejong,** Moor grantee
a private a Moor /americas aboriginal illinoisan
national, *"but not citizen of the united states for
the district of columbia, nor the united states of
america in congress assembled,*

***SPECIAL, PRIVATE, PRIORITY***

## JURAT

<u>michigan state</u>)

<u>oakland county</u>)

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared <u>houston, lasean dejong, Moor grantee</u> in *Propria Persona Sui Juris,* who has attained *majoris aetatis suae,* and proved to me upon satisfactory evidence, as his special intent and purpose, executed by the same.

***DECLARED*** *before me in the County and State aforesaid this* __18__ *day of* ___December___ *, 2020.*

*WITNESS* my hand and official seal.

_____M. Petrozell·_____            _____M. Petrozelli_____
NOTARY                                          PRINT

(*locus sigilli*)

M. Petrozelli
Notary Public - State of Michigan
County of Macomb
My Commission Expires
Acting in the County of Oakland

Special

[public record – general post, county, or public filing registry, or all three, four pages]

## Public Notice of Special Declaration of Trust

Exhibit I-35

Hear Ye! Hear Ye! Hear Ye! To all men and persons worldwide: You are hereby noticed of this special declaration of trust by this third-party intervener's purely equitable and beneficial interest in the private "**RF125594909US.144 Trust**," and resulting Notice of extinguishment of DEFENDANTS' legal duties, debts and obligations, "DEBTS."

Special notice is given herein and hereby by agent of third-party intervener, houston, lasean dejong, *Moor grantee/heir/beneficiary,* a private Moor, americas aboriginal illinoisan national, only real party in interest against all the world, that this declaration of trust is a of a purely equitable right by nature in the private established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. I claim, acknowledge and accept, all that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, credits emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, titles of any and all named attachments including, but not limited to (#XXXXX2607), (#8529101461210073), CERT #B27211020F "LASEAN DEJONG HOUSTON," "LaSean DeJong Houston Estate," and any other legal derivations including all acquisitions due to me granting my signature, an equitable asset, for consideration, are fully accepted, claimed, titled, assigned, withdrawn from the general deposit/general public relations, therefrom. Said property, shall be held in private "**RF125594909US.144 Trust**," for the private enjoyment, use, possession, and benefit involving the above identified private trust property, at that time and forever for the named houston, lasean dejong, Claimant. I hereby notice all the world, that said same legal title of said (#XXXXX2607), (#8529101461210073), CERT #B27211020F "LASEAN DEJONG HOUSTON," "LaSean DeJong Houston Estate," a lawful Silver Certificate one dollar currency (USD), as consideration, for the appointment of trustee(s), fully accepted, claimed, titled, assigned, and withdrawn from the general deposit/general public relations, therefrom. Further, houston, lasean dejong, *Moor grantee/heir/ beneficiary* a private Moor, americas aboriginal illinoisan national, third-party intervener, is in fact the real party in interest and sole exclusive grantee and beneficiary, against all the world, walking in the shoes of his ancestors. It is his intent and purpose that this trust be vested in the jurisdiction and judicial powers

2:21-cv-11888-SJM-APP

of the inherent private exclusive Equity under the *Maxims of Equity* and the *Barbary Treaties of 1787-1880 Madrid,* in relationship to said (#XXXXX2607), (#8529101461210073), CERT #B27211020F "LASEAN DEJONG HOUSTON," "LaSean DeJong Houston Estate," shall be granted as trust res, on special deposit, to be maintained by roberts, brian l, d/b/a BRIAN L. ROBERTS, chief executive officer et al., heir and assigns, **Comcast Corporation/Xfinity**, trustee(s) in good faith capacity, containing the special records irrevocably executing the extinguishment thru merging of titles of any and all named attachments and any other legal derivations of said "ACCOUNT," alleged or real debts, charges, liabilities, tax deficiency, encumbrances, presumptive easements, attachments, and any obligations, in general on record levied, aliened, imposed or presumed by the commercial contracting enterprise also known as clerk of cook county, State of Illinois, or united states for the district of columbia, any State, territory, possession, or insular possessions of the united states for the district of columbia, the commonwealth of puerto rico, or its' departments, political subdivisions, franchises, actors, agents, agencies.

***I DO HEREBY PROCLAIM, ORDER, DIRECT, and DECLARE*** Trustee(s), owe me specific performance, by due particularity, a full accounting, of real, personal, and equitable list of assets and debts due to my estate during such time as I was deprived, as an incident to the right of redemption, to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account" in USD species, which is provided for the private enjoyment, use, possession, and benefit, at that time and forever for the named *houston, lasean dejong.* As *Moor grantee/heir/ beneficiary* through my inherited, and unlimited power of appointment you are herein warranted to change the postal location for said estate to the following:

LaSean DeJong Houston Living Estate Trust
*Moor grantee/grantor/beneficiary*
nation Ojibiwa [Michigan]
General Post-Office.
℅ 3079 S Baldwin Rd Suite 1006
lake orion, ojibiwa RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359]

### DEMAND TO SHOW "GOOD" CAUSE

It is ordered and demanded within (7) seven days of publication of this notice that any person, real or artificial, with prima facie evidence of a prior and/or superior purely equitable or beneficial

interest by nature said (#XXXXX2607), (#8529101461210073), CERT #B27211020F "LASEAN DEJONG HOUSTON," "LaSean DeJong Houston Estate," "ACCOUNT." All resulting custodians of fiduciary character owing a good faith duty to remit all abandoned funds, credits emitted, monies borrowed, lands, estates, assets, rents, profits, proceeds, and a full accounting disclosure, thereof and extinguishment all debts, encumbrances, and secured third party interests, if any, that without said testimony of which, this matter shall be deemed settled and closed thru extinguishment of the merging of titles at law with the equitable title, by his deed of conveyance, of third-party intervener.

- **Show "good" cause** why I "do not" hold superior equitable or legal title to said property, in right by nature or characteristic and that it's not a trust.

- **Show "good" cause** on the face of the record under oath or affirmation, under penalty of perjury, in support of their superior, equal, or prior, either legal or equitable interest why their interest does in fact or in substance prevent or confuse said grantee/heir/beneficiary's total and complete merger and resulting extinguishment, entitling all remainder and reversionary interest be restored to *houston, lasean dejong. Moor grantee/heir/beneficiary.*

- **Show "good" cause** why any presumed administration of my estate is "not" absolute void, and as heir/beneficiary, and I am "not" entitled, **by due particularity, a full accounting, of real, personal, and equitable, list of assets and debts due to my estate**.

You, roberts, brian l, d/b/a BRIAN L. ROBERTS, chief executive officer et al., heir and assigns, **Comcast Corporation/Xfinity,** as trustee(s) who have prior, superior, or equal equitable interest in said ACCOUNT, have (7) twenty-one days, from publication of this notice, to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**

[end of public record – newspaper or county, public filing registry, or all three]

Executed: _____ 11th June , 20 21 .

Performed by my hand, my *special intent and purpose*, under my seal, freewill act, volition and Deed:

*I DECLARE,* under penalty and perjury under the laws of the michigan and the united states of america that the foregoing is true and correct.

By: _____

**houston, lasean dejong,** Moor grantee/grantor/beneficiary
a private a Moor /americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled,*
***SPECIAL DEPOSIT, PRIVATE, PRIORITY***

## JURAT

  Michigan state)

Oakland county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary, in Propria Persona Sui Juris*

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as    his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this 11th day of    June , 20 21 .

*WITNESS* my hand and official seal.

___M. Petruzelli___          ___M. Petruzelli___
PRINT                        NOTARY

                                        *locus sigilli* (seal)

M PETRUZZELLI
Notary Public - State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of Oakland

# Exhibit O

Special

EXHIBIT D-1 

# <u>Notice of Acknowledgement and Acceptance Surname, Given Name</u><br><u>Title of Nobility and Nationality</u>

*---An Established Right of a Purely Equitable Nature---*

This is Actual and Constructive Special Notice by grantee ---- houston, lasean dejong, hereinafter "*Moor grantee/grantor/beneficiary*," I stand in the shoes of my ancestors, and as heir and beneficiary, I am clothed with proprietary rights. I acknowledge and accept my family name "houston" my given name lasean dejong granted to me by my mother houston, etoi, *Mooress grantee/grantor/beneficiary,* and my father wiggins, george, *Moor grantee/grantor/beneficiary. Jus Soli, Jus Sanguinus.* I declare it is a sacred trust. I acknowledge and accept my race, nationality, my Title of Nobility, "Moor," my family name, and my given name." I declare it is a sacred trust. I declare that I am the *Moor grantee/ grantor/beneficiary* and by virtue of my treaty protected status as a private *Moor aboriginal illinoisan national, but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled --- in Propria Persona Sui Juris*, who has attained the *majoris aetatis suae, est in dextera* --- I am not subject to the jurisdiction of the united states for the district of columbia, nor the united states of america in congress assembled.

*As Moor grantee/grantor/beneficiary* I am the true owner, under the rules of equity, of **all that his ancestors had intended for him**, without any prior notice of superior, equal or prior adverse interest ---legal or equitable--- and without consent or equal Justice being rendered

***Articles of Confederation Art. XII.*** *All bills of credit emitted, monies borrowed, and debts contracted by, or under the authority of Congress, before the assembling of the United States, in pursuance of the present confederation, shall be deemed and considered as a charge against the United States, for payment and satisfaction whereof the said United States, and the public faith are hereby solemnly pleged.*

You are hereby noticed of this special acknowledge and acceptance of said body, names, and the sacred trusts by *Moor grantee/grantor/beneficiary*'s purely equitable and beneficial interest as evidenced by the private cook county clerk File No (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), "houston,lasean dejong,""lasean dejong houston," "Houston, LaSean DeJong," "LaSean DeJong Houston," "HOUSTON, LASEAN DEJONG," LASEAN DEJONG HOUSTON."

2:21-CV-11888-SJM-APP

Special notice, acknowledgement, and acceptance is herein and hereby given by houston, lasean dejong, *Moor grantee/ grantor/beneficiary*, who is, in fact and in Equity, the only true party of interest against all the world, and sole exclusive grantee/beneficiary/ heir to said body, names, and sacred trust. That this is a of a purely equitable right by nature, and is privately established, issued, delivered, conveyed, and received, acknowledged and accepted in good faith via USPS Registered Mail No. RF 125 594 909 US. Further, by grantor's intent, the sole exclusive grantee, sitting in the private jurisdiction of inherent Equity in relationship to cook county clerk File No (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), "ACCOUNT," has delivered a special deposit tracer title (#112-XXXXXXX7(XXXX7650), and (#112-XXXXXXXXXX7(XX8015), including but not limited to, the State of Illinois Registered Organization names, lasean dejong," "lasean dejong houston," "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" and any other legal derivations, the body, the name, their attachments, and all acquisitions due to me granting my signature, an equitable asset, for consideration, to be withdrawn from the general deposit/general public relations, therefrom, and re-deposited, on special deposit(s) to be held in trust for the special intent and purpose to be held in private equitable title **RF125594909US.054 Trust**, for the private enjoyment, use, possession, and benefit, of houston, lasean dejong, and are fully accepted, claimed, titled, assigned, and the records are being held in the private. The *Moor grantee/grantor/beneficiary* notices that a private equitable title **RF125594909US.054 Trust,** is assigned to said Account, and all its information, as noticed in cook county, illinois, register of deeds Abstract system a copy of which is provided attached herewith.

### Equity regards the beneficiary as the true owner

It is the *Moor grantee/grantor/beneficiary*'s manifest special intent and purpose, freewill act and deed to execute this special notice of lawful actual and constructive delivery of the special deposit(s) per *Moor grantee/grantor/beneficiary*'s special indentured instructions, delivered to his named trustee(s) for consideration.

*Moor grantee/grantor/beneficiary* expressly reserves all his/her unalienable rights and claims any that my ancestors intended for me, including, but not limited all abandoned funds, attachments, deposits, issues, interest, credits emitted, monies borrowed, lands, assets, rents, derivatives, profits, proceeds, and all else that was derived from the above described property, including, but not limited to the body, the name, all interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, and all acquisitions due to me granting

my signature, an equitable asset, for consideration. If there is any information regarding this that need to be gleaned, please contact the *Moor grantee/grantor/beneficiary* at:

% 3079 S Baldwin Rd
lake orion, ojibiwa [Michigan] RFD
*Al Maroc (Moor) Shereefian Empire*
*in the well-protected Tripoli, Algiers, Tunis, and Marrakech of the West, dominion*
near. [48359-9998]
houston48342@gmail.com

I hereby claim all right title and interest of the above described property and I am without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same. I believe no such adverse claim exists.

Nor shall the goods or the estates of houston, lasean dejong, as a private *a Moor/americas aboriginal illinoisan national of the Al Maroc (Moor) Shereefian Empire*, be taken away from them, nor even any part of them; but rather they shall be revered, honored, and respected and shall pass unencumbered, to the SEAN HOUSTON-*EL* FOUNDATION TRUST, for the benefit of its beneficiaries upon his death;

**As Trustee(s), you owe me specific performance** and shall produce a full accounting, to exhibit and account for the funds or other property in which the Claimant has an interest, and to pay over whatever may be due or belong to me, or the balance due Claimant on a fair accounting; settlement and closure, concerning the use of the State of Illinois Registered Organization names, "Houston, LaSean DeJong" or "LaSean DeJong Houston" or "HOUSTON, LASEAN DEJONG," "LASEAN DEJONG HOUSTON,""LASEAN D. HOUSTON," "LASEAN HOUSTON,"SEAN HOUSTON," or "SEAN D. HOUSTON" privately "**RF125594909US.054 Trust** release any and all collateral and return all remaining trust *res*, concerning said "**Account,**" to the *Moor grantee/grantor/beneficiary,* to be held by named trustee(s) on Special Deposit.

As *Moor grantee/grantor/beneficiary,* I have priority of right over the above named, assets, if you DENY, I DEMAND you **show "good" cause** why I do not hold superior equitable or legal title to said property, and that it's not a trust. Show me the consideration you gave to me, for all the things I gave to you, including me granting you my signature, an equitable asset, for consideration, and that it was equitable. **Show "good" cause** that I am "not" a Moor subject of the *Al Maroc Empire* and that I don't have a private right to *equal Justice being rendered*. **Show "good" cause** that I, as a *Moor grantee/ grantor/beneficiary,* owe you any **fee, tax, obligation, reprisals, remunerations, indemnification, or debts**. You, as trustee(s), have (7) seven days to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. Govern yourself accordingly or **BE IT RESOLVED!**