district court of the United States,
eastern district of Michigan



| | |
|---|---|
| houston, lasean dejong, *Moor beneficiary* | § the united states of america |
| SEAN HOUSTON-*EL* FOUNDATION TRUST | § Exclusive Equity |
| a *private Moor aboriginal illinoisan national,* | § *Treaty of Marrakech 1786.* |
| *and subject of the Al Maroc Shereefian Empire.* | § *ARTICLE XXI.,* |
| *Complainant(s)* | § *Treaty of Tunis 1824* |
| | § *ARTICLE XII.* |
| -v- | § 1789 constitution for the united states |
| | § of america in congress assembled, |
| | § Article III, §2§§1, |
| *Defendant(s)* | § the *Judiciary Act of 1789 1 stat 73* |
| | § *§9. §11, §16, §20, §25., §26.,* |
| | § |
| | § **2:21-cv-11888-SJM-APP** |
| | § |
| blinken, antony john d/b/a ANTONY BLINKEN | § **BILL of EXCEPTIONS** |
| secretary of state et al., | § |
| **Department of State of the United States** | § *Speciali Causa* (Petition) |
| HEIRS AND ASSIGNEES | § to Proceed *Ex Parte* |
| | § *In Camera* hearing |
| yellen, janet louise d/b/a JANET LOUISE YELLEN | § |
| secretary of the treasury et al., | § |
| **Department of the Treasury of the United States** | § |
| HEIRS AND ASSIGNEES | § To: Chief Judge Denise Page Hood |
| | § *In Camera* - Restricted |
| haaland, debra anne d/b/a DEBRA ANNE HAALAND | § c/o district court of the united states for |
| secretary of the interior et al., | § eastern district of Michigan |
| **Department of the Interior of the United States** | § Theodore Levin U.S. Courthouse |
| HEIRS AND ASSIGNEES | § 231 W Lafayette Blvd., Room 701 |
| | § Detroit, Michigan near. [48226] |
| garland, merrick brian d/b/a | § Restricted Registered Mail |
| MERRICK GARLAND | § |
| attorney general et al., | § |
| **Department of Justice of the United States** | § |
| HEIRS AND ASSIGNS | § |
| | § *Speciali Causa* (Special Cause) |
| saul, andrew marshall d/b/a ANDREW SAUL | § **Private, Special, Privileged** |
| commissioner et al., | § **Special Term, without General** |
| **Social Security Administration of the United States** | § **without Statutes, without (FCRP)** |
| HEIRS AND ASSIGNEES | § **Federal Rules of Civil Procedure** |
| | § |
| rettig, charles paul d/b/a CHARLES PAUL RETTIG | § |
| commissioner, et al., | § |
| **internal revenue** | § |

| | |
|---|---|
| martin, donna d/b/a<br>MAJOR GENERAL DONNA MARTIN<br>provost marshal general et al.,<br>**Department of the Army of the United States**<br>HEIRS AND ASSIGNEES | § § § § § § |
| mayorkas, alejandro nicholas d/b/a<br>ALEJANDRO MAYORKAS<br>secretary of homeland security et al.,<br>**Department of Homeland Security of the United States**<br>HEIRS AND ASSIGNEES | § § § § § § |
| nessel, dana d/b/a DANA NESSEL<br>attorney general et al.,<br>**Attorney General of Michigan**<br>HEIRS AND ASSIGNEES | § § § § § |
| brown, lisa d/b/a LISA BROWN<br>clerk/register of deeds<br>**Oakland County**<br>HEIRS AND ASSIGNEES | § § § § § |
| benson, jocelyn d/b/a JOCELYN BENSON<br>secretary of state<br>**Department of State of Michigan**<br>HEIRS AND ASSIGNEES | § § § § § |
| yarbrough, karen a d/b/a KAREN A. YARBROUGH<br>cook county clerk/recorder of deeds<br>**Cook County**<br>HEIRS AND ASSIGNEES | § § § § § |
| raoul, kwame d/b/a KWAME RAOUL<br>attorney general et al.,<br>**Attorney General of Illinois**<br>HEIRS AND ASSIGNEES | § § § § § |
| pritzker, jay robert, d/b/a J.B. PRITZKER<br>governor el al.,<br>**Governor of Illinois**<br>HEIRS AND ASSIGNEES | § § § § § |
| smith, marc d d/b/a MARC D. SMITH<br>director et al., heirs and assigns<br>**Department of Children and Family Services<br>of Illinois**<br>HEIRS AND ASSIGNEES | § § § § § § |

| | |
|---|---|
| redfield, larrisa d/b/a LARRISA REDFIELD supervisor et al., **Lutheran Social Services of Illinois** HEIRS AND ASSIGNEES | § § § § § |
| buchanan, jackeline d/b/a JACKELINE BUCHANAN chief executive officer et al., **Genisys Credit Union** HEIRS AND ASSIGNEES | § § § § § |
| brenner, douglas a d/b/a DOUGLAS BRENNER chief executive officer et al., **Brenner Oil Company** HEIRS AND ASSIGNEES | § § § § § |
| LaSean DeJong Houston Estate et al., LASEAN DEJONG HOUSTON et al., | § § § |
| Kimberly Denise Ellsworth Estate et al., KIMBERLY DENISE ELLSWORTH et al., | § § § |
| Kimberly Denise Houston Estate et al., KIMBERLY DENISE HOUSTON et al., | § § § |
| Kayla Renee Houston Estate et al., KAYLA RENEE HOUSTON et al., | § § § |
| Skyler Isaac Houston Estate et al., SKYLER ISAAC HOUSTON et al., | § § § |
| Terajai Armond Houston Estate et al., TERAJAI ARMOND HOUSTON et al., | § § § |
| Izoha Monea Houston Estate et al., IZOHA MONEA HOUSTON et al., | § § § |
| Amari Amir Tucker Estate et al., AMARI AMIR TUCKER et al., | § § § |
| Aidan Antrell Ware Estate et al., AIDAN ANTRELL WARE et al., | § § |

## BILL of EXCEPTIONS

**To:** Judge/Chancellor Denise Page Hood, I move the court to proceed "*Ex Parte*" to hear my *privata specialis causa aequo dirimat* (special private equitable cause) as a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled*"; and in support I supply the following Affidavit:

1. **I OBJECT and DENY** that I am a *citizen if the united states for the District of Columbia, nor a citizen of the united states of america in congress assembled.* I am, ipso jure a Moor subject, and it is my intention to be a private Moor americas aboriginal illinoisan national, and subject of the *Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled.*" I am privately beneficially interested in this matter. **Show "good" cause why I am "not"** a Moor heir/beneficiary and subject of the *Al Maroc Empire* and that I don't have a private right to **equal Justice being rendered**, in the exclusive equity jurisdiction; (see record of *Exhibit A-Denial of Assumption and Presumption, Exhibit B-Declaration of Intention, Exhibit C, D, E, and F - Credible Witness Statements, Exhibit K - Treaty of 1787 Marrakesh,* and *Exhibit U - U.S. CONGRESSIONAL SERIAL SET)*

2. **I OBJECT and DENY** that I, since reaching the *Age of Majority*, absolutely and entirely renounced and abjure forever all my allegiance and fidelity to my ancient foremothers' and forefathers' state, the *Al Maroc Shereefian Empire*; consented to forever renouncing my Moor nationality; declared on oath or affirmation, before the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit or district courts of the *united states for the district of columbia*, or the *united states of america in congress assembled of my allegiance*; or made any expressed renunciation of my hereditary title or order of nobility of the House of "*EL,*" in any court, or that any such proceedings of said renunciation have been recorded by any clerk of court. **Show "good" cause why you "cannot" acknowledge my special and particular political status** as a private Moor ameicas aboriginal illiniosan national, and subject of the *Al Maroc Shereefian Empire*; (see record of *Exhibit A -Denial of Assumption and Presumption, Exhibit B-Declaration of Intention)*

3. **I OBJECT and DENY** that I am a national of a designated enemy country, an enemy or an ally of an enemy of the United States or am subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act. **I DENY** that I, as a subject, have been noticed that the United States has declared war, shall declare war, or is at war with the *Al Maroc Shereefian Empire*. S**how "good" cause why** I shall or may be treated as a national of a designated enemy country; (see record *Exhibit K-Treaty of 1787 Marrakesh, and Exhibit M-Treaty of 1796 Tripoli)*

4. **I OBJECT and DENY** that I am making this *speciali causa "pro se"*. I am *sui juris, in personam, and majoris aetatis suae*, (in proper person, in his own right, and of the age of majority) and competent to pick up my own rights and state the matters set forth herein on my own behalf. "I am making a special restricted appearance, as *amicus curiae* (friend of the court) and affiant herein. S**how "good" cause why I "do not"** have a right to plead my cause *sui juris, in personam; Equity acts in personam.*

5. **I OBJECT and DENY,** I consent, to being subjected to any **Federal Rules of Civil Procedure, or that** the technical forms of pleadings in equity are abolished. **Show "good" cause why I am "not," in fact**, excepted from any statutes, codes, ordinances, provisions, prohibitions, and penalties as a private Moor americas aboriginal illinoisan national and subject of the *Al Maroc Shereefian Empire*. *"The court is not to dictate to parties how they should frame their case;" Equity regards the substance, not the forms of things. (see Rule 18 Equity Rules 1912)*

6. **I OBJECT and DENY,** my private equitable rights are recognized by the law nor cognizable in the "at law" jurisdiction. As a private Moor, I am without full and adequate relief at law, and my rights are destroyed, given that at law does not recognize the primary rights and duties, estates and interests which it creates, and the remedial rights and duties enforced by the various remedies which it confers, and at law does not present the principles, doctrines, and rules concerning these primary rights, estates, and interests. **Show "good" cause why** my **equitable rights are "not"** cognizable in the at law jurisdiction and shall be destroyed by that mode of proceeding; (Pomeroy §128);

7. **I OBJECT and DENY,** that I consent to any judge without the judicial authority granted by the *Treaty of Marrakech 1786 ARTICLE XXI, 1789 constitution for the united states of america in congress assembled, Article III, §2§§1,* and the *Judiciary Act of 1789 1 stat 73 §9.*

*§11, §16,* and *§20., §25,* and *§26.* in the exclusive Equity jurisdiction to adjudicate my cause. **Show "good" cause why I "do not"** have a right to *equal justice being rendered* towards me in all disputes; (see record *Exhibit K-Treaty of 1787 Marrakesh,* and *Exhibit L-1789 Constitution for the United States of America)*

8. **I OBJECT and DENY**, to my *speciali causa* (special cause) being entered on the general docket, I require that the clerk shall enter my suit into the "Equity Docket." **Show "good" cause why** the *Equity Rules of 1912* are not being observed. *Equity aids the vigilant, not those who slumber on their rights.* (*see Rule 3 Equity Rules 1912*)

9. **I OBJECT and DENY**, that I consent to the issuance of *subpoena* by complainant. The clerk shall issue the process of *subpoena* thereon, as of course, which shall contain the names of the parties and be returnable into the clerk's office (20) twenty days from the issuing thereof. At the bottom of the *subpoena* shall be placed a memorandum, that the defendant is required to file his answer or other defense in the clerk's office on or before the twentieth day after service, excluding the day thereof; otherwise the bill shall be taken *pro confesso*. Where there are more than one defendant, a writ of *subpoena* may, at the election of the plaintiff, be sued out separately for each defendant, or a joint *subpoena* against all the defendants *One who seeks equity must do equity.* (*see Rule 12 Equity Rules 1912*)

10. **I OBJECT** to the district court of the united states, eastern district of Michigan, being closed to me sign, seal, and delivering my pleadings and exhibits *in persona*. **Show "good" cause why** the district courts, as courts of equity, are not open for the purpose of filing any pleading, of all causes pending therein, *in persona*, as well as, by mail or electronic filing (which is subject to **Federal Rules of Civil Procedure),** and the *Equity Rules of 1912* are not being observed.

11. **I OBJECT** to any redundant, impertinent or scandalous matter and it shall be stricken out. "The court or a judge may at any stage of the proceedings order to be struck out or amended any matter in any indorsement or pleading which may be unnecessary or scandalous, or which may tend to prejudice, embarrass, or delay the just trial of the action; and may in any such case." *He who come into equity must come with clean hands.* (*see Rule 21 Equity Rules 1912*)

12. **I OBJECT** to any party plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff

has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

13. **I OBJECT and DENY**, I have been made fully availed of the facts of the equitable assets of the trust and I rely exclusively on the mode of compelling the defendant/trustee to make a full disclosure and accounting therefore a discovery by suit in equity is indispensable. **Show "good" cause why** as a *Moor heir/beneficiary,* the Effects and Property that I have a Right to claim, special deposited with a Person worthy of Trust, **"shall not"** be delivered to me without interruption. (Pomeroy §229); (see record *Exhibit K, Exhibit M,* and *Exhibit V*)

14. **I OBJECT and DENY**, I consented to Treasurer and Attorney General of the United States discretionary power to "direct, control, manage, supervise, vest or prohibit" my claims to all right, title, and interest to any money, real, personal, equitable assets, and all else that my ancestors had intended for me, including, but not limited to, the body, the name, the sum of all their attachments, all interest, bills of credit emitted, monies borrowed, lands, obligations secured by specified collateral, any abandoned funds, to all interest, assets, estates, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, and all acquisitions due to me granting my signature, an equitable asset, for consideration, and held in trust by the Treasurer and Attorney General of the United States; **Show "good" cause why I "do not"** hold superior equitable or legal title to said property, and that it is "not" a trust for which I am the heir/beneficiary; **Show "good" cause why any presumed administration of my estate is "not" absolute void, and I am "not" entitled**, by due particularity, to a full accounting of all real, personal, and equitable assets and debts due to my estate; **Show "good" cause why I "cannot"** have my estate be restored to me, **and why I "cannot" recover all rents**, bills of credit emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. "Whatever profit a trustee makes out of trust property is the profit of the beneficiary. The parable of the talents well illustrates this rule of Equity." (Gibson *Suits in Chancery §47*); (see record *Exhibit K, Exhibit M,* and *Exhibit V*)

15. **I OBJECT and DENY**, that my special and particular rights are cognizable in courts of law, nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private substantive rights are in direct inherent conflict with the concurrent jurisdiction created by the Judicature act of 1873; Furthermore, my conflict with the reformed

procedure is that the intent and purpose of the ancient separation into an exclusive equity jurisdiction is no longer furnished, and is in direct conflict with the reformed procedure. **Show "good" cause why my core private substantive rights are "not"** being destroyed by modes and proceedings of courts of law, or the modern merged reformed legal system; *"Equity will not suffer a wrong to be without a remedy"*

16. **I OBJECT and DENY** I rely on legal nature Statutes and Codes, such as State adopted "General Rules of Civil Procedure, Federal Rules of Civil Procedure *ab initio* 1938, your general at law mode of martial due process, military rule under presidential Proclamation #2040, the Emergency War Powers Act of 1933, the Trading with the Enemy Act of 1917, or the Emergency Banking Relief Act of 1933, but rather the essential soul, spirit, warp and woof of the *Maxims of Equity*. **Show "good" cause why** I shall be subject to any other mode, other than exclusive Equity jurisdiction, and why *Equity will "not" take jurisdiction to avoid a multiplicity of suits.*

17. **I OBJECT and DENY** my causes are of a legal nature. My causes of action are purely equitable by nature because I seek protection of my rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which I have relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. **Show "good" cause why as a *Moor heir/beneficiary* I "cannot"** enjoy while in the *united states for the district of columbia, nor in the united states of america in congress assembled* the ***"most-favored-nation treatment"*** as regards to matters concerning me and my private property; *Equity aids the vigilant, not those who slumber on their rights* (see record *Exhibit N - 1880 Treaty of Madrid*).

18. **I OBJECT and DENY** as a said private Moor subject of the *Al Maroc Shereefian Empire,* my special and particular status can be altered by state or federal contracts or statutes, be it expressed or implied, public or private; and therefore, my special and particular status as a private Moor subject has been reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or instrumentality. My core private rights were "MISTAKENLY" sacrificed by my mother and father, without being fully availed, while I was an infant; *"Equity abhors a forfeiture;"* **Show "good" cause why,** as a *Moor heir/beneficiary*, my core private rights can be sacrificed, forfeited or reduced to an inferior grade of volunteer surety "U.S. citizenship" status.

19. **I OBJECT and DENY** that it was the intent and purpose of my ancestors that my core private rights may be sacrificed or forfeited. my core private rights are protected by the intent and purpose expressed, by my ancestors, in all the treaties entered into by the *Al Maroc Shereefian Empire,* including, but not limited to, the *1492 Treaty of Granada, the Treaty of Marrakech 1786. ARTICLE XXI.,* the *Treaty of Algiers 1795 ARTICLE XV.,* and the *Treaty of Tunis 1824 ARTICLE XII.,* acknowledged by *Article VI. §1, §2* and *§3,* and *Article III, §2§§1,* of the *1789 constitution for the united states of america in congress assembled,* and the *Judiciary Act of 1789, 1 stat 73 §9. §11, §16, §20, §25, and §26* and their equity jurisprudence. *"Equity imputes an intent to fulfill an obligation."* (see record *Exhibit K, Exhibit M,* and *Exhibit V*)

20. **I OBJECT and DENY** I consented to mistakenly being comingled with or treated like a public U.S. citizen, "neutral," "enemy," "belligerent," and or "rebel," of the *united states of america in congress assembled,* or *the united states for the district of columbia,* or that I am living within an occupied territory, under military rule. I would be heavily prejudiced and have none of my substantive rights to **equal Justice being rendered**, if it were presumed that I am a national of a designated enemy country; *"Equity delights to do justice and not by halves.* **Show "good" cause why,** I shall be heavily prejudiced and treated like a public U.S. citizen, "neutral," "enemy," "belligerent," and or "rebel," of the *united states of america in congress assembled,* or *the united states for the district of Columbia,* or a national of a designated enemy country.

21. **I OBJECT and DENY** I consented to be a surety of, nor volunteer for the registered organization name "LASEAN DEJONG HOUSTON," nor can I be called upon for indemnity or satisfaction of another's debts, and therefore I am not subject to a martial process as can only be administered by state and federal at law courts presiding "publicly." *"Equity will not aid a volunteer"* **Show "good" cause why,** I shall be called upon for indemnity or satisfaction of another's fee, taxes, obligations, reprisals, remunerations, or debts.

22. **I OBJECT and DENY** I have performed any acts repugnant to the treaties or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the *united states for the district of columbia,* or the *united states of america in congress assembled,* or conspiring to overthrow, put down, or to destroy by force, the government of the *united states for the district of columbia,* or the *united states of america in congress assembled;* or; **Show "good" cause why,** I shall be treated like a I have a criminal record of convictions.

23. **I OBJECT and DENY** I consent to any form of slavery whether it be voluntary, or involuntary servitude or by conviction, or to be bound by any laws, statutes or codes thereof; **Show "good" cause why,** I shall be treated to any form of slavery whether it be voluntary, or involuntary servitude or by conviction, or to be bound by any laws, statutes or codes; *"Equity imputes an intent to fulfill an obligation."* (see record *Exhibit K, Exhibit M,* and *Exhibit V*)

24. **I OBJECT and DENY** I consent to any lawful or legal condition that shall work *CORRUPTION OF THE BLOOD,* forfeiture of my estate, or to exterminate mankind. *"Equity abhors a forfeiture;"* **Show "good" cause why,** I being present, the Property shall be "not" delivered to me without interruption as the Heir to the Person deceased; (see record *Exhibit K, Exhibit M,* and *Exhibit V*)

25. **I OBJECT and DENY** I have been given any actual or constructive notice of equal equities in the same subject matter referenced herein (Gibson Suits in Chancery §73) *"Where equities are equal, the law will prevail'*; **Show "good" cause** why I do not have a right to exercise the equity of redemption. **Show "good" cause** why I am not entitled to a reconversion and reconveyance of all assets intended for me, held in trust, post haste. (see record *Exhibit H, Exhibit I, Exhibit R and Exhibit S)*

26. **I OBJECT and DENY I have been given notice,** cause, evidence or proof that there is a superior legal cause by nature that excludes Affiant/complainant from a court of equity under the rules of Chancery, without the public, where equal Justice shall be rendered, I believe no such evidence exists; **Show "good" cause why I "cannot" have** equal Justice rendered towards me in a court of equity.

27. **I OBJECT and DENY** I seek to hold the trustee(s) personally liable. Under the doctrine of election, I seek to trace the assets of the trust(s) and restore the trust(s). All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers both of the united states and of the several states of the perpetual union, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the united states, shall "only" be indemnified by fulfilling their fiduciary duties; *"Equity will not allow a trust to fail for want of a Trustee"* **Show "good" cause why I "cannot"** have my estate be restored to me, and why I cannot recover all rents, credits emitted, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to me. (see record *Exhibit H, Exhibit I, Exhibit R and Exhibit S)*

28. **I OBJECT and DENY** I the public and press shall be included during the entirety of the proceeding. Due to the purely equitable nature of my rights, I require the public and press be excluded during the entirety of the proceeding in order to protect the court officers and trustee(s) from censorship; **Show "good" cause why** the public and press shall be included.

29. **I OBJECT and DENY I have** any evidence that the Defendants(s) are private *citizens of the united states of america*, or private citizens of the several states. I believe the Defendant(s) are public citizens persons, rebels and enemy belligerents under a marshal War Powers Government which serves as *prima facie* evidence of their inability to access or be seen in a court sitting in pure, inherent, exclusive Equity and therefore I require the court proceedings to be "*Ex Parte*" without the other parties due to the conflict of jurisdictional matter involving the Trading with the Enemy Act, its Censorship clauses therein, and the Emergency Banking Relief Act restrictions. Defendant(s) have presented no evidence to suggest they have the same special and particular political status, as I have, or that they are equitable or friendly, and I believe that no evidence "in fact" exists that they are not enemy belligerents;
**Show "good" cause why** the court proceedings "cannot" proceed in a court sitting in pure, inherent, exclusive Equity jurisdiction, and "*Ex Parte*," without the other parties due to the conflict.

30. **I OBJECT and DENY I** am subject to anything other than the:
**Maxims of Equity** "*Principia probant, non probantur.*" (Maxims are proof, and need no proving)
    1. Equity sees that as done what ought to be done
    2. Equity will not suffer a wrong to be without a remedy
    3. Equity delights in equality
    4. One who seeks equity must do equity
    5. Equity aids the vigilant, not those who slumber on their rights
    6. Equity imputes an intent to fulfill an obligation
    7. Equity acts in personam
    8. Equity abhors a forfeiture
    9. Equity does not require an idle gesture
    10. He who come into equity must come with clean hands
    11. Equity delights to do justice and not by halves
    12. Equity will take jurisdiction to avoid a multiplicity of suits

13. Equity follows the law
14. Equity will not aid a volunteer
15. Where equities are equal, the law will prevail
16. Between equal equities the first in order of time shall prevail
17. Equity will not complete an imperfect gift
18. Equity will not allow a statute to be used as cloak for fraud
19. Equity will not allow a trust to fail for want of a Trustee
20. Equity regards the beneficiary as the true owner
21. He who occasioned the loss must bear the burden.

the law of the *Al Maroc Shereefian Empire* and the stipulations of treaties (see record *Exhibit H and Exhibit V)*

It is the duty of a good Judge to put an end to controversies, and not allow one suit to grow up out of another. (Gibson *Suits in Chancery §38; footnote);*

Therefore, with the above declaration of facts given, I, houston, lasean dejong, Moor beneficiary respectfully demand that this court, acting *in good faith, with due diligence, and without unclean hands,* **show "good" cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within (10) ten days from your receipt of this Notice. Failure to **show "good" cause** shall be construed as the courts' confession, acquiescence, agreement, and consent to the facts herein, and the status and standing of the Affiant/complainant to this equitable cause.

**Further Affiant Sayeth Naught**

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

***I DECLARE,*** under penalty of perjury under the laws of michigan and the united states of america that the foregoing is true and correct. Executed: _11th September_, 20_21_.

By: _houston lasean dejong_
houston, lasean dejong, *grantee/grantor/heir/beneficiary*
a private Moor americas aboriginal illinoisan national,
"but not citizen of the united states for the district of columbia,
nor citizen of the united states of america in congress assembled."
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli* (seal)

I am over the age of 18 and not party to the transaction regarding the papers delivered.

_nesbitt, david darnell_  
**Print**

_[signature]_  
**Witness**

*locus sigilli* (seal)

## JURAT

Michigan state)

Oakland county)

**I HEREBY DECLARE** that on this day before me an officer duly sworn, appeared _houston, lasean dejong, Moor grantee/grantor/heir/beneficiary_, in Propria Persona Sui Juris (in proper person, in his own right) who has attained *majoris aetatis suae* (Age of Majority) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

**DECLARED** *before me in the County and State aforesaid this* 11th *day of* September, 20 21.

*WITNESS my hand and official seal.*

M. Petruzzelli  
**PRINT**

M. Petruzzelli  
**NOTARY**

*locus sigilli* (seal)

M PETRUZZELLI  
Notary Public – State of Michigan  
County of Macomb  
My Commission Expires Jan 11, 2024  
Acting in the County of _Oakland_

**BILL of EXCEPTIONS**                                                      Page **13** of **13**

PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

Retail

Origin: 48326
09/11/21
2576400326-29

PRIORITY® MAIL

PRIORITY® MAIL ★ SPECIAL

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: houston, lasean dejong, hair beneficiary
c/o 3079 S. Baldwin Rd
Lake Orion, Michigan RFD [48359]

21-cv-11888-SJM-APP

TO: Clerk of the Court
district court of the United
States, eastern district of
Michigan
231 W. Lafayette Blvd
Detroit, Michigan near.
[48226]

0 Lb 3.90 Oz
1022
C052


RECEIVED
SEP 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

Flat Rate Envelope
L May 2020
15 x 9.5