8

Special Cause
district court of the united states
for the eastern district of Michigan

houston, lasean dejong, Moor beneficiary
Sean Houston El Foundation Trust,
a private Moor americas aboriginal
Illinoisan national, and subject of the
Al Maroc Shereefian Empire, "but not a
citizen of the united states for the
district of columbia, nor a citizen of the
united states of america in congress
assembled."

      complainant(s)

Cause No.
2:21-CV-11888


FILED
SEP 30 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

Notice of Appeal
(To be tried de novo)

vs.

blinken, antony john d/b/a
Antony Blinken
secretary of state et al.,
Department of State of the United states
Heirs and assignees

yellen, janet louise d/b/a
Janet louise Yellen
secretary of treasury et al.,
Department of the Treasury of the United States
Heirs and Assignees

haaland, debra anne d/b/a
Debra Anne Haaland
Secretary of the interior et al.,
Department of the Interior of the united states
Heirs and Assignees

Doc 1 of 7

garland, merrick brian d/b/a
Merrick Garland
attorney general et al.,
Department of Justice of the United States
Heirs and Assignees

Saul, andrew marshal d/b/a
Andrew Saul
Commissioner et al.,
Social Security Administration of the United States
Heirs and Assignees

rettig, charles paul d/b/a
Commissioner et al.,
Internal Revenue
Heirs and Assignees

Martin, donna d/b/a
Major General Donna Martin
Provost marshal general et al.,
Department of the Army of the United States
Heirs and Assignees

mayorkas, alejandro nicholas d/b/a
Alejandro Moyorkas
secretary of homeland security et al.,
Department of Homeland Security of the United States
Heirs and Assignees

pritzker, jay robert d/b/a
J.B. Pritzker
governor et al.,
Governor of Illinois
Heirs and Assignees

nessel, dana d/b/a
DAna Nessel
attorney general et al.,
Attorney General of Michigan
Heirs and Assignees

raoul, kwame d/b/a
Kwame Raoul
attorney general et al.,
Attorney General of Illinois
Heirs and Assignees

benson, jocelyn d/b/a
Jocelyn Benson
secretary of state
Department of State of Michigan
Heirs and Assignees

brown, lisa d/b/a
Lisa Brown
clerk/register of deeds
Oakland County
Heirs and Assignees

yarbrough, karen a d/b/a
Karen A. Yarbrough
clerk/recorder of deeds
Cook County
Heirs and Assignees

smith, marc d d/b/a
Marc D. Smith
director et al.,
Department of Children and Family Services of Illinois
Heirs and Assignees

redfield, larrisa d/b/a
Larrisa Redfield
Supervisor et al.,
Lutheran Social Services of Illinois
Heirs and Assignees

buchanan, jackeline d/b/a
Jackeline Buchanan
chief executive officer et al.,
Genisys Credit Union
Heirs and Assignees

brenner, douglas a
Douglas A. Brenner
chief executive officer et al.,
Brenner Oil Company
Heirs and Assignees

LaSean DeJong Houston Estate et al.,
LASEAN DEJONG HOUSTON et al.,

Kimberly Denise Ellsworth Estate et al.,
KIMBERLY DENISE ELLSWORTH et al.,

Kimberly Denise Houston Estate et al.,
KIMBERLY DENISE HOUSTON et al.,

Kayla Renee Houston Estate et al.,
KAYLA RENEE Houston et al.,

Skyler Isaac Houston Estate et al.,
SKYLER ISAAC HOUSTON et al.,
SKYLAR HOUSTON et al.,

Terajai Armond Houston Estate et al.,
TERAJAI ARMOND HOUSTON et al.,

Izoha Monea Houston Estate et al.,
IZOHA MONEA HOUSTON et al.,

Amari Amir Tucker Estate et al.,
AMARI AMIR TUCKER et al.,

Aidan Antrell Ware Estate et al.,
AIDAN ANTRELL WARE et al.,

Appeal (to be tried de novo)

Complainant, houston, lasean dejong, Moor grantee/grantor/ heir/beneficiary, and subject of the Al Maroc Shereefian Empire, prays for leave of this court, and hereby notices this court of an Appeal, to be tried de novo, in the court of appeals of the united states for the sixth circuit, due to cause no. 2:21-cv-11888 being treated as a legal proceeding.

As complainant, your orator has prayed for leave of the court to enter the exclusive equity jurisdiction and filed my special cause in the district court of the united states, eastern district of Michigan, to be adjudicated by a judge granted the judicial authority granted by the Treaty of Marrakesh 1786 Article XXI, the 1789 Constitution for the united states of America in Congress assembled, Article III §2 §81, and the Judiciary Act of 1789  1stat 73, §9, §11, §16, §20, §25, and §26, in the exclusive Equity jurisdiction, without THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DISTRICT, which is a tribunal, not judicially authorized under Article III §2 §81, or the Judiciary Act of 1789, and lacks subject matter jurisdiction over any of complainant's claims and "is not" cognizant of complainant's special and particular political status as a private Moor subject of the Al Maroc Shereefian Enpir. I walk in the shoes of my ancestors, and as heir and beneficiary, I am clothed with proprietary rights. Complainant's core private rights, (are in jeopardy) which the treaties either confer or are taken under its protection and no adequate remedy for their enforcement is provided by the forms and proceedings purely legal, and modes of aquiring jurisdiction martial in character, repugnant to the powers granted to the Committee of States, by the united states in Congress assembled, in the Articles of Confederation, in the recess of congress the equity jurisdiction vested by the

Articles of Confederation, Article XII, the Treaty of Marrakesh 1786, Articles XXI, the 1789 constitution for the united states of america, Article III §2§1., and VI. §1,§2,§3; cannot be affected by the emergency enactment of legislation by the provisional Committee of States, or the states, contractors, or agencies that are subject to the laws of united states for the district of Columbia. Complainant's core primary equitable rights, expressed herein, are "not" cognizable at law and are in jeopardy of being irrepably destroyed. It is only under legal compulsion that I, as a private Moor, am subjected to any jurisdiction other than the exclusive equity jurisdiction. I draw into question the validity of any works, doctrines, ideas, principles of, or any authority exercised, at law, on the grounds that they are repugnant to the Maxims of Equity, the treaties, and the constitutions of the unite states of america in congress assembled. Futhermore, the private fiduciary relations, if not sealed, excluding the public and press would cause all parties irrepable harm and may destroy the private rights of the parties considering the special and confidential information and evidence in support of my special cause in the exclusive equity jurisdiction.

"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail"

By: _houston lasean dejong_
houston, lasean dejong, Moor grantee/grantor beneficiary
A private Moor americas aboriginal illinois national, and subject of the Al Maroc Shereefian Empire, "but not citizen of the united states for the district of Columbia, or Citizen of the United States of america in congress assemble Ingressed in Michigan.



Return to:

    c/o 3079 S. Baldwin Rd
    Lake Orion, Michigan RFD
    Al Maroc Shereefian Empire

I Declare, under penalty of perjury under the laws of Michigan and/or the united states of america that the foregoing is true and correct. Executed: 27ª September 2021

By: _____
Louston, lasean dejong, Moor
grantee/grantor/heir/beneficiary

locus sigilli (seal)

Jurat

Michigan State
Oakland County

I Hereby Declare that on this day before me an officer duly sworn, appeared houston, lasean dejong, Moor grantee/grantor/beneficiary In Propria Persona Sui Juris, who has attained the Age of Majority, and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

Declared before me in the County and State aforesaid this 27th September, 2021

Witness my hand and offical seal.

M. Petruzzelli          M. Petruzzelli
Print                   Notary

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 31, 2024
Acting in the County of Oakland

locus sigilli (seal)

pg 7 of 7

