UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lasean Dejong Houston,

                Plaintiff(s),

v.                                            Case No. 2:21–cv–11888–SJM–APP
                                              Hon. Stephen J. Murphy III

Lasean Dejong Houston, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on October 18, 2021.


                                              KINIKIA D. ESSIX, CLERK OF COURT


                                              By: <u>s/ S Krause</u>
                                                    Deputy Clerk


Dated:   October 18, 2021