# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: January 21, 2022

Mr. Lasean Dejong Houston  
3079 S. Baldwin Road  
Lake Orion, MI 48362

Re: Case No. 21-1656, *Lasean Houston v. Lasean Houston, et al*  
Originating Case No. : 2:21-cv-11888

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton  
Case Manager  
Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 21-1656

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LASEAN DEJONG HOUSTON

    Plaintiff - Appellant

v.

LASEAN DEJONG HOUSTON, Individually and Estate of, et al.

    Defendants - Appellees

Upon consideration of the appellant's motion to reinstate the case,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is **ORDERED** that the motion is **GRANTED**, only insofar as it seeks reinstatement of the appeal.

                                              **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 21, 2022