FILED
Jun 1, 2022
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 21-1656

LASEAN DEJONG HOUSTON,

    Plaintiff-Appellant,

v.

LASEAN DEJONG HOUSTON, Individually and Estate of, et al.,

    Defendants-Appellees.

Before: CLAY, ROGERS, and STRANCH, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

    THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

    IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                          **ENTERED BY ORDER OF THE COURT**

                           Deborah S. Hunt, Clerk