# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 05, 2022

Mr. Lasean Dejong Houston
3079 S. Baldwin Road
Lake Orion, MI 48362

Re: Case No. 21-1656, *Lasean Houston v. Lasean Houston, et al*
Originating Case No. : 2:21-cv-11888

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

No. 21-1656

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 5, 2022
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| LASEAN DEJONG HOUSTON, ) | |
| ) | |
|    Plaintiff-Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| LASEAN DEJONG HOUSTON, Individually and ) | |
| Estate of, et al., ) | |
| ) | |
|    Defendants-Appellees. ) | |

Before: CLAY, ROGERS, and STRANCH, Circuit Judges.

Lasean Dejong Houston has filed a petition for rehearing of this court's June 1, 2022, order affirming the district court's dismissal of his civil complaint as frivolous.

Upon consideration, this panel concludes that it did not misapprehend or overlook any point of law or fact when it issued its order. *See* Fed. R. App. P. 40(a)(2).

We therefore **DENY** the petition for rehearing.

                                       ENTERED BY ORDER OF THE COURT

                                       Deborah S. Hunt, Clerk