# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 13, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 21-1656, *Lasean Houston v. Lasean Houston, et al*
Originating Case No. : 2:21-cv-11888

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for C. Anthony Milton, Case Manager

cc: Mr. Lasean Dejong Houston

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1656

_____

Filed: July 13, 2022

LASEAN DEJONG HOUSTON

      Plaintiff - Appellant

v.

LASEAN DEJONG HOUSTON, et al.,

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/01/2022 the mandate for this case hereby issues today.

COSTS: None