# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

August 17, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Aug 18, 2022
DEBORAH S. HUNT, Clerk

Re: Lasean Dejong Houston
v. Estate of Lasean Dejong Houston, et al.
No. 22-151
(Your No. 21-1656)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 5, 2022 and placed on the docket August 17, 2022 as No. 22-151.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst